**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KRCM Astoria Portfolio Corp. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4993632 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 21-80 38th Street<br>Astoria, NY 11105<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Queens<br>County | **Location of principal assets, if different from principal place of business**<br>Three residential apartment buildings in Astoria, New York |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | KRCM Astoria Portfolio Corp. | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor    KRCM Astoria Portfolio Corp.         Case number *(if known)* _____
       Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | When | _____ | Relationship | _____ |
|--------|--------------------|------|------------|--------------|-----------|
| District | | | | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | KRCM Astoria Portfolio Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 7, 2025___
MM / DD / YYYY

**X** /s/ Karan Singh _____
Signature of authorized representative of debtor

Karan Singh _____
Printed name

Title ___Manager_____

---

**18. Signature of attorney**

**X** /s/ Kevin Nash _____
Signature of attorney for debtor

Date ___October 7, 2025___
MM / DD / YYYY

Kevin Nash _____
Printed name

Goldberg Weprin Finkel Goldstein LLP _____
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____   Email address ___knash@gwfglaw.com___

1927656 NY _____
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                              Chapter 11

KRCM Astoria Portfolio Corp.,                                       Case No.

                              Debtor.
--------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of shareholders and directors of KRCM Astoria Portfolio Corp. (the

"Company") held on October 7, 2025, and upon the unanimous consent of the shareholders and

directors after motion duly made and carried, it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further

> **RESOLVED**, that Karan Singh, as the manager, is authorized to (a) execute the Chapter 11 petition and all other accompanying documents on behalf of the Company, and cause the same to be filed with the Bankruptcy Court; and (b) cause to be filed all schedules, statements, lists, motions, applications and other papers or documents necessary or desirable to prosecute the Chapter 11 case; and

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
     October 7, 2025

                 KRCM Astoria Portfolio Corp.


                 By:    /s/ Rajmattie Persuad
                     Name:  Rajmattie Persuad
                     Title:   100% Equity Holder

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                                     Chapter 11

KRCM Astoria Portfolio Corp.,                                 Case No.

                                          Debtor.
--------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Karan Singh declares the following under penalties of perjury pursuant to 28 U.S.C. §

1746:

1.      I am the manager of KRCM Astoria Portfolio Corp. (the "Debtor"), overseeing

the legal and financial affairs of the Debtor and its three commercial properties.  I submit this

Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the Debtor's filing

of a voluntary petition under Chapter 11 of the Bankruptcy Code to summarize the events

leading up to the need for Chapter 11 relief, the Debtors' capital structure and the Debtors' exit

strategy to preserve the equity in the Properties and successfully emerge from Chapter 11.

### Events Leading to the Chapter 11 Filing

2.      The Debtor is the owner of three multi-family residential apartment buildings

located at 23-05 30th Avenue, Astoria, NY 11102; 23-15 30th Avenue, Astoria, NY 11102; and

21-80 38th Street, Astoria, NY 11105 (collectively, the "Properties").  The Properties have a

combined rent roll of approximately $357,300 per month.  A copy of the rent roll is attached

hereto as Exhibit "A".

3.      Although some units are rent stabilized, many of the apartments are free market

and the value of the Properties is on an upswing.  The property at 21-80 38th Street is also

occupied by nine commercial tenants on the ground floor, as well as housing the Debtor's main offices.

4.      The Properties are encumbered by a consolidated first mortgage held by the Federal National Mortgage Association (Fannie Mae) (the "Lender") securing a loan in the original amount of $34,700,000.  According to a payoff letter issued on June 10, 2025, there is a disputed amount claimed by the Lender of $34,033,627.74, which includes disputed default interest of approximately $1.5 million.  The Properties were last formally appraised at the end of last year with a combined value of approximately $45 million,

5.      The loan was issued in 2017 and went through a number of modifications and forbearances occasioned by the Covid-19 pandemic and its aftermath.

6.      The Debtor was pursuing a refinancing of the Properties, only to witness the commencement of a foreclosure action in the United States District Court for the Eastern District of New York (Case No. 1:25-cv-01401).  The Lender moved for the appointment of a receiver for the Properties.  The motion was granted by Order dated October 1, 2025.  The prospect of a receiver will undermine the Debtor's prospects for a refinancing and undo years of dedicated effort to survive the Covid-19 pandemic and to reposition the Properties in today's market.

7.      Equally frustrating, the Debtor remained current on all obligations throughout the agreed forbearance periods, only to learn when it requested a payoff letter that the Lender was demanding default rate interest for the entire period since May 1, 2024, notwithstanding the extension of maturity through February 1, 2025 and the lack of any written demand for default interest as required under the loan documents.

8.      In sum, the Debtor has worked too hard to lose control of the situation and has elected to seek Chapter 11 relief to preserve asset values and maintain the status quo.

**Reorganization Strategy**

9.      The goal of the Chapter 11 case is to proceed forward with a refinancing, and the Debtor has been in serious discussions with Dalan Credit LLC, the likely exit lender. Additionally, the Debtor intends to challenge the Lender's entitlement to certain default interest and other add-on fees and charges.  In the interim, the Debtor hopes to operate the Properties under a conventional cash collateral agreement with the Lender.

**Assets and Capital Structure**

10.      Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

11.      Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is attached hereto.

12.      Pursuant to Local Rule 1007-4(a)(vii), the Debtor has one mortgage creditor, the Lender, as well as certain disputed claims asserted by the City of New York for ECB violations.

13.      Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in the bankruptcy schedules and statements to be filed within the next two weeks.

14.      Pursuant to Local Rule 1007-4(a)(ix), the stock interest in the Debtor is not publicly traded and is held by Rajmattie Persaud as the 100% equity holder.

15.      Pursuant to Local Rule 1007-4(a)(x), a Receiver was appointed by Order dated October 1, 2025.

16.      Pursuant to Local Rule 1007-4(a)(xi), the Debtor owns the three Properties listed above, with 128 units, all of which are currently leased, as per the attached rent roll.

17.      Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located at the Debtor's offices in Astoria, NY.

3

18.     Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is filed herewith.

19.     Pursuant to Local Rule 1007-4(a)(xiv), I shall continue to serve as the Manager of the Debtor.

20.     Pursuant to Local Rule 1007-4(a)(xv), the Debtor has four (4) full time employees, myself and one super for each of the Properties.

21.     Pursuant to Local Rule 1007-4(a)(xvii), the Debtor intends to operating under a cash collateral order and budget to be developed with the Lender, hopefully on a consensual basis.

Dated: New York, New York
        October 7, 2024

_____/s/ Karan Singh _____
        Karan Singh

# EXHIBIT A

| | Page | 1 |
|---|---|---|
| **Rent Roll** | **Printed** | **09/10/2025** |
| September 2025 | **Menu ID** | **RRUD** |

**KRCM Astoria Portfolio Corp.**          21-80 38th Street

Building No:    2180

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A01 | | Espinosa, Angel | STABILIZED | 1,976.99 | | | | | 1,976.99 | 10/01/14 | 10/01/24 09/30/25 | 1,976.99 |
| A02 | | Laureena Jacobsen Novotnak | FAIR MARKET | 3,025.00 | | | | | 3,025.00 | 09/01/23 | 01/01/25 12/31/25 | 3,000.00 |
| A03 | | Bernard, Jose | FAIR MARKET | 3,300.00 | | | | | 3,300.00 | 08/18/15 | 01/01/25 12/31/25 | 3,450.00 |
| A04 | | Anabell Lopez | FAIR MARKET | 2,500.00 | | | | | 2,500.00 | 01/01/24 | 01/01/24 12/31/25 | 2,500.00 |
| A05 | | Andrew Kim | FAIR MARKET | 2,600.00 | | | | | 2,600.00 | 07/01/19 | 01/01/25 12/31/25 | 2,600.00 |
| B01 | | Dina Ahmed | FAIR MARKET | 3,225.00 | | | | | 3,225.00 | 09/01/25 | 09/01/25 08/31/26 | 3,225.00 |
| B02 | | Nikola Rackovic | FAIR MARKET | 3,550.00 | | | | | 3,550.00 | 10/09/18 | 12/01/24 11/30/25 | 3,400.00 |
| B03 | | Fox, Alesha | FAIR MARKET | 2,600.00 | | | | | 2,600.00 | 09/30/15 | 05/01/25 04/30/26 | 2,725.00 |
| B04 | | Christopher Chris | FAIR MARKET | 2,550.00 | | | | | 2,550.00 | 09/01/24 | 09/01/25 08/31/26 | 2,500.00 |
| B05 | | Amir Gabal | FAIR MARKET | 3,025.00 | | | | | 3,025.00 | 10/01/23 | 05/31/25 05/30/26 | 3,000.00 |
| B06 | | Spann, Leah | FAIR MARKET | 3,850.00 | | | | | 3,850.00 | 12/21/16 | 05/01/25 04/30/26 | 3,800.00 |
| B07 | | Valentina Garcia | FAIR MARKET | 3,375.00 | | | | | 3,375.00 | 06/15/22 | 01/01/25 12/31/25 | 3,300.00 |
| B08 | | Ruslan Shtyk | FAIR MARKET | 3,150.00 | | | | | 3,150.00 | 02/01/21 | 05/01/25 04/30/26 | 3,000.00 |
| B09 | | Andrew Ferreira | FAIR MARKET | 2,925.00 | | | | | 2,925.00 | 08/01/23 | 09/01/25 08/31/26 | 2,850.00 |
| B10 | | Mejia, Alcira | STABILIZED | 1,839.55 | | | | | 1,839.55 | 01/01/13 | 01/01/25 12/31/25 | 1,659.06 |
| C01 | | Victoria Shepard | FAIR MARKET | 3,550.00 | | | | | 3,550.00 | 07/01/25 | 07/01/25 07/31/26 | 3,500.00 |

# Rent Roll

### September 2025

**KRCM Astoria Portfolio Corp.**

21-80 38th Street

Building No:    2180

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C02 | | Justin Licameli | FAIR MARKET | 2,730.00 | | | | | 2,730.00 | 10/01/20 | 05/01/25 04/30/26 | 2,700.00 |
| C03 | | Maria Morales | FAIR MARKET | 2,650.00 | | | | | 2,650.00 | 07/01/24 | 08/01/25 07/31/26 | 2,600.00 |
| C04 | | Colon, Louis | STABILIZED | 1,534.53 | | | | | 1,534.53 | 10/01/13 | 10/01/24 09/30/25 | 1,571.87 |
| C05 | | Chase Miller | FAIR MARKET | 3,200.00 | | | | | 3,200.00 | 05/01/25 | 05/01/25 05/31/26 | 3,200.00 |
| C06 | | Stephanie Martinez | FAIR MARKET | 3,995.00 | | | | | 3,995.00 | 09/01/25 | 09/01/25 08/31/26 | 3,995.00 |
| C07 | | Camila Franco | FAIR MARKET | 3,600.00 | | | | | 3,600.00 | 08/01/23 | 09/01/25 08/31/26 | 3,500.00 |
| C08 | | David Van Phu | FAIR MARKET | 3,300.00 | | | | | 3,300.00 | 02/01/23 | 05/01/25 04/30/26 | 3,200.00 |
| C09 | | Stephanie Deluca | FAIR MARKET | 2,750.00 | | | | | 2,750.00 | 12/01/24 | 12/01/24 12/31/25 | 2,750.00 |
| C10 | | Benig, Salvador | STABILIZED | 1,548.20 | | | | | 1,548.20 | 10/01/14 | 10/01/24 09/30/25 | 1,548.20 |
| D01 | | Emily Lee | FAIR MARKET | 3,575.00 | | | | | 3,575.00 | 05/01/23 | 05/01/25 04/30/26 | 3,500.00 |
| D02 | | Saidhbh Woods | FAIR MARKET | 3,850.00 | | | | | 3,850.00 | 07/01/25 | 07/01/25 06/30/26 | 3,850.00 |
| D03 | | Evangelia Tjortjoglou | FAIR MARKET | 2,125.00 | | | | | 2,125.00 | 07/01/21 | 09/01/25 08/31/26 | 2,000.00 |
| D04 | | Martin Kolodzej | FAIR MARKET | 2,325.00 | | | | | 2,325.00 | 12/01/20 | 07/01/24 10/31/25 | 2,300.00 |
| D05 | | Dillon Whittier | FAIR MARKET | 3,025.00 | | | | | 3,025.00 | 11/01/23 | 01/01/25 12/31/25 | 3,000.00 |
| D06 | | Robert Prado | FAIR MARKET | 3,225.00 | | | | | 3,225.00 | 10/01/21 | 06/01/25 05/31/26 | 3,150.00 |
| D07 | | Kristina Anna | FAIR MARKET | 3,850.00 | | | | | 3,850.00 | 07/15/24 | 08/01/25 07/31/26 | 3,800.00 |

# Rent Roll

### September 2025

**KRCM Astoria Portfolio Corp.**          21-80 38th Street

Building No:    2180

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---------|-----------|--------|--------------|-----------|-----------------|--|------------------------------|--------|-------|--------------|-------------|------------------|
| D08 | | Goncalves, Alzira | STABILIZED | 1,799.69 | | | | | 1,799.69 | 06/01/14 | 09/01/25 08/31/26 | 1,751.52 |
| D09 | | Andrea Carolina Africano | FAIR MARKET | 3,000.00 | | | | | 3,000.00 | 01/01/25 | 01/01/25 01/31/26 | 3,000.00 |
| D10 | | Toro-Ledesma, Carolina | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 01/02/16 | 11/01/24 10/31/25 | 2,750.00 |
| 37-11 | | AMS Laundry | COMMERCIAL | 6,300.00 | 6,300.00 | | | | 6,300.00 | 06/01/05 | 01/01/25 12/31/25 | 4,200.00 |
| 37-13 | | Golden Crown | COMMERCIAL | 3,000.00 | 3,000.00 | | | | 3,000.00 | 09/01/18 | 09/01/18 08/31/25 | |
| 37-15 | | K&D Jewelry | COMMERCIAL | 3,559.99 | 3,559.99 | | | | 3,559.99 | 07/01/13 | 01/01/25 12/31/25 | 4,200.00 |
| 37-17 | | Guiseppe Barber | COMMERCIAL | 2,507.50 | 2,507.50 | | | | 2,507.50 | 03/01/10 | 01/01/25 12/31/25 | 2,600.00 |
| 37-19 | | Kapil Grocery | COMMERCIAL | 2,954.46 | 2,954.46 | | | | 2,954.46 | 12/01/12 | 01/01/25 12/31/25 | 5,000.00 |
| 37-21 | | Repair Wiz Inc. | COMMERCIAL | 2,813.78 | 2,813.78 | | | | 2,813.78 | 10/01/17 | 01/01/25 12/31/25 | 5,000.00 |
| 37-23 | | Ditmars Donut Corp | COMMERCIAL | 8,894.03 | 8,894.03 | | | | 8,894.03 | 09/16/08 | 01/01/25 12/31/25 | 16,800.00 |
| 37-21A | | Sprint PCS | COMMERCIAL | 3,504.63 | 3,504.63 | | | | 3,504.63 | 11/01/03 | 11/01/03 10/01/28 | 3,062.60 |
| 37-21B | | T-Mobile | COMMERCIAL | 6,049.24 | 6,049.24 | | | | 6,049.24 | 01/01/07 | 01/01/25 12/31/25 | |

# Rent Roll

### September 2025

### KRCM Astoria Portfolio Corp.

Building:    2180

| Units: | 44 | 44 Occupied |
|--------|-----|-------------|
| Rooms: | 0 | 0 Vacant |
| Security: | 141,515.24 | |

| Base Rent | 141,557.59 |
|-----------|------------|
| Commerical Rent | 0.00 |
| | 0.00 |
| Other Charges | 0.00 |
| Total Charges | 141,557.59 |

### Building Totals

| Charge Code | Charge Description | Total Billed |
|-------------|--------------------|--------------|
| 0 | APT RENT | 101,973.96 |
| 2 | Comm. Rent | 39,583.63 |
| | **Building Totals** | **141,557.59** |

## KRCM Astoria Portfolio Corp.

23-05-30th Avenue

Building No:    2305

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---------|-----------|--------|--------------|-----------|-----------------|--|------------------------------|--------|-------|--------------|-------------|-----------------|
| A01 | | Super, Property | EMPLOYEE FAIR MARKET | 2,000.00 | | | | | 2,000.00 | 01/01/15 | 01/01/25 12/31/25 | |
| A02 | | Ama Parisi | FAIR MARKET | 2,925.00 | | | | | 2,925.00 | 04/01/21 | 01/01/25 12/31/25 | 2,900.00 |
| A03 | | Gabriela Mendoza | FAIR MARKET | 2,725.00 | | | | | 2,725.00 | 07/15/23 | 08/01/25 07/31/26 | 2,650.00 |
| A04 | | Adrienne Urbanski | FAIR MARKET | 2,725.00 | | | | | 2,725.00 | 11/01/21 | 01/01/25 12/31/25 | 2,500.00 |
| A05 | | Rina Bergman | FAIR MARKET | 2,550.00 | | | | | 2,550.00 | 08/01/18 | 04/01/25 03/31/26 | 2,500.00 |
| A06 | | Christian Torres | FAIR MARKET | 2,475.00 | | | | | 2,475.00 | 11/10/23 | 12/01/24 11/30/25 | 2,450.00 |
| A07 | | Patricia Hickman | FAIR MARKET | 2,525.00 | | | | | 2,525.00 | 01/01/24 | 01/01/25 12/31/25 | 2,500.00 |
| A08 | | Florence D'amato | FAIR MARKET | 2,875.00 | | | | | 2,875.00 | 02/01/14 | 12/01/24 11/30/25 | 2,825.00 |

# Rent Roll

**September 2025**

**KRCM Astoria Portfolio Corp.**          23-05-30th Avenue

Building No:     2305

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A10 | | Vargas, Carmelo | STABILIZED | 1,460.05 | | | | | 1,460.05 | 11/01/14 | 11/01/24 10/31/25 | 1,420.97 |
| B01 | | Christopher Rowe | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 03/01/24 | 05/01/25 04/30/26 | 2,850.00 |
| B02 | | Yashita Kandhari | FAIR MARKET | 3,425.00 | | | | | 3,425.00 | 08/01/22 | 08/01/25 07/31/26 | 3,350.00 |
| B03 | | Catherine Maschio | FAIR MARKET | 3,650.00 | | | | | 3,650.00 | 09/01/24 | 09/01/25 08/31/26 | 3,600.00 |
| B04 | | Lina Gomez | FAIR MARKET | 2,800.00 | | | | | 2,800.00 | 10/01/24 | 10/01/24 09/30/25 | 2,800.00 |
| B05 | | Dayana Espinal | FAIR MARKET | 2,250.00 | | | | | 2,250.00 | 02/01/21 | 01/01/25 12/31/25 | 1,800.00 |
| B06 | | Stantcheva, Polia | STABILIZED | 1,837.94 | | | | | 1,837.94 | 04/01/14 | 04/01/25 03/31/26 | 1,736.65 |
| B07 | | Makato Sato | FAIR MARKET | 2,200.00 | | | | | 2,200.00 | 01/01/24 | 01/01/25 12/31/25 | 2,100.00 |
| B08 | | Sevgi Esen | FAIR MARKET | 1,850.00 | | | | | 1,850.00 | 04/01/21 | 06/01/25 05/31/26 | 1,675.00 |
| B09 | | John Beirne | FAIR MARKET | 2,450.00 | | | | | 2,450.00 | 05/15/21 | 01/01/25 12/31/25 | 2,400.00 |
| B10 | | Alexa Lopez | FAIR MARKET | 2,575.00 | | | | | 2,575.00 | 06/01/21 | 07/01/25 06/30/26 | 2,450.00 |
| B12 | | Kyle Sarti | FAIR MARKET | 2,550.00 | | | | | 2,550.00 | 05/01/24 | 05/01/25 05/31/26 | 600.00 |
| C01 | | Jesika Chacon | FAIR MARKET | 2,750.00 | | | | | 2,750.00 | 07/01/24 | 08/01/25 07/31/26 | 2,700.00 |
| C02 | | Marisa Kopa | FAIR MARKET | 3,500.00 | | | | | 3,500.00 | 01/01/20 | 01/01/25 12/31/25 | 3,450.00 |
| C03 | | Sophia Dooley | FAIR MARKET | 3,800.00 | | | | | 3,800.00 | 09/01/24 | 09/01/24 09/30/25 | 3,800.00 |
| C04 | | Tesic Mark, Milica | FAIR MARKET | 2,700.00 | | | | | 2,700.00 | 04/24/16 | 05/01/25 04/30/26 | 2,900.00 |

# Rent Roll

### September 2025

## KRCM Astoria Portfolio Corp.

23-05-30th Avenue

Building No:    2305

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C05 | | Ramirez, German | STABILIZED SCRIE | 1,189.77 | | | | | 1,189.77 | 12/01/14 | 12/01/24 11/30/25 | 1,124.20 |
| C06 | | Jessica Pachon | FAIR MARKET | 2,675.00 | | | | | 2,675.00 | 12/01/23 | 12/01/24 11/30/25 | 2,650.00 |
| C07 | | Dmitrii Flippova | FAIR MARKET | 2,775.00 | | | | | 2,775.00 | 11/01/23 | 11/01/24 10/31/25 | 2,750.00 |
| C08 | | Catherine Ormsby | FAIR MARKET | 2,775.00 | | | | | 2,775.00 | 07/01/17 | 02/01/25 01/31/26 | 2,825.00 |
| C09 | | Vincent Spano | FAIR MARKET | 2,550.00 | | | | | 2,550.00 | 10/01/20 | 01/01/25 12/31/25 | 2,450.00 |
| C10 | | Tatiana Guiterrez | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 09/01/24 | 09/01/25 08/31/26 | 2,800.00 |
| C12 | | Leanne Oreste Sera Jose | FAIR MARKET | 2,250.00 | | | | | 2,250.00 | 03/01/21 | 10/01/24 09/30/25 | 2,200.00 |
| D01 | | Abril Carrizales | FAIR MARKET | 2,750.00 | | | | | 2,750.00 | 07/01/24 | 08/01/25 07/31/26 | 2,700.00 |
| D02 | | Fernando, Romeo | STABILIZED | 1,997.89 | | | | | 1,997.89 | 10/01/14 | 10/01/24 09/30/25 | 1,828.37 |
| D03 | | Eleni Toumarides | FAIR MARKET | 3,800.00 | | | | | 3,800.00 | 10/01/24 | 10/01/24 09/30/25 | 3,895.00 |
| D04 | | Milo Raznatovic | FAIR MARKET | 2,500.00 | | | | | 2,500.00 | 02/01/21 | 11/01/24 10/31/25 | 2,100.00 |
| D05 | | Ayavaca, Luis | FAIR MARKET | 2,750.00 | | | | | 2,750.00 | 11/18/16 | 05/01/25 04/30/26 | 2,850.00 |
| D06 | | Paul Christian Sil Perez | FAIR MARKET | 3,000.00 | | | | | 3,000.00 | 01/01/25 | 01/01/25 01/31/26 | 3,000.00 |
| D07 | | Keenan Copas | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 04/01/24 | 04/01/25 04/30/26 | 2,800.00 |
| D08 | | Larissa Shahin | FAIR MARKET | 2,500.00 | | | | | 2,500.00 | 03/15/24 | 05/01/25 04/30/26 | 2,400.00 |
| D09 | | Erica Castanedia | FAIR MARKET | 2,750.00 | | | | | 2,750.00 | 04/01/23 | 05/01/25 04/30/26 | 2,600.00 |

# Rent Roll

### September 2025

## KRCM Astoria Portfolio Corp.
23-05-30th Avenue

Building No:    2305

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D10 | | Maria Navarro | FAIR MARKET | 2,475.00 | | | | | 2,475.00 | 04/25/22 | 01/01/25 12/31/25 | 2,400.00 |
| D12 | | Nicolas Guarino | FAIR MARKET | 2,300.00 | | | | | 2,300.00 | 02/01/21 | 11/01/24 10/31/25 | 2,000.00 |

### KRCM Astoria Portfolio Corp.

**Building:**    2305

| | | |
|---|---|---|
| **Units:** | 42 | 42 Occupied |
| **Rooms:** | 0 | 0 Vacant |
| **Security:** | 103,330.19 | |

| | |
|---|---|
| **Base Rent** | 110,185.65 |
| **Commerical Rent** | 0.00 |
| | 0.00 |
| **Other Charges** | 0.00 |
| **Total Charges** | 110,185.65 |

### Building Totals

| Charge Code | Charge Description | Total Billed |
|---|---|---|
| 0 | APT RENT | 110,185.65 |
| | **Building Totals** | **110,185.65** |

## KRCM Astoria Portfolio Corp.
23-15-30th Avenue

Building No:    2315

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A01 | | Harvey Lacsina | FAIR MARKET | 3,150.00 | | | | | 3,150.00 | 03/01/24 | 07/01/25 06/30/26 | 3,050.00 |
| A02 | | Romano, Rudolph | STABILIZED | 2,462.92 | | | | | 2,462.92 | 12/01/13 | 07/01/25 06/30/26 | 2,606.90 |
| A03 | | L'homme, George | STABILIZED | 1,134.09 | | | | | 1,134.09 | 12/01/14 | 12/01/24 11/30/25 | 1,134.09 |
| A04 | | Wilson Mayorga | FAIR MARKET | 2,700.00 | | | | | 2,700.00 | 05/01/24 | 05/01/25 05/31/26 | 2,650.00 |

# Rent Roll

### September 2025

**KRCM Astoria Portfolio Corp.**

23-15-30th Avenue

Building No:      2315

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A05 | | Natalia Saldarriaga | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 08/01/25 | 08/01/25 07/31/26 | 2,850.00 |
| A06 | | Noah Jarosh | FAIR MARKET | 2,875.00 | | | | | 2,875.00 | 04/15/23 | 05/01/25 04/30/26 | 2,800.00 |
| A07 | | Gonzales, Erasmo | STABILIZED | 951.93 | | | | | 951.93 | 10/01/14 | 10/01/24 09/30/26 | 951.93 |
| A08 | | Javier Gonzalez | FAIR MARKET | 2,710.00 | | | | | 2,710.00 | 01/10/22 | 06/01/25 05/31/26 | 2,600.00 |
| A09 | | Lailey Khatibloo | STABILIZED | 2,825.63 | | | | | 2,825.63 | 09/15/23 | 10/01/24 09/30/25 | 2,750.00 |
| B01 | | Kamel Lyons | FAIR MARKET | 3,150.00 | | | | | 3,150.00 | 10/15/21 | 01/01/25 12/31/25 | 3,050.00 |
| B02 | | Sarah Lee | FAIR MARKET | 3,330.00 | | | | | 3,330.00 | 07/01/21 | 11/01/24 10/31/25 | 3,250.00 |
| B03 | | Jongmin Park | FAIR MARKET | 2,700.00 | | | | | 2,700.00 | 08/15/22 | 08/01/25 07/31/26 | 2,600.00 |
| B04 | | So Young Lim | FAIR MARKET | 2,400.00 | | | | | 2,400.00 | 11/01/17 | 02/01/25 01/31/26 | 3,937.50 |
| B05 | | Chiechi, Marianna | STABILIZED | 1,214.96 | | | | | 1,214.96 | 12/01/13 | 12/01/24 11/30/25 | 1,095.43 |
| B06 | | Carlos Barbosa | FAIR MARKET | 2,450.00 | | | | | 2,450.00 | 07/01/19 | 10/01/24 09/30/25 | 2,350.00 |
| B07 | | Tamara Nikolic | FAIR MARKET | 2,500.00 | | | | | 2,500.00 | 02/01/20 | 01/01/25 12/31/25 | 2,600.00 |
| B08 | | Deena Darby | FAIR MARKET | 2,875.00 | | | | | 2,875.00 | 06/01/22 | 02/01/25 01/31/26 | 2,800.00 |
| B09 | | Clara Fischer | FAIR MARKET | 2,575.00 | | | | | 2,575.00 | 07/01/21 | 07/01/25 06/30/26 | 2,450.00 |
| B10 | | Toshe Lalkov | FAIR MARKET | 2,500.00 | | | | | 2,500.00 | 04/01/21 | 01/01/25 12/31/25 | 2,400.00 |
| B11 | | Samah Khedr | FAIR MARKET | 2,600.00 | | | | | 2,600.00 | 11/15/24 | 11/15/24 12/31/25 | 2,600.00 |

# Rent Roll

### September 2025

**KRCM Astoria Portfolio Corp.**                    23-15-30th Avenue
Building No:    2315

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C01 | | Elliott Klug | FAIR MARKET | 3,350.00 | | | | | 3,350.00 | 03/01/24 | 03/01/25 03/31/26 | 3,300.00 |
| C02 | | Robert Babecki | FAIR MARKET | 3,275.00 | | | | | 3,275.00 | 05/01/21 | 05/01/25 04/30/26 | 3,200.00 |
| C03 | | Emoke Titko | FAIR MARKET | 2,475.00 | | | | | 2,475.00 | 05/01/21 | 10/01/24 09/30/25 | 2,000.00 |
| C04 | | Eva Cruz | FAIR MARKET | 2,400.00 | | | | | 2,400.00 | 05/01/25 | 05/01/25 04/30/26 | 2,400.00 |
| C05 | 4 | Daniela Sackett | FAIR MARKET | 3,000.00 | | | | | 3,000.00 | 01/01/25 | 01/01/25 12/31/25 | 3,000.00 |
| C06 | | Joshua Souza | FAIR MARKET | 2,050.00 | | | | | 2,050.00 | 02/15/21 | 02/01/25 01/31/26 | 1,800.00 |
| C07 | | Adib Al Ashkar | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 05/21/25 | 05/21/25 06/30/26 | 2,850.00 |
| C08 | | Dimitrijevic, Zlatan | STABILIZED | 1,813.36 | | | | | 1,813.36 | 12/01/13 | 12/01/24 11/30/25 | 1,713.43 |
| C09 | | Cesar Guzman | FAIR MARKET | 2,525.00 | | | | | 2,525.00 | 03/15/21 | 05/01/25 04/30/26 | 2,350.00 |
| C10 | | Nasr, Ashraf | STABILIZED | 2,357.72 | | | | | 2,357.72 | 10/01/13 | 10/01/24 09/30/25 | 2,125.78 |
| C11 | | Julissa Aguilar | FAIR MARKET | 2,250.00 | | | | | 2,250.00 | 02/01/21 | 02/01/25 01/31/26 | 2,000.00 |
| D01 | | Hali Shotz | FAIR MARKET | 3,450.00 | | | | | 3,450.00 | 08/01/24 | 08/01/25 07/31/26 | 3,400.00 |
| D02 | | Armisa Javorovac | FAIR MARKET | 2,300.00 | | | | | 2,300.00 | 06/01/25 | 06/01/25 05/31/26 | 2,300.00 |
| D03 | | Cordero, Clara | STABILIZED | 1,315.77 | | | | | 1,315.77 | 01/01/15 | 01/01/25 12/31/25 | 874.37 |
| D04 | | Mario Mahilaj | FAIR MARKET | 2,300.00 | | | | | 2,300.00 | 02/01/21 | 08/01/25 07/31/26 | 2,000.00 |
| D05 | 4 | Emily Garcia | FAIR MARKET | 2,400.00 | | | | | 2,400.00 | 02/01/21 | 10/01/24 09/30/25 | 2,000.00 |

# Rent Roll

### September 2025

**KRCM Astoria Portfolio Corp.**          23-15-30th Avenue

Building No:    2315

| Unit No | Unit Desc | Tenant | Status Codes | Base Rent | Commerical Rent | | Other Charges are Suppressed | Billed | Total | Move-in Date | Lease Terms | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D06 | | Nikoll Doci | FAIR MARKET | 2,575.00 | | | | | 2,575.00 | 07/01/25 | 07/01/25 06/30/26 | 2,375.00 |
| D07 | | Isabela Valencia | FAIR MARKET | 2,800.00 | | | | | 2,800.00 | 06/01/24 | 06/01/25 05/31/26 | 2,750.00 |
| D08 | | Jason Sung Cho | FAIR MARKET | 2,575.00 | | | | | 2,575.00 | 02/15/22 | 10/01/24 09/30/25 | 2,550.00 |
| D09 | | Michael Dalessio | FAIR MARKET | 2,850.00 | | | | | 2,850.00 | 09/01/18 | 02/01/25 01/31/26 | 2,800.00 |
| D10 | | Hope Hushon | FAIR MARKET | 2,650.00 | | | | | 2,650.00 | 03/01/24 | 03/01/25 03/31/26 | 2,600.00 |
| D11 | | Victoria Tran | FAIR MARKET | 2,050.00 | | | | | 2,050.00 | 04/21/21 | 02/01/25 01/31/26 | 1,700.00 |

**KRCM Astoria Portfolio Corp.**

Building:     2315

| | | |
|---|---|---|
| Units: | 42 | 42 Occupied |
| Rooms: | 0 | 0 Vacant |
| Security: | 102,614.43 | |

| | |
|---|---|
| Base Rent | 105,566.38 |
| Commerical Rent | 0.00 |
| | 0.00 |
| Other Charges | 0.00 |
| Total Charges | 105,566.38 |

### Building Totals

| Charge Code | Charge Description | Total Billed |
|---|---|---|
| 0 | APT RENT | 105,566.38 |
| | **Building Totals** | **105,566.38** |

# Rent Roll

**September 2025**

## KRCM Astoria Portfolio Corp.

Company:    KAPC

| | | | |
|---|---|---|---|
| Units: | 128 | 128 Occupied | 0 Vacant |
| Rooms: | 8 | | |
| Security: | 347,459.86 | | |

| | |
|---|---|
| Base Rent | 357,309.62 |
| Commerical Rent | 0.00 |
| | 0.00 |
| Other Charges | 0.00 |
| Total Charges | 357,309.62 |

## Company Totals

| Charge Code | Charge Description | Total Billed |
|---|---|---|
| 0 | APT RENT | 317,725.99 |
| 2 | Comm. Rent | 39,583.63 |
| | **Grand Totals** | **357,309.62** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                              Chapter 11

KRCM Astoria Portfolio Corp.,                                       Case No.

                                 Debtor.
--------------------------------------------------------------x


## <u>LIST OF EQUITY HOLDERS</u>


                 Rajmattie Persuad     100%


Dated: New York, New York
       October 7, 2025

                                 KRCM Astoria Portfolio Corp.


                               By:    <u>/s/ Karan Singh</u>
                                      Name:  Karan Singh
                                      Title:   Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                        Chapter 11

KRCM Astoria Portfolio Corp.,                                 Case No.

                                        Debtor.
--------------------------------------------------------------x

## <u>LIST OF LAWSUITS</u>

1.      Federal National Mortgage Association v. KRCM Astoria Portfolio Corp., et al.
        Case No. 1:25-cv-01401-NGG-TAM
        U.S. District Court for the Eastern District of New York

        Dean Chapman, Esq.
        *Attorney for the Plaintiff*
        Akin Gump Strauss Hauer & Feld
        One Bryant Park
        New York, NY 10036

Dated: New York, New York
       October 7, 2025

                                KRCM Astoria Portfolio Corp.

                                By:    <u>/s/ Karan Singh</u>
                                      Name: Karan Singh
                                      Title:  Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

KRCM Astoria Portfolio Corp.,                             Case No.

                                    Debtor.
-------------------------------------------------------------x

## **RULE 7.1 CORPORATE OWNERSHIP STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, KRCM Astoria Portfolio

Corp. certifies that it is a private non-governmental party, and has no corporate parent,

affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       October 7, 2025

                        KRCM Astoria Portfolio Corp.


By:    /s/ Karan Singh
        Name:  Karan Singh
        Title:   Manager

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re   KRCM Astoria Portfolio Corp.                                     Case No.
                                                Debtor(s)        Chapter    11

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    October 7, 2025                  /s/ Karan Singh
                                            Karan Singh/Manager
                                            Signer/Title

Date:    October 7, 2025                  /s/ Kevin Nash
                                            Signature of Attorney
                                            Kevin Nash
                                            Goldberg Weprin Finkel Goldstein LLP
                                            125 Park Ave
                                            New York, NY 10017-5690
                                            Fax:

Akin Gump Strauss Hauer & Feld
c/o Dean Chapman, Esq.
One Bryant Park
New York, NY 10036

Approved Oil Co.
6717 4th Avenue
Brooklyn, NY 11220

ECB Violations
66 John St
New York, NY 10038-3735

Federal National Mortgage Association
c/o Dean Chapman, Esq.
Akin Gump Strauss Hauer & Field
One Bryant Park
New York, NY 10036

Greystone Servicing Company LLC
419 Belle Air Lane
Warrenton, VA 20186

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYC Dept of Housing Preservation and Dev
100 Gold Street, 6th Floor
New York, NY 10038

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC Water Board
5917 Junction Boulevard, 8th Floor
Elmhurst, NY 11373-5188

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

NYS Workers Compensation Board
c/o James Raymond McGinn
328 State St
Schenectady, NY 12305-3201