# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/8/2025 |
| Case: 1−25−44859−ess | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty J Ted Donovan Tdonovan@gwfglaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db KRCM Astoria Portfolio Corp. 21−80 38th Street Astoria, NY 11105
smg Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408

TOTAL: 2