# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/9/2025 |
| Case: 1−25−44859−ess | Form ID: 309F1 | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | KRCM Astoria Portfolio Corp. 21−80 38th Street Astoria, NY 11105 |
| aty | J Ted Donovan Goldberg Weprin Finkel Goldstein LLP Goldberg Weprin Finkel Goldstein LLC 125 Park Avenue Ste 12th Floor New York, NY 10017 |
| smg | United States of America Secretary of the Treasury 15th Street & Pennsylvania Ave. NW Washington, DC 20220 |
| smg | NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346 |
| smg | Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 |
| 10582222 | Akin Gump Strauss Hauer & Feld c/o Dean Chapman, Esq. One Bryant Park New York, NY 10036 |
| 10582223 | Approved Oil Co. 6717 4th Avenue Brooklyn, NY 11220 |
| 10582224 | ECB Violations 66 John St New York, NY 10038−3735 |
| 10582225 | Federal National Mortgage Association c/o Dean Chapman, Esq. Akin Gump Strauss Hauer & Field One Bryant Park New York, NY 10036 |
| 10582226 | Greystone Servicing Company LLC 419 Belle Air Lane Warrenton, VA 20186 |
| 10582227 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101−7346 |
| 10582229 | NYC Dept of Housing Preservation and Dev 100 Gold Street, 6th Floor New York, NY 10038 |
| 10582230 | NYC Dept of Law Attn: Bernadette Brennan, Esq. 100 Church St Rm 5−233 New York, NY 10007−2601 |
| 10582231 | NYC Water Board 5917 Junction Boulevard, 8th Floor Elmhurst, NY 11373−5188 |
| 10582232 | NYS Attorney General 28 Liberty St New York, NY 10005−1400 |
| 10582233 | NYS Department of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205 |
| 10582234 | NYS Workers Compensation Board c/o James Raymond McGinn 328 State St Schenectady, NY 12305−3201 |
| 10582228 | New York City Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038 |

TOTAL: 20