AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Dean L. Chapman Jr.

2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Blaine Scott

*Counsel for Federal National Mortgage Association*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KRCM Astoria Portfolio Corp., | : | Case No. 25-44859 (ESS) |
| Debtor.[1] | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Federal National Mortgage Association ("Fannie Mae") a creditor of KRCM Astoria Portfolio Corp. (the "Debtor"), hereby enters its appearance by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that

[1] The last four digits of the Debtor's tax identification number is 3632, and the location of the Debtor's business is 21-80 38th Street, Astoria, NY 11105.

copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon the following:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dchapman@akingump.com

*-and-*

Blaine Scott
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
bscott@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Fannie Mae, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Eastern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding related to these cases or any case, controversy or proceedings related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions or defenses to which Fannie Mae may be entitled in law, in equity or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

New York, New York
Dated: October 9, 2025

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Dean L. Chapman Jr.*

Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-8095
Facsimile: (212) 872-1002
dchapman@akingump.com

-and-

Blaine Scott
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
bscott@akingump.com

*Counsel for Federal National Mortgage Association*