AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Dean L. Chapman Jr.

2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Blaine Scott

*Counsel for Federal National Mortgage Association*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KRCM Astoria Portfolio Corp., | : | Case No. 25-44859 (ESS) |
| Debtor.[1] | : | |

**<u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>**

I, Blaine Scott, hereby request admission pro hac vice before the Honorable Elizabeth S. Strong to represent Federal National Mortgage Association ("<u>Fannie Mae</u>"), a secured creditor of KRCM Astoria Portfolio Corp. (the "<u>Debtor</u>"), in the above-captioned chapter 11 cases. I certify that I am a member in good standing of the bar in the State of New York and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

[1] The last four digits of the Debtor's tax identification number is 3632, and the location of the Debtor's business is 21-80 38th Street, Astoria, NY 11105.

New York, New York
Dated: October 9, 2025

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: *<u>/s/ Blaine Scott</u>*

Blaine Scott (*pro hac vice* pending)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
bscott@akingump.com

-and-

Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-8095
Facsimile: (212) 872-1002
dchapman@akingump.com

*Counsel for Federal National Mortgage Association*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Dean L. Chapman Jr.

2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Blaine Scott

*Counsel for Federal National Mortgage Association*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KRCM Astoria Portfolio Corp., | : | Case No. 25-44859 (ESS) |
| Debtor.[2] | : | |

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Blaine Scott, being duly sworn, hereby depose and say as follows:

1. I am a Member with the law firm of Akin Gump Strauss Hauer & Feld LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the District of Columbia and the State of New York.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

[2] The last four digits of the Debtor's tax identification number is 3632, and the location of the Debtor's business is 21-80 38th Street, Astoria, NY 11105.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 25-44859 (ESS) for Fannie Mae.

New York, New York
Dated: October 9, 2025

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: ______________________

Blaine Scott (*pro hac vice* pending)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
bscott@akingump.com

-and-

Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-8095
Facsimile: (212) 872-1002
dchapman@akingump.com

*Counsel for Federal National Mortgage Association*

District of Columbia

Signed or attested before me on October 9, 2025, by Blaine Scott.

______________________
Signature of Notarial Officer
My Commission Expires: July 31, 2026

DAVID GOODMAN
NOTARY PUBLIC
My Comm. Exp. Jul 31, 2026
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA COURT OF APPEALS

DC BAR

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Blaine Thomas Scott*

*was duly qualified and admitted on August 15, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 09, 2025.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

---

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Blaine Thomas Scott

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***February 27, 2019****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 9, 2025.*

*Clerk of the Court*

*CertID-00254588*

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024