# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/10/2025 |
| Case: 1−25−44859−ess | Form ID: pdfall | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr Federal National Mortgage Association
10582831 Federal National Mortgage Association

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

ust Office of the United States Trustee USTPRegion02.BR.ECF@usdoj.gov
aty Dean Chapman dchapman@akingump.com
aty J Ted Donovan Tdonovan@gwfglaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db KRCM Astoria Portfolio Corp. 21−80 38th Street Astoria, NY 11105
10582222 Akin Gump Strauss Hauer & Feld c/o Dean Chapman, Esq. One Bryant Park New York, NY 10036
10582223 Approved Oil Co. 6717 4th Avenue Brooklyn, NY 11220
10582224 ECB Violations 66 John St New York, NY 10038−3735
10582225 Federal National Mortgage Association c/o Dean Chapman, Esq. Akin Gump Strauss Hauer & Field One Bryant Park New York, NY 10036
10582226 Greystone Servicing Company LLC 419 Belle Air Lane Warrenton, VA 20186
10582227 Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101−7346
10582229 NYC Dept of Housing Preservation and Dev 100 Gold Street, 6th Floor New York, NY 10038
10582230 NYC Dept of Law Attn: Bernadette Brennan, Esq. 100 Church St Rm 5−233 New York, NY 10007−2601
10582231 NYC Water Board 5917 Junction Boulevard, 8th Floor Elmhurst, NY 11373−5188
10582232 NYS Attorney General 28 Liberty St New York, NY 10005−1400
10582233 NYS Department of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205
10582234 NYS Workers Compensation Board c/o James Raymond McGinn 328 State St Schenectady, NY 12305−3201
10582228 New York City Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038

TOTAL: 14