**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:
KRCM Astoria Portfolio Corp.

Case No. 25-44859

Chapter 11

Debtor(s)

-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

KRCM Astoria Portfolio Corp., undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on October 8, 2025.

2. Schedule(s) D-F were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

☐ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

☑ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [If creditors have been ***added***] An amended mailing matrix is annexed hereto, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

***Reminder**: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: October 22, 2025

/s/ *Ravi Vohra, Esq.*
Debtor *(signature)*
Proposed Counsel to the Debtor

Sworn to before me this 22nd
Day of October, 2025
[signature]
Notary Public, State of New York

ELIZABETH K. JACOBSEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JA5041811
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JUNE 24, 2027

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| KRCM Astoria Portfolio Corp., Debtor. | Case No. 25-44859-ESS |

-------------------------------------------------------------x

**EXHIBIT TO LOCAL RULE 1007-1(b) AFFIDAVIT**

**Schedule E has been amended to add the following creditors:**

| | |
|---|---|
| Hillel Realty Group<br>55-43 Myrtle Avenue, Suite 2<br>Ridgewood, NY 11385 | **$24,995.00** |
| Sweeney, Reich & Bolz, LLP<br>1981 Marcus Avenue, Suite 200<br>New Hyde Park, NY 11042 | **$100,000.00** |

Hillel Realty Group
55-43 Myrtle Avenue, Suite 2
Ridgewood, NY 11385

Sweeney, Reich & Bolz, LLP
1981 Marcus Avenue, Suite 200
New Hyde Park, NY 11042