Fidelity National Title
Insurance Company
NATIONAL COMMERCIAL SERVICES | NEW YORK
NEWYORKNCS.FNTIC.COM

RATE MANUAL AMENDMENTS BRING CHANGE AND CHOICES TO NEW YORK

As you know, for most title insurers authorized to transact business in New York, the pricing and availability of title insurance products in New York is handled by the Title Insurance Rate Service Association ("TIRSA"), a Rate Service Organization licensed by the Superintendent of the New York State Department of Financial Services ("DFS") pursuant to Article 23 of the Insurance Law. In turn, the pricing and availability of title insurance products are approved for use by the members of TIRSA by the DFS. The pricing and availability of these products are compiled in the TIRSA Rate Manual (the "Rate Manual"), first issued in 1993. The Rate Manual has been amended six times since 1993. The upcoming revision of the Rate Manual is the most substantial amendment to date and will be effective for title insurance policies issued on or after October 1, 2024.

There are a host of material changes to the Rate Manual, the most important ones being:

1) The adoption of the "new" 2021 ALTA policy forms, replacing the "old" 2006 policy forms. The 2006 policy forms will not be available for any policy with a Date of Policy on or after October 1, 2024.

2) The expansion of the application of discounted loan policy rates to certain financing and re-finance transactions where a transfer of the property interest that is covered by an existing mortgage has occurred since the existing mortgage was made, provided there was no New York State Real Estate Transfer Tax paid in connection with the transfer or where other specific exemptions apply.

3) The adoption of a number of ALTA endorsement forms to replace existing "TIRSA" endorsement forms where feasible. These ALTA endorsement forms are better known than their TIRSA variations so the broader use of the former will make things easier and more consistent for our clients and ourselves.

4) The adoption of a host of "new" endorsements that have not previously been available in New York. Many of these are ALTA endorsement forms, and most are so-called "Special Risk" endorsements. These include:

   a) The TIRSA 3-06 Zoning Endorsement;
   b) The ALTA 9 Endorsement series on Covenants, Restrictions, Easements and other coverages;
   c) The ALTA 18-06 and ALTA 18.2-06 Tax Parcel Endorsements;
   d) The ALTA 19 Endorsement series on Contiguity;
   e) The ALTA 25-06 and ALTA 25.1-06 Same as Survey Endorsements;
   f) The ALTA 27-06 Usury Endorsement;
   g) The ALTA 28 Endorsement series on Easements, Encroachments and Forced Removal;
   h) The TIRSA Identified Exception and Identified Risk Endorsement;
   i) The TIRSA Mezzanine Financing Assignment of Proceeds Endorsement;
   j) The ALTA 35 Endorsement series on Minerals and Other Subsurface Substances;

Fidelity National Title
Insurance Company
NATIONAL COMMERCIAL SERVICES | NEW YORK
NEWYORKNCS.FNTIC.COM

k) The ALTA 36 Endorsement series on Energy Projects;
l) The ALTA 40-06 and ALTA 40.1-06 Tax Credit Endorsements;
m) The ALTA 46-06 Endorsement on Options to Purchase; and
n) The ALTA 48 Tribal Waivers and Consents Endorsement.

5) The amendment of a number of other TIRSA endorsements.

6) The prohibition of the use of affirmative insurance, additional insurance or express insurance in policies unless such affirmative insurance, additional insurance or express insurance is (a) contained in an endorsement approved for use in New York and contained in the Rate Manual, or (b) authorized coverage for party walls or options to purchase and/or rights of first refusal as provided for in Section 32 of the Rate Manual.

7) The Rate Manual also provides for different pricing structures for a number of the new "Special Risk" endorsements based on whether the Land described in the policy is Residential Real Property or Commercial Real Property (in each case, as defined in the Rate Manual).

In the meantime, we are here, as always, and are happy to answer your questions. Please feel free to reach out to your sales representative or call us directly at 212-481-5858.

Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

23-05 30th Avenue
Astoria, N.Y.

Title No. 25-7406-63513-Q

Should you have any questions or require additional information, please contact:

| | | |
|---|---|---|
| Underwriter | Drew Cox | (212) 471-3704 - Drew.Cox@fnf.com |
| Coordinator: | Erin Clark | (212) 471-3828 – erin.clark@fnf.com |
| Office Manager: | Melissa Hernandez | (212) 471-3705 - melissa.hernandez@fnf.com |
| New York Production Supervisor | Danielle Wong | (212) 471-3717 - Danielle.Wong@fnf.com |
| Closing Desk: | Lily Pinales | (212) 471-3702 - nycclosings@fnf.com |
| Recording Department: | Albert Brunn Jr. | fntrecordings@fnf.com |

cc:

Akin Gump
Attention: Dean Chapman
One Bryant Park
New York, N.Y. 10036-6745
Email - dchapman@akingump.com

# Fidelity National Title
INSURANCE COMPANY

Preliminary Certificate and Report of Title

A Stock Company

## Preliminary Certificate and Report of Title

Fidelity National Title Insurance Company, a Florida corporation (hereafter referred to as the “Company”), certifies that it has examined the title to the premises described in Schedule A herein, in accordance with its usual procedure, and agrees to issue its standard ALTA 2021 Owner’s and/or Loan Policy of Title Insurance, as applicable, in each case with a New York Endorsement, insuring such interest, after the closing of the transaction in conformance with procedures approved by the Company, excepting all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth in this preliminary certificate (as same may be amended from time to time)which are not disposed of to its satisfaction prior to such closing or issuance of the policy.

Such policy will be issued for the amount set forth herein, upon payment of the Company’s premiums and fees and after the transaction has been duly closed and the closing instruments have been duly recorded and approved by the Company.

This preliminary certificate is subject to any question or objection as a result of a continuation of the title to the date of closing or which may be brought to the attention of the Company prior to the closing, or if there be no closing, before the issuance of the policy.

This preliminary certificate shall be null and void (1) if the prospective insured, his/her/its attorney or agent, or the applicant or the person to whom this preliminary certificate is addressed, makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company, or (2) in any event, upon the delivery of the policy. The Company has no liability under this preliminary certificate.

FIDELITY NATIONAL TITLE INSURANCE COMPANY

SEAL

By: 
Michael J. Nolan
President

ATTEST: 
Marjorie Nemzura
Secretary

Countersigned: ______________________________
Authorized Signature

# CONDITIONS AND STIPULATIONS

1. The term "mortgage", when used herein, shall include deed of trust, trust deed, or other security instrument.

2. If the Proposed Insured has or acquires actual knowledge of any defect, lien, encumbrance, adverse claim or other matter affecting the estate or interest or mortgage thereon covered by this preliminary certificate other than those shown in Schedule B hereof, and shall fail to disclose such knowledge to the Company in writing, the Company shall be relieved from liability for any loss or damage resulting from any act of reliance hereon to the extent the Company is prejudiced by failure to so disclose such knowledge. If the Proposed Insured shall disclose such knowledge to the Company, or if the Company otherwise acquires actual knowledge of any such defect, lien, encumbrance, adverse claim or other matter, the Company at its option may amend Schedule B of this preliminary certificate accordingly.

3. Any action or actions or rights of action that the Proposed Insured may have or may bring against the Company arising out of the status of the title to the estate or interest or the status of the mortgage thereon covered by this preliminary certificate must be based on and are subject to the provisions of this preliminary certificate.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q

PREPARED FOR: Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

PREMISES: 23-05 30th Avenue
Astoria, N.Y. 11102

COUNTY: Queens

LOCALITY: City of New York

DISTRICT(S):    SECTION(S):    BLOCK(S): 548    LOT(S): 1

## SCHEDULE A

1. EFFECTIVE 9:00AM January 24, 2025    REDATED 9:00 AM ____________    CLOSER SIGNATURE: ____________
2. POLICY OR POLICIES TO BE ISSUED:

   a. N/A ALTA Owner 2021 (With NY Endorsement)    Amount of Insurance N/A
   Proposed Insured: N/A

   b. N/A ALTA Loan 2021 (With NY Endorsement)    Amount of Insurance N/A
   Proposed Insured: N/A

   c. _____ ALTA    Amount of Insurance
   Proposed Insured:

3. THE ESTATE OF INTEREST IN THE LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE AND COVERED HEREIN IS:

FEE SIMPLE

4. TITLE TO THE ESTATE OR INTEREST IN SAID LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS AT THE EFFECTIVE DATE HEREOF VESTED IN:

KRCM Astoria Portfolio Corp.

Source of Title:

Deed made by Cadre Astoria 23-05 30th LLC, as to a 59.6381% tenant in common interest and Astoria 23-05 30th LLC, as to a 40.3619% tenant in common interest dated as of April 5, 2017 and recorded April 21, 2017 as CRFN 2017000154083.

5. THE LAND REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS DESCRIBED AS FOLLOWS:

See Schedule A (Description), following.

THIS REPORT IS NOT A TITLE INSURANCE POLICY! PLEASE READ IT CAREFULLY. THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS, AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY. YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q February 27, 2025

## SCHEDULE A (Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of 30th Avenue, formerly Grand Avenue, with the easterly side of 23rd Street formerly Ely Avenue;

RUNNING THENCE easterly along said northerly side of 30th Avenue, 100 feet;

THENCE northerly parallel with 23rd Street and part of the distance through a party wall, 100 feet 5 inches;

THENCE westerly parallel or nearly so with 30th Avenue, 100 feet to the easterly side of 23rd Street; and

THENCE southerly along the easterly side of 23rd Street, 100 feet 4-1/8 inches to the corner aforesaid, the point or place of BEGINNING.

THE POLICY TO BE ISSUED under this preliminary certificate will insure the title to such buildings and improvements on the premises which by law constitute real property.

FOR CONVEYANCING ONLY: Together with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q February 27, 2025

## SCHEDULE B (Exceptions)

DISPOSITION

The policy to be issued under this preliminary certificate will not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of the following exceptions unless they are disposed of to our satisfaction:

1. Taxes, tax liens, tax sales, water rents, sewer rents and assessments set forth on separate schedule herein.

2. Rights of tenants and persons in possession.

3. Mortgages returned herein (8). Detailed statement within.

4. Any state of facts an accurate survey would show. The exact courses, distance, dimensions and location of the premises described in Schedule A cannot be insured in the absence of a satisfactory survey guaranteed to this company.

5. Title by Filing/Permanent Easement for Subterranean Transmission Lines filed by the Power Authority of the State of New York, dated October 4, 1995 and recorded March 25, 1996 in Reel 4305 page 1551.

6. Two (2) UCC-1 Financing Statements found of record:

   a. UCC-1 No.: CRFN 2017000154090
      Filed: 4/21/2017
      Debtor: KRCM Astoria Portfolio Corp.
      Secured Party: Fannie Mae
      Covers: Fixtures, equipment, etc.

      i. Continued by UCC-3 filed 11/24/2021 as CRFN 2021000464767

      Note: Covers subject premises and more

   b. UCC-1 No.: CRFN 2023000328263
      Filed: 12/18/2023
      Debtor: KRCM Astoria Portfolio Corp.
      Secured Party: Approved Oil Co.
      Covers: Fixtures, equipment, etc.

7. Re: KRCM Astoria Portfolio Corp.

   a. Copy of Certificate of Incorporation as filed, or other satisfactory proof of due incorporation, must be submitted to this Company prior to closing.

   b. Unanimous written consent of shareholders to the proposed sale must be submitted or in the alternative proof must be furnished that the holders of two-thirds of its stock have consented to the sale at a meeting duly called.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:
Drew Cox
Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q    February 27, 2025

## SCHEDULE B (Exceptions)

- Continued -

DISPOSITION

8. Searches have been made for judgments and liens against KRCM Astoria Portfolio Corp., disclosed the following:

   a. Two (2) Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

   b. Thirteen (13) Environmental Control Board Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

9. The identity and character of the proposed insured purchaser must be disclosed to this company, prior to closing at which time additional exception and/or requirements may be added.

10. FOR INFORMATION ONLY: Bankruptcy searches made against KRCM Astoria Portfolio Corp. in the Eastern District Court, New York County, disclosed no filings as of February 12, 2025.

11. In the event that there has been a transfer of the economic interests in the owner shown on Schedule A or of any member thereof pursuant to a foreclosure or transfer in lieu of a foreclosure of a mezzanine loan, the company must be provided with the documentation pursuant to which such transfer was accomplished. This information is required to allow the company to establish the identity of the entities or parties necessary to consent to the proposed transaction and that such parties have the authority to execute the appropriate and applicable closing documents.

12. The Contract of Sale and any assignments/amendments thereto must be submitted to the Company.

    For premises being conveyed in The City of New York, where the consideration is $400,000.00 or more, a copy of the contract of sale or closing statement must accompany the Real Property Transfer Tax Return (RPT).

13. NOTE FOR INFORMATION ONLY: The premises described in Schedule "A" are either serviced by one or more water meters that have been read to the date(s) set forth on the tax search or are billed for Water Frontage Charges, as reflected on the attached tax search. The policy excludes from coverage matters attaching or created after the Date of Policy, and, accordingly, does not insure against loss arising from charges entered onto the public record after date of closing and relating to the period prior to closing.

14. Satisfactory proof by affidavit must be furnished showing whether any work has been done upon the premises by The City of New York, or any demand has been made by The City of New York for any such work that may result in:

    a. Charges by the New York City Department of Rent and Housing Maintenance Emergency Services.
    b. Charges by the New York City Department of Health.
    c. Charges by the New York City Department of Environmental Protection.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO: Drew Cox, Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q February 27, 2025

## SCHEDULE B (Exceptions)

- Continued -

DISPOSITION

15. Section 26-128 of the Administrative Code of The City of New York, creates tax liens for unpaid Inspection Fees and Permit Fees billed by the Building Department and Fire Department regardless of the fact that such fees may not be reflected in the City Collector's records. Policy excepts any loss, claim or damage for any unpaid fee or charge claimed by the Building Department or Fire Department and entered in the records of the City Collector after the date of closing.

16. Attention is called to the fact that any instrument covering premises in the State of New York must be endorsed with the Section, Block and Lot of the Tax Map of the City or Town in which the premises are situated before it will be acceptable for recording.

17. NOTE: The County Clerks require that all documents submitted for recording must be signed in black ink.

18. NOTE: Company will not accept personal uncertified checks in payment of its closing charges or fees in an amount greater than $750.00 nor personal checks of the seller in any amount without prior authorization from an officer of this company.

19. This certificate is made for and accepted by the applicant upon the express understanding that no policy of title insurance is to be issued hereunder. Liability is limited to One Thousand Dollars ($1,000.00) for negligence only, but reasonable opportunity shall be afforded this Company to defend this certificate or to take such other steps as it may deem proper. This certificate shall be null and void if the applicant, his attorney or agent makes any untrue statement with respect to any material fact.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:
Drew Cox
Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q February 27, 2025

## MORTGAGE SCHEDULE

1. Substitute Mortgage A made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $8,240,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432906. (Mortgage Tax Paid: Exempt) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 5)

   The above mortgage derived pursuant to a Mortgage Splitter Agreement dated May 18, 2005 between New York Community (Successor to Roslyn Savings Bank) and DPA Astoria I, LLC recorded August 3, 2005 as CRFN 2005000432905.

   1a. Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432907. Modifies and extends Mortgage No. 1.

2. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $1,594,654.32, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207309. (Mortgage Tax Paid: $44,651.61) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 5)

   2a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207310. Consolidates Mortgage Nos. 1 and 2 to form a single lien in the amount of $9,200,000.00.

   2b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011228. Assigns Mortgage Nos. 1 and 2 as consolidated.

3. Mortgage made by Dougcap Astoria I LLC -to- Signature Bank in the amount of $2,894,364.28, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011229. (Mortgage Tax Paid: $1,043.50) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 5)

   3a. Consolidation and Extension Agreement made by and between Dougcap Astoria I LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011230. Consolidates Mortgage Nos. 1, 2 and 3 to form a single lien in the amount of $11,900,000.00.

   3b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027488. Assigns Mortgage Nos. 1, 2 and 3, as consolidated.

4. Substitute Mortgage B made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $4,510,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432909. (Mortgage Tax Paid: EXEMPT) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

5. Mortgage made by DPA Astoria I, LLC -to- New York Community Bank, in the amount of $290,000.00, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432910. (Mortgage Tax Paid: $5,945.00) (Block 808 Lot 63)

   5a. Consolidation, Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432911. Consolidates Mortgage Nos. 4 and 5 to form a single lien in the amount of $4,800,000.00.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63513-Q February 27, 2025

## MORTGAGE SCHEDULE
- Continued -

6. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $869,701.50, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210331. (Mortgage Tax Paid: $24,351.61) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

   6a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210332. Consolidates Mortgage Nos. 4, 5 and 6 to form a single lien in the amount of $5,300,000.00.

   6b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040086. Assigns Mortgage Nos. 4, 5 and 6, as consolidated.

7. Mortgage made by Dougcap Astoria II LLC -to- Signature Bank in the amount of $2,061,970.65, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040087. (Mortgage Tax Paid: $53,736.00) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

   7a. Agreement made by and between Dougcap Astoria II LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040088. Consolidates Mortgage Nos. 4 through 7 to form a single lien in the amount of $7,250,000.00.

   7b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027490. Assigns Mortgage Nos. 4 through 7, as consolidated.

8. Gap Mortgage made by Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC -to- Bank United, N.A. in the amount of $16,700,000.00, dated as of January 8, 2015, and recorded January 23, 2015 as CRFN 2015000027492. (Mortgage Tax Paid: $467,600.00) Note: Covers subject premises and other premises not a part of this report (Block 548 Lot 5 and Block 808 Lot 63).

   8a. Consolidation and Extension Agreement made by and between Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC and BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027493. Consolidates Mortgage Nos. 1 through 8 to form a single lien in the amount of $35,850,000.00 encumbering subject premises and other premises not a part of this report (Block 548 Lot 5 and Block 808 Lot 63)

   8b. Assignment of Mortgage made by Bank United, N.A. to Greystone Servicing Corporation, Inc., dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154087. Assigns Mortgage Nos. 1 through 8, as consolidated and extended.

   8c. Extension and Modification Agreement made by and between KRCM ASTORIA PORTFOLIO CORP -and- GREYSTONE SERVICING CORPORATION, INC. dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154088. Extends and Modifies Mortgage Nos. 1 through 8 in a single lien in the amount of $34,700,000.00.

   8d. Assignment of Mortgage made by Greystone Servicing Corporation, Inc. -to- Fannie Mae dated April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154089. Assigns Mortgage Nos. 1 through 8, as consolidated.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

WIRE SAFE. | Inquire before you wire!

# Wire Fraud Alert

This notice is not intended to provide legal or professional advice. If you have any questions, please consult with a lawyer.

All parties to a real estate transaction are targets for wire fraud and many have lost hundreds of thousands of dollars because they simply relied on the wire instructions received via email, without further verification. If funds are to be wired in conjunction with this real estate transaction, we strongly recommend verbal verification of wire instructions through a known, trusted phone number prior to sending funds.

In addition, the following non-exclusive self-protection strategies are recommended to minimize exposure to possible wire fraud.

- NEVER RELY on emails purporting to change wire instructions. Parties to a transaction rarely change wire instructions in the course of a transaction.
- ALWAYS VERIFY wire instructions, specifically the ABA routing number and account number, by calling the party who sent the instructions to you. DO NOT use the phone number provided in the email containing the instructions, use phone numbers you have called before or can otherwise verify. Obtain the phone number of relevant parties to the transaction as soon as an escrow account is opened. DO NOT send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.
- USE COMPLEX EMAIL PASSWORDS that employ a combination of mixed case, numbers, and symbols. Make your passwords greater than eight (8) characters. Also, change your password often and do NOT reuse the same password for other online accounts.
- USE MULTI-FACTOR AUTHENTICATION for email accounts. Your email provider or IT staff may have specific instructions on how to implement this feature.

For more information on wire-fraud scams or to report an incident, please refer to the following links:

Federal Bureau of Investigation:
http://www.fbi.gov

Internet Crime Complaint Center:
http://www.ic3.gov


TM and © Fidelity National Financial, Inc and/or an affiliate. All rights reserved

# FIDELITY NATIONAL FINANCIAL
# PRIVACY NOTICE

Effective August 1, 2021

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, “FNF,” “our,” or “we”) respect and are committed to protecting your privacy. This Privacy Notice explains how we collect, use, and protect personal information, when and to whom we disclose such information, and the choices you have about the use and disclosure of that information.

A limited number of FNF subsidiaries have their own privacy notices. If a subsidiary has its own privacy notice, the privacy notice will be available on the subsidiary’s website and this Privacy Notice does not apply.

<u>Collection of Personal Information</u>
FNF may collect the following categories of Personal Information:
• contact information (e.g., name, address, phone number, email address);
• demographic information (e.g., date of birth, gender, marital status);
• identity information (e.g. Social Security Number, driver’s license, passport, or other government ID number);
• financial account information (e.g. loan or bank account information); and
• other personal information necessary to provide products or services to you.

We may collect Personal Information about you from:
• information we receive from you or your agent;
• information about your transactions with FNF, our affiliates, or others; and
• information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities or through others.

<u>Collection of Browsing Information</u>
FNF automatically collects the following types of Browsing Information when you access an FNF website, online service, or application (each an “FNF Website”) from your Internet browser, computer, and/or device:
• Internet Protocol (IP) address and operating system;
• browser version, language, and type;
• domain name system requests; and
• browsing history on the FNF Website, such as date and time of your visit to the FNF Website and visits to the pages within the FNF Website.

Like most websites, our servers automatically log each visitor to the FNF Website and may collect the Browsing Information described above. We use Browsing Information for system administration, troubleshooting, fraud investigation, and to improve our websites. Browsing Information generally does not reveal anything personal about you, though if you have created a user account for an FNF Website and are logged into that account, the FNF Website may be able to link certain browsing activity to your user account.

<u>Other Online Specifics</u>
<u>Cookies</u>. When you visit an FNF Website, a “cookie” may be sent to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer’s hard drive. Information gathered using cookies helps us improve your user experience. For example, a cookie can help the website load properly or can customize the display page based on your browser type and user preferences. You can choose whether or not to accept cookies by changing your Internet browser settings. Be aware that doing so may impair or limit some functionality of the FNF Website.

<u>Web Beacons</u>. We use web beacons to determine when and how many times a page has been viewed. This information is used to improve our websites.

<u>Do Not Track</u>. Currently our FNF Websites do not respond to “Do Not Track” features enabled through your browser.

<u>Links to Other Sites</u>. FNF Websites may contain links to unaffiliated third-party websites. FNF is not responsible for the privacy practices or content of those websites. We recommend that you read the privacy policy of every website you visit.


 Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Use of Personal Information
FNF uses Personal Information for three main purposes:
- To provide products and services to you or in connection with a transaction involving you.
- To improve our products and services.
- To communicate with you about our, our affiliates', and others' products and services, jointly or independently.

When Information Is Disclosed
We may disclose your Personal Information and Browsing Information in the following circumstances:
- to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure;
- to nonaffiliated service providers who provide or perform services or functions on our behalf and who agree to use the information only to provide such services or functions;
- to nonaffiliated third party service providers with whom we perform joint marketing, pursuant to an agreement with them to jointly market financial products or services to you;
- to law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order; or
- in the good-faith belief that such disclosure is necessary to comply with legal process or applicable laws, or to protect the rights, property, or safety of FNF, its customers, or the public.

The law does not require your prior authorization and does not allow you to restrict the disclosures described above. Additionally, we may disclose your information to third parties for whom you have given us authorization or consent to make such disclosure. We do not otherwise share your Personal Information or Browsing Information with nonaffiliated third parties, except as required or permitted by law. We may share your Personal Information with affiliates (other companies owned by FNF) to directly market to you. Please see "Choices with Your Information" to learn how to restrict that sharing.

We reserve the right to transfer your Personal Information, Browsing Information, and any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets, or in the event of bankruptcy, reorganization, insolvency, receivership, or an assignment for the benefit of creditors. By submitting Personal Information and/or Browsing Information to FNF, you expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings.

Security of Your Information
We maintain physical, electronic, and procedural safeguards to protect your Personal Information.

Choices With Your Information
If you do not want FNF to share your information among our affiliates to directly market to you, you may send an "opt out" request as directed at the end of this Privacy Notice. We do not share your Personal Information with nonaffiliates for their use to direct market to you without your consent.

Whether you submit Personal Information or Browsing Information to FNF is entirely up to you. If you decide not to submit Personal Information or Browsing Information, FNF may not be able to provide certain services or products to you.

For California Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties, except as permitted by California law. For additional information about your California privacy rights, please visit the "California Privacy" link on our website (https://fnf.com/pages/californiaprivacy.aspx) or call (888) 413-1748.

For Nevada Residents: You may be placed on our internal Do Not Call List by calling (888) 714-2710 or by contacting us via the information set forth at the end of this Privacy Notice. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: BCPINFO@ag.state.nv.us.

For Oregon Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties for marketing purposes, except after you have been informed by us of such sharing and had an opportunity to indicate that you do not want a disclosure made for marketing purposes.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other


Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

than as permitted by Vermont law, unless you authorize us to make those disclosures.

Information From Children

The FNF Websites are not intended or designed to attract persons under the age of eighteen (18). We do not collect Personal Information from any person that we know to be under the age of thirteen (13) without permission from a parent or guardian.

International Users

FNF's headquarters is located within the United States. If you reside outside the United States and choose to provide Personal Information or Browsing Information to us, please note that we may transfer that information outside of your country of residence. By providing FNF with your Personal Information and/or Browsing Information, you consent to our collection, transfer, and use of such information in accordance with this Privacy Notice.

FNF Website Services for Mortgage Loans

Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites"). The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice. The sections of this Privacy Notice titled When Information is Disclosed, Choices with Your Information, and Accessing and Correcting Information do not apply to the Service Websites. The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Personal Information. FNF does not share Personal Information collected through the Service Websites, except as required or authorized by contract with the mortgage loan servicer or lender, or as required by law or in the good-faith belief that such disclosure is necessary: to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

Your Consent To This Privacy Notice; Notice Changes

By submitting Personal Information and/or Browsing Information to FNF, you consent to the collection and use of the information in accordance with this Privacy Notice. We may change this Privacy Notice at any time. The Privacy Notice's effective date will show the last date changes were made. If you provide information to us following any change of the Privacy Notice, that signifies your assent to and acceptance of the changes to the Privacy Notice.

Accessing and Correcting Information; Contact Us

If you have questions, would like to correct your Personal Information, or want to opt-out of information sharing for affiliate marketing, visit FNF's Opt Out Page or contact us by phone at (888) 714-2710 or by mail to:

Fidelity National Financial, Inc.
601 Riverside Avenue,
Jacksonville, Florida 32204
Attn: Chief Privacy Officer



Effective August 1, 2021. Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Fidelity National Title Insurance Company

485 Lexington Avenue, 18th Floor
New York, NY 10017

# DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING LOAN POLICY ONLY

PURSUANT TO 11 NYCRR § 35.7(b)

THIS INFORMATION IS BEING PROVIDED TO YOU BECAUSE YOU HAVE APPLIED FOR TITLE INSURANCE IN CONNECTION WITH YOUR PURCHASE OF REAL PROPERTY, YET YOU HAVE ORDERED ONLY A TITLE INSURANCE POLICY FOR YOUR MORTGAGE LENDER.

THE NY STATE DEPARTMENT OF FINANCIAL SERVICES REQUIRES THAT A TITLE INSURANCE PROVIDER GIVE YOU THIS, A SEPARATE WRITTEN NOTICE, WHICH SHALL BE SIGNED BY YOU AT THE TIME THE TITLE COMMITMENT OR TITLE REPORT IS PREPARED, AND WHICH EXPLAINS:

(1) THAT A LENDER'S TITLE INSURANCE POLICY PROTECTS THE MORTGAGE LENDER, AND DOES NOT PROVIDE TITLE INSURANCE PROTECTION TO THE APPLICANT AS OWNER OF THE PROPERTY BEING PURCHASED;

(2) WHAT A LENDER'S TITLE INSURANCE POLICY INSURES AGAINST AND WHAT AN OWNER'S TITLE INSURANCE POLICY INSURES AGAINST.

EXPLANATION:

(A) A LENDER'S TITLE INSURANCE POLICY: The lender's title insurance policy <u>insures only the lender, and only up to the initial amount of the mortgage loan</u>. The lender's title insurance policy protects your mortgage lender against a loss if a title defect affects the validity, enforceability or the priority of the mortgage loan as against other interests in the title to your property, such as: 1) you don't own the property or someone else has an interest or there is some other defect in your ownership; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien for money that is superior to the mortgage; or 4) the mortgage is not properly executed by you or it is improperly or untimely recorded.

The lender's title insurance policy may also include specific exceptions which limit the protections afforded in the lender's policy. Since only the lender is an insured, You, as the owner will not share in any payment made under the lender's title insurance policy to the lender for a loss the lender might suffer as a result of a title defect.

(B) AN OWNER'S TITLE INSURANCE POLICY: The owner's title insurance policy <u>insures only you, as the owner of the property, up to the amount you will pay, or have paid, to purchase your property.</u> The owner's title insurance policy protects <u>You</u> against a loss if: 1) You don't own the property, someone else has an interest, there some other defect in your ownership or that of a prior owner of your property, including losses resulting from fraud or forgery; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien

DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING
LOAN POLICY ONLY
PURSUANT TO 11 NYCRR § 35.7(b)

for money that can be collected out of Your property; or 4) the deed to You is not properly executed or it is improperly or not timely recorded.

The owner's title insurance policy also insures You against the above risks, and others which are stated in the policy itself, even if they arise after you purchased the property, but before your deed is recorded. The owner's title insurance policy also pays for the legal defense of your interest, if you are sued as a result of title question that are insured against by the policy.

THE FORGOING IS ONLY A SUMMARY OF THE COVERAGE PROVIDED BY AN OWNER'S TITLE INSURANCE POLICY AND A LENDER'S TITLE INSURANCE POLICY. SPECIMEN COPIES OF THE LENDER'S AND OWNER'S TITLE INSURANCE POLICY CAN BE OBTAINED FROM YOUR TITLE INSURANCE PROVIDER.

YOU CAN PURCHASE AN OWNER'S TITLE INSURANCE POLICY TO PROTECT YOUR INTERESTS AS THE OWNER OF REAL PROPERTY. IN ORDER TO OBTAIN A PREMIUM QUOTE FOR THE COST OF AN OWNER'S TITLE INSURANCE POLICY AND THE RANGE OF CHARGES FOR OTHER SERVICES ASSOCIATED THEREWITH, PLEASE VISIT THE FOLLOWING WEBSITE.

ratecalculator.fnf.com
(212) 481-5858

Title No.: 25-7406-63513Q

| | |
|---|---|
| Purchaser Sign and Print Name Below | Purchaser Sign and Print Name Below |
| Print Name & Date Signed | Print Name & Date Signed |

# MUNICIPALS

# Air Resources Information Search

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

Please see the attached documents.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

A Search of NYC Environmental Protection Records

2/7/2025

Dear FIDELITY NATIONAL TITLE :

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

For the requested locations: 23-05 30 AVENUE QUEENS
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

If there are any existing records or violations for the requested location, please see the attached documents.

For questions related to this finding, please contact DEP at:
catsfeedback@dep.nyc.gov or (718) 595-3855

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000424973N |
| Violation Date: | 2021-06-09T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | JIM SARCONE |
| Face Amount: | $1,300.00 |
| Interest: | $0.00 |
| Balance Due: | $1,300.00 |
| Violation Location: | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Respondent Address: | 21-80 38 STREET, ASTORIA, NY 11105 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 10/26/2021 |

## Description

| | |
|---|---|
| Code: | BAY9 |
| Code Section: | 24-154(C) |
| Description: | FAILURE TO FILE NOTICE OF MOLD PROJECT AS REQUIRED 1ST OFFENSE |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000426370N |
| Violation Date: | 2021-06-04T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | JIM SARCONE |
| Face Amount: | $6,500.00 |
| Interest: | $0.00 |
| Balance Due: | $6,500.00 |
| Violation Location: | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Respondent Address: | 21-80 38 STREET, ASTORIA, NY 11105 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 10/26/2021 |

## Description

| | |
|---|---|
| Code: | BAZ1 |
| Code Section: | 24-154(C) |
| Description: | FAILURE TO FILE NOTICE OF MOLD PROJECT AS REQUIRED |

2ND OFFENSE

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000680792R |
| Violation Date: | 2021-07-01T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTFOL |
| Face Amount: | $2,080.00 |
| Interest: | $0.00 |
| Balance Due: | $2,080.00 |
| Violation Location: | 23-05 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 2180 38TH STREET #OFC, ASTORIA, NY 11105 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 12/21/2021 |

## Description

| | |
|---|---|
| Code: | BAH7 |
| Code Section: | 24-109(A)(3) |
| Description: | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |

## Respond to Your Ticket

DataTrace®

# ECB Address Search

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

This search reports outstanding Environmental Control Board fines posted against a specific address.

Please see attached for outstanding ECB fines as of 2/7/2025.

Additional information can be obtained regarding the violation reported upon request.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATA TRACE INFORMATION SERVICES LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, REDACTION, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE OR A REPORT OF TITLE.EVEN IF THIS SEARCH INCLUDES A "READING" OR EXAMINATION, CUSTOMER MUST EXAMINE THE PRODUCT PRIOR TO ISSUING A REPORT OR COMMITMENT. IT IS CUSTOMER'S SOLE OBLIGATION TO COMPLY WITH APPLICABLE FEDERAL AND STATE LAWS AND REGULATIONS IN THE USE OF DATA TRACE'S PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO, THE UNITED STATES DEPARTMENT OF THE TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, GEOGRAPHIC TARGETING ORDER.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATA TRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

NYC

NYC CityPay

# Bill #BIL000483571 (11 items)

| | |
|---|---|
| Payment Amount: | $69,673.48 |
| Expires: | 03/09/2025 |

*The Department of Finance cannot accept mail-in payments to accompany settlement amounts displayed on this page. Settlement resolution amounts are updated daily as interest accrues. To pay in person, bring your check or money order and a signed settlement terms and conditions agreement to one of DOF's five business centers. If you cannot pay online or in person, please call 212-440-5300 to make alternative arrangements.*

| | |
|---|---|
| Item ID2 | 035359260P |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, QN, NY 11102 |
| Violation Date | 2019-03-06T00:00:00.000-05:00 |
| Description | FAIL TO PROV EFF ELECT CONT FOR METAL RACEWAYS ENCLOSURES CABLE ARMOR |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $8,939.67 |
| Payment Amount | $8,939.67 |

| | |
|---|---|
| Item ID2 | 035359261R |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, QN, NY 11102 |
| Violation Date | 2019-03-06T00:00:00.000-05:00 |
| Description | ELECTRICAL WORK WITHOUT A PERMIT |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $11,919.56 |
| Payment Amount | $11,919.56 |

| | |
|---|---|
| Item ID2 | 035474829Y |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-01-03T00:00:00.000-05:00 |
| Description | VIOLATION OF PARKING REGULATIONS IN A RESIDENTIAL DISTRICT |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $4,116.70 |
| Payment Amount | $4,116.70 |

| | |
|---|---|
| Item ID2 | 035475373J |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-01-03T00:00:00.000-05:00 |
| Description | CHANGE IN OCCUPANCY |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $16,466.78 |
| Payment Amount | $16,466.78 |

| | |
|---|---|
| Item ID2 | 035475374L |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-01-03T00:00:00.000-05:00 |
| Description | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $16,466.78 |
| Payment Amount | $16,466.78 |

| | |
|---|---|
| Item ID2 | 047412739M |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2022-04-25T00:00:00.000-04:00 |
| Description | DIRTY SIDEWALK |
| Issuing Agency | DSNY Other |
| Status | DOCKETED |
| Total Amount Due | $361.40 |
| Payment Amount | $361.40 |

| | |
|---|---|
| Item ID2 | 0201793580 |
| Respondent Name | CHRISTIAN R TEJADA |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2017-08-28T00:00:00.000-04:00 |
| Description | OPEN CONTAINER/CONSUMPTION OF ALCOHOL ON STREETS |
| Issuing Agency | NYPD |
| Status | DEFAULTED |
| Total Amount Due | $25.00 |
| Payment Amount | $25.00 |

| | |
|---|---|
| Item ID2 | 011673214Z |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2019-03-06T00:00:00.000-05:00 |
| Description | ROOFTOP ACCESS AND MEANS OF EGRESS |
| Issuing Agency | FDNY |
| Status | DOCKETED |
| Total Amount Due | $1,497.59 |
| Payment Amount | $1,497.59 |

| | |
|---|---|
| Item ID2 | 000426370N |
| Respondent Name | JIM SARCONE |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-06-04T00:00:00.000-04:00 |
| Description | FAILURE TO FILE NOTICE OF MOLD PROJECT AS REQUIRED 2ND OFFENSE |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $6,500.00 |
| Payment Amount | $6,500.00 |

| | |
|---|---|
| Item ID2 | 000424973N |
| Respondent Name | JIM SARCONE |
| Address | 23-05 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-06-09T00:00:00.000-04:00 |
| Description | FAILURE TO FILE NOTICE OF MOLD PROJECT AS REQUIRED 1ST OFFENSE |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $1,300.00 |
| Payment Amount | $1,300.00 |

| | |
|---|---|
| Item ID2 | 000680792R |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-05 30 AVENUE, QUEENS, NY 11102 |
| Violation Date | 2021-07-01T00:00:00.000-04:00 |
| Description | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $2,080.00 |
| Payment Amount | $2,080.00 |

PRINT

DataTrace®

# Street Report

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

## PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

A search of the Topographical Department shows the following results:

Street width: 30 AVENUE MAPPED AT 80 FEET TO THE FULL WIDTH COMMISSIONER'S REPORT CONFIRMED 2/2/1992

Cross street: 23 STREET MAPPED AT TO THE FULL WIDTH CONFIRMED 6/5/1912 60'

CRESCENT STREET MAPPED AT 75 FEET TO THE FULL WIDTH CONFIRMED 3/2/1911

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Emergency Repairs Violation Search

TITLE #: 63513Q | DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) | ORDER ID: 12607060

## PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

## Emergency Repair Lien Book Charges Prior to July 1, 1999

A search of the Department of Housing Preservation and Development's Emergency Repair Mainframe System shows the following:

LIEN BOOK DATE: 11/7/2024
AMOUNT:$ 0.00

## Emergency Repair Work in Progress Subsequent to July 1, 1999

A search of the Department of Housing Preservation and Development's Building Charge Report shows the following:

See attached for work orders found and indexed against the above- mentioned premises as of the date of this search.

******NOTES******

Note: The attached printout does not include pending work orders not yet transferred to the Dept. of Finance. Details of these charges are not available at this time.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES


NYC HPD Online
Login
23-05 30 Avenue, Queens, 11102
English
Overview
ALSO KNOWN AS
2305 30 Avenue
23-05 30 Avenue
See on map
Print Building Info
Add to Favorites
STATUS
Active
400444
RANGE
23-05-23-05
BIN
4006261
BLOCK
548
LOT
1
CENSUS TRACT
71
STORIES
4
A UNITS
42
B UNITS
0
CD
1
CLASS
B
OWNERSHIP
PVT
BUILDING ID
415941
Complaints
10
Open Complaints - 0
Violations
48
A Class - 24 B Class - 11 C Class - 12
I Class - 1
Building Charges/Fees
17
Work Orders - 5 Total Fees - 12
Relocation Charges - 0
Litigation
0
Litigation - 0 Harassment Findings - 0

DataTrace®

SUPER:
ORDER ID#: 12607060

RECORD SEARCH REQUEST

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

MAIL TO:

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE: 2/7/2025

TITLE NO: FIDMAN 63513Q

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE
Building Class: C1

State: NY; County: QUEENS;
Neighborhood: OLD ASTORIA
Block: 548; Lot: 1

Address

- [X] 1. Record of existing Fire Department Violations
- [ ] 2. Record of Permit for Fuel Oil
- [ ] 3. Other ____________________________________________________________

____________________________________________________________
(The City of New York is not being sued, nor is there any intention to sue the City of New York)

DO NOT WRITE BELOW THIS LINE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 2025-01-08 the records show the following: VIOLATIONS (SEE ATTACHED)

Violation #: 011673214Z

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

ENFORCE_ID 0116732142 CO# 58 ACCT# 39015294 RUN DATE 02/10/25

DISP_STAT COMPLIANCE DUE DISP_DESC DEFAULTED DISP_DT 04/29/2019

APP_STAT Default BLOCK 00546 LOT 0001 BIN 4006261

VIOKEY 0116732142 VIODT 03/08/2019 VIOACTION A APP_TYPE_ALIAS Enforcement FDNY Summons

OATH VIO STATUS DOCKETED OATH COMPL STATUS Both Due

SURNAME KROM ASTORIA PORTFOLIO C

ADDRESS

21-05 30 AVE QUEENS 11102

Close Form

| | | | |
|---|---|---|---|
| VC # | FAILED TO PROVIDE ADEQUATE EGRESS/SPACE | | |
| VC # | | | |
| | | | |
| | | | |
| | | | |

# ECB-DOB Penalty Search

TITLE #: 63513Q | DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) | ORDER ID: 12607060

## PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

A search of the records of the Department of Buildings indicates the following:

The attached 3 violation(s) are indexed as 'Resolved' but have open penalties at the NYC Department of Buildings as of 2/7/2025.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

NYC Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
Filed At: 23-05 30 AVENUE , QUEENS , NY 11102

BIN: 4006261 Block: 548 Lot: 1
Community Board: 401

### OATH/ECB Violation Summary

VIOLATION RESOLVED

OATH/ECB Violation Number: 35475374L

View Image of Summons/Notice at OATH

Severity: CLASS - 1
Certification Status: CERTIFICATE ACCEPTED

Penalty Balance Due: $12,500.00
Hearing Status: DEFAULT

### Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO

Mailing Address: 31 AMBER LANE , OYSTER BAY , NY 11771

### Violation Details

Violation Date: 01/03/2021
Violation Type: CONSTRUCTION

Served Date: 01/03/2021
Inspection Unit: EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 102 | 28-301.1 | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER |

Specific Violation Condition(s) and Remedy:

FAILUE TO MAINTAIN BLDG IN CODE-COMPLIANT MANNER.NOTED:REAR YARD OF BLDG.THE FIRE ESCAPE VEHICLE ARE PARKED,BLOCKING EGRESS THAT IS DANGEROUS DUE TO HANDRAILS WERE REMOVE.THE REMOVAL IS THE HANDRAILS WERE TO GE

Issuing Inspector ID: 2918
DOB Violation Number: 01032021CENJW02

Issued as Aggravated Level: AGGRAVATED OFFENSE LEVEL 2

### Dept. of Buildings Compliance History and Events

Certification Status: CERTIFICATE ACCEPTED
Compliance On: 03/18/2021

Certification Submission Date: 03/01/2021

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

### OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 03/30/2021 8:30
Hearing Status: DEFAULT

### OATH/ECB Penalty Information

Penalty Imposed: $12,500.00

Adjustments: $0.00
Amount Paid: $0.00

Penalty Balance Due: $12,500.00
Court Docket Date: 07/31/2021

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
BIN: 4006261 Block: 548 Lot: 1

Filed At: 23-05 30 AVENUE , QUEENS , NY 11102
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION RESOLVED

OATH/ECB Violation Number: 35475373J

View Image of Summons/Notice at OATH

Severity: CLASS - 1
Penalty Balance Due: $12,500.00

Certification Status: CERTIFICATE ACCEPTED
Hearing Status: DEFAULT

## Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO
Mailing Address: 31 AMBER LANE , OYSTER BAY , NY 11771

## Violation Details

Violation Date: 01/03/2021
Served Date: 01/03/2021

Violation Type: CONSTRUCTION
Inspection Unit: EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 124 | 28-118.3 | CHANGE IN OCCUPANCY/USE OF C OF O AS PER 28-118.3.1 - 28-118.3.2 BY OPERATING A PLACE OF ASSEMBLY AS PER WHEN CURRENT C OF O DOES NOT ALLO W SUCH OCCUPANCY |

Specific Violation Condition(s) and Remedy:

FAILURE TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY NOTED:FIRE EXCAPE ATREAR OF BLDG OBSERVED 2 VEHICLES PARKED AT REAR YARD.THESE VEHICLESARE UNDER THE FIRE ESCAPE BLOCKING THE DROP LADDERS.1 VEHICLE IS STORE

Issuing Inspector ID: 2918
DOB Violation Number: 01032021CENJW01
Issued as Aggravated Level: AGGRAVATED OFFENSE LEVEL 1

## Dept. of Buildings Compliance History and Events

Certification Status: CERTIFICATE ACCEPTED
Compliance On: 03/01/2021
Certification Submission Date: 03/01/2021

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 03/30/2021 8:30
Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $12,500.00
Adjustments: $0.00
Amount Paid: $0.00
Penalty Balance Due: $12,500.00
Court Docket Date: 07/31/2021

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
BIN: 4006261 Block: 548 Lot: 1

Filed At: 23-05 30 AVENUE , QUEENS , NY 11102
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION RESOLVED

OATH/ECB Violation Number: 35474829Y

View Image of Summons/Notice at OATH

Severity: CLASS - 2
Penalty Balance Due: $3,125.00

Certification Status: CERTIFICATE ACCEPTED
Hearing Status: DEFAULT

## Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO
Mailing Address: 31 AMBER LANE , OYSTER BAY , NY 11771

## Violation Details

Violation Date: 01/03/2021
Served Date: 01/03/2021
Violation Type: CONSTRUCTION
Inspection Unit: EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 283 | ZR 25-41 | VIOLATION OF PARKING REGULATIONS IN A RESIDENTIAL DISTRICT |

Specific Violation Condition(s) and Remedy:

VIOLATION OF PARKING REGULATION IN A RESIDENTIAL DISTRICT.NOTE:NO. OFTHE STREET PARKING OBSERVED 2 VEHICLES PARKED AT REAR YARD OBSTRUCTINGTHE EGRESS FROM REAR FIRE ESCAPES.1 VEHICLE IS MISSING PLATES,REAR YAR

Issuing Inspector ID: 2918
DOB Violation Number: 01032021CENJW03
Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status: CERTIFICATE ACCEPTED
Compliance On: 03/01/2021
Certification Submission Date: 03/01/2021

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 03/30/2021 8:30
Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $3,125.00
Adjustments: $0.00
Amount Paid: $0.00
Penalty Balance Due: $3,125.00
Court Docket Date: 07/31/2021

0041

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

DataTrace®

# Housing and Building Violation Search

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

## PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

A search of the records of the Department of Buildings and the Rent and Housing Maintenance Department of the City of New York was made on 2/7/2025. The findings of this search are limited to violation(s) posted against the address(es) shown above and may not include violations posted against other addresses or against a block and lot. As of the date of posting, the following violations were reported pending:

BUILDING DEPARTMENT
Violations: See Attached

NOTE: TO IDENTIFY RESOLVED BUILDING DEPARTMENT VIOLATIONS WITH UNPAID ECB FINES, PLEASE ORDER AN ECB-DOB PENALTY SEARCH.

RENT AND HOUSING MAINTENANCE DEPARTMENT
Violations: See Attached

THE VIOLATIONS INDICATED ON THIS REPORT MAY BE SUBJECT TO FINES AND/OR PENALTIES.

BUILDING CLASSIFICATION
Multiple Dwelling
Number of Apartments 42

Classified As NEW LAW TENEMENT
Registration Number: 400444

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

NYC Department of Buildings

Property Profile Overview

| | | | | | | |
|---|---|---|---|---|---|---|
| 23-05 30 AVENUE | | QUEENS 11102 | | | | BIN# 4006261 |
| 30 AVENUE | 23-05 - 23-05 | Health Area | : 300 | Tax Block | : 548 | |
| | | Census Tract | : 71 | Tax Lot | : 1 | |
| | | Community Board | : 401 | Condo | : NO | |
| | | Buildings on Lot | : 1 | Vacant | : NO | |

View DCP Addresses... Browse Block

View Zoning Documents View Challenge Results Pre - BIS PA View Certificates of Occupancy

PARTIAL STOP WORK ORDER EXISTS ON THIS PROPERTY

VIOLATION FOR FAILURE TO CERTIFY CORRECTION OF CLASS 1 VIOLATION EXISTS ON THIS PROPERTY - DOB CIVIL PENALTIES DUE

| | | | |
|---|---|---|---|
| Cross Street(s): | 23 STREET, CRESCENT STREET | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |
| HPD Multiple Dwelling: | Yes | | |
| Number of Dwelling Units: | 42 | | |

Special District: UNKNOWN

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area. Click here for more information

Department of Finance Building Classification: C1-WALK-UP APARTMENT

Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open |
|---|---|---|
| Complaints | 35 | 0 |
| Violations-DOB | 37 | 34 |
| Violations-OATH/ECB | 16 | 4 |

This property has 2 open OATH/ECB "Work Without A Permit" Violations and may be subject to DOB civil penalties

Elevator Records

Electrical Applications

Permits In-Process / Issued

Illuminated Signs Annual Permits

Plumbing Inspections

Open Plumbing Jobs / Work Types

upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations.

| | |
|---|---|
| Jobs/Filings | 23 |
| ARA / LAA Jobs | 2 |
| Total Jobs | 25 |
| Actions | 8 |

Facades
Marquee Annual Permits
Boiler Records
DEP Boiler Information
Crane Information
After Hours Variance Permits

NYC Department of Buildings

DOB Violation Display for 030315LBLVIO14126

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 03/03/2015 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 14126 | Device No.: | 00004201 - 01-RESIDENTIAL |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | VIOLATION ISSUED FOR FAILURE TO FILE ANNUAL BOILER 2013 INSPECTION REPORT | | |

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 072518AEUHAZ100435

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 07/25/2018 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00435 | Device No.: | |
| OATH/ECB No.: | 35255938N (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 052919AEUHAZ100658

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 05/29/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00658 | Device No.: | |
| OATH/ECB No.: | 35359261R (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 050219BENCH03061

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 03061 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080219BENCH01688

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01688 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110219BENCH01149

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01149 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020220BENCH00906

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00906 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 050220BENCH01472

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01472 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080220BENCH01472

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01472 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110220BENCH00840

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00840 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020221BENCH00681

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00681 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 042921EGRADE2004240

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 04/29/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2004240 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 060221BENCH01444

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 06/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01444 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080221BENCH00951

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00951 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 120121EGRADE2103079

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2103079 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110221BENCH00670

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00670 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020222BENCH00528

Premises: 23-05 30 AVENUE QUEENS | BIN: 4006261 | Block: 548 | Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00528 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 060122BENCH00488

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 06/01/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00488 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080222BENCH00268

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00268 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110222BENCH00168

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00168 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020223BENCH00125

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00125 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 042523LBLVIO19679

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 04/25/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 19679 | Device No.: | 00004201 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2022 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 050223BENCH01243

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01243 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 062023LBLVIO11735

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

Issue Date: 06/20/2023

Violation Category: V - DOB VIOLATION - ACTIVE

Violation Type: LBLVIO - LOW PRESSURE BOILER

Violation Number: 11735

Device No.: 00004201 - 01-RESIDENTIAL

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2018 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code:

Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 062023LBLVIO33224

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 06/20/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 33224 | Device No.: | 00004201 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2019 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 063023LBLVIO32745

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

Issue Date: 06/30/2023 Violation Category: V - DOB VIOLATION - ACTIVE

Violation Type: LBLVIO - LOW PRESSURE BOILER

Violation Number: 32745 Device No.: 00004201 - 01-RESIDENTIAL

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2021 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 080223BENCH00629

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

Issue Date: 08/02/2023 Violation Category: V - DOB VIOLATION - ACTIVE

Violation Type: BENCH - FAILURE TO BENCHMARK

Violation Number: 00629 Device No.:

OATH/ECB No.:

Infraction Codes:

Description: FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 110223BENCH00457

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00457 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 120123EGRADE2301557

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2301557 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 022224BENCH00366

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 02/22/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00366 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 050224BENCH01208

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01208 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080224BENCH00590

Premises: 23-05 30 AVENUE QUEENS BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00590 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 092324LBLVIO14589

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-05 30 AVENUE
QUEENS

BIN: 4006261 Block: 548 Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 09/23/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 14589 | Device No.: | 00004201 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2023 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 120124EGRADE2401561

Premises: 23-05 30 AVENUE QUEENS    BIN: 4006261    Block: 548    Lot: 1

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2401561 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code:    Date:

Inspector:

Comments:

## Low Pressure Boiler Requirements

Beginning May 15, 2010, there are several new requirements that must be followed when filing annual low pressure boiler reports.

- A complete Boiler Inspection Report must be filed within 45 days of performing the inspection for each boiler at a property.
- If defects are found during the inspection, the defects must be corrected and an Affirmation of Correction (BO-13 form) must be filed within 45 days of the inspection. Reports are not considered complete until the BO-13 is received.
- Completed reports submitted more than 45 days after the date of inspection will receive a late penalty of $50.00 per boiler per month.
- Failure to file a complete report within 12 months of the inspection will result in a full penalty of $1,000 per boiler. Reports submitted 12 months after the date of inspection will not be accepted.
- Late filing for previous years will no longer be accepted and subject to full penalty amounts as outlined in Local Law 62 of 1991.

Late Penalties: Apply to reports filed after the filing deadline but within 12 months of the inspection.

Full Penalties: Apply to reports filed more than 12 months after the inspection.

The following are open violations:

1. 030315LBLVIO14126
2. 042523LBLVIO19679
3. 062023LBLVIO11735
4. 062023LBLVIO33224
5. 063023LBLVIO32745
6. 092324LBLVIO14589

Contact Central Inspections
280 Broadway, 4th Floor, NY, NY 10007
(212) 566-5048/5034

NYC Buildings

# BOILER VIOLATION
# CIVIL PENALTY REFERENCE CHART:
## Low Pressure & High Pressure

| VIOLATION ISSUE DATE | INSPECTION CYCLE | MANDATORY INSPECTION PERIOD | FULL CIVIL PENALTY (per inspection year) |
|---|---|---|---|
| During 1993 | 1992 | January 1, 1992 – December 31, 1992 | $500 or $1,500* |
| During 1994 | 1993 | January 1, 1993 – December 31, 1993 | $500 or $1,500* |
| August 29, 1995 | 1994 | January 1, 1994 – December 31, 1994 | $500 or $1,500* |
| February 10, 1997 | 1995 | January 1, 1995 – December 31, 1995 | $500 or $1,500* |
| September 16, 1997 | 1996 | January 1, 1996 – December 31, 1996 | $500 or $1,500* |
| May 4, 1998 | 1997 | January 1, 1997 – December 31, 1997 | $500 or $1,500* |
| March 16, 1999 | 1998 | January 1, 1998 – December 31, 1998 | $500 or $1,500* |
| February 7, 2000 | 1999 | January 1, 1999 – December 31, 1999 | $500 or $1,500* |
| February 27, 2001 | 2000 | January 1, 2000 – December 31, 2000 | $500 or $1,500* |
| March 26, 2002 | 2001 | January 1, 2001 – December 31, 2001 | $500 or $1,500* |
| March 19, 2003 | 2002 | January 1, 2002 – December 31, 2002 | $500 or $1,500* |
| February 13, 2004 | 2003 | January 1, 2003 – December 31, 2003 | $500 or $1,500* |
| January 31, 2005 | 2004 | January 1, 2004 – December 31, 2004 | $500 or $1,500* |
| January 6, 2006 | 2005 | January 1, 2005 – December 31, 2005 | $500 or $1,500* |
| January 17, 2007 | 2006 | January 1, 2006 – December 31, 2006 | $500 or $1,500* |
| January 1, 2008 | 2007 | January 1, 2007 – December 31, 2007 | $500 or $1,500* |
| January 1, 2009 | 2008 | January 1, 2008 – December 31, 2008 | $500 or $1,500* |
| December 31, 2009 | 2009 | January 1, 2009 – November 15, 2009 | $500 or $1,500* |
| December 13, 2011 | 2010 | November 16, 2009 – November 15, 2010 | $1,000 per boiler violation** |
| March 1, 2013 | 2011 | November 16, 2010 – November 15, 2011 | $1,000 per boiler violation** |
| May 15, 2014 | 2012 | November 16, 2011 – December 31, 2012 | $1,000 per boiler violation** |
| March 3,2015 | 2013 | January 1, 2013 – December 31, 2013 | $1,000 per boiler violation** |
| October 1, 2015 | 2014 | January 1, 2014 – December 31, 2014 | $1,000 per boiler violation** |
| December 16, 2016 (High-Pressure Only) | 2014 | January 1, 2014 – December 31, 2014 | $1,000 per boiler violation (per device) |
| February 24, 2017 (Low-Pressure)<br>June 23, 2017 (High-Pressure) | 2015 | January 1, 2015 – December 31, 2015 | $1,000 per boiler violation** (per device) |

| VIOLATION ISSUE DATE | INSPECTION CYCLE | MANDATORY INSPECTION PERIOD | FULL CIVIL PENALTY (per inspection year) |
|---|---|---|---|
| April 6, 2018 (Low-Pressure)<br><br>June 22, 2018 (High-Pressure) | 2016 | January 1, 2016 – December 31, 2016 | $1,000 per boiler violation** (per device) |
| November 8, 2019 or January 17, 2020 (Low-Pressure)<br><br>[High-Pressure Pending] | 2017 | January 1, 2017 – December 31, 2017 | $1,000 per boiler violation** (per device) |

* per building per inspection year NOT per device
** per device

- Property with six (6) stories or less – $500 per building, per inspection cycle; due for violations issued between 1992 and 2009
- Property with seven (7) stories or more – $1,500 per building, per inspection cycle; due for violations issued between 1992 and 2009
- Payment of Multiple Violations – submit one certified check, official bank check, or money order per address

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 400444 | 23-05-23-05 | 4006281 | 548 | 1 | 71 |
| **STORIES** | **A UNITS** | **B UNITS** | **CD** | **CLASS** | **OWNERSHIP** | **BUILDING ID** |
| 4 | 42 | 0 | 1 | B | PVT | 415941 |

## Property Owner Registration Information

Registration Expiry Date: 09/30/2024 Last Registration Date: 10/12/2025

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | – | MICHAEL SINGH | 2180 38TH ST OFFICE, Astoria, 11105 |
| Corporation | KRCM ASTORIA PORTFOLIO CORP | | 2180 38TH ST OFFICE, Astoria, 11105 |
| Managing Agent | – | JIM SARCONE | 2180 38TH ST OFFICE, Astoria, 11105 |

## Open Violations (48) A=24, B=11, C=12, I=1

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 17493820 | I | 780 | – | – | 11/29/2024 | – |
| – | – | – | – | INFO NOV SENT | 11/29/2024 | – |
| §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed | | | | | | |
| 16983201 | B | 702 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168842 | ORIGINAL | 06/25/2024 | 07/09/2024 | NOV SENT | 05/21/2024 | |
| § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983200 | C | 569 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168844 | ORIGINAL | 06/16/2024 | 06/21/2024 | NOI SENT | 05/21/2024 | – |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983199 | C | 568 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168844 | ORIGINAL | 06/16/2024 | 06/21/2024 | NOI SENT | 05/21/2024 | – |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16985202 | B | 1503 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168842 | ORIGINAL | 06/25/2024 | 07/09/2024 | NOV SENT | 05/21/2024 | – |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983195 | A | 592" | A10 | 1 | 05/20/2024 | 06/21/2024 |
| 9168841 | ORIGINAL | 08/24/2024 | 09/07/2024 | NOV SENT | 05/21/2024 | – |
| § 27-2026 adm code replace with new the defective flush pipe of water closet in the bathroom located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983198 | B | 508 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168842 | ORIGINAL | 06/25/2024 | 07/09/2024 | NOV SENT | 05/21/2024 | – |
| § 27-2005 adm code properly secure the loose washbasin at west wall in the bathroom located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983193 | B | 501 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168842 | ORIGINAL | 06/25/2024 | 07/09/2024 | NOV SENT | 05/21/2024 | – |
| § 27-2005 hmc: properly repair or replace the broken or defective upper sash spring balance at 1st window from south at west wall in the kitchen located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16983197 | [illegible] | 579 | A10 | 1 | 05/20/2024 | 05/21/2024 |
| 9168842 | ORIGINAL | 06/25/2024 | 07/09/2024 | NOV SENT | 05/21/2024 | – |
| § 27-2026 adm code repair the leaky and/or defective faucets at bathtub in the bathroom located at apt a10, 1st story, 1st apartment from south at west , section "east" | | | | | | |
| 16871026 | A | 1507 | – | – | 04/12/2024 | 04/12/2024 |
| 9086146 | ORIGINAL | 07/18/2024 | 07/30/2024 | NOV SENT | 04/12/2024 | – |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 15859375 | A | 1507 | – | - | 03/27/2023 | 03/27/2023 |
| 8398829 | ORIGINAL | 06/30/2023 | 07/14/2023 | NOV SENT | 03/27/2023 | - |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 15576208 | A | 1506 | – | Not Applicable | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15578211 | A | 778 | - | 1 | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 27-2104 adm code. post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building. at public hall, 1st story | | | | | | |
| 15578209 | A | 700 | - | 1 | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 27-2045 adm code. post a proper notice of smoke detector requirements, in a form approved by the commissioner, at or near the mail box at public hall, 1st story | | | | | | |
| 15578212 | A | 500 | - | 1 | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. at public hall, 1st story | | | | | | |
| 15578210 | A | 1501 | - | 1 | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 27-2046.1 hmc: post a proper notice of carbon monoxide detecting device requirements, in a form approved by the commissioner, in a common area of a class a multiple dwelling near inspection certificate or provide notice to tenants in a private dwelling. | | | | | | |
| 15578213 | A | 722 | - | 1 | 11/23/2022 | 11/25/2022 |
| 8198475 | ORIGINAL | 02/28/2023 | 03/14/2023 | NOV SENT | 11/25/2022 | - |
| § 27-2053 adm code. post sign on wall of entrance story bearing name, address including apartment number if any, and telephone number of superintendent, janitor or housekeeper. at public hall, 1st story | | | | | | |
| 14975070 | A | 1507 | - | - | 03/03/2022 | 03/03/2022 |
| 7765118 | ORIGINAL | 06/08/2022 | 06/20/2022 | NOV SENT | 03/03/2022 | - |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 14764674 | C | 568 | D7 | 4 | 01/12/2022 | 01/13/2022 |
| 7605681 | ORIGINAL | 02/08/2022 | 02/13/2022 | NOI SENT | 01/13/2022 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt d7, 4th story, 1st apartment from west at north | | | | | | |
| 14622056 | A | 508 | - | 1 | 10/15/2021 | 10/18/2021 |
| 7516835 | ORIGINAL | 01/21/2022 | 02/04/2022 | NOV SENT | 10/18/2021 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd , 1st story | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14622958 | A | 778 | – | 1 | 10/15/2021 | 10/18/2021 |
| 7516835 | ORIGINAL | 01/21/2022 | 02/04/2022 | NOV SENT | 10/18/2021 | – |
| § 27-2104 adm code. post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building., 1st story | | | | | | |
| 14622957 | A | 1506 | – | 1 | 10/15/2021 | 10/18/2021 |
| 7516835 | ORIGINAL | 01/21/2022 | 02/04/2022 | NOV SENT | 10/18/2021 | – |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected, 1st story | | | | | | |
| 14355975 | A | 778 | – | 1 | 05/24/2021 | 05/26/2021 |
| 7258771 | ORIGINAL | 08/29/2021 | 09/12/2021 | NOV SENT | 05/26/2021 | – |
| § 27-2104 adm code. post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building. at public hall, 1st story | | | | | | |
| 14355977 | A | 1506 | – | 1 | 05/24/2021 | 05/26/2021 |
| 7258771 | ORIGINAL | 08/29/2021 | 09/12/2021 | NOV SENT | 05/26/2021 | – |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at public hall, 1st story | | | | | | |
| 14355976 | A | 500 | – | 1 | 05/24/2021 | 05/26/2021 |
| 7258771 | ORIGINAL | 08/29/2021 | 09/12/2021 | NOV SENT | 05/26/2021 | – |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. at public hall, 1st story | | | | | | |
| 14229215 | A | 1507 | – | – | 04/14/2021 | 04/14/2021 |
| 7253864 | ORIGINAL | 07/18/2021 | 08/01/2021 | NOV SENT | 04/14/2021 | – |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 14188355 | B | 504 | – | 1 | 04/08/2021 | 04/14/2021 |
| 7253865 | ORIGINAL | 05/19/2021 | 06/02/2021 | NOV SENT | 04/14/2021 | – |
| § 27-2005 adm code. provide security in the event of a power outage by means of an acceptable mechanical heavy duty lock and latch set at building entrance door , 1st story | | | | | | |
| 14188378 | C | 526* | – | 1 | 04/08/2021 | 04/14/2021 |
| 7253866 | ORIGINAL | 04/20/2021 | 04/27/2021 | NOV SENT | 04/14/2021 | – |
| § 27-2005, 2007 adm code. remove the illegal fastening consisting of an unacceptable electromagnetic locking device installed at the vestibule door , 1st story | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14188378 | C | 528* | - | 1 | 04/08/2021 | 04/14/2021 |
| 7253866 | ORIGINAL | 04/20/2021 | 04/27/2021 | NOV SENT | 04/14/2021 | - |
| § 27-2005, 2007 adm code remove the illegal fastening consisting of an unacceptable electromagnetic locking device installed at the building entrance door , 1st story | | | | | | |
| 13936998 | C | 569 | D3 | 4 | 12/12/2020 | 12/14/2020 |
| 7033412 | ORIGINAL | 01/08/2021 | 01/14/2021 | NOI SENT | 12/14/2020 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt d3, 4th story, 2nd apartment from north at east , section at south | | | | | | |
| 13920422 | C | 742* | B8 | 2 | 12/01/2020 | 12/03/2020 |
| 7022978 | ORIGINAL | 12/09/2020 | 12/16/2020 | NOV SENT | 12/03/2020 | - |
| § 27-2076 adm code provide an adequate supply of gas to the fixtures range in the kitchen located at apt b8, 2nd story, 2nd apartment from west at north | | | | | | |
| 13920436 | C | 568 | B8 | 2 | 12/01/2020 | 12/03/2020 |
| 7022979 | ORIGINAL | 12/29/2020 | 01/03/2021 | NOI SENT | 12/03/2020 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt b8., 2nd story, 2nd apartment from west at north | | | | | | |
| 13920412 | B | 550 | B8 | 2 | 12/01/2020 | 12/03/2020 |
| 7022977 | ORIGINAL | 01/07/2021 | 01/21/2021 | DEFECT LETTER | 05/07/2021 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition , 25 sq. ft at the ceiling in the bathroom located at apt b8, 2nd story, 2nd apartment from west at north | | | | | | |
| 13920439 | B | 702 | B8 | 2 | 12/01/2020 | 12/03/2020 |
| 7022976 | ORIGINAL | 01/07/2021 | 01/21/2021 | NOV SENT | 12/03/2020 | - |
| § 27-2045 adm code repair or replace the smoke detector missing in the entrance located at apt b8, 2nd story, 2nd apartment from west at north | | | | | | |
| 13920438 | B | 1503 | B8 | 2 | 12/01/2020 | 12/03/2020 |
| 7022976 | ORIGINAL | 01/07/2021 | 01/21/2021 | NOV SENT | 12/03/2020 | - |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s) missing in the entrance located at apt b8, 2nd story, 2nd apartment from west at north | | | | | | |
| 13901033 | A | 778 | - | 1 | 11/16/2020 | 11/17/2020 |
| 7006642 | ORIGINAL | 02/20/2021 | 03/08/2021 | NOV SENT | 11/17/2020 | - |
| § 27-2104 adm code post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building, at public hall, 1st story | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 13901031 | C | 588 | B10 | 2 | 11/16/2020 | 11/17/2020 |
| 7008644 | ORIGINAL | 12/13/2020 | 12/18/2020 | NOI SENT | 11/17/2020 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches located at apt b10, 2nd story, 1st apartment from west at north , section at east | | | | | | |
| 13901035 | A | 1506 | - | 1 | 11/16/2020 | 11/17/2020 |
| 7008642 | ORIGINAL | 02/20/2021 | 03/06/2021 | NOV SENT | 11/17/2020 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at public hall, 1st story | | | | | | |
| 13901034 | A | 500 | - | 1 | 11/16/2020 | 11/17/2020 |
| 7008642 | ORIGINAL | 02/20/2021 | 03/06/2021 | NOV SENT | 11/17/2020 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. at public hall, 1st story | | | | | | |
| 12979952 | A | 506 | - | Not Applicable | 03/25/2019 | 03/27/2019 |
| 6433449 | ORIGINAL | 06/30/2019 | 07/14/2019 | NOV SENT | 03/27/2019 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. | | | | | | |
| 12979977 | B | 509 | - | 1 | 03/25/2019 | 03/27/2019 |
| 6433450 | ORIGINAL | 05/01/2019 | 05/15/2019 | NOV SENT | 03/27/2019 | - |
| § 27-2005 adm code. properly secure the loose handrail at north wall at public hall stairs, 1st story, section "south" | | | | | | |
| 12979966 | A | 1508 | - | Not Applicable | 03/25/2019 | 03/27/2019 |
| 6433449 | ORIGINAL | 06/30/2019 | 07/14/2019 | NOV SENT | 03/27/2019 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected | | | | | | |
| 12949462 | B | 524* | - | Yards / Courts | 03/06/2019 | 03/12/2019 |
| 6418362 | ORIGINAL | 04/16/2019 | 04/30/2019 | NOV SENT | 03/12/2019 | - |
| § 27-2005, 2007 adm code. fire egress defective. remove the obstruction in fireproof passageway a vehicle at north yard | | | | | | |
| 12949459 | C | 550 | A10 | 1 | 03/06/2019 | 03/12/2019 |
| 6418363 | ORIGINAL | 04/02/2019 | 04/07/2019 | NOI SENT | 04/15/2019 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at south wall in the bathroom located at apt a10, 1st story, 1st apartment from south at west | | | | | | |

# 23-05 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 13036475 | A | 556 | A10 | 1 | 03/06/2019 | 04/26/2019 |
| 6463338 | ORIGINAL | 07/30/2019 | 08/13/2019 | NOV SENT | 04/26/2019 | – |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling in the bathroom located at apt a10, 1st story, 1st apartment from south at west | | | | | | |
| 12949460 | A | 556 | A10 | 1 | 03/06/2019 | 03/12/2019 |
| 6418361 | ORIGINAL | 06/15/2019 | 06/29/2019 | NOV SENT | 03/12/2019 | – |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at ceiling in the bathroom located at apt a10, 1st story 1st apartment from south at west | | | | | | |
| 8416157 | C | 616 | B2 | 2 | 05/06/2010 | 05/10/2010 |
| 3929847 | ORIGINAL | 06/05/2010 | 06/10/2010 | DEFECT LETTER | 04/19/2016 | – |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) 1st riser from south at west wall, 3rd riser from south at west wall in the kitchen located at apt b2, 2nd story, 2nd apartment from east at south | | | | | | |
| 8416158 | C | 617 | B2 | 2 | 05/06/2010 | 05/10/2010 |
| 3929847 | ORIGINAL | 06/05/2010 | 06/10/2010 | DEFECT LETTER | 04/19/2016 | – |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) east wall in the kitchen located at apt b2, 2nd story, 2nd apartment from east at south | | | | | | |

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS

Filed At: 23-05 30 AVENUE , QUEENS , NY 11102

BIN: 4006261 Block: 548 Lot: 1

Community Board: 401

## OATH/ECB Violation Summary

VIOLATION OPEN

OATH/ECB Violation Number: 35359261R

View Image of Summons/Notice at OATH

Severity: CLASS - 1

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $8,000.00

Hearing Status: DEFAULT

## Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO

Mailing Address: 31 AMBER LN. , OYSTER BAY , NY 11771-311

## Violation Details

Violation Date: 03/06/2019

Violation Type: ELECTRICAL

Served Date: 03/06/2019

Inspection Unit: EXECUTIVE INSPECTIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 1C9 | 27-3018(B) | ELECTRICAL WORK WITHOUT A PERMIT |

Specific Violation Condition(s) and Remedy:

ELECTRICAL WORK W/O A PERMIT. OBSERVED AT 2:30PM EXIT LIGHTS INSTALLED THROUGHOUT NO APPLICATION ON FILE FOR ELECTRICAL WORK. REMEDY: OBTAIN PERMIT.

Issuing Inspector ID: 2276

DOB Violation Number: 030619EE401FM12

Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status: NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 05/21/2019 13:30

Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $8,000.00

Adjustments: $0.00

Amount Paid: $0.00

Penalty Balance Due: $8,000.00

Court Docket Date: 08/31/2019

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
Filed At: 23-05 30 AVENUE , QUEENS , NY 11102

BIN: 4006261 Block: 548 Lot: 1
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION OPEN

## OATH/ECB Violation Number: 35359260P

View Image of Summons/Notice at OATH

Severity: CLASS - 2
Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $6,000.00
Hearing Status: DEFAULT

## Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO

Mailing Address: 31 AMBER LN. , OYSTER BAY , NY 11771-311

## Violation Details

Violation Date: 03/06/2019
Violation Type: ELECTRICAL

Served Date: 03/06/2019
Inspection Unit: EXECUTIVE INSPECTIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 2E3 | EC 300.10 | FAIL TO PROVIDE EFFECTIVE ELECTRICAL CONTINUITY FOR METAL RACEWAYS/ENC LOSURES/CABLE ARMOR |

Specific Violation Condition(s) and Remedy:

FAIL TO PROVIDE EFFECTIVE ELECTRICAL CONTINUITY FOR METAL RACEWAYS ENCLOSURES CABVLE ARMOR. LIGHTING RACEWAY IN LOBBY NOT CONTINOUS. REMEDY:PROVIDE EFFECTIVE ELECTRICAL CONTINUITY.

Issuing Inspector ID: 2276
DOB Violation Number: 030619EE401FM11

Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status: NO COMPLIANCE RECORDED
Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 05/21/2019 13:30
Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $6,000.00

Adjustments: $0.00
Amount Paid: $0.00

Penalty Balance Due: $6,000.00
Court Docket Date: 08/31/2019

NYC Buildings

NYC

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
BIN: 4006261 Block: 548 Lot: 1

Filed At: 23-05 30 AVENUE , QUEENS , NY 11102
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION OPEN

## OATH/ECB Violation Number: 35255938N

View Image of Summons/Notice at OATH

Severity: CLASS - 1
Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED
Hearing Status: DEFAULT

## Respondent Information

Name: KLRM ASTORIA PORTFOLIO CO
Mailing Address: 31 AMBER LN , OYSTER BAY , NY 11771

## Violation Details

Violation Date: 03/20/2018
Served Date: 05/03/2018
Violation Type: ELECTRICAL
Inspection Unit: OFFICE OF THE BUILDING MARSHALL

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 1C9 | 27-3018(B) | ELECTRICAL WORK WITHOUT A PERMIT |

Specific Violation Condition(s) and Remedy:

ELECTRICAL WORK WITHOUT A PERMIT.NOTED:OBSERVED MR.KONSTANOINAS TSUKALAS PERFORMING UNLICENSED AND UNPERMITTED ELECTRICAL WORK IN APARTMENT4D OF SUBJECT BUILDING.NEW ELECTRICAL PANELS WERE INSTALLED WITH NEW B

Issuing Inspector ID: 2512
DOB Violation Number: 06192018ELOBMSR01

Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status: NO COMPLIANCE RECORDED
Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 06/19/2018 10:00
Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $8,000.00
Adjustments: $1,443.95
Amount Paid: $9,443.95
Penalty Balance Due: $0.00
Court Docket Date: 09/30/2018

NYC Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-05 30 AVENUE QUEENS
Filed At: 2305 30 AVENUE , QUEENS , NY 11102

BIN: 4006261 Block: 548 Lot: 1
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION OPEN

OATH/ECB Violation Number: 34863071M

View Image of Summons/Notice at OATH

Severity: CLASS - 1
Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00
Hearing Status: WRITTEN OFF

## Respondent Information

Name: DPA ASTORIA I LLC

Mailing Address: 23-05 30 AVENUE , LIC , NY 11102

## Violation Details

Violation Date: 07/14/2010
Violation Type: CONSTRUCTION

Served Date: 07/14/2010
Inspection Unit: SPECIAL OPERATIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 104 | 28-302.1 | FAILURE TO MAINTAIN BLDG WALL(S) OR APPURTENANCES |

Specific Violation Condition(s) and Remedy:

FAILURE TO MAINTAIN BLDG WALLS & APPURTENACES NOTED:EXTERIOR BRICK WALL @ NORTH FACADE OF THE BLDG HAS CRACKS @ VARIOUS LOCATIONS ALSO OBSERVED CRACKED & SPALLING BRICKS & SPALLING PAINT SPREAD OVER THE ENTIRE

Issuing Inspector ID: 2348
DOB Violation Number: 071410CSTFJH06

Issued as Aggravated Level: AGGRAVATED OFFENSE LEVEL 1

## Dept. of Buildings Compliance History and Events

Certification Status: NO COMPLIANCE RECORDED
Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Hearing Status: WRITTEN OFF

## OATH/ECB Penalty Information

Penalty Imposed: $2,500.00

Adjustments: $-2,500.00
Amount Paid: $0.00

Penalty Balance Due: $0.00
Court Docket Date: 11/30/2011

## Search Results for All Violations

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| 092324LBLVIO14589 | 4006261 | Boiler | Active | $1,000.00 |

Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2023 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 092324LBLVIO14589 | 40000004201Y0001 | 09/23/2024 | Active | Due | Violation Issued-Failure To File 2023 External Low Pressure Inspection Report |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| 042523LBLVIO19679 | 4006261 | Boiler | Active | $1,000.00 |

Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2022 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 042523LBLVIO19679 | 40000004201Y0001 | 04/25/2023 | Active | Due | VIOLATION ISSUED FOR FAILURE TO FILE ANNUAL BOILER 2022 INSPECTION REPORT |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| 063023LBLVIO32745 | 4006261 | Boiler | Active | $1,000.00 |



Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2021 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 063023LBLVIO32745 | 40000004201Y0001 | 06/30/2023 | Active | Due | VIOLATION ISSUED-FAILURE TO FILE 2021 EXTERNAL LOW PRESSURE INSPECTION |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| 062023LBLVIO33224 | 4006261 | Boiler | Active | $1,000.00 |

Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2019 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 062023LBLVIO33224 | 40000004201Y0001 | 06/20/2023 | Active | Due | VIOLATION ISSUED-FAILURE TO FILE 2019 EXTERNAL LOW PRESSURE INSPECTION |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| 062023LBLVIO11735 | 4006261 | Boiler | Active | $1,000.00 |

Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2018 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 0095 062023LBLVIO11735 | 40000004201Y0001 | 06/20/2023 | Active | Due | VIOLATION ISSUED-FAILURE TO FILE 2018 EXTERNAL LOW PRESSURE INSPECTION |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 030315LBLVIO14126 | 4006261 | Boiler | Active | $1,000.00 |

Violation Information

| Violation Class | Violation Type | Cycle End Date | Address |
|---|---|---|---|
| NRF1 | LBLVIO | 12/31/2013 | 23-05 30 AVENUE QUEENS |

Associated Device(s)

| Violation Number | Device Number | Issue Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|---|
| 030315LBLVIO14126 | 40000004201Y0001 | 03/03/2015 | Active | Due | VIOLATION ISSUED FOR FAILURE TO FILE ANNUAL BOILER 2013 INSPECTION REPORT |

| Violation # | BIN | Compliance Type | Violation Status | Civil Penalty Due |
|---|---|---|---|---|
| VIO-FTF-EN-BENCH-202411-0009973 | 4006261 | Benchmarking | Active | $500.00 |

Violation Information

| Violation Class | Violation Type | Applicable YearMonth | Address |
|---|---|---|---|
| FTF | FTF-EN-BENCH | 2023 | 23-05 30 AVENUE QUEENS |

Associated Violation(s)

| Violation Number | Issuance Date | Violation Status | Civil Penalty Status | Violation Remarks |
|---|---|---|---|---|
| VIO-FTF-EN-BENCH-202411-0009973 | 12/02/2024 | Active | Due | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 |

| Violation # | BIN | Compliance Type | Violation Status | Issue Date |
|---|---|---|---|---|
| 120123EGRADE2301557 | 4006261 | Energy Grade | Active | 12/01/2023 |

| Violation # | BIN | Compliance Type | Violation Status | Issue Date |
|---|---|---|---|---|
| 120124EGRADE2401561 | 4006261 | Energy Grade | Active | 12/01/2024 |

| Violation # | BIN | Compliance Type | Violation Status | Issue Date |
|---|---|---|---|---|
| 042921EGRADE2004240 | 4006261 | Energy Grade | Active | 04/29/2021 |

| Violation # | BIN | Compliance Type | Violation Status | Issue Date |
|---|---|---|---|---|
| 120121EGRADE2103079 | 4006261 | Energy Grade | Active | 12/01/2021 |

DataTrace®

# Health Department Violation Search

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

PREMISES:

23-05 30 AVENUE 11102
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

A search of the New York City Health Department was conducted for the above mentioned premises.

The division of Health Department covers window guard inspections.

A search revealed no record found for the above mentioned premises as of 2/7/2025.

A search of the specialized divisions of the Health Department will be made upon request.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Certificate of Occupancy Search

TITLE #: 63513Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

A search of the Building Department records in reference to the above mentioned premises has revealed the following information:

Certificate of Occupancy #32067
Issued 8/22/1927
FOR A FOUR STORY BRICK BUILDING; FORTY TWO APARTMENTS.

The attached Certificate of Occupancy is correct by description.

According to the Building Dept. records, there are additional minor open and/or closed applications on file that do not require a Certificate of Occupancy, do not change the legal occupancy, use group or egress of the premises.

ATTACHED FIND COPIES OF DOB PRINTOUT(S) SHOWING (15) OPEN PERMITS

THE PURPOSE OF THIS SERVICE IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY ON FILE. THE SERVICE MAY NOT INCLUDE THE REPORTING OF MINOR APPLICATIONS WHICH MAY BE INDEXED AGAINST THE ABOVE BLOCK AND LOT BUT DO NOT REQUIRE A NEW CERTIFICATE OF OCCUPANCY OR APPLICATIONS OF ANY KIND THAT ARE INCOMPLETE.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

THE CITY OF NEW YORK

# BUREAU OF BUILDINGS

No. 32067

BOROUGH OF QUEENS

## CERTIFICATE OF OCCUPANCY

...ED ... 192 TO ... of

...MISES

...ordance with Chapter 503, Laws of 1916 and Section 5, Art. 1, Chapter 5 of the Code of Ordinances, City of ... York.

THIS CERTIFIES that the NEW BUILDING situated on the above mentioned premises has been com... and conforms substantially to the approved plans and specifications, and to the requirements of all Laws, ...ances and Rules and Regulations of the Board of Standards and Appeals applicable thereto, and permission ...be granted for its occupancy for the purpose specified below:

| | Classification | | Construction |
|---|---|---|---|
| | Occupancy | Live Load Per Sq. Ft. in Pounds | Number of Persons |
| ...r | | | |
| ...ment | | | |
| floor | | | |
| floor | | | |
| floor | | | |
| floor | | | |
| floor | | | |
| floor | | | |

Application ...

... 192 ...

Superintendent of Buildings
Borough of Queens

**NYC Buildings**

**NYC**

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

**Job Overview**

**The below job records do not include filings submitted in DOB NOW; use the DOB NOW Public Portal to access DOB NOW records.**

Page: 1 of 1

**Premises: 23-05 30 AVENUE QUEENS** BIN: 4006201 Block: 548 Lot: 1

To start overview at new date, select Month: Day: Year:

Show All BIS Job Types | Hide Subsequent Filings / PAAs | APPLY

| FILE DATE | JOB # | DOC # | JOB TYPE | JOB STATUS | STATUS DATE | LIC # | APPLICANT | IN AUDIT | ZONING APPROVAL |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2019 | 421591876 | 01 | A3 | R PERMIT-ENTIRE | 05/08/2019 | 0092509 PE | KAVI | | NOT APPLICABLE |
| | APPLICATION FILE TO FACADE REPAIR AS BRICK POINTING, BRICK CRACK REPAIR AN<br>Work on Floor(s): OSP | | | | | | | | |
| 10/29/2018 | 421593313 | 01 | A2 | Q PERMIT-PARTIAL | 11/30/2018 | 0029894 RA | CIMINO | | NOT APPLICABLE |
| | MINOR INTERIOR RENOVATIONS TO APARTMENT D3 ON THE THIRD FLOOR, WORK TO INC<br>Work on Floor(s): 003 | | | | | | | | |
| 03/16/2018 | 421611973 | 01 | A2 | R PERMIT-ENTIRE | 03/22/2018 | 0029894 RA | CIMINO | | NOT APPLICABLE |
| | MINOR INTERIOR RENOVATIONS TO APARTMENT B3 ON THE SECOND FLOOR, WORK TO IN<br>Work on Floor(s): 002 | | | | | | | | |
| 08/10/2017 | 440420317 | 01 | A2 | R PERMIT-ENTIRE | 03/20/2018 | 0037252 RA | DAVI | | NOT APPLICABLE |
| | RENOVATE APARTMENT D04 ON 4TH FLOOR. NO CHANGE TO USE, EGRESS, NOR OCCUPAN<br>Work on Floor(s): 004 | | | | | | | | |
| 08/12/2016 | 421354457 | 01 | A2 | R PERMIT-ENTIRE | 10/13/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | RENOVATE UNIT D8 ON THE 4TH FLOOR. WORK TO INCLUDE MINOR PARTITION CHANGE<br>Work on Floor(s): 004 | | | | | | | | |
| 04/05/2016 | 440290551 | 01 | A2 | R PERMIT-ENTIRE | 04/12/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | PLUMBING WORK BEING FILED IN CONJUNCTION WITH RENOVATION TO UNIT D3 ON THE<br>Work on Floor(s): 004 | | | | | | | | |
| 01/29/2016 | 440285587 | 01 | A2 | H P/E IN PROCESS | 01/29/2016 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | JOB WITHDRAWN 02/22/2016 PLUMBING WORK BEING FILED IN CONJUNCTION WITH REN | | | | | | | | |

Work on Floor(s): 004

12/23/2015 440279835 01 A2 R PERMIT-ENTIRE 01/12/2016 0023734 RA CONARD NOT APPLICABLE

PLUMBING WORK IN UNIT D7 ON THE 4TH FLOOR. NO CHANGE TO USE, EGRESS OR
Work on Floor(s): 004

11/19/2015 421238226 01 A2 R PERMIT-ENTIRE 01/19/2016 0023734 RA CONARD NOT APPLICABLE

RENOVATE UNIT A3 ON THE 1ST FLOOR. NO CHANGE IN USE, EGRESS, OR OCCUPANCY.
Work on Floor(s): 001

11/04/2015 421231759 01 A2 Q PERMIT-PARTIAL 11/12/2015 0023734 RA CONARD NOT APPLICABLE

MINOR INTERIOR RENOVATIONS TO APARTMENT B8 ON THE 2ND FLOOR AND D3 ON THE
Work on Floor(s): 002,004

09/21/2015 440245436 01 A2 R PERMIT-ENTIRE 12/07/2015 0023734 RA CONARD NOT APPLICABLE

RENOVATION OF APARTMENT A7 ON FIRST FLOOR, B7 ON SECOND FLOOR, C4, C10 AND
Work on Floor(s): 001 thru 004

08/25/2015 440229489 01 A2 R PERMIT-ENTIRE 11/13/2015 0023734 RA CONARD NOT APPLICABLE

RENOVATE APARTMENTS A2,A4, AND A5 ON 1ST FLOOR, B2,B8, AND B13 ON 2ND FLOG
Work on Floor(s): 001 thru 004

02/03/2015 440198706 01 A2 R PERMIT-ENTIRE 08/13/2015 0023734 RA CONARD NOT APPLICABLE

RENOVATE CELLAR, APARTMENTS A2 AND A4 ON THE 1ST FLOOR, B1,B2,B6& B10 ON T
Work on Floor(s): CEL,ROF 001 thru 004

09/16/2004 401872951 01 A2 X SIGNED OFF 01/05/2005 0038622 PE PEROTTO NOT APPLICABLE

REPLACE BOILER AND BURNER AND CHANGE GRA DE OF OIL TO #2. NO CHANGE IN U
Work on Floor(s): CEL

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

## Electrical Work Permit Department of Buildings

Application Number: A357024 Issued: 12/27/2016 1:13 PM

Address: 23-05 30 AV, APT 6A QUEENS, NY 11102

Description of Work:
E - GENERAL WIRING

Contractor Address:
VERTEX ELECTRIC CORP

28-41 STEINWAY STREET
ASTORIA, NY 11103

Contractor's Comments: 2/J NEW C/B PANEL 100 AMPS SINGLE PHASE,OUTLETS, A/C OUTLETS, SWI

[illegible]

Emergency Telephone Day or Night: 311

Borough Commissioner:

Commissioner of Buildings:

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

# Electrical Work Permit Department of Buildings

Application Number: B340346

Issued: 08/11/2015 10:48 AM

Address: 2305 38 AV 2ND, 3RD, 4TH FLOOR, QUEENS, NY 11105

Description of Work:
8 - GENERAL WIRING

Contractor Address:
QUEVE ELEC'L CONTRS, INC
22-44 119TH STREET
COLLEGE POINT, NY 11356

Contractor's Comments: NEW BRANCH WIRING ONLY FROM EXISTING PANELS

For detailed information regarding this permit, please log onto BIS[illegible] at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature]

Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

# Electrical Work Permit Department of Buildings

Application Number: A326230 Issued: 04/03/2015 10:08 AM

Address: 2505 30 AV, 2ND, 3RD & 4TH FLOORS, QUEENS, NY 11102

Description of Work:
B - GENERAL WIRING

Contractor Address:
QUEUE ELEC'L CONTRS INC
22-44 119TH STREET
COLLEGE POINT, NY 11356

Contractor's Comments: NEW BRANCH WIRING FROM EXISTING PANELS

For detailed information regarding this permit, please log on to [illegible]

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

[illegible]

DataTrace®

SUPER:
ORDER ID#: 12607060

# RECORD SEARCH REQUEST

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

MAIL TO:

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE: 2/7/2025

TITLE NO: FIDMAN 63513Q

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE
Building Class: C1

State: NY; County: QUEENS;
Neighborhood: OLD ASTORIA
Block: 548; Lot: 1

Address

[ ] 1. Record of existing Fire Department Violations
[X] 2. Record of Permit for Fuel Oil
[ ] 3. Other ______________________________________________________

(The City of New York is not being sued, nor is there any intention to sue the City of New York)

DO NOT WRITE BELOW THIS LINE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 1/8/2025 the records show the following:

| | |
|---|---|
| Account #: | 07056609 |
| Tank Capacity: | 4,000 Gallons |
| Permit Expires: | November 2020 |
| Outstanding Charges: | $180.00 |
| Dist. Off: | 14 |

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES



Continued..

DataTrace®

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

DataTrace®

# Highway / Sidewalk Violation Search

TITLE #: 63513Q DATE: 2/7/2025
PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607060

PREMISES:

23-05 30 AVENUE
AKA: 23-01/23-05 30 AVENUE
AKA: 23-01/23-05 GRAND AVENUE
AKA: 29-19 23 STREET
AKA: 29-19 ELY AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 1

---

A search of the records of the NYC Department of Highways indicates the following per search date of 2/7/2025:

There are no violations.

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1990 TO PRESENT. PUBLIC ACCESS TO DOCUMENTATION FOR SIDEWALK NOTICES POSTED PRIOR TO 1990 IS NO LONGER MADE AVAILABLE BY THIS AGENCY.

******NOTES******
Effective Date for Sidewalk Violations 1/31/2025

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1993 TO PRESENT.PUBLIC ACCESS FOR SIDEWALK NOTICES POSTED PRIOR TO 1993 ARE NO LONGER MADE AVAILABLE BY THIS AGENCY.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

Fidelity National Title
Insurance Company
NATIONAL COMMERCIAL SERVICES | NEW YORK
NEWYORKNCS.FNTIC.COM

RATE MANUAL AMENDMENTS BRING CHANGE AND CHOICES TO NEW YORK

As you know, for most title insurers authorized to transact business in New York, the pricing and availability of title insurance products in New York is handled by the Title Insurance Rate Service Association ("TIRSA"), a Rate Service Organization licensed by the Superintendent of the New York State Department of Financial Services ("DFS") pursuant to Article 23 of the Insurance Law. In turn, the pricing and availability of title insurance products are approved for use by the members of TIRSA by the DFS. The pricing and availability of these products are compiled in the TIRSA Rate Manual (the "Rate Manual"), first issued in 1993. The Rate Manual has been amended six times since 1993. The upcoming revision of the Rate Manual is the most substantial amendment to date and will be effective for title insurance policies issued on or after October 1, 2024.

There are a host of material changes to the Rate Manual, the most important ones being:

1) The adoption of the "new" 2021 ALTA policy forms, replacing the "old" 2006 policy forms. The 2006 policy forms will not be available for any policy with a Date of Policy on or after October 1, 2024.

2) The expansion of the application of discounted loan policy rates to certain financing and re-finance transactions where a transfer of the property interest that is covered by an existing mortgage has occurred since the existing mortgage was made, provided there was no New York State Real Estate Transfer Tax paid in connection with the transfer or where other specific exemptions apply.

3) The adoption of a number of ALTA endorsement forms to replace existing "TIRSA" endorsement forms where feasible. These ALTA endorsement forms are better known than their TIRSA variations so the broader use of the former will make things easier and more consistent for our clients and ourselves.

4) The adoption of a host of "new" endorsements that have not previously been available in New York. Many of these are ALTA endorsement forms, and most are so-called "Special Risk" endorsements. These include:

    a) The TIRSA 3-06 Zoning Endorsement;
    b) The ALTA 9 Endorsement series on Covenants, Restrictions, Easements and other coverages;
    c) The ALTA 18-06 and ALTA 18.2-06 Tax Parcel Endorsements;
    d) The ALTA 19 Endorsement series on Contiguity;
    e) The ALTA 25-06 and ALTA 25.1-06 Same as Survey Endorsements;
    f) The ALTA 27-06 Usury Endorsement;
    g) The ALTA 28 Endorsement series on Easements, Encroachments and Forced Removal;
    h) The TIRSA Identified Exception and Identified Risk Endorsement;
    i) The TIRSA Mezzanine Financing Assignment of Proceeds Endorsement;
    j) The ALTA 35 Endorsement series on Minerals and Other Subsurface Substances;

k) The ALTA 36 Endorsement series on Energy Projects;
l) The ALTA 40-06 and ALTA 40.1-06 Tax Credit Endorsements;
m) The ALTA 46-06 Endorsement on Options to Purchase; and
n) The ALTA 48 Tribal Waivers and Consents Endorsement.

5) The amendment of a number of other TIRSA endorsements.

6) The prohibition of the use of affirmative insurance, additional insurance or express insurance in policies unless such affirmative insurance, additional insurance or express insurance is (a) contained in an endorsement approved for use in New York and contained in the Rate Manual, or (b) authorized coverage for party walls or options to purchase and/or rights of first refusal as provided for in Section 32 of the Rate Manual.

7) The Rate Manual also provides for different pricing structures for a number of the new "Special Risk" endorsements based on whether the Land described in the policy is Residential Real Property or Commercial Real Property (in each case, as defined in the Rate Manual).

In the meantime, we are here, as always, and are happy to answer your questions. Please feel free to reach out to your sales representative or call us directly at 212-481-5858.

Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

23-15 30th Avenue
Astoria, N.Y.

Title No. 25-7406-63514-Q

Should you have any questions or require additional information, please contact:

| | | |
|---|---|---|
| Underwriter | Drew Cox | (212) 471-3704 - Drew.Cox@fnf.com |
| Coordinator: | Erin Clark | (212) 471-3828 – erin.clark@fnf.com |
| Office Manager: | Melissa Hernandez | (212) 471-3705 - melissa.hernandez@fnf.com |
| New York Production Supervisor | Danielle Wong | (212) 471-3717 - Danielle.Wong@fnf.com |
| Closing Desk: | Lily Pinales | (212) 471-3702 - nycclosings@fnf.com |
| Recording Department: | Albert Brunn Jr. | fntrecordings@fnf.com |

cc:

Akin Gump
Attention: Dean Chapman
One Bryant Park
New York, N.Y. 10036-6745
Email - dchapman@akingump.com

# Fidelity National Title
INSURANCE COMPANY

Preliminary Certificate and Report of Title

A Stock Company

## Preliminary Certificate and Report of Title

Fidelity National Title Insurance Company, a Florida corporation (hereafter referred to as the “Company”), certifies that it has examined the title to the premises described in Schedule A herein, in accordance with its usual procedure, and agrees to issue its standard ALTA 2021 Owner’s and/or Loan Policy of Title Insurance, as applicable, in each case with a New York Endorsement, insuring such interest, after the closing of the transaction in conformance with procedures approved by the Company, excepting all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth in this preliminary certificate (as same may be amended from time to time)which are not disposed of to its satisfaction prior to such closing or issuance of the policy.

Such policy will be issued for the amount set forth herein, upon payment of the Company’s premiums and fees and after the transaction has been duly closed and the closing instruments have been duly recorded and approved by the Company.

This preliminary certificate is subject to any question or objection as a result of a continuation of the title to the date of closing or which may be brought to the attention of the Company prior to the closing, or if there be no closing, before the issuance of the policy.

This preliminary certificate shall be null and void (1) if the prospective insured, his/her/its attorney or agent, or the applicant or the person to whom this preliminary certificate is addressed, makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company, or (2) in any event, upon the delivery of the policy. The Company has no liability under this preliminary certificate.

FIDELITY NATIONAL TITLE INSURANCE COMPANY




Countersigned: ______________________________
Authorized Signature

# CONDITIONS AND STIPULATIONS

1. The term "mortgage", when used herein, shall include deed of trust, trust deed, or other security instrument.

2. If the Proposed Insured has or acquires actual knowledge of any defect, lien, encumbrance, adverse claim or other matter affecting the estate or interest or mortgage thereon covered by this preliminary certificate other than those shown in Schedule B hereof, and shall fail to disclose such knowledge to the Company in writing, the Company shall be relieved from liability for any loss or damage resulting from any act of reliance hereon to the extent the Company is prejudiced by failure to so disclose such knowledge. If the Proposed Insured shall disclose such knowledge to the Company, or if the Company otherwise acquires actual knowledge of any such defect, lien, encumbrance, adverse claim or other matter, the Company at its option may amend Schedule B of this preliminary certificate accordingly.

3. Any action or actions or rights of action that the Proposed Insured may have or may bring against the Company arising out of the status of the title to the estate or interest or the status of the mortgage thereon covered by this preliminary certificate must be based on and are subject to the provisions of this preliminary certificate.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q

PREPARED FOR: Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

PREMISES: 23-15 30th Avenue
Astoria, N.Y.

COUNTY: Queens

LOCALITY: City of New York

DISTRICT(S): SECTION(S): BLOCK(S): 548 LOT(S): 5

## SCHEDULE A

1. EFFECTIVE 9:00AM January 24, 2025 REDATED 9:00 AM ____________ CLOSER SIGNATURE: ____________
2. POLICY OR POLICIES TO BE ISSUED:

   a. N/A ALTA Owner 2021 (With NY Endorsement) Amount of Insurance N/A
   Proposed Insured: N/A

   b. N/A ALTA Loan 2021 (With NY Endorsement) Amount of Insurance N/A
   Proposed Insured: N/A

   c. ____ ALTA Amount of Insurance
   Proposed Insured:

3. THE ESTATE OF INTEREST IN THE LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE AND COVERED HEREIN IS:

   FEE SIMPLE

4. TITLE TO THE ESTATE OR INTEREST IN SAID LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS AT THE EFFECTIVE DATE HEREOF VESTED IN:

   KRCM Astoria Portfolio Corp.

   Source of Title:

   Deed made by Cadre Astoria 23-15 30th LLC, as to a 59.6381% tenant in common interest and Astoria 23-15 30th LLC, as to a 40.3619% tenant in common interest dated as of April 5, 2017 and recorded April 21, 2017 as CRFN 2017000154084.

5. THE LAND REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS DESCRIBED AS FOLLOWS:

   See Schedule A (Description), following.

THIS REPORT IS NOT A TITLE INSURANCE POLICY! PLEASE READ IT CAREFULLY. THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS, AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY. YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q February 27, 2025

## SCHEDULE A (Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 30th Avenue (Grand Avenue), distant 100 feet easterly from the corner formed by the intersection of the northerly side of 30th Avenue with the easterly side of 23rd Street (Ely Avenue);

RUNNING THENCE easterly along said northerly side of 30th Avenue, 111 feet;

THENCE northerly parallel with 23rd Street, 100 feet 6-1/8 inches;

THENCE westerly nearly parallel with 30th Avenue, 111 feet; and

THENCE southerly parallel with 23rd Street and part of the distance through a party wall, 100 feet 5 inches to the corner aforesaid, the point or place of BEGINNING.

THE POLICY TO BE ISSUED under this preliminary certificate will insure the title to such buildings and improvements on the premises which by law constitute real property.

FOR CONVEYANCING ONLY: Together with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q February 27, 2025

## SCHEDULE B (Exceptions)

DISPOSITION

The policy to be issued under this preliminary certificate will not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of the following exceptions unless they are disposed of to our satisfaction:

1. Taxes, tax liens, tax sales, water rents, sewer rents and assessments set forth on separate schedule herein.

2. Rights of tenants and persons in possession.

3. Mortgages returned herein (8). Detailed statement within.

4. Two (2) UCC-1 Financing Statements found of record:

   a. UCC-1 No.: CRFN 2017000154090
      Filed: 4/21/2017
      Debtor: KRCM Astoria Portfolio Corp.
      Secured Party: Fannie Mae
      Covers: Fixtures, equipment, etc.

      i. Continued by UCC-3 filed 11/24/2021 as CRFN 2021000464767

      Note: Covers subject premises and more

   b. (AMENDED 2/27/2025: RL//iv) UCC-1 No.: CRFN 2023000171609
      Filed: 7/11/2023
      Debtor: KRCM Astoria Portfolio Corp.
      Secured Party: Approved Oil Co.
      Covers: Fixtures, equipment, etc.

5. Re: KRCM Astoria Portfolio Corp.

   a. Copy of Certificate of Incorporation as filed, or other satisfactory proof of due incorporation, must be submitted to this Company prior to closing.

   b. Unanimous written consent of shareholders to the proposed sale must be submitted or in the alternative proof must be furnished that the holders of two-thirds of its stock have consented to the sale at a meeting duly called.

6. Searches have been made for judgments and liens against KRCM Astoria Portfolio Corp., disclosed the following:

   a. Two (2) Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

   b. Thirteen (13) Environmental Control Board Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO: Drew Cox, Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q February 27, 2025

## SCHEDULE B (Exceptions)

- Continued -

DISPOSITION

7. The identity and character of the proposed insured purchaser must be disclosed to this company, prior to closing at which time additional exception and/or requirements may be added.

8. FOR INFORMATION ONLY: Bankruptcy searches made against KRCM Astoria Portfolio Corp. in the Eastern District Court, New York County, disclosed no filings as of February 12, 2025.

9. In the event that there has been a transfer of the economic interests in the owner shown on Schedule A or of any member thereof pursuant to a foreclosure or transfer in lieu of a foreclosure of a mezzanine loan, the company must be provided with the documentation pursuant to which such transfer was accomplished. This information is required to allow the company to establish the identity of the entities or parties necessary to consent to the proposed transaction and that such parties have the authority to execute the appropriate and applicable closing documents.

10. The Contract of Sale and any assignments/amendments thereto must be submitted to the Company.

    For premises being conveyed in The City of New York, where the consideration is $400,000.00 or more, a copy of the contract of sale or closing statement must accompany the Real Property Transfer Tax Return (RPT).

11. NOTE FOR INFORMATION ONLY: The premises described in Schedule “A” are either serviced by one or more water meters that have been read to the date(s) set forth on the tax search or are billed for Water Frontage Charges, as reflected on the attached tax search. The policy excludes from coverage matters attaching or created after the Date of Policy, and, accordingly, does not insure against loss arising from charges entered onto the public record after date of closing and relating to the period prior to closing.

12. Satisfactory proof by affidavit must be furnished showing whether any work has been done upon the premises by The City of New York, or any demand has been made by The City of New York for any such work that may result in:

    a. Charges by the New York City Department of Rent and Housing Maintenance Emergency Services.
    b. Charges by the New York City Department of Health.
    c. Charges by the New York City Department of Environmental Protection.

13. Section 26-128 of the Administrative Code of The City of New York, creates tax liens for unpaid Inspection Fees and Permit Fees billed by the Building Department and Fire Department regardless of the fact that such fees may not be reflected in the City Collector's records. Policy excepts any loss, claim or damage for any unpaid fee or charge claimed by the Building Department or Fire Department and entered in the records of the City Collector after the date of closing.

14. Attention is called to the fact that any instrument covering premises in the State of New York must be endorsed with the Section, Block and Lot of the Tax Map of the City or Town in which the premises are situated before it will be acceptable for recording.

15. NOTE: The County Clerks require that all documents submitted for recording must be signed in black ink.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO: Drew Cox, Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q February 27, 2025

## SCHEDULE B (Exceptions)
- Continued -

DISPOSITION

16. NOTE: Company will not accept personal uncertified checks in payment of its closing charges or fees in an amount greater than $750.00 nor personal checks of the seller in any amount without prior authorization from an officer of this company.

17. This certificate is made for and accepted by the applicant upon the express understanding that no policy of title insurance is to be issued hereunder. Liability is limited to One Thousand Dollars ($1,000.00) for negligence only, but reasonable opportunity shall be afforded this Company to defend this certificate or to take such other steps as it may deem proper. This certificate shall be null and void if the applicant, his attorney or agent makes any untrue statement with respect to any material fact.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:
Drew Cox
Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63514-Q February 27, 2025

## MORTGAGE SCHEDULE

1. Substitute Mortgage A made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $8,240,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432906. (Mortgage Tax Paid: Exempt) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 1)

   The above mortgage derived pursuant to a Mortgage Splitter Agreement dated May 18, 2005 between New York Community (Successor to Roslyn Savings Bank) and DPA Astoria I, LLC recorded August 3, 2005 as CRFN 2005000432905.

   1a. Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432907. Modifies and extends Mortgage No. 1.

2. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $1,594,654.32, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207309. (Mortgage Tax Paid: $44,651.61) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 1)

   2a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207310. Consolidates Mortgage Nos. 1 and 2 to form a single lien in the amount of $9,200,000.00.

   2b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011228. Assigns Mortgage Nos. 1 and 2 as consolidated.

3. Mortgage made by Dougcap Astoria I LLC -to- Signature Bank in the amount of $2,894,364.28, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011229. (Mortgage Tax Paid: $1,043.50) Note: Originally encumbered subject premises and other premises not a part of this report (Block 548 Lot 1)

   3a. Consolidation and Extension Agreement made by and between Dougcap Astoria I LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011230. Consolidates Mortgage Nos. 1, 2 and 3 to form a single lien in the amount of $11,900,000.00.

   3b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027488. Assigns Mortgage Nos. 1, 2 and 3, as consolidated.

4. Substitute Mortgage B made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $4,510,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432909. (Mortgage Tax Paid: EXEMPT) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

5. Mortgage made by DPA Astoria I, LLC -to- New York Community Bank, in the amount of $290,000.00, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432910. (Mortgage Tax Paid: $5,945.00) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

   5a. Consolidation, Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432911. Consolidates Mortgage Nos. 4 and 5 to form a single lien in the amount of $4,800,000.00.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

## MORTGAGE SCHEDULE
- Continued -

6. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $869,701.50, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210331. (Mortgage Tax Paid: $24,351.61) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

    6a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210332. Consolidates Mortgage Nos. 4, 5 and 6 to form a single lien in the amount of $5,300,000.00.

    6b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040086. Assigns Mortgage Nos. 4, 5 and 6, as consolidated.

7. Mortgage made by Dougcap Astoria II LLC -to- Signature Bank in the amount of $2,061,970.65, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040087. (Mortgage Tax Paid: $53,736.00) Note: Originally encumbered other premises not a part of this report (Block 808 Lot 63)

    7a. Agreement made by and between Dougcap Astoria II LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040088. Consolidates Mortgage Nos. 4 through 7 to form a single lien in the amount of $7,250,000.00.

    7b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027490. Assigns Mortgage Nos. 4 through 7, as consolidated.

8. Gap Mortgage made by Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC -to- Bank United, N.A. in the amount of $16,700,000.00, dated as of January 8, 2015, and recorded January 23, 2015 as CRFN 2015000027492. (Mortgage Tax Paid: $467,600.00) Note: Covers subject premises and other premises not a part of this report (Block 548 Lot 1 and Block 808 Lot 63).

    8a. Consolidation and Extension Agreement made by and between Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC and BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027493. Consolidates Mortgage Nos. 1 through 8 to form a single lien in the amount of $35,850,000.00 encumbering subject premises and other premises not a part of this report (Block 548 Lot 1 and Block 808 Lot 63)

    8b. Assignment of Mortgage made by Bank United, N.A. to Greystone Servicing Corporation, Inc., dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154087. Assigns Mortgage Nos. 1 through 8, as consolidated and extended.

    8c. Extension and Modification Agreement made by and between KRCM ASTORIA PORTFOLIO CORP -and- GREYSTONE SERVICING CORPORATION, INC. dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154088. Extends and Modifies Mortgage Nos. 1 through 8 in a single lien in the amount of $34,700,000.00.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

## MORTGAGE SCHEDULE
- Continued -

8d. Assignment of Mortgage made by Greystone Servicing Corporation, Inc. -to- Fannie Mae dated April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154089. Assigns Mortgage Nos. 1 through 8, as consolidated.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

# Wire Fraud Alert

This notice is not intended to provide legal or professional advice. If you have any questions, please consult with a lawyer.

All parties to a real estate transaction are targets for wire fraud and many have lost hundreds of thousands of dollars because they simply relied on the wire instructions received via email, without further verification. If funds are to be wired in conjunction with this real estate transaction, we strongly recommend verbal verification of wire instructions through a known, trusted phone number prior to sending funds.

In addition, the following non-exclusive self-protection strategies are recommended to minimize exposure to possible wire fraud.

- NEVER RELY on emails purporting to change wire instructions. Parties to a transaction rarely change wire instructions in the course of a transaction.
- ALWAYS VERIFY wire instructions, specifically the ABA routing number and account number, by calling the party who sent the instructions to you. DO NOT use the phone number provided in the email containing the instructions, use phone numbers you have called before or can otherwise verify. Obtain the phone number of relevant parties to the transaction as soon as an escrow account is opened. DO NOT send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.
- USE COMPLEX EMAIL PASSWORDS that employ a combination of mixed case, numbers, and symbols. Make your passwords greater than eight (8) characters. Also, change your password often and do NOT reuse the same password for other online accounts.
- USE MULTI-FACTOR AUTHENTICATION for email accounts. Your email provider or IT staff may have specific instructions on how to implement this feature.

For more information on wire-fraud scams or to report an incident, please refer to the following links:

Federal Bureau of Investigation:
http://www.fbi.gov

Internet Crime Complaint Center:
http://www.ic3.gov


TM and © Fidelity National Financial, Inc and/or an affiliate. All rights reserved

# FIDELITY NATIONAL FINANCIAL
# PRIVACY NOTICE

Effective August 1, 2021

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, "FNF," "our," or "we") respect and are committed to protecting your privacy. This Privacy Notice explains how we collect, use, and protect personal information, when and to whom we disclose such information, and the choices you have about the use and disclosure of that information.

A limited number of FNF subsidiaries have their own privacy notices. If a subsidiary has its own privacy notice, the privacy notice will be available on the subsidiary's website and this Privacy Notice does not apply.

## Collection of Personal Information

FNF may collect the following categories of Personal Information:
- contact information (e.g., name, address, phone number, email address);
- demographic information (e.g., date of birth, gender, marital status);
- identity information (e.g. Social Security Number, driver's license, passport, or other government ID number);
- financial account information (e.g. loan or bank account information); and
- other personal information necessary to provide products or services to you.

We may collect Personal Information about you from:
- information we receive from you or your agent;
- information about your transactions with FNF, our affiliates, or others; and
- information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities or through others.

## Collection of Browsing Information

FNF automatically collects the following types of Browsing Information when you access an FNF website, online service, or application (each an "FNF Website") from your Internet browser, computer, and/or device:
- Internet Protocol (IP) address and operating system;
- browser version, language, and type;
- domain name system requests; and
- browsing history on the FNF Website, such as date and time of your visit to the FNF Website and visits to the pages within the FNF Website.

Like most websites, our servers automatically log each visitor to the FNF Website and may collect the Browsing Information described above. We use Browsing Information for system administration, troubleshooting, fraud investigation, and to improve our websites. Browsing Information generally does not reveal anything personal about you, though if you have created a user account for an FNF Website and are logged into that account, the FNF Website may be able to link certain browsing activity to your user account.

## Other Online Specifics

Cookies. When you visit an FNF Website, a "cookie" may be sent to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer's hard drive. Information gathered using cookies helps us improve your user experience. For example, a cookie can help the website load properly or can customize the display page based on your browser type and user preferences. You can choose whether or not to accept cookies by changing your Internet browser settings. Be aware that doing so may impair or limit some functionality of the FNF Website.

Web Beacons. We use web beacons to determine when and how many times a page has been viewed. This information is used to improve our websites.

Do Not Track. Currently our FNF Websites do not respond to "Do Not Track" features enabled through your browser.

Links to Other Sites. FNF Websites may contain links to unaffiliated third-party websites. FNF is not responsible for the privacy practices or content of those websites. We recommend that you read the privacy policy of every website you visit.


Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Use of Personal Information

FNF uses Personal Information for three main purposes:

- To provide products and services to you or in connection with a transaction involving you.
- To improve our products and services.
- To communicate with you about our, our affiliates', and others' products and services, jointly or independently.

When Information Is Disclosed

We may disclose your Personal Information and Browsing Information in the following circumstances:

- to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure;
- to nonaffiliated service providers who provide or perform services or functions on our behalf and who agree to use the information only to provide such services or functions;
- to nonaffiliated third party service providers with whom we perform joint marketing, pursuant to an agreement with them to jointly market financial products or services to you;
- to law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order; or
- in the good-faith belief that such disclosure is necessary to comply with legal process or applicable laws, or to protect the rights, property, or safety of FNF, its customers, or the public.

The law does not require your prior authorization and does not allow you to restrict the disclosures described above. Additionally, we may disclose your information to third parties for whom you have given us authorization or consent to make such disclosure. We do not otherwise share your Personal Information or Browsing Information with nonaffiliated third parties, except as required or permitted by law. We may share your Personal Information with affiliates (other companies owned by FNF) to directly market to you. Please see "Choices with Your Information" to learn how to restrict that sharing.

We reserve the right to transfer your Personal Information, Browsing Information, and any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets, or in the event of bankruptcy, reorganization, insolvency, receivership, or an assignment for the benefit of creditors. By submitting Personal Information and/or Browsing Information to FNF, you expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings.

Security of Your Information

We maintain physical, electronic, and procedural safeguards to protect your Personal Information.

Choices With Your Information

If you do not want FNF to share your information among our affiliates to directly market to you, you may send an "opt out" request as directed at the end of this Privacy Notice. We do not share your Personal Information with nonaffiliates for their use to direct market to you without your consent.

Whether you submit Personal Information or Browsing Information to FNF is entirely up to you. If you decide not to submit Personal Information or Browsing Information, FNF may not be able to provide certain services or products to you.

For California Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties, except as permitted by California law. For additional information about your California privacy rights, please visit the "California Privacy" link on our website (https://fnf.com/pages/californiaprivacy.aspx) or call (888) 413-1748.

For Nevada Residents: You may be placed on our internal Do Not Call List by calling (888) 714-2710 or by contacting us via the information set forth at the end of this Privacy Notice. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: BCPINFO@ag.state.nv.us.

For Oregon Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties for marketing purposes, except after you have been informed by us of such sharing and had an opportunity to indicate that you do not want a disclosure made for marketing purposes.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other


Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

than as permitted by Vermont law, unless you authorize us to make those disclosures.

Information From Children

The FNF Websites are not intended or designed to attract persons under the age of eighteen (18). We do not collect Personal Information from any person that we know to be under the age of thirteen (13) without permission from a parent or guardian.

International Users

FNF's headquarters is located within the United States. If you reside outside the United States and choose to provide Personal Information or Browsing Information to us, please note that we may transfer that information outside of your country of residence. By providing FNF with your Personal Information and/or Browsing Information, you consent to our collection, transfer, and use of such information in accordance with this Privacy Notice.

FNF Website Services for Mortgage Loans

Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites"). The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice. The sections of this Privacy Notice titled When Information is Disclosed, Choices with Your Information, and Accessing and Correcting Information do not apply to the Service Websites. The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Personal Information. FNF does not share Personal Information collected through the Service Websites, except as required or authorized by contract with the mortgage loan servicer or lender, or as required by law or in the good-faith belief that such disclosure is necessary: to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

Your Consent To This Privacy Notice; Notice Changes

By submitting Personal Information and/or Browsing Information to FNF, you consent to the collection and use of the information in accordance with this Privacy Notice. We may change this Privacy Notice at any time. The Privacy Notice's effective date will show the last date changes were made. If you provide information to us following any change of the Privacy Notice, that signifies your assent to and acceptance of the changes to the Privacy Notice.

Accessing and Correcting Information; Contact Us

If you have questions, would like to correct your Personal Information, or want to opt-out of information sharing for affiliate marketing, visit FNF's Opt Out Page or contact us by phone at (888) 714-2710 or by mail to:

Fidelity National Financial, Inc.
601 Riverside Avenue,
Jacksonville, Florida 32204
Attn: Chief Privacy Officer

 Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Fidelity National Title Insurance Company

485 Lexington Avenue, 18th Floor
New York, NY 10017

# DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING LOAN POLICY ONLY

PURSUANT TO 11 NYCRR § 35.7(b)

THIS INFORMATION IS BEING PROVIDED TO YOU BECAUSE YOU HAVE APPLIED FOR TITLE INSURANCE IN CONNECTION WITH YOUR PURCHASE OF REAL PROPERTY, YET YOU HAVE ORDERED ONLY A TITLE INSURANCE POLICY FOR YOUR MORTGAGE LENDER.

THE NY STATE DEPARTMENT OF FINANCIAL SERVICES REQUIRES THAT A TITLE INSURANCE PROVIDER GIVE YOU THIS, A SEPARATE WRITTEN NOTICE, WHICH SHALL BE SIGNED BY YOU AT THE TIME THE TITLE COMMITMENT OR TITLE REPORT IS PREPARED, AND WHICH EXPLAINS:

(1) THAT A LENDER'S TITLE INSURANCE POLICY PROTECTS THE MORTGAGE LENDER, AND DOES NOT PROVIDE TITLE INSURANCE PROTECTION TO THE APPLICANT AS OWNER OF THE PROPERTY BEING PURCHASED;

(2) WHAT A LENDER'S TITLE INSURANCE POLICY INSURES AGAINST AND WHAT AN OWNER'S TITLE INSURANCE POLICY INSURES AGAINST.

EXPLANATION:

(A) A LENDER'S TITLE INSURANCE POLICY: The lender's title insurance policy <u>insures only the lender, and only up to the initial amount of the mortgage loan</u>. The lender's title insurance policy protects your mortgage lender against a loss if a title defect affects the validity, enforceability or the priority of the mortgage loan as against other interests in the title to your property, such as: 1) you don't own the property or someone else has an interest or there is some other defect in your ownership; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien for money that is superior to the mortgage; or 4) the mortgage is not properly executed by you or it is improperly or untimely recorded.

The lender's title insurance policy may also include specific exceptions which limit the protections afforded in the lender's policy. Since only the lender is an insured, You, as the owner will not share in any payment made under the lender's title insurance policy to the lender for a loss the lender might suffer as a result of a title defect.

(B) AN OWNER'S TITLE INSURANCE POLICY: The owner's title insurance policy <u>insures only you, as the owner of the property, up to the amount you will pay, or have paid, to purchase your property.</u> The owner's title insurance policy protects <u>You</u> against a loss if: 1) You don't own the property, someone else has an interest, there some other defect in your ownership or that of a prior owner of your property, including losses resulting from fraud or forgery; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien

# DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING LOAN POLICY ONLY

PURSUANT TO 11 NYCRR § 35.7(b)

for money that can be collected out of Your property; or 4) the deed to You is not properly executed or it is improperly or not timely recorded.

The owner's title insurance policy also insures You against the above risks, and others which are stated in the policy itself, even if they arise after you purchased the property, but before your deed is recorded. The owner's title insurance policy also pays for the legal defense of your interest, if you are sued as a result of title question that are insured against by the policy.

THE FORGOING IS ONLY A SUMMARY OF THE COVERAGE PROVIDED BY AN OWNER'S TITLE INSURANCE POLICY AND A LENDER'S TITLE INSURANCE POLICY. SPECIMEN COPIES OF THE LENDER'S AND OWNER'S TITLE INSURANCE POLICY CAN BE OBTAINED FROM YOUR TITLE INSURANCE PROVIDER.

YOU CAN PURCHASE AN OWNER'S TITLE INSURANCE POLICY TO PROTECT YOUR INTERESTS AS THE OWNER OF REAL PROPERTY. IN ORDER TO OBTAIN A PREMIUM QUOTE FOR THE COST OF AN OWNER'S TITLE INSURANCE POLICY AND THE RANGE OF CHARGES FOR OTHER SERVICES ASSOCIATED THEREWITH, PLEASE VISIT THE FOLLOWING WEBSITE.

ratecalculator.fnf.com
(212) 481-5858

Title No.: 25-7406-63514-Q

| | |
|---|---|
| Purchaser Sign and Print Name Below | Purchaser Sign and Print Name Below |
| Print Name & Date Signed | Print Name & Date Signed |

# MUNICIPALS

DataTrace®

# Air Resources Information Search

TITLE #: 63514Q

DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN)

ORDER ID: 12607063

PREMISES:

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

Please see the attached documents.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

A Search of NYC Environmental Protection Records

2/7/2025

Dear FIDELITY NATIONAL TITLE :

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

For the requested locations: 23-15 30 AVENUE QUEENS
AKA: 23-15 GRAND AVENUE

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

If there are any existing records or violations for the requested location, please see the attached documents.

For questions related to this finding, please contact DEP at:
catsfeedback@dep.nyc.gov or (718) 595-3855

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000179313L |
| Violation Date: | 2006-05-25T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | DPA ASTORIA I LLC |
| Face Amount: | $87.50 |
| Interest: | $0.00 |
| Balance Due: | $87.50 |
| Violation Location: | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 1775 BROADWAY, MANHATTAN, NY 10019 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 07/17/2006 |

## Description

| | |
|---|---|
| Code: | BA21 |
| Code Section: | 24 -123(E) |
| Description: | OPERATING WITHOUT RENEWING OF EXPIRED OPERATING CERTIFICATE |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000422990X |
| Violation Date: | 2020-02-21T00:00:00.000-05:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KREM ASTORIA POTFOLI |
| Face Amount: | $2,080.00 |
| Interest: | $709.82 |
| Balance Due: | $2,789.82 |
| Violation Location: | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Respondent Address: | 31 AMBER LANE, OYSTER BAY, NY 11771 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DOCKETED |
| Docketed Date: | 2021-04-30T00:00:00.000-04:00 |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 12/28/2020 |

## Description

| | |
|---|---|
| Code: | BAH7 |
| Code Section: | 24-109(A)(3) |
| Description: | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000426407H |
| Violation Date: | 2021-07-01T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTOLI |
| Face Amount: | $2,080.00 |
| Interest: | $0.00 |
| Balance Due: | $2,080.00 |
| Violation Location: | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Respondent Address: | 25-80 38 STREET, ASTORIA, NY 11103 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 09/15/2021 |

## Description

| | |
|---|---|
| Code: | BAH7 |
| Code Section: | 24-109(A)(3) |
| Description: | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000680793Z |
| Violation Date: | 2021-07-01T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTFOL |
| Face Amount: | $2,080.00 |
| Interest: | $0.00 |
| Balance Due: | $2,080.00 |
| Violation Location: | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 2180 38TH STREET #OFC, ASTORIA, NY 11105 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 12/21/2021 |

## Description

| | |
|---|---|
| Code: | BAH7 |
| Code Section: | 24-109(A)(3) |
| Description: | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000684462M |
| Violation Date: | 2022-09-20T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTFOL |
| Face Amount: | $2,080.00 |
| Interest: | $0.00 |
| Balance Due: | $2,080.00 |
| Violation Location: | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 31 AMBER LANE, OYSTER BAY, NY 11771 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 02/15/2023 |

## Description

| | |
|---|---|
| Code: | BAH8 |
| Code Section: | 24-109(A)(3) |
| Description: | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 2ND OFF |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000688070L |
| Violation Date: | 2023-10-17T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTFOL |
| Face Amount: | $3,120.00 |
| Interest: | $0.00 |
| Balance Due: | $3,120.00 |
| Violation Location: | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 31 AMBER LANE, OYSTER BAY, NY 11771 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 01/03/2024 |

## Description

| | |
|---|---|
| Code: | |
| Code Section: | MULTIPLE INFRACTIONS |
| Description: | MULTIPLE INFRACTIONS |

## Respond to Your Ticket

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000688070L |
| Violation Date: | 2023-10-17T00:00:00.000-04:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | KRCM ASTORIA PORTFOL |
| Face Amount: | $3,120.00 |
| Interest: | $0.00 |
| Balance Due: | $3,120.00 |
| Violation Location: | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Respondent Address: | 31 AMBER LANE, OYSTER BAY, NY 11771 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | DEFAULTED |
| Docketed Date: | N/A |
| Hearing Result: | DEFAULTED |
| Hearing Date: | 01/03/2024 |

## Description

| | |
|---|---|
| Code: | |
| Code Section: | MULTIPLE INFRACTIONS |
| Description: | MULTIPLE INFRACTIONS |

## Respond to Your Ticket

DataTrace®

# ECB Address Search

TITLE #: 63514Q | DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) | ORDER ID: 12607063

PREMISES:

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

This search reports outstanding Environmental Control Board fines posted against a specific address.

Please see attached for outstanding ECB fines as of 2/7/2025.

Additional information can be obtained regarding the violation reported upon request.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATA TRACE INFORMATION SERVICES LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, REDACTION, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE OR A REPORT OF TITLE.EVEN IF THIS SEARCH INCLUDES A "READING" OR EXAMINATION, CUSTOMER MUST EXAMINE THE PRODUCT PRIOR TO ISSUING A REPORT OR COMMITMENT. IT IS CUSTOMER'S SOLE OBLIGATION TO COMPLY WITH APPLICABLE FEDERAL AND STATE LAWS AND REGULATIONS IN THE USE OF DATA TRACE'S PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO, THE UNITED STATES DEPARTMENT OF THE TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, GEOGRAPHIC TARGETING ORDER.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATA TRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

NYC

NYC CityPay

# Bill #BIL000483578 (14 items)

| | |
|---|---|
| Payment Amount: | $28,949.26 |
| Expires: | 03/09/2025 |

*The Department of Finance cannot accept mail-in payments to accompany settlement amounts displayed on this page. Settlement resolution amounts are updated daily as interest accrues. To pay in person, bring your check or money order and a signed settlement terms and conditions agreement to one of DOF's five business centers. If you cannot pay online or in person, please call 212-440-5300 to make alternative arrangements.*

| | |
|---|---|
| Item ID2 | 000422990X |
| Respondent Name | KREM ASTORIA POTFOLI |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2020-02-21T00:00:00.000-05:00 |
| Description | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |
| Issuing Agency | DEP Cmplnce |
| Status | DOCKETED |
| Total Amount Due | $2,787.26 |
| Payment Amount | $2,787.26 |

| | |
|---|---|
| Item ID2 | 035581803J |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-10-07T00:00:00.000-04:00 |
| Description | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $3,906.34 |
| Payment Amount | $3,906.34 |

| | |
|---|---|
| Item ID2 | 011468763Z |
| Respondent Name | OWNER OF 23-15 30TH AVE |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2016-04-20T00:00:00.000-04:00 |
| Description | MULTIPLE INFRACTIONS |
| Issuing Agency | FDNY |
| Status | DOCKETED |
| Total Amount Due | $6,603.96 |
| Payment Amount | $6,603.96 |

| | |
|---|---|
| Item ID2 | 000688070L |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Violation Date | 2023-10-17T00:00:00.000-04:00 |
| Description | MULTIPLE INFRACTIONS |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $3,120.00 |
| Payment Amount | $3,120.00 |

| | |
|---|---|
| Item ID2 | 048672116N |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2024-09-24T00:00:00.000-04:00 |
| Description | FAILURE TO PROPERLY PUT RECYCS OUT FOR COLLECTION(1TO8DWELLING UNITS) |
| Issuing Agency | DSNY Enf Agt |
| Status | DEFAULTED |
| Total Amount Due | $25.00 |
| Payment Amount | $25.00 |

| | |
|---|---|
| Item ID2 | 000426407H |
| Respondent Name | KRCM ASTORIA PORTOLI |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-07-01T00:00:00.000-04:00 |
| Description | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $2,080.00 |
| Payment Amount | $2,080.00 |

| | |
|---|---|
| Item ID2 | 035474830L |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-01-03T00:00:00.000-05:00 |
| Description | FAILURE TO PROVIDE UNOBSTRUCTED EXIT PASSAGEWAY |
| Issuing Agency | Dept of Bldgs |
| Status | DOCKETED |
| Total Amount Due | $4,116.70 |
| Payment Amount | $4,116.70 |

| | |
|---|---|
| Item ID2 | 047088670L |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-05-17T00:00:00.000-04:00 |
| Description | FAILURE TO CLEAN 18 INCHES INTO STREET |
| Issuing Agency | DSNY Other |
| Status | DOCKETED |
| Total Amount Due | $386.18 |
| Payment Amount | $386.18 |

| | |
|---|---|
| Item ID2 | 046959546Z |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2021-05-25T00:00:00.000-04:00 |
| Description | RECYCLABLES PLACED FOR COLLECTION WITH NON-RECYC(9+ DWELLING UNITS) |
| Issuing Agency | DSNY Other |
| Status | DOCKETED |
| Total Amount Due | $128.73 |
| Payment Amount | $128.73 |

| | |
|---|---|
| Item ID2 | 000684462M |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Violation Date | 2022-09-20T00:00:00.000-04:00 |
| Description | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 2ND OFF |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $2,080.00 |
| Payment Amount | $2,080.00 |

| | |
|---|---|
| Item ID2 | 000179313L |
| Respondent Name | DPA ASTORIA I LLC |
| Address | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Violation Date | 2006-05-25T00:00:00.000-04:00 |
| Description | OPERATING WITHOUT RENEWING OF EXPIRED OPERATING CERTIFICATE |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $87.50 |
| Payment Amount | $87.50 |

| | |
|---|---|
| Item ID2 | 011673215K |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2019-03-06T00:00:00.000-05:00 |
| Description | ROOFTOP ACCESS AND MEANS OF EGRESS |
| Issuing Agency | FDNY |
| Status | DOCKETED |
| Total Amount Due | $1,497.59 |
| Payment Amount | $1,497.59 |

| | |
|---|---|
| Item ID2 | 000680793Z |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, QUEENS, NY 11102 |
| Violation Date | 2021-07-01T00:00:00.000-04:00 |
| Description | UNREGISTERED BOILER OR WATER HEATER-350,000-4,200,000 BTU HR 1ST OFF |
| Issuing Agency | DEP Cmplnce |
| Status | DEFAULTED |
| Total Amount Due | $2,080.00 |
| Payment Amount | $2,080.00 |

| | |
|---|---|
| Item ID2 | 048906088Y |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 23-15 30 AVENUE, ASTORIA, NY 11102 |
| Violation Date | 2025-02-01T00:00:00.000-05:00 |
| Description | FAILURE TO CLEAN 18 INCHES INTO STREET |
| Issuing Agency | DSNY Other |
| Status | NEW ISSUANCE |
| Total Amount Due | $50.00 |
| Payment Amount | $50.00 |

PRINT

DataTrace®

# Street Report

TITLE #: 63514Q DATE: 2/7/2025
PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607063

**PREMISES:**

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

---

A search of the Topographical Department shows the following results:

Street width: 30 AVENUE MAPPED AT 80 FEET TO THE FULL WIDTH COMMISSIONER'S REPORT CONFIRMED 2/2/1992

Cross street: 23 STREET MAPPED AT TO THE FULL WIDTH CONFIRMED 6/5/1912 60'

CRESCENT STREET MAPPED AT 75 FEET TO THE FULL WIDTH CONFIRMED 3/2/1911

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Emergency Repairs Violation Search

TITLE #: 63514Q

DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN)

ORDER ID: 12607063

## PREMISES:

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

## Emergency Repair Lien Book Charges Prior to July 1, 1999

A search of the Department of Housing Preservation and Development's Emergency Repair Mainframe System shows the following:

LIEN BOOK DATE: 11/7/2024
AMOUNT:$ 0.00

## Emergency Repair Work in Progress Subsequent to July 1, 1999

A search of the Department of Housing Preservation and Development's Building Charge Report shows the following:

See attached for work orders found and indexed against the above- mentioned premises as of the date of this search.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 400427 | 23-15-23-15 | 4006292 | 548 | 5 | 71 |
| **STORIES** | **A UNITS** | **B UNITS** | **CD** | **CLASS** | **OWNERSHIP** | **BUILDING ID** |
| 4 | 42 | 0 | 1 | B | PVT | 415846 |

**BUILDING REPAIR CHARGE REPORT**

Please review this report in its entirety, including all definitions and notes at the end. In addition to reviewing all information in this Building Repair Charge Report, you should also fully review the Building Fee Report and Building Relocation Charge Report that are also available on HPD Online, which provide additional information about other New York City Department Of Housing Preservation And Development (HPD) Charges and Fees that have been billed or may be billed in the future by the New York City Department Of Finance (DOF).

**Charges:** This Building Repair Charge Report provides notice, as required by New York City Administrative Code §27-2144(a), of Work Orders issued by HPD and when known and finalized, their associated charges. Such Work Orders either have already resulted in associated charges being billed for the property or may result in charges associated with such Work Orders being billed in the future for the property. HPD Repair Charges, including, but not limited to, Emergency Repair Charges, Demolition Charges, Alternative Enforcement Program Charges, and 7A Financial Assistance (7AFA) Repair Charges are billed by DOF. For current amounts owed to DOF for outstanding HPD charges that have been billed by DOF, please consult the outstanding charges owed on the property tax bill for this property and the account balance owed to DOF for the property, both of which are available on DOF's website (www.nyc.gov/dof).

DOF's website provides the status of any charge listed in this report owed to DOF after that charge has been transferred to DOF by HPD (see the "TRANSFERRED TO DOF" column on the below charts for the transfer date). The current amount owed to DOF for an HPD charge will reflect any interest accrued, any payment made, and any adjustment made after initial billing by DOF. Charges associated with HPD work orders are transferred to DOF for collection by DOF after HPD has paid the vendor who was retained for the work order or after a work order for which HPD staff have been asked to perform repairs has been closed.

Please be aware that this report does **NOT** include:

- Most demolition charges incurred prior to January 1, 2000.
- Most non-demolition charges incurred by HPD prior to July 1, 1999.
- Civil penalties imposed by the Housing Court for failure to comply with HPD issued violations.
- Fees charged to the property by HPD for inspections or property registration. For information about these fees, you should fully review HPD's Building Fee Report, which is also available on HPD Online.
- Relocation charges billed to the property for relocation services paid for by HPD related to tenant relocation pursuant to a vacate order. For information about these relocation charges, you should fully review HPD's Relocation Charge Report, which is also available on HPD Online.

For information on amounts owed for demolition charges incurred prior to January 1, 2000 and for all non-demolition charges incurred by HPD prior to July 1, 1999, contact HPD's ERP Accounting Unit at (212) 863-6510 to verify the amount owed for

## 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

those charges. For information on whether there are pending civil penalties and/or judgments owed for the property stemming from Housing Court litigation, see the Litigation tab of HPDONLINE.

The Charge Report will include information on the selected building. If there are multiple building(s) on this BBL, you must search each building separately to view work orders, fees, and relocation charges.

**Below are the Work Orders issued by HPD:**

**Work Orders (3)**

| WORK ORDER # | ACCOUNT ID | WORK ORDER TYPE | CLOSE REASON | AWARD AMOUNT | AWARD DATE |
|---|---|---|---|---|---|
| JOB GENERAL | CREATED DATE | INVOICE DATE | TRANSFERRED TO DOF | SERVICE CHARGES | CHANGE ORDERS |
| INVOICE APPROVED AMOUNT | ADMIN FEE | SALES TAX | WORK COST | TRANSFER STATUS TO DOF | |
| WORK ORDER DESCRIPTION | | | | | |
| E926990 | H000000S9329 | AOR | OMO Completed | $0.00 | - |
| PLUMB | 02/12/2009 | 04/03/2009 | 04/29/2009 | - | $0.00 |
| $86.69 | $13.00 | $7.26 | $0.00 | Yes | |
| apt #011) at bathroom, living room, bedroom and kitchen replace air valve step ladder need for kitchen and bathroom | | | | | |
| EL19162 | H000000S8425 | AOR | Work Done by Others | $0.00 | - |
| HEAT | 03/26/2021 | 08/11/2021 | 08/30/2021 | Y | $0.00 |
| $24.21 | $12.11 | $2.15 | $0.00 | Yes | |
| at apt#0-1 adjust the hot water temp range between the limit 120-230 deg-f at all hot water fixtures remove all work related debris | | | | | |
| EG17227 | - | OMO | OMO Completed | $550.40 | 04/25/2016 |
| MISC | 04/25/2016 | 05/05/2016 | 07/20/2016 | - | $0.00 |
| $550.40 | $275.20 | $48.85 | $550.40 | Yes | |
| provide fire watch at the above mentioned location beginning april 20, 2016(5:00pm) - april 21, 2016 (1:30pm).remove all work related debris | | | | | |

**Total Charges Associated with all Work Orders on all building(s) on this report:**

| TOTAL CHARGES | ADMIN FEES | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| $661.30 | $300.31 | $58.26 | $1,019.87 |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

**Note:** For any work order for which work and/or payment has not yet been completed, the amount to be owed for the charge associated with such work order may increase in the future from the amount now listed above, after the amount to be billed for the work order has been finalized in the future, which may also result in the "Total Charges Associated with all Work Orders on all building(s) on this report" amount above increasing.

## Definitions for Column Headings for Work Orders Listed Above

**Work Order:** Lists a distinct identifier assigned to the work order.

**Account Id:** Unique identifier associated with HPD repair charges stemming from work contracted by HPD or performed by HPD staff. After expenses are incurred by HPD for a repair, associated repair charges are transferred by HPD to the New York City Department of Finance (DOF) for billing and collection by DOF. Account ID number is available only for HPD repair charges that were transferred to DOF by HPD on or after 01/03/2024. For such charges transferred to DOF on or after 01/03/2024 only, the Account ID listed on HPD Online corresponds to the "Account Id" that is displayed for the same repair charges on the NYC Citypay website (https://a836-citypay.nyc.gov/) at which payment can be made for HPD repair charges owed to DOF.

**Work Order Type:** There are two work order types.

- OMO: (Open Market Order): Private vendors perform OMO work, making repairs in response to HPD solicitations to complete the work described.
- AOR: (Area Office Repair): Repair work performed by HPD personnel.

**Reason Closed:** Indicates the reason a work order that has already been closed has been closed if applicable.

**Award Amount:** After HPD and a vendor retained by HPD agree on the price to be paid for a work order based on the initial scope of work, this amount is defined as the award amount, which is listed in the "Award Amount" column of this report. Since there is no award to an outside vendor when the work is completed by HPD, award amounts for AORs are blank. Award amounts may not be final and are subject to change order increases or decreases.

Please note the following regarding award amounts for utility charges and Fireguard Charges:

- **Award Amount Note for Utility Charges:** The Award Amount on Utility OMOs is listed as $1.00 because billing by the Utility Company occurs after the utility account is initially set up. Utility charges are billed on a continuous basis so long as HPD is paying for a utility account and accordingly, there can be numerous invoices for each Utility OMO. Charges that will be owed for utility services may not appear on this report until after the exact amount owed has been determined, which can take numerous months to occur. One charge being listed on this report for a Utility OMO indicates that other charges may be forthcoming for the same Utility OMO later. To find out if there will be future charges due for a Utility OMO in addition to the charges already listed, please call HPD's Utilities Unit at 212-863-7704. Utility charges will continue to accrue on an ongoing basis until the property owner opens an appropriate account for the service. Multiple Utility OMOs may exist for the same Utility account.
- **Award Amount Note for Fireguard Charges:** The award amount on a Fireguard OMO is initially listed as $1.00 because the amount that the Fireguard provider will be awarded for the work order by HPD is determined only after a Fireguard(s) has been initially posted, and the final amount to be charged depends upon how long the Fireguard is in place at the building. Each hour that a Fireguard is in place results in an additional amount being owed to the Fireguard provider and additional billing to the building owner. There can be multiple OMOS for each Fireguard and/or multiple invoices for each Fireguard OMO. Charges that will be owed for Fireguard services may not appear on this report until after the exact amount owed has been determined. This may take several months. One charge listed on this report for a Fireguard OMO

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

indicates that other charges may be forthcoming for the same Fireguard OMO and/or another Fireguard OMO later. If you have any questions about the hazardous conditions that are resulting in a fireguard that is currently in place at the building, please call HPD's Special Enforcement Unit at 212-863-8611. Charges for Fireguard services will continue to accrue until the building owner cures the hazardous violating condition(s) that have resulted in the need for a Fireguard to HPD's satisfaction or provides its own licensed Fireguard service that is approved by HPD. All expenses incurred by HPD for the Fireguard service will be charged against the building and may become a tax lien pursuant to NYC Administrative Code §27-2144 if they remain unpaid.

**Award Date:** Indicates the date that a job was awarded to a contractor retained by HPD, if applicable.

**Total Charge Amount:** Calculated by adding the invoice approved amount, change order amount if any, and administrative fee and sales tax amounts, after such amounts have been finalized for the charge items. This amount may only appear on the report after a payment amount to a contractor has been finalized. For any work order for which work and/or payment has not yet been completed, the amount to be owed for the charge associated with such work order may increase in the future from the amount now listed, after the amount to be billed for the work order has been finalized in the future.

**Job General:** Indicates the general category of the type of work performed. There are some special notes related to specific categories of job general.

- 7A Financial Assistance (7AFA) repair charges are Court/Agency authorized charges for buildings in the 7A Management Program. For more information about whether a 7AFA funded repair is ongoing or completed, or if partial liens have been filed, or will be filed, call the 7AFA Program at (212) 863-7358.
- Utilities: If a property is going to be sold or transferred, it is the responsibility of the parties involved to make sure that all utility bills for service provided by HPD are paid and that service provided by HPD is terminated. Utility Providers can take three or more months to invoice HPD; therefore all utility charges owed may not be posted on this Building Charge Report at the time of transfer. To terminate utility service provided by HPD, please contact HPD's Utility Unit at (212)863-7704 for account termination and final invoice estimates.

**Created Date:** Indicates the date a work order was first created by HPD.

**Invoice Date:** Indicates the date of the invoice entered by the contractor or company that invoiced HPD for a work order for which they were retained by HPD for the performance of remedial work.

**Date Transferred to DOF:** Indicates the date that HPD transferred a charge associated with a work order to DOF for subsequent billing of the charge by DOF.

**Service Charge:** Indicates the amount HPD has been billed by a vendor by HPD, when applicable and known, with a charge stemming from the service charge to subsequently be billed to the owner. A service charge is paid by HPD after a vendor tries to address a condition pursuant to a work order and the work order is subsequently cancelled (for example, a service charge can be owed when there is no access to make a repair). If "Y" appears in the Service Charge column and an amount is not present, then the amount that will be owed for the service charge has not yet been determined.

**Change Order:** When applicable, a change order amount listed indicates that modifications have been made to the original scope of work. When known, the amount of the change from the original award amount is stated in the Change Order Column. Change orders may result in either an increase or a decrease to the initial award amount and to the amount owed. Change order information will be available only for OMOs awarded on or after August 1, 2011.

**Invoice Approved Amount:** When finalized, indicates the amount approved for direct payment to a contractor retained by HPD (or the amount incurred for labor and materials for work performed by HPD employees for AOR work orders).

## 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

**Admin Fee:** Indicates the Administrative Fee amount associated with the listed work order when finalized (prior to being finalized this amount may appear as $0.00 initially prior to payment to a contractor occurring or the amount to be owed for an AOR being finalized).

**Sales Tax:** Indicates the Sales Tax associated with the listed work order (prior to being finalized, this amount may appear as $0.00 initially prior to payment to a contractor occurring or the amount to be owed for an AOR being finalized).

**Submitting FOIL Requests:** If you would like to request record(s) from HPD, you may request such records by submitting a Freedom of Information Law (FOIL) request. Please submit your FOIL request through NYC OpenRecords . Please note that HPD no longer accepts FOIL requests by email. If you prefer to submit a written FOIL request, please mail your request to HPD at:

HPD Records Access Officer

100 Gold Street, Room 4-O3

New York, NY 10038

More information about a submitting a FOIL Request to HPD is available on HPD's website: https://www.nyc.gov/site/hpd/contact/foil.page

DataTrace®

SUPER:
ORDER ID#: 12607063

RECORD SEARCH REQUEST

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

MAIL TO:

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE: 2/7/2025 TITLE NO: FIDMAN 63514Q

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE
Building Class: C1

State: NY; County: QUEENS;
Neighborhood: OLD ASTORIA
Block: 548; Lot: 5

Address

- [X] 1. Record of existing Fire Department Violations
- [ ] 2. Record of Permit for Fuel Oil
- [ ] 3. Other ____________________________________________________________

____________________________________________________________

(The City of New York is not being sued, nor is there any intention to sue the City of New York)

DO NOT WRITE BELOW THIS LINE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 2025-01-08 the records show the following: VIOLATIONS (SEE ATTACHED)

Violation #: 011468763Z

Violation #: 011008726M

Violation #: 011673215K

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

ENFORCE_ID 0114687632 DO# ACCT# RUN DATE 12/10/25

DISP_STAT COMPLIANCE DUE DISP_DESC IN VIOLATION DISP_DT 11/30/2018

APP_STAT Decision Rendered BLOCK 00548 LOT 0005 BIN 4006262

VIOKEY 0114687632 VIODT 04/20/2018 VIOACTION A APP_TYPE_ALIAS Enforcement FDNY Summons

OATH V/O STATUS DOCKETED OATH COMPL STATUS Both Due

SURNAME OWNER OF

ADDRESS

23-15 | 30 AVE | QUEENS | 11102

Close Form

| | | | |
|---|---|---|---|
| VC 8 | FAILED TO REMOVE OBSTRUCT/ACCUMULATIONS | | |
| VC 1 | FAILED TO PROVIDE BUCKETS/EXTINGUISHERS | | |
| VC 15 | FAILED TO PROVIDE FIREPROOF PARTITIONS | | |
| VC 11 | FAILED TO PROVIDE GENERAL MAINTENANCE | | |
| VC 14 | FAILED TO PROVIDE FIREPROOF DOOR/WINDOW | | |

ENFORCE_ID: 011008728M | GO#: | ACCT#: | RUN DATE: [illegible]

DISP_STAT: COMPLIANCE DUE | DISP_DESC: IN VIOLATION | DISP_DT: 08/03/2009

APP_STAT: Decision Rendered | BLOCK: 00648 | LOT: 0005 | BIN: 4006262

VIOKEY: 011008728M | VIODT: 09/16/2008 | VIOACTION: A | APP_TYPE_ALIAS: Enforcement FDNY Summons

OATH VIO STATUS: PAID IN FULL | OATH COMPL STATUS: Compliance Due

SURNAME: DPA ASTORIA I LLC

ADDRESS

23-15 | 30 AVE | QUEENS | 11102

Close Form

| | | | |
|---|---|---|---|
| VC 3 | SOLD/STR/USE/MFG/TRN MATERIAL W/O PERMIT | | |
| | | | |
| | | | |
| | | | |
| | | | |

ENFORCE_ID 0116732150K DO# 58 ACCT# 30076050 RUN DATE 02/10/25

DISP_STAT COMPLIANCE DUE DISP_DESC DEFAULTED DISP_DT 04/21/2019

APP_STAT Default BLOCK 00548 LOT 0005 BIN 4006262

VIOKEY 0116732150K VIODT 03/06/2019 VIOACTION A APP_TYPE_ALIAS Enforcement FDNY Summons

OATH VIO STATUS DOCKETED OATH COMPL STATUS Both Due

SURNAME KROM ASTORIA PORTFOLIO C

ADDRESS

23-15 30 AVE QUEENS 11102

Close Form

| | | | |
|---|---|---|---|
| VC 9 | FAILED TO PROVIDE ADEQUATE EGRESS/SPACE | | |
| VC 9 | | | |
| | | | |
| | | | |
| | | | |

DataTrace®

# ECB-DOB Penalty Search

TITLE #: 63514Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607063

PREMISES:

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

A search of the records of the Department of Buildings indicates the following:

The attached 1 violation(s) are indexed as 'Resolved' but have open penalties at the NYC Department of Buildings as of 2/7/2025.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

NYC Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

# OATH/ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

Premises: 23-15 30 AVENUE QUEENS
Filed At: 23-15 30 AVENUE , QUEENS , NY 11102

BIN: 4006262 Block: 548 Lot: 5
Community Board: 401

## OATH/ECB Violation Summary

VIOLATION RESOLVED

OATH/ECB Violation Number: 35474 3 L

View Image of Summons/Notice at OATH

Severity: CLASS - 1
Certification Status: CERTIFICATE ACCEPTED

Penalty Balance Due: $3,125.00
Hearing Status: DEFAULT

## Respondent Information

Name: KRCM ASTORIA PORTFOLIO CO

Mailing Address: 31 AMBER LANE , OYSTER BAY , NY 11771

## Violation Details

Violation Date: 01/03/2021
Violation Type: CONSTRUCTION

Served Date: 01/03/2021
Inspection Unit: EMERGENCY RESPONSE TEAM (ERT)

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 127 | 27-3 9, BC 1020.2 (2008 CODE), & BC 1023.2 (2 | FAILURE TO PROVIDE UNOBSTRUCTED E IT PASSAGEWAY |

Specific Violation Condition(s) and Remedy:

FAILURE TO PROVIDE UNOBSTRUCTED E IT PASSAGEWAY NOTED:E POSURE FROM FIRE ESCAPE IS OBSTRUCTED W/GARBAGE BAGS,CANS & ANY CONDITION UNITS,BIKES SITTING UNDER THE DROP LADDER OR PARTIALLY BLOCKING FIRE PASSAGEWAY.

Issuing Inspector ID: 2918
DOB Violation Number: 01032021CENJW04

Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status: CERTIFICATE ACCEPTED
Compliance On: 03/1 /2021

Certification Submission Date: 02/25/2021

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by OATH/ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by OATH/ECB.

## OATH/ECB Hearing Information

Scheduled Hearing Date/Time: 03/30/2021 8:30
Hearing Status: DEFAULT

## OATH/ECB Penalty Information

Penalty Imposed: $3,125.00

Adjustments: $0.00
Amount Paid: $0.00

Penalty Balance Due: $3,125.00
Court Docket Date: 07/31/2021

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

DataTrace®

# Housing and Building Violation Search

TITLE : 35 4 DATE: /7/ 5
PREPARED FOR: E T NAT ONA T T E AN ORDER ID: 7 3

## PREMISES:

3 5 3 AVEN E
A A: 3 5 AN AVEN E

State: N County: EEN Neighborhood: O A TO A

Block: 54 Lot: 5

---

A ear o t e re or o t e e artment o Buil in an t e ent an Hou in aintenan e e artment o t e Cit o Ne or a ma e on /7/ 5 T e in in o t i ear are limite to iolation o te a ain t t e a re e o n abo e an ma not in lu e iolation o te a ain t ot er a re e or a ain t a blo an lot A o t e ate o o tin t e ollo in iolation ere re orte en in :

BUILDING DEPARTMENT
Violation : ee Atta e

NOTE: TO IDENTIFY RESOLVED BUILDING DEPARTMENT VIOLATIONS WITH UNPAID ECB FINES, PLEASE ORDER AN ECB-DOB PENALTY SEARCH.

RENT AND HOUSING MAINTENANCE DEPARTMENT
Violation : ee Atta e

THE V O AT ON N CATE ON TH E O T A BE BJECT TO NE AN /O ENA T E

BUILDING CLASSIFICATION
ulti le ellin
Number o A artment 4

Cla i ie A NE A TENE ENT
e i tration Number: 4 4 7

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

NYC Department of Buildings
Property Profile Overview

23-15 30 AVENUE QUEENS 11102 BIN# 4006262

| | | | | | |
|---|---|---|---|---|---|
| 30 AVENUE | 23-15 - 23-15 | Health Area | : 300 | Tax Block | : 548 |
| | | Census Tract | : 71 | Tax Lot | : 5 |
| | | Community Board | : 401 | Condo | : NO |
| | | Buildings on Lot | : 1 | Vacant | : NO |

View DCP Addresses... Browse Block

View Zoning Documents View Challenge Results Pre - BIS PA View Certificates of Occupancy

VIOLATION FOR FAILURE TO CERTIFY CORRECTION OF CLASS 1 VIOLATION EXISTS ON THIS PROPERTY - DOB CIVIL PENALTIES DUE

| | | | |
|---|---|---|---|
| Cross Street(s): | 23 STREET, CRESCENT STREET | | |
| DOB Special Place Name: | | | |
| DOB Building Remarks: | | | |
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |
| HPD Multiple Dwelling: | Yes | | |
| Number of Dwelling Units: | 42 | | |

Special District: UNKNOWN

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area. Click here for more information

Department of Finance Building Classification: C1-WALK-UP APARTMENT

Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open |
|---|---|---|
| Complaints | 23 | 0 |
| Violations-DOB | 45 | 37 |
| Violations-OATH/ECB | 16 | 6 |

This property has 1 open OATH/ECB "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a

Elevator Records
Electrical Applications
Permits In-Process / Issued
Illuminated Signs Annual Permits
Plumbing Inspections
Open Plumbing Jobs / Work Types
Facades

certificate of correction must be filed on the ECB violations.

| | |
|---|---|
| Jobs/Filings | 18 |
| ARA / LAA Jobs | 3 |
| Total Jobs | 21 |
| Actions | 9 |

Marquee Annual Permits

Boiler Records

DEP Boiler Information

Crane Information

After Hours Variance Permits

NYC Department of Buildings

DOB Violation Display for 030315LBLVIO14125

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 03/03/2015 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 14125 | Device No.: | 00003781 - 01-RESIDENTIAL |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | VIOLATION ISSUED FOR FAILURE TO FILE ANNUAL BOILER 2013 INSPECTION REPORT | | |

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 071316AEUHAZ100446

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 07/13/2016 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00446 | Device No.: | |
| OATH/ECB No.: | 35125248K (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 071316AEUHAZ100447

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 07/13/2016 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00447 | Device No.: | |
| OATH/ECB No.: | 35125249M (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 071316AEUHAZ100448

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 07/13/2016 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00448 | Device No.: | |
| OATH/ECB No.: | 35159716H (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 090716AEUHAZ100444

Premises: 23-15 30 AVENUE QUEENS    BIN: 4006262    Block: 548    Lot: 5

DOB Civil Penalty Due: $1,500

| | | | |
|---|---|---|---|
| Issue Date: | 09/07/2016 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | AEUHAZ1 - FAIL TO CERTIFY CLASS 1 | | |
| Violation Number: | 00444 | Device No.: | |
| OATH/ECB No.: | 35180645X (refer to for further details) | | |
| Description: | FAILURE TO CERTIFY CORRECTION ON IMMEDIATELY HAZARDOUS (CLASS 1) ECB VIOLATION | | |

NYC Department of Buildings

DOB Violation Display for 050219BENCH03062

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 03062 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080219BENCH01689

Premises: 23-15 30 AVENUE QUEENS | BIN: 4006262 | Block: 548 | Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01689 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110219BENCH01150

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2019 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01150 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020220BENCH00907

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00907 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 050220BENCH01473

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01473 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080220BENCH01473

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01473 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110220BENCH00841

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2020 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00841 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020221BENCH00682

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00682 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 042921EGRADE2004241

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 04/29/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2004241 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 060221BENCH01445

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 06/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01445 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080221BENCH00952

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00952 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 120121EGRADE2103080

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2103080 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

| | | | |
|---|---|---|---|
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110221BENCH00671

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2021 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00671 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 020222BENCH00529

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00529 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 060122BENCH00489

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 06/01/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00489 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080222BENCH00269

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00269 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110222BENCH00169

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00169 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 120122EGRADE2201652

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2022 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2201652 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 020223BENCH00126

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 02/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00126 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 042523LBLVIO19673

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 04/25/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 19673 | Device No.: | 00003781 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2022 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 050223BENCH01244

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01244 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 062023LBLVIO17735

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

Issue Date: 06/20/2023 Violation Category: V - DOB VIOLATION - ACTIVE

Violation Type: LBLVIO - LOW PRESSURE BOILER

Violation Number: 17735 Device No.: 00003781 - 01-RESIDENTIAL

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2018 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 062023LBLVIO38009

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 06/20/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 38009 | Device No.: | 00003781 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2019 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 063023LBLVIO36703

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 06/30/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 36703 | Device No.: | 00003781 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2021 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 080223BENCH00630

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00630 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 110223BENCH00458

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 11/02/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00458 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 120123EGRADE2301558

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2023 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2301558 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 022224BENCH00367

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 02/22/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00367 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 050224BENCH01209

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 05/02/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 01209 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 080224BENCH00591

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 08/02/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | BENCH - FAILURE TO BENCHMARK | | |
| Violation Number: | 00591 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO FILE BENCHMARKING REPORT OF ENERGY USE AS PER AD. CODE SEC. 28-309.4 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

NYC Department of Buildings

DOB Violation Display for 092324LBLVIO14590

To pay or request a waiver for this violation, log into . See the Notice for more information.

Premises: 23-15 30 AVENUE
QUEENS

BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 09/23/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | LBLVIO - LOW PRESSURE BOILER | | |
| Violation Number: | 14590 | Device No.: | 00003781 - 01-RESIDENTIAL |

OATH/ECB No.:

Infraction Codes:

Description: VIOLATION ISSUED-FAILURE TO FILE 2023 EXTERNAL LOW PRESSURE INSPECTION

Click here to view the Civil Penalty Chart.

Disposition:

Code: Date:

Inspector:

Comments:

NYC Department of Buildings

DOB Violation Display for 120124EGRADE2401562

Premises: 23-15 30 AVENUE QUEENS BIN: 4006262 Block: 548 Lot: 5

| | | | |
|---|---|---|---|
| Issue Date: | 12/01/2024 | Violation Category: | V - DOB VIOLATION - ACTIVE |
| Violation Type: | EGRADE - FAILURE TO POST ENERGY GRADE/SCORE | | |
| Violation Number: | 2401562 | Device No.: | |
| OATH/ECB No.: | | | |
| Infraction Codes: | | | |
| Description: | FAILURE TO DISPLAY ENERGY EFFICIENCY SCORE AND ENERGY EFFICIENCY GRADE AS PER AD<br>CODE SEC. 28-309.12.3 | | |
| Disposition: | | | |
| Code: | | Date: | |
| Inspector: | | | |
| Comments: | | | |

## Low Pressure Boiler Requirements

Beginning May 15, 2010, there are several new requirements that must be followed when filing annual low pressure boiler reports.

- A complete Boiler Inspection Report must be filed within 45 days of performing the inspection for each boiler at a property.
- If defects are found during the inspection, the defects must be corrected and an Affirmation of Correction (BO-13 form) must be filed within 45 days of the inspection. Reports are not considered complete until the BO-13 is received.
- Completed reports submitted more than 45 days after the date of inspection will receive a late penalty of $50.00 per boiler per month.
- Failure to file a complete report within 12 months of the inspection will result in a full penalty of $1,000 per boiler. Reports submitted 12 months after the date of inspection will not be accepted.
- Late filing for previous years will no longer be accepted and subject to full penalty amounts as outlined in Local Law 62 of 1991.

Late Penalties: Apply to reports filed after the filing deadline but within 12 months of the inspection.

Full Penalties: Apply to reports filed more than 12 months after the inspection.

The following are open violations:

1. 030315LBLVIO14125
2. 042523LBLVIO19673
3. 062023LBLVIO17735
4. 062023LBLVIO38009
5. 063023LBLVIO36703
6. 092324LBLVIO14590

Contact Central Inspections
280 Broadway, 4th Floor, NY, NY 10007
(212) 566-5048/5034

Buildings

BOIL R IOLATION
CI IL NALTY R F R NC C ART:
Low Pressure & High Pressure

| VIO ATIO I UE DATE | I ECTIO C C E | A DATO I ECTIO E IOD | U CIVI E A T (per inspection year) |
|---|---|---|---|
| During 1993 | 1992 | January 1, 1992 December 31, 1992 | 500 or 1,500 |
| During 1994 | 1993 | January 1, 1993 December 31, 1993 | 500 or 1,500 |
| August 29, 1995 | 1994 | January 1, 1994 December 31, 1994 | 500 or 1,500 |
| February 10, 1997 | 1995 | January 1, 1995 December 31, 1995 | 500 or 1,500 |
| September 16, 1997 | 1996 | January 1, 1996 December 31, 1996 | 500 or 1,500 |
| May 4, 1998 | 1997 | January 1, 1997 December 31, 1997 | 500 or 1,500 |
| March 16, 1999 | 1998 | January 1, 1998 December 31, 1998 | 500 or 1,500 |
| February 7, 2000 | 1999 | January 1, 1999 December 31, 1999 | 500 or 1,500 |
| February 27, 2001 | 2000 | January 1, 2000 December 31, 2000 | 500 or 1,500 |
| March 26, 2002 | 2001 | January 1, 2001 December 31, 2001 | 500 or 1,500 |
| March 19, 2003 | 2002 | January 1, 2002 December 31, 2002 | 500 or 1,500 |
| February 13, 2004 | 2003 | January 1, 2003 December 31, 2003 | 500 or 1,500 |
| January 31, 2005 | 2004 | January 1, 2004 December 31, 2004 | 500 or 1,500 |
| January 6, 2006 | 2005 | January 1, 2005 December 31, 2005 | 500 or 1,500 |
| January 17, 2007 | 2006 | January 1, 2006 December 31, 2006 | 500 or 1,500 |
| January 1, 2008 | 2007 | January 1, 2007 December 31, 2007 | 500 or 1,500 |
| January 1, 2009 | 2008 | January 1, 2008 December 31, 2008 | 500 or 1,500 |
| December 31, 2009 | 2009 | January 1, 2009 November 15, 2009 | 500 or 1,500 |
| December 13, 2011 | 2010 | November 16, 2009 November 15, 2010 | 1,000 per boiler violation |
| March 1, 2013 | 2011 | November 16, 2010 November 15, 2011 | 1,000 per boiler violation |
| May 15, 2014 | 2012 | November 16, 2011 December 31, 2012 | 1,000 per boiler violation |
| March 3,2015 | 2013 | January 1, 2013 December 31, 2013 | 1,000 per boiler violation |
| October 1, 2015 | 2014 | January 1, 2014 December 31, 2014 | 1,000 per boiler violation |
| December 16, 2016 (High-Pressure Only) | 2014 | January 1, 2014 December 31, 2014 | 1,000 per boiler violation (per device) |
| February 24, 2017 (Low-Pressure)<br><br>June 23, 2017 (High-Pressure) | 2015 | January 1, 2015 December 31, 2015 | 1,000 per boiler violation (per device) |

| VIO ATIO I UE DATE | I ECTIO C C E | A DATO I ECTIO E IOD | U CIVI E A T (per inspection year) |
|---|---|---|---|
| April 6, 2018 (Low-Pressure)<br><br>June 22, 2018 (High-Pressure) | 2016 | January 1, 2016 December 31, 2016 | 1,000 per boiler violation (per device) |
| November 8, 2019 or January 17, 2020 (Low-Pressure)<br><br>High-Pressure Pending | 2017 | January 1, 2017 December 31, 2017 | 1,000 per boiler violation (per device) |

* per building per inspection year NOT per device
** per device

- roperty with si ( ) stories or less 500 per building, per inspection cycle due for violations issued between 1992 and 2009
- roperty with seven ( ) stories or more 1,500 per building, per inspection cycle due for violations issued between 1992 and 2009
- ayment of ultiple Violations submit one certified check, official bank check, or money order per address

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 400427 | 23-15-23-15 | 4006282 | 548 | 5 | 71 |
| **STORIES** | **A UNITS** | **B UNITS** | **CD** | **CLASS** | **OWNERSHIP** | **BUILDING ID** |
| 4 | 42 | 0 | 1 | B | PVT | 415046 |

## Property Owner Registration Information

Registration Expiry Date: 09/30/2024 Last Registration Date: 10/12/2023

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | RAJMATTIE PERSAUD | 2180 38TH ST OFFICE, Astoria, 11105 |
| Corporation | KROM ASTORIA PORTFOLIO CORP | | 2180 38TH ST OFFICE, Astoria, 11105 |
| Managing Agent | - | MICHAEL SINGH | 2180 38TH ST OFFICE, Astoria, 11105 |

## Open Violations (57) A=22, B=24, C=10, I=1

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| **NOV ID** | **NOV TYPE** | **CORRECTION BY DATE** | **CERTIFICATION BY DATE** | **VIOLATION STATUS** | **VIOLATION STATUS DATE** | **ACTUAL CERT. DATE** |
| **VIOLATION DESCRIPTION** | | | | | | |
| 17493821 | I | 780 | - | - | 11/29/2024 | - |
| - | - | - | - | INFO NOV SENT | 11/29/2024 | - |
| §27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code §27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed. | | | | | | |
| 17433699 | B | 507* | - | 6 | 11/20/2024 | 11/25/2024 |
| 9449996 | ORIGINAL | 12/30/2024 | 01/13/2025 | NOV SENT | 11/25/2024 | - |
| § 27-2005 adm code repair the roof so that it will not leak over ceiling at bulkhead at section west at public hall, 6th story | | | | | | |
| 17433695 | B | 501 | - | 1 | 11/20/2024 | 11/25/2024 |
| 9449998 | ORIGINAL | 12/30/2024 | 01/13/2025 | NOV SENT | 11/25/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective latch at door to inner court at public hall, 1st story | | | | | | |
| 17433696 | C | 530 | - | 1 | 11/20/2024 | 11/25/2024 |
| 9450000 | ORIGINAL | 12/09/2024 | 12/14/2024 | NOV SENT | 11/25/2024 | - |
| § 27-2005, 27-2007, 27-2041.1 hmc. §238, § 309, § 107 (2) ( c) mdl and 28 rcny §25-171: replace or repair the self-closing doors that is missing or defective latch at door to inner court at public hall, 1st story | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 17433694 | B | 504 | - | 1 | 11/20/2024 | 11/25/2024 |
| 9449998 | ORIGINAL | 12/30/2024 | 01/13/2025 | NOV SENT | 11/25/2024 | - |
| § 27-2005 adm code provide security in event of a power outage by means of an acceptable mechanical heavy duty lock and latch set at building entrance door at public hall, 1st story | | | | | | |
| 17433698 | A | 558 | - | 6 | 11/20/2024 | 11/25/2024 |
| 9449997 | ORIGINAL | 02/28/2025 | 03/14/2025 | NOV SENT | 11/25/2024 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department ceiling at bulkhead at section west at public hall, 6th story | | | | | | |
| 17433697 | C | 502 | - | 6 | 11/20/2024 | 11/25/2024 |
| 9449999 | ORIGINAL | 12/01/2024 | 12/08/2024 | NOV SENT | 11/25/2024 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective fire retardant material at ceiling at bulkhead at section west at public hall, 6th story | | | | | | |
| 17433693 | C | 526* | - | 1 | 11/20/2024 | 11/25/2024 |
| 9449999 | ORIGINAL | 12/01/2024 | 12/08/2024 | NOV SENT | 11/25/2024 | - |
| § 27-2005, 2007 adm code remove the illegal fastening consisting of unacceptable electromagnetic locking device installed at building entrance door at public hall, 1st story | | | | | | |
| 16871021 | A | 1507 | - | - | 04/12/2024 | 04/12/2024 |
| 9086141 | ORIGINAL | 07/16/2024 | 07/30/2024 | NOV SENT | 04/12/2024 | - |
| (a) § hmc-file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website. www.nyc.gov/hpd, search bed bugs | | | | | | |
| 16723075 | B | 570 | C5 | 3 | 03/02/2024 | 03/04/2024 |
| 8970041 | ORIGINAL | 04/08/2024 | 04/22/2024 | NOV SENT | 03/04/2024 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of bedbugs in the entire apartment located at apt c5, 3rd story, 1st apartment from west at north | | | | | | |
| 16507598 | A | 778 | - | 1 | 12/08/2023 | 12/11/2023 |
| 8842327 | ORIGINAL | 03/15/2024 | 03/29/2024 | NOV SENT | 12/11/2023 | - |
| § 27-2104 adm code post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building, at public hall, 1st story | | | | | | |
| 16507597 | C | 671 | - | 1 | 12/08/2023 | 12/11/2023 |
| 8842328 | ORIGINAL | 12/17/2023 | 12/24/2023 | NOV SENT | 12/11/2023 | - |
| § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system sign missing on wall at public hall, 1st story | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16321199 | A | 500 | - | Not Applicable | 10/19/2023 | 10/20/2023 |
| 8693927 | ORIGINAL | 01/23/2024 | 02/06/2024 | NOV SENT | 10/20/2023 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. | | | | | | |
| 16321201 | A | 778 | - | Not Applicable | 10/19/2023 | 10/20/2023 |
| 8693927 | ORIGINAL | 01/23/2024 | 02/06/2024 | NOV SENT | 10/20/2023 | - |
| § 27-2104 adm.code post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building | | | | | | |
| 16321203 | A | 1501 | - | Not Applicable | 10/19/2023 | 10/20/2023 |
| 8693927 | ORIGINAL | 01/23/2024 | 02/06/2024 | NOV SENT | 10/20/2023 | - |
| § 27-2046.1 hmc: post a proper notice of carbon monoxide detecting device requirements, in a form approved by the commissioner, in a common area of a class a multiple dwelling near inspection certificate or provide notice to tenants in a private dwelling. | | | | | | |
| 16321202 | A | 1506 | - | Not Applicable | 10/19/2023 | 10/20/2023 |
| 8693927 | ORIGINAL | 01/23/2024 | 02/06/2024 | NOV SENT | 10/20/2023 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected | | | | | | |
| 16321200 | A | 700 | - | Not Applicable | 10/19/2023 | 10/20/2023 |
| 8693927 | ORIGINAL | 01/23/2024 | 02/06/2024 | NOV SENT | 10/20/2023 | - |
| § 27-2045 adm code post a proper notice of smoke detector requirements, in a form approved by the commissioner, at or near the mail box missing | | | | | | |
| 15859376 | A | 1507 | - | - | 03/27/2023 | 03/27/2023 |
| 8396830 | ORIGINAL | 06/30/2023 | 07/14/2023 | NOV SENT | 03/27/2023 | - |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website. www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 15666117 | C | 672 | - | Cellar | 01/17/2023 | 01/19/2023 |
| 8258454 | ORIGINAL | 01/25/2023 | 02/01/2023 | NOV SENT | 01/19/2023 | - |
| § 27-2033 adm code provide ready access to buildings heating system at cellar at boiler room | | | | | | |
| 15666118 | B | 1503 | B9 | 2 | 01/17/2023 | 01/18/2023 |
| 8256749 | ORIGINAL | 02/22/2023 | 03/08/2023 | NOV SENT | 01/18/2023 | |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective located at apt b9, 2nd story, 2nd apartment from west at north | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 15686119 | B | 702 | 8B | 2 | 01/17/2023 | 01/18/2023 |
| 8256749 | ORIGINAL | 02/22/2023 | 03/08/2023 | NOV SENT | 01/18/2023 | - |
| § 27-2045 adm code repair or replace the smoke detector defective. located at apt 8B, 2nd story, 2nd apartment from west at north | | | | | | |
| 15675067 | C | 671 | - | 1 | 01/17/2023 | 01/19/2023 |
| 8258454 | ORIGINAL | 01/25/2023 | 02/01/2023 | NOV SENT | 01/19/2023 | - |
| § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system missing at public hall, 1st story | | | | | | |
| 15204512 | B | 504 | - | 1 | 06/13/2022 | 06/14/2022 |
| 7939865 | ORIGINAL | 07/19/2022 | 08/02/2022 | NOV SENT | 06/14/2022 | - |
| § 27-2005 adm code provide security in the event of a power outage by means of an acceptable mechanical lock and latch set at building entrance door , 1st story | | | | | | |
| 15204511 | C | 526* | - | 1 | 06/13/2022 | 06/14/2022 |
| 7939866 | ORIGINAL | 06/20/2022 | 06/27/2022 | NOV SENT | 06/14/2022 | - |
| § 27-2005, 2007 adm code remove the illegal fastening consisting of an unacceptable electromagnetic locking device at the building entrance door , 1st story | | | | | | |
| 14975072 | A | 1507 | - | - | 03/03/2022 | 03/03/2022 |
| 7765119 | ORIGINAL | 08/08/2022 | 08/20/2022 | NOV SENT | 03/03/2022 | - |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website. www.nyc.gov/hpd, search bed bugs | | | | | | |
| 14578150 | B | 504 | - | Not Applicable | 09/25/2021 | 09/27/2021 |
| 7492215 | ORIGINAL | 11/01/2021 | 11/15/2021 | NOV SENT | 09/27/2021 | - |
| § 27-2005 adm code provide security in the event of power outage by means of an acceptable mechanical heavy duty lock and latch set at building entrance door | | | | | | |
| 14578147 | A | 502 | - | 1 | 09/25/2021 | 09/27/2021 |
| 7492214 | ORIGINAL | 12/31/2021 | 01/14/2022 | NOV SENT | 09/27/2021 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective fire retardant material at ceiling at public hall, 1st story | | | | | | |
| 14578148 | A | 1508 | - | 1 | 09/25/2021 | 09/27/2021 |
| 7492214 | ORIGINAL | 12/31/2021 | 01/14/2022 | NOV SENT | 09/27/2021 | - |
| § 27-2005 hmc post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at public hall, 1st story | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14578143 | A | 778 | – | 1 | 09/25/2021 | 09/27/2021 |
| 7492214 | ORIGINAL | 12/31/2021 | 01/14/2022 | NOV SENT | 09/27/2021 | – |
| § 27-2104 adm code post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building. at public hall, 1st story | | | | | | |
| 14578144 | A | 500 | – | 1 | 09/25/2021 | 09/27/2021 |
| 7492214 | ORIGINAL | 12/31/2021 | 01/14/2022 | NOV SENT | 09/27/2021 | – |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. at public hall, 1st story | | | | | | |
| 14578148 | A | 556 | – | 1 | 09/25/2021 | 09/27/2021 |
| 7492214 | ORIGINAL | 12/31/2021 | 01/14/2022 | NOV SENT | 09/27/2021 | – |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at ceiling at public hall, 1st story | | | | | | |
| 14578145 | C | 671 | – | 1 | 09/25/2021 | 09/27/2021 |
| 7492216 | ORIGINAL | 10/03/2021 | 10/10/2021 | NOV SENT | 09/27/2021 | – |
| § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system at public hall, 1st story | | | | | | |
| 14578149 | C | 526* | – | Not Applicable | 09/25/2021 | 09/27/2021 |
| 7492216 | ORIGINAL | 10/03/2021 | 10/10/2021 | NOV SENT | 09/27/2021 | – |
| § 27-2005, 2007 adm code remove the illegal fastening consisting of unacceptable electromagnetic locking device at building entranc door | | | | | | |
| 14229216 | A | 1507 | – | – | 04/14/2021 | 04/14/2021 |
| 7253867 | ORIGINAL | 07/18/2021 | 08/01/2021 | NOV SENT | 04/14/2021 | – |
| (a) § hmc:file annual bedbug report in accordance with hpd rule as described on the back of this notice of violation or as described on hpd's website, www.nyc.gov/hpd, search bed bugs. | | | | | | |
| 14045657 | B | 507* | D1 | 4 | 02/28/2021 | 03/01/2021 |
| 7103142 | ORIGINAL | 04/05/2021 | 04/19/2021 | NOV SENT | 03/01/2021 | – |
| § 27-2005 adm code repair the roof so that it will not leak above ceiling in the foyer located at apt d1, 4th story, 1st apartment from east at south , section at west | | | | | | |
| 14045690 | B | 577* | D1 | 4 | 02/28/2021 | 03/01/2021 |
| 7103143 | ORIGINAL | 04/05/2021 | 04/19/2021 | NOV SENT | 03/01/2021 | – |
| § 27-2024 adm code provide adequate supply of hot water for the fixtures at bathtub in the bathroom located at apt d1, 4th story, 1st apartment from east at south , section at west | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14045659 | A | 508 | D1 | 4 | 02/26/2021 | 03/01/2021 |
| 7103141 | ORIGINAL | 06/04/2021 | 06/18/2021 | NOV SENT | 03/01/2021 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the foyer located at apt d1, 4th story, 1st apartment from east at south , section at west | | | | | | |
| 13814324 | A | 778 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835533 | ORIGINAL | 05/29/2020 | 06/12/2020 | NOV SENT | 02/24/2020 | - |
| § 27-2104 adm code post and maintain a proper sign on wall of entrance story showing the registration number assigned by the department and the address of the building at public hall, 1st story | | | | | | |
| 13814322 | A | 1506 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835533 | ORIGINAL | 05/29/2020 | 06/12/2020 | NOV SENT | 02/24/2020 | - |
| § 27-2005 hmc: post, in a form approved by the commissioner, and maintain a notice in a common area of the building regarding the procedures that should be followed when a gas leak is suspected at public hall, 1st story | | | | | | |
| 13814321 | A | 1501 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835533 | ORIGINAL | 05/29/2020 | 06/12/2020 | NOV SENT | 02/24/2020 | - |
| § 27-2046.1 hmc: post a proper notice of carbon monoxide detecting device requirements, in a form approved by the commissioner, in a common area of a class a multiple dwelling near inspection certificate or provide notice to tenants in a private dwelling. at public hall, 1st story | | | | | | |
| 13814318 | A | 700 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835533 | ORIGINAL | 05/29/2020 | 06/12/2020 | NOV SENT | 02/24/2020 | - |
| § 27-2045 adm code post a proper notice of smoke detector requirements, in a form approved by the commissioner, at or near the mail box missing at public hall, 1st story | | | | | | |
| 13814316 | C | 671 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835534 | ORIGINAL | 03/03/2020 | 03/08/2020 | NOV SENT | 02/24/2020 | - |
| § 27-2033 adm code post notice, in form approved by the department, stating the name and location of the person designated by the owner to have key to buildings heating system missing at public hall, 1st story | | | | | | |
| 13814314 | A | 500 | - | 1 | 02/21/2020 | 02/24/2020 |
| 6835533 | ORIGINAL | 05/29/2020 | 06/12/2020 | NOV SENT | 02/24/2020 | - |
| § 26-1103 admin. code: post and maintain a proper notice on wall of the entrance story in english and spanish on the availability of the agency's housing information guide. a sample notice can be found at www.nyc.gov/hpd. at public hall, 1st story | | | | | | |
| 12949465 | B | 524* | - | Yards / Courts | 03/06/2019 | 03/11/2019 |
| 6417353 | ORIGINAL | 04/15/2019 | 04/29/2019 | NOV SENT | 03/11/2019 | - |
| § 27-2005, 2007 adm code fire egress defective. remove the obstruction in fireproof passageway bicycle stand and bicycle at east yard | | | | | | |

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

NYC

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 12949463 | B | 505 | - | 1 | 03/06/2019 | 03/11/2019 |
| 6417353 | ORIGINAL | 04/15/2019 | 04/29/2019 | NOV SENT | 03/11/2019 | - |
| § 27-2005 adm code replace with new the broken or defective outer window pane at lower sash at public hall 1st story | | | | | | |
| 12949464 | B | 513* | - | Yards / Courts | 03/06/2019 | 03/11/2019 |
| 6417353 | ORIGINAL | 04/15/2019 | 04/29/2019 | NOV SENT | 03/11/2019 | - |
| § 27-2005 adm code fire escape defective. adjust the dropladder so that it will slide easily in the guide rods at fire escape at north yard | | | | | | |
| 11207036 | B | 188* | - | Cellar | 04/20/2016 | 04/25/2016 |
| 5415439 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 185, 240 m/d law properly fire retard in accordance with the rules and regulations of this department the cellar ceiling ... | | | | | | |
| 11206608 | B | 508 | B5 | 2 | 04/20/2016 | 04/25/2016 |
| 5415436 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and walls in the entire apartment located at apt b5, 2nd story, apartment at west | | | | | | |
| 11206609 | B | 579 | B5 | 2 | 04/20/2016 | 04/22/2016 |
| 5414585 | ORIGINAL | 05/27/2016 | 06/10/2016 | NOV SENT | 04/22/2016 | - |
| § 27-2026 adm code repair the leaky and/or defective faucets at washbasin in the bathroom located at apt b5, 2nd story, apartment at west | | | | | | |
| 11206611 | B | 501 | B5 | 2 | 04/20/2016 | 04/25/2016 |
| 5415436 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005 adm code properly repair the broken or defective window couter balance apt. throughout in the entire apartment located at apt b5, 2nd story | | | | | | |
| 11206673 | B | 689 | D2 | 4 | 04/20/2016 | 04/25/2016 |
| 5415437 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed electrical at east wall in the 2nd room from east located at apt d2, 4th story, 1st apartment from east at south | | | | | | |
| 11206644 | B | 501 | D2 | 4 | 04/20/2016 | 04/25/2016 |
| 5415437 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005 adm code properly repair the broken or defective light fixture at ceiling in the 1st room from east located at apt d2, 4th story, 1st apartment from east at south | | | | | | |





HPD ONLINE

# 23-15 30 Avenue, Queens, 11102

Generated on 02/07/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 11207139 | B | 521 | D6 | 4 | 04/20/2016 | 04/25/2016 |
| 5415441 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005, 2007 adm code fire egress defective, remove obstructing bars or unlawful gates from window to fire escape or provide approved type gate ... in the 4th room from east located at apt d6, 4th story, apartment at east | | | | | | |
| 11207125 | B | 508 | D6 | 4 | 04/20/2016 | 04/25/2016 |
| 5415441 | ORIGINAL | 05/30/2016 | 06/13/2016 | NOV SENT | 04/25/2016 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and walls in the entire apartment located at apt d6, 4th story, apartment at east | | | | | | |
| 11066980 | B | 508 | C4 | 3 | 01/09/2016 | 01/11/2016 |
| 5341506 | ORIGINAL | 02/15/2016 | 02/29/2016 | NOT COMPLIED | 04/20/2016 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and walls in the bathroom located at apt c4, 3rd story, 2nd apartment from east at south | | | | | | |
| 11062294 | B | 568 | C4 | 3 | 01/06/2016 | 01/07/2016 |
| 5339228 | ORIGINAL | 02/11/2016 | 02/25/2016 | NOT COMPLIED | 04/20/2016 | - |
| § 27-2018 admin. code: abate the nuisance consisting of roaches located at apt c4, 3rd story, 2nd apartment from east at south | | | | | | |
| 135874 | B | 509 | - | Cellar | 09/20/1988 | 08/13/2008 |
| 3418423 | REISSUED | 09/17/2008 | 10/01/2008 | NOT COMPLIED | 04/20/2016 | 07/07/1987 |
| c26-10.01 adm code replace with new the missing window glass cellar thruout | | | | | | |

NYC Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

# OATH /ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

1 1 111

4006262 1

View Image of Summons/Notice at OATH

NO COMPLIANCE RECORDED

$3,125.00 DEFAULT

KRCM ASTORIA PORTFOLIO CO

31 AMBER LANE , OYSTER BAY , NY 11771

10/07/2021 CONSTRUCTION

10/07/2021 EMERGENCY RESPONSE TEAM (ERT)

202 28-301.1 FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER

FAILURE TO MAINTAIN BUILDING IN CODE COMPLIANT MANNER.NOTED :CENTER COURTYARD HAVING MASONRY CHIMNEY VERTICAL CRACK PRESENT WITH ADDITIONAL VERTICAL CRACK TO PARAPET ADJACENT TO CHIMNEY (WEST) PICTURES TAKEN.REM

1760 10072021CERDM01

NO

NO COMPLIANCE RECORDED

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

01/04/2022 10:30 DEFAULT

$3,125.00

$0.00 $0.00

$3,125.00 04/30/2022

Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## OATH /ECB Violation Details

C lick here for more information about Severity, V iolation and Hearing Statuses

1 1 111

4 0 0 62 62 1

## OATH/ECB Violation Number: 35125248K

V iew Image of Summons/Notice at OATH

1 CERTIFICATE DISAPPROVED
$0.00 IN VIOLATION

---

ASTORIA 23-15 30TH LLC C/
666 5 AVENUE , NEW YORK , NY 10103

---

04/20/2016 CONSTRUCTION
04/20/2016 OFFICE OF THE BUILDING MARSHALL

139 28-301.1 FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER: NO FIRE STOPPIN PER BC 712.3;27-345

FAILURE TO MAINTAIN BUILDING IN A CODE-COMPLIANT MANNER: NO FIRE STOPPING PER BL 713.3. NOTED: AT CELLAR LEVEL THERE ARE NUMEROUS AREA THATARE MISSING FIRE STOPPING/FIRE PROOFING IN THE CEILING. OPEN EXPOSED

2512 042016COBMSR02
NO

---

CERTIFICATE DISAPPROVED
02/28/2017 02/17/2017

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

---

06/16/2016 8:30 IN VIOLATION

---

$1,000.00
$0.00 $1,000.00
$0.00 09/30/2016

---

Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

# OATH /ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

1 1 111

4 0 0 62 62 1

## OATH/ECB Violation Number: 351 6 5

View Image of Summons/Notice at OATH

1 NO COMPLIANCE RECORDED

$0.00 IN VIOLATION

---

ASTORIA 23-15 30TH LLC
666 5 AVENUE , NY , NY 10103

---

04/20/2016 CONSTRUCTION

06/06/2016 EXECUTIVE INSPECTIONS

101 28-105.1 WORK WITHOUT A PERMIT

WORK W/O A PERMIT WORK NOTED: OBSERVATION HAS BEEN MADE DURING A SAFETY SWEEP AT 2PM IN APT D2 UNDER VANITY BASIN DRAINAGE AND WATER LINESHAVE BEEN REPLACED WITH NO PERMIT FILED WITH THE DOB.PHOTOS TAKEN.RMDY

2438 042016PL401EDB3

NO

---

NO COMPLIANCE RECORDED

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

---

08/30/2016 8:30 IN VIOLATION

---

$1,600.00

$42.21 $1,642.21

$0.00 12/31/2016

Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

# OATH /ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

1 1 111

4 0 0 62 62 1

## OATH/ECB Violation Number: 35 59

View Image of Summons/Notice at OATH

NO CO ANCE ECO E
T AT ON/ N V O

A TO A 23 5 3 TH C T
5 AVEN E N N 3

/2 /2 E ECT CA
/2 /2 E EC T VE N ECT ON

2C9 EC 2 A NA OVE / N A E/ N TAB E E ECT CA E ENT O N N E

NA OVE N A E N TAB E E ECT CA E ENT EV CE A A AT A ANCE ATE A O N N E E ECT VE T E N A T 2 BE OO A O E B E CO E A E ANENT N TH O HO T A T

22 2 EE 2

NO

NO CO ANCE ECO E

8/ 5/2

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

/ /2 8:3 T AT ON/ N V O

55 55 0212

ou a e an ue tion lea e re ie t e e Freq uently Asked Q uestions t e G lossary or all t e 3 Citi en er i e Center b ialin 3 or 2 2 NE O out i e o Ne or Cit

Buildings

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

# OATH /ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

1 1 111

400 62 62 1

## OATH/ECB V N : 35159716H

View Image of Summons/Notice at OATH

1 NO COMPLIANCE RECORDED

0.00 IN VIOLATION

ASTORIA 23-15 30TH LLC TI

5 AVENUE , NY , NY 10103

04/20/201 ELECTRICAL

04/20/201 E ECUTIVE INSPECTIONS

1D EC 250.4 FAILURE TO ROUND ELECTRICAL SYSTEMS.

FAILURE TO ROUND ELECTRICAL SYSTEM. ROUND CONDUCTOR FROM ATER PIPENOT PROVIDED TO 400 AMP SERVICE S ITCH IN BASEMENT. RMDY: PROVIDE ROUNDIN .

22 04201 EE401FM1

NO

NO COMPLIANCE RECORDED

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

0 /1 /201 8:30 IN VIOLATION

4,800.00

235.53 5,035.53

0.00 0 /30/201

NYC Buildings

NYC

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

OATH /ECB Violation Details

Click here for more information about Severity, Violation and Hearing Statuses

1 1 111

4 0 0 62 62 1

OATH/ECB Violation Number: 3 1 4 M

View Image of Summons/Notice at OATH

1 CERTIFICATE DISAPPROVED

$0.00 IN VIOLATION

ASTORIA 23-15 30TH LLC TI

666 5 AVENUE , NEW YORK , NY 10103

04/20/2016 CONSTRUCTION

04/20/2016 OFFICE OF THE BUILDING MARSHALL

181 BC 3303.4 & 27-1018 FAILURE TO MAINTAIN ADE UATE HOUSEKEEPING PER SECTION RE UIREMENTS

FAIL TO MAINTAIN ADE UATE HOUSEKEEPING.NOTE:APPROX 1,000 BLACK CONSTRUCTION BAGS FILLED W/CONSTRUCTION MATERIAL,HOUSEHOLD ITEMS, ETC.STOCKPILED IN BLDG CELLAR.THIS GARBAGE CAN HARBOR RODENTS AND IS A POTENTIAL

2512 042016COBMSR03

NO

CERTIFICATE DISAPPROVED

02/28/2017 02/17/2017

er i i e o orre io us e su i e o he i is r i e or e e i or io io s io io h is o is isse H wi o i ue o re i or o e o re or s u i e e roo is su i e o he e e i ou h e i he e i ose H

06/16/2016 8:30 IN VIOLATION

$2,400.00

$117.76 $2,517.76

$0.00 0 /30/2016

DataTrace®

# Health Department Violation Search

TITLE #: 63514Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607063

PREMISES:

23-15 30 AVENUE 11102
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

A search of the New York City Health Department was conducted for the above mentioned premises.

The division of Health Department covers window guard inspections.

Copies of the files located at the Department of Health are available upon request for the above mentioned premises as of 2/7/2025. The open dockets and/or cases could have fines or penalties attached to them. Information regarding the fines can be obtained at the administrative tribunal located at 100 Church St 12th Floor New York NY 10007.

See below violations.

CAMIS: 41415109 Respondent: ELEN TORRES Address: 2315 GRAND AVENUE Docket: 1778109 0 Violation Date: 5/13/2009 Ad udication: DEFAULT/NO A EARANCE Status: O EN

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Certificate of Occupancy Search

TITLE #: 63514Q

DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN)

ORDER ID: 12607063

PREMISES:

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

A search of the Building Department records in reference to the above mentioned premises has revealed the following information:

Certificate of Occupancy #32066
Issued 8/22/1927
FOR A FOUR STORY BRICK BUILDING; FORTY-FOUR APARTMENTS.

The attached Certificate of Occupancy is correct by description.

ATTACHED FIND COPIES OF DOB PRINTOUT(S) SHOWING (12) OPEN PERMITS

THE PURPOSE OF THIS SERVICE IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY ON FILE. THE SERVICE MAY NOT INCLUDE THE REPORTING OF MINOR APPLICATIONS WHICH MAY BE INDEXED AGAINST THE ABOVE BLOCK AND LOT BUT DO NOT REQUIRE A NEW CERTIFICATE OF OCCUPANCY OR APPLICATIONS OF ANY KIND THAT ARE INCOMPLETE.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

THE CITY OF NEW YORK

# BUREAU OF BUILDINGS

BOROUGH OF QUEENS

No. 32006

## CERTIFICATE OF OCCUPANCY

...ED 4-1-27 ...192... TO ...
...MISES ...
...ordance with Chapter 503, Laws of 1916 and Section 5, Art. 1, Chapter 5 of the Code of Ordinances, City of New York.

THIS CERTIFIES that the NEW BUILDING situated on the above mentioned premises has been completed and conforms substantially to the approved plans and specifications, and to the requirements of all Laws, Ordinances and Rules and Regulations of the Board of Standards and Appeals applicable thereto, and permission is hereby granted for its occupancy for the purpose specified below:

| | Classification | Construction |
|---|---|---|
| 4 | | |

| | Occupancy | Live Load Per Sq. Ft. in Pounds | Number of Persons |
|---|---|---|---|
| | | | |
| ...ment | | | |
| Floor | | 40 | |
| Floor | | 50 | |
| Floor | | 50 | |
| Floor | | 50 | |
| Floor | | | |
| Floor | | | |

... Application

171 ...192...

Superintendent of Buildings
Borough of Queens

# NYC Buildings

NYC

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Job Overview

**The below job records do not include filings submitted in DOB NOW; use the DOB NOW Public Portal to access DOB NOW records.**

Page: 1 of 1

Premises: 23-15 30 AVENUE QUEENS BIN: 4008292 Block: 548 Lot: 5

To start overview at new date, select Month: Day: Year:

Show All BIS Job Types Hide Subsequent Filings / PAAs APPLY

| FILE DATE | JOB # | DOC # | JOB TYPE | JOB STATUS | STATUS DATE | LIC # | APPLICANT | IN AUDIT | ZONING APPROVAL |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2019 | 421891996 | 01 | A3 | R PERMIT-ENTIRE | 05/08/2019 | 0084009 PE | KAVI | | NOT APPLICABLE |
| | APPLICATION FILE TO FACADE REPAIR AS BRICK POINTING, BRICK CRACK REPAIR AN<br>Work on Floor(s): OSP | | | | | | | | |
| 04/06/2016 | 440290711 | 01 | A2 | R PERMIT-ENTIRE | 04/12/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | PLUMBING WORK BEING FILED IN CONJUNCTION WITH RENOVATION TO UNIT B8 ON THE<br>Work on Floor(s): 002 | | | | | | | | |
| 02/22/2016 | 440290360 | 01 | A2 | H P/E IN PROCESS | 02/22/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | JOB WITHDRAWN 02/22/2016 PLUMBING WORK BEING FILED IN CONJUNCTION WITH REN<br>Work on Floor(s): 002 | | | | | | | | |
| 02/10/2016 | 440238138 | 01 | A2 | R PERMIT-ENTIRE | 04/11/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | RENOVATE APARTMENT B2 ON THE 3ND FLOOR, WORK TO INCLUDE REPLACEMENT AND<br>Work on Floor(s): 002 | | | | | | | | |
| 01/29/2016 | 440285576 | 01 | A2 | H P/E IN PROCESS | 01/29/2016 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | JOB WITHDRAWN 02/22/2016 PLUMBING WORK BEING FILED IN CONJUNCTION WITH REN<br>Work on Floor(s): 002 | | | | | | | | |
| 01/05/2016 | 440280740 | 01 | A2 | R PERMIT-ENTIRE | 02/23/2016 | 0034045 RA | MENZIUSO | | NOT APPLICABLE |
| | RENOVATE APARTMENT A4 ON THE 1ST FLOOR, B10 ON THE 2ND FLOOR AND D8 ON THE<br>Work on Floor(s): 001,002,004 | | | | | | | | |
| 11/19/2015 | 421238387 | 01 | A2 | R PERMIT-ENTIRE | 02/23/2016 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | RENOVATE APARTMENT B11 ON THE 2ND FLOOR, C1, C2 AND C7 ON THE 3RD FLOOR. H | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Work on Floor(s): 002 thru 003 | | | | | | | |
| 11/04/2015 | 421231722 | 01 | A2 | Q PERMIT-PARTIAL | 11/12/2015 | 0023734 RA | CONARD | NOT APPLICABLE |
| | MINOR INTERIOR RENOVATIONS TO APARTMENT B1 AND B9 ON THE 2ND FLOOR. WORK T | | | | | | | |
| | Work on Floor(s): 002 | | | | | | | |
| 06/24/2015 | 440245726 | 01 | A2 | R PERMIT-ENTIRE | 06/17/2016 | 0023734 RA | CONARD | NOT APPLICABLE |
| | RENOVATE APARTMENTS A5 AND A6 ON 1ST FLOOR, B4 ON THE 2ND FLOOR,AND D4 ON | | | | | | | |
| | Work on Floor(s): 001,002,004 | | | | | | | |
| 06/25/2015 | 440229832 | 01 | A2 | R PERMIT-ENTIRE | 01/13/2017 | 0023734 RA | CONARD | NOT APPLICABLE |
| | RENOVATE APARTMENTS B3, B6, & B7 ON 2ND FLOOR, C3 & C5 ON THE 3RD FLOOR, D | | | | | | | |
| | Work on Floor(s): 002 thru 004 | | | | | | | |
| 02/25/2015 | 440185271 | 01 | A2 | R PERMIT-ENTIRE | 11/12/2016 | 0023734 RA | CONARD | NOT APPLICABLE |
| | RENOVATE BASEMENTS A1 AND A9 ON THE FIRST FLOOR, B6 AND B9 ON TEH 2ND FLOO | | | | | | | |
| | Work on Floor(s): CEL,001,ROF 001 thru 004 | | | | | | | |
| 11/29/2006 | 402592039 | 01 | A2 | X SIGNED OFF | 01/16/2007 | 1979960 PE | MEDITZ | NOT APPLICABLE |
| | REPLACE BOILER AND OIL BURNER (NYC BOILER NO. MD3781-01). NO CHANGE IN EGA | | | | | | | |
| | Work on Floor(s): CEL | | | | | | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC™ Buildings

# Electrical Work Permit Department of Buildings

Application Number: A342857

Issued: 11/02/2015 12:43 PM

Address: 23-15 30 AV, 1ST - 4TH FLOOR QUEENS, NY 11102

Description of Work:
8 - GENERAL WIRING

Contractor Address:
VALENTIS ELECTRIC, INC
32-21 58TH STREET
WOODSIDE, NY 11377

Contractor's Comments: APT A5,A6,D4 GENERAL WIRING

[illegible]

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

**Electrical Work Permit** Department of Buildings

Application Number: A340347 Issued: 08/11/2015 10:51 AM

Address: 2515 30 AV, 1ST, 2ND, 3RD, 4TH FLOOR, QUEENS, NY 11102

Description of Work:
8 - GENERAL WIRING

Contractor Address:
QUEOW ELEC'L CONTRS. INC
22-48 119TH STREET
COLLEGE POINT, NY 11356

Contractor's Comments: NEW BRANCH WIRING ONLY FROM EXISTING PANELS

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

# NYC Buildings

## Electrical Work Permit Department of Buildings

Application Number: A334227

Issued: 04/03/2015 9:53 AM

Address: 2315 32 AV, 3RD & 4TH FLOORS, QUEENS, NY 11102

Description of Work:
E - GENERAL WIRING

Contractor Address:
QUEENS ELEC'L CONTRS, INC
21-44 119TH STREET
COLLEGE POINT NY 11356

Contractor's Comments: NEW BRANCH WIRING FROM EXISTING PANELS

For detailed information regarding this permit, please go to [illegible]

Emergency Telephone Day or Night: 311

Borough Commissioner:

Commissioner of Buildings:

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date

[illegible]

[illegible]

DataTrace®

SUPER:
ORDER ID#: 12607063

RECORD SEARCH REQUEST

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

MAIL TO:

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE: 2/7/2025

TITLE NO: FIDMAN 63514Q

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE
Building Class: C1

State: NY; County: QUEENS;
Neighborhood: OLD ASTORIA
Block: 548; Lot: 5

Address

[ ] 1. Record of existing Fire Department Violations
[X] 2. Record of Permit for Fuel Oil
[ ] 3. Other ____________________________________________________________

____________________________________________________________________

(The City of New York is not being sued, nor is there any intention to sue the City of New York)

DO NOT WRITE BELOW THIS LINE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 1/8/2025 the records show the following:

| | |
|---|---|
| Account #: | 07056625 |
| Tank Capacity: | 4,000 Gallons |
| Permit Expires: | November 2020 |
| Outstanding Charges: | $0.00 |
| Dist. Off: | 14 |

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Highway / Sidewalk Violation Search

TITLE #: 63514Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607063

**PREMISES:**

23-15 30 AVENUE
AKA: 23-15 GRAND AVENUE

State: NY County: QUEENS Neighborhood: OLD ASTORIA

Block: 548 Lot: 5

A search of the records of the NYC Department of Highways indicates the following per search date of 2/7/2025:

There are no violations.

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1990 TO PRESENT. PUBLIC ACCESS TO DOCUMENTATION FOR SIDEWALK NOTICES POSTED PRIOR TO 1990 IS NO LONGER MADE AVAILABLE BY THIS AGENCY.

******NOTES******

Effective Date for Sidewalk Violations 1/31/2025

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1993 TO PRESENT.PUBLIC ACCESS FOR SIDEWALK NOTICES POSTED PRIOR TO 1993 ARE NO LONGER MADE AVAILABLE BY THIS AGENCY.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

Fidelity National Title
Insurance Company
NATIONAL COMMERCIAL SERVICES | NEW YORK
NEWYORKNCS.FNTIC.COM

RATE MANUAL AMENDMENTS BRING CHANGE AND CHOICES TO NEW YORK

As you know, for most title insurers authorized to transact business in New York, the pricing and availability of title insurance products in New York is handled by the Title Insurance Rate Service Association ("TIRSA"), a Rate Service Organization licensed by the Superintendent of the New York State Department of Financial Services ("DFS") pursuant to Article 23 of the Insurance Law. In turn, the pricing and availability of title insurance products are approved for use by the members of TIRSA by the DFS. The pricing and availability of these products are compiled in the TIRSA Rate Manual (the "Rate Manual"), first issued in 1993. The Rate Manual has been amended six times since 1993. The upcoming revision of the Rate Manual is the most substantial amendment to date and will be effective for title insurance policies issued on or after October 1, 2024.

There are a host of material changes to the Rate Manual, the most important ones being:

1) The adoption of the "new" 2021 ALTA policy forms, replacing the "old" 2006 policy forms. The 2006 policy forms will not be available for any policy with a Date of Policy on or after October 1, 2024.

2) The expansion of the application of discounted loan policy rates to certain financing and re-finance transactions where a transfer of the property interest that is covered by an existing mortgage has occurred since the existing mortgage was made, provided there was no New York State Real Estate Transfer Tax paid in connection with the transfer or where other specific exemptions apply.

3) The adoption of a number of ALTA endorsement forms to replace existing "TIRSA" endorsement forms where feasible. These ALTA endorsement forms are better known than their TIRSA variations so the broader use of the former will make things easier and more consistent for our clients and ourselves.

4) The adoption of a host of "new" endorsements that have not previously been available in New York. Many of these are ALTA endorsement forms, and most are so-called "Special Risk" endorsements. These include:

   a) The TIRSA 3-06 Zoning Endorsement;
   b) The ALTA 9 Endorsement series on Covenants, Restrictions, Easements and other coverages;
   c) The ALTA 18-06 and ALTA 18.2-06 Tax Parcel Endorsements;
   d) The ALTA 19 Endorsement series on Contiguity;
   e) The ALTA 25-06 and ALTA 25.1-06 Same as Survey Endorsements;
   f) The ALTA 27-06 Usury Endorsement;
   g) The ALTA 28 Endorsement series on Easements, Encroachments and Forced Removal;
   h) The TIRSA Identified Exception and Identified Risk Endorsement;
   i) The TIRSA Mezzanine Financing Assignment of Proceeds Endorsement;
   j) The ALTA 35 Endorsement series on Minerals and Other Subsurface Substances;
   k) The ALTA 36 Endorsement series on Energy Projects;

l) The ALTA 40-06 and ALTA 40.1-06 Tax Credit Endorsements;
m) The ALTA 46-06 Endorsement on Options to Purchase; and
n) The ALTA 48 Tribal Waivers and Consents Endorsement.

5) The amendment of a number of other TIRSA endorsements.

6) The prohibition of the use of affirmative insurance, additional insurance or express insurance in policies unless such affirmative insurance, additional insurance or express insurance is (a) contained in an endorsement approved for use in New York and contained in the Rate Manual, or (b) authorized coverage for party walls or options to purchase and/or rights of first refusal as provided for in Section 32 of the Rate Manual.

7) The Rate Manual also provides for different pricing structures for a number of the new "Special Risk" endorsements based on whether the Land described in the policy is Residential Real Property or Commercial Real Property (in each case, as defined in the Rate Manual).

In the meantime, we are here, as always, and are happy to answer your questions. Please feel free to reach out to your sales representative or call us directly at 212-481-5858.

Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

21-78 / 21-80 38th Street
a/k/a
21-80A 38th Street
a/k/a
37-13/37-23 Ditmars Boulevard
Astoria, N.Y.

Title No. 25-7406-63515-Q

Should you have any questions or require additional information, please contact:

| | | |
|---|---|---|
| Underwriter | Drew Cox | (212) 471-3704 - Drew.Cox@fnf.com |
| Coordinator: | Erin Clark | (212) 471-3828 – erin.clark@fnf.com |
| Office Manager: | Melissa Hernandez | (212) 471-3705 - melissa.hernandez@fnf.com |
| New York Production Supervisor | Danielle Wong | (212) 471-3717 - Danielle.Wong@fnf.com |
| Closing Desk: | Lily Pinales | (212) 471-3702 - nycclosings@fnf.com |
| Recording Department: | Albert Brunn Jr. | fntrecordings@fnf.com |

cc:

Akin Gump
Attention: Dean Chapman
One Bryant Park
New York, N.Y. 10036-6745
Email - dchapman@akingump.com

# Fidelity National Title
INSURANCE COMPANY

Preliminary Certificate and Report of Title

A Stock Company

## Preliminary Certificate and Report of Title

Fidelity National Title Insurance Company, a Florida corporation (hereafter referred to as the "Company"), certifies that it has examined the title to the premises described in Schedule A herein, in accordance with its usual procedure, and agrees to issue its standard ALTA 2021 Owner's and/or Loan Policy of Title Insurance, as applicable, in each case with a New York Endorsement, insuring such interest, after the closing of the transaction in conformance with procedures approved by the Company, excepting all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth in this preliminary certificate (as same may be amended from time to time)which are not disposed of to its satisfaction prior to such closing or issuance of the policy.

Such policy will be issued for the amount set forth herein, upon payment of the Company's premiums and fees and after the transaction has been duly closed and the closing instruments have been duly recorded and approved by the Company.

This preliminary certificate is subject to any question or objection as a result of a continuation of the title to the date of closing or which may be brought to the attention of the Company prior to the closing, or if there be no closing, before the issuance of the policy.

This preliminary certificate shall be null and void (1) if the prospective insured, his/her/its attorney or agent, or the applicant or the person to whom this preliminary certificate is addressed, makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company, or (2) in any event, upon the delivery of the policy. The Company has no liability under this preliminary certificate.

FIDELITY NATIONAL TITLE INSURANCE COMPANY

SEAL

By: Michael J. Nolan
President

ATTEST: Marjorie Nemzura
Secretary

Countersigned: ______________________________
Authorized Signature

Title No.: 25-7406-63515-Q

# CONDITIONS AND STIPULATIONS

1. The term "mortgage", when used herein, shall include deed of trust, trust deed, or other security instrument.

2. If the Proposed Insured has or acquires actual knowledge of any defect, lien, encumbrance, adverse claim or other matter affecting the estate or interest or mortgage thereon covered by this preliminary certificate other than those shown in Schedule B hereof, and shall fail to disclose such knowledge to the Company in writing, the Company shall be relieved from liability for any loss or damage resulting from any act of reliance hereon to the extent the Company is prejudiced by failure to so disclose such knowledge. If the Proposed Insured shall disclose such knowledge to the Company, or if the Company otherwise acquires actual knowledge of any such defect, lien, encumbrance, adverse claim or other matter, the Company at its option may amend Schedule B of this preliminary certificate accordingly.

3. Any action or actions or rights of action that the Proposed Insured may have or may bring against the Company arising out of the status of the title to the estate or interest or the status of the mortgage thereon covered by this preliminary certificate must be based on and are subject to the provisions of this preliminary certificate.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q

PREPARED FOR: Akin Gump
Attention: Amama Rasani
One Bryant Park
New York, N.Y. 10036-6745
Email - arasani@akingump.com

PREMISES: 21-78/ 21-80 38th Street a/k/a 21-80A 38th Street a/k/a 37-13/37-23 Ditmars Bouleavard
Astoria, N.Y. 11102

COUNTY: Queens

LOCALITY: City of New York

DISTRICT(S): SECTION(S): BLOCK(S): 808 LOT(S): 63

## SCHEDULE A

1. EFFECTIVE 9:00AM February 7, 2025 REDATED 9:00 AM ______ CLOSER SIGNATURE: ______
2. POLICY OR POLICIES TO BE ISSUED:

   a. N/A ALTA Owner 2021 (With NY Endorsement) Amount of Insurance N/A
   Proposed Insured: N/A

   b. N/A ALTA Loan 2021 (With NY Endorsement) Amount of Insurance N/A
   Proposed Insured: N/A

   c. _____ ALTA Amount of Insurance
   Proposed Insured:

3. THE ESTATE OF INTEREST IN THE LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE AND COVERED HEREIN IS:

   FEE SIMPLE

4. TITLE TO THE ESTATE OR INTEREST IN SAID LAND DESCRIBED OR REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS AT THE EFFECTIVE DATE HEREOF VESTED IN:

   KRCM Astoria Portfolio Corp.

   Source of Title:

   Deed made by Cadre Astoria 21-80 38th LLC, as to a 59.6381% tenant in common interest and Astoria 21-80 38th LLC, as to a 40.3619% tenant in common interest dated as of April 5, 2017 and recorded April 21, 2017 as CRFN 2017000154085.

5. THE LAND REFERRED TO IN THIS PRELIMINARY CERTIFICATE IS DESCRIBED AS FOLLOWS:

   See Schedule A (Description), following.

THIS REPORT IS NOT A TITLE INSURANCE POLICY! PLEASE READ IT CAREFULLY. THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS, AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY. YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## SCHEDULE A (Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northeasterly side of Ditmars Boulevard (formerly Ditmars Avenue) with the northwesterly side of 38th Street (formerly 9th Avenue);

RUNNING THENCE northeasterly along said northwesterly side of 38th Street, 100.09 feet;

THENCE northwesterly parallel with Ditmars Boulevard, 100.01 feet;

THENCE southwesterly parallel with 38th Street, 100.09 feet to the northeasterly side of Ditmars Boulevard; and

THENCE southeasterly along the northeasterly side of Ditmars Boulevard, 100.01 feet to the corner, the point or place of BEGINNING.

THE POLICY TO BE ISSUED under this preliminary certificate will insure the title to such buildings and improvements on the premises which by law constitute real property.

FOR CONVEYANCING ONLY: Together with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## SCHEDULE B (Exceptions)

DISPOSITION

The policy to be issued under this preliminary certificate will not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of the following exceptions unless they are disposed of to our satisfaction:

1. Taxes, tax liens, tax sales, water rents, sewer rents and assessments set forth on separate schedule herein.

2. Rights of tenants and persons in possession.

3. Mortgages returned herein (8). Detailed statement within.

4. Any state of facts an accurate survey would show. The exact courses, distance, dimensions and location of the premises described in Schedule A cannot be insured in the absence of a satisfactory survey guaranteed to this company.

5. Terms, covenants, conditions and provisions of a Site Lease Agreement dated October 30, 2003 made between DPA Astoria I, LLC, as lessor, and Sprint Spectrum L.P., as lessee, a memorandum of which is dated March 26, 2004 and recorded July 5, 2004 as CRFN 2004000404534.

6. Terms, covenants, conditions and provisions of a Lease dated as of July 29, 2008 as amended by First Amendment dated October 10, 2010 made between DPA Astoria I, LLC, as landlord, and MetroPCS New York, LLC, as tenant, as disclosed by document below.

   With regard thereto:

   a. Subordination, Non-Disturbance and Attornment Agreement made between New York Community Bank, as mortgagee, and MetroPCS New York, LLC, as tenant, dated as of May 11, 2012 and recorded July 30, 2012 as CRFN 2012000298558.

7. One (1) UCC-1 Financing Statement found of record:

   a. UCC-1 No.: CRFN 2017000154090
      Filed: 4/21/2017
      Debtor: KRCM Astoria Portfolio Corp.
      Secured Party: Fannie Mae
      Covers: Fixtures, equipment, etc.

      i. Continued by UCC-3 filed 11/24/2021 as CRFN 2021000464767

      Note: Covers subject premises and more

8. Notice of Sidewalk Violations to be disposed of:

   Filed: 3/2/1999 No.: SL 3807/99

   Filed: 6/11/2012 No.: SL 2693/12

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:
Drew Cox
Underwriter
TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## SCHEDULE B (Exceptions)

- Continued -

DISPOSITION

9. Notice of Attachment for Judgment in the amount of $2,000.00 filed by the Department of Housing Preservation and Development on October 16, 2023 under Index No. HP312/2023.

10. REUC Easement designated REUC A2616-384, assessed to T-Mobile Northeast, LLC, Omnipoint Communication

11. Re: KRCM Astoria Portfolio Corp.

    a. Copy of Certificate of Incorporation as filed, or other satisfactory proof of due incorporation, must be submitted to this Company prior to closing.

    b. Unanimous written consent of shareholders to the proposed sale must be submitted or in the alternative proof must be furnished that the holders of two-thirds of its stock have consented to the sale at a meeting duly called.

12. Searches have been made for judgments and liens against KRCM Astoria Portfolio Corp., disclosed the following:

    a. Two (2) Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

    b. Thirteen (13) Environmental Control Board Judgments against the name KRCM Astoria Portfolio Corp. must be satisfactorily disposed of (copy attached).

13. The identity and character of the proposed insured purchaser must be disclosed to this company, prior to closing at which time additional exception and/or requirements may be added.

14. FOR INFORMATION ONLY: Bankruptcy searches made against KRCM Astoria Portfolio Corp. in the Eastern District Court, New York County, disclosed no filings as of February 12, 2025.

15. In the event that there has been a transfer of the economic interests in the owner shown on Schedule A or of any member thereof pursuant to a foreclosure or transfer in lieu of a foreclosure of a mezzanine loan, the company must be provided with the documentation pursuant to which such transfer was accomplished. This information is required to allow the company to establish the identity of the entities or parties necessary to consent to the proposed transaction and that such parties have the authority to execute the appropriate and applicable closing documents.

16. The Contract of Sale and any assignments/amendments thereto must be submitted to the Company.

    For premises being conveyed in The City of New York, where the consideration is $400,000.00 or more, a copy of the contract of sale or closing statement must accompany the Real Property Transfer Tax Return (RPT).

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:

Drew Cox
Underwriter

TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## SCHEDULE B (Exceptions)

- Continued -

DISPOSITION

17. NOTE FOR INFORMATION ONLY: The premises described in Schedule "A" are either serviced by one or more water meters that have been read to the date(s) set forth on the tax search or are billed for Water Frontage Charges, as reflected on the attached tax search. The policy excludes from coverage matters attaching or created after the Date of Policy, and, accordingly, does not insure against loss arising from charges entered onto the public record after date of closing and relating to the period prior to closing.

18. Satisfactory proof by affidavit must be furnished showing whether any work has been done upon the premises by The City of New York, or any demand has been made by The City of New York for any such work that may result in:

    a. Charges by the New York City Department of Rent and Housing Maintenance Emergency Services.
    b. Charges by the New York City Department of Health.
    c. Charges by the New York City Department of Environmental Protection.

19. Section 26-128 of the Administrative Code of The City of New York, creates tax liens for unpaid Inspection Fees and Permit Fees billed by the Building Department and Fire Department regardless of the fact that such fees may not be reflected in the City Collector's records. Policy excepts any loss, claim or damage for any unpaid fee or charge claimed by the Building Department or Fire Department and entered in the records of the City Collector after the date of closing.

20. Attention is called to the fact that any instrument covering premises in the State of New York must be endorsed with the Section, Block and Lot of the Tax Map of the City or Town in which the premises are situated before it will be acceptable for recording.

21. NOTE: The County Clerks require that all documents submitted for recording must be signed in black ink.

22. NOTE: Company will not accept personal uncertified checks in payment of its closing charges or fees in an amount greater than $750.00 nor personal checks of the seller in any amount without prior authorization from an officer of this company.

23. This certificate is made for and accepted by the applicant upon the express understanding that no policy of title insurance is to be issued hereunder. Liability is limited to One Thousand Dollars ($1,000.00) for negligence only, but reasonable opportunity shall be afforded this Company to defend this certificate or to take such other steps as it may deem proper. This certificate shall be null and void if the applicant, his attorney or agent makes any untrue statement with respect to any material fact.

QUESTIONS CONCERNING THIS TITLE SHOULD BE REFERRED TO:

Drew Cox
Underwriter

TELEPHONE: 212-471-3704
FACSIMILE: 212-481-5996
EMAIL: DREW.COX@FNF.COM

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## MORTGAGE SCHEDULE

1. Substitute Mortgage B made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $4,510,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432909. (Mortgage Tax Paid: EXEMPT)

   The above mortgage derived pursuant to a Mortgage Splitter Agreement dated May 18, 2005 between New York Community (Successor to Roslyn Savings Bank) and DPA Astoria I, LLC recorded August 3, 2005 as CRFN 2005000432905.

2. Mortgage made by DPA Astoria I, LLC -to- New York Community Bank, in the amount of $290,000.00, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432910. (Mortgage Tax Paid: $5,945.00)

   2a. Consolidation, Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432911. Consolidates Mortgage Nos. 1 and 2 to form a single lien in the amount of $4,800,000.00.

3. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $869,701.50, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210331. (Mortgage Tax Paid: $24,351.61)

   3a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210332. Consolidates Mortgage Nos. 1, 2 and 3 to form a single lien in the amount of $5,300,000.00.

   3b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040086. Assigns Mortgage Nos. 1, 2 and 3, as consolidated.

4. Mortgage made by Dougcap Astoria II LLC -to- Signature Bank in the amount of $2,061,970.65, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040087. (Mortgage Tax Paid: $53,736.00)

   4a. Agreement made by and between Dougcap Astoria II LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040088. Consolidates Mortgage Nos. 1 through 4 to form a single lien in the amount of $7,250,000.00.

   4b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027490. Assigns Mortgage Nos. 1 through 4, as consolidated.

5. Substitute Mortgage A made by DPA Astoria I, LLC -to- New York Community Bank in the amount of $8,240,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432906. (Mortgage Tax Paid: Exempt) Note: Originally encumbered other premises not a part of this report (Block 548 Lots 1 and 5)

   5a. Modification and Extension Agreement made by and between DPA Astoria I, LLC -and- New York Community Bank, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432907. Modifies and extends Mortgage No. 5.

6. Mortgage made by Astoria II, LLC -to- New York Community Bank in the amount of $1,594,654.32, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207309. (Mortgage Tax Paid: $44,651.61) Note: Originally encumbered other premises not a part of this report (Block 548 Lots 1 and 5)

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

# Fidelity National Title Insurance Company

TITLE NO.: 25-7406-63515-Q February 27, 2025

## MORTGAGE SCHEDULE

6a. Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC -and- New York Community Bank, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207310. Consolidates Mortgage Nos. 5 and 6 to form a single lien in the amount of $9,200,000.00.

6b. Assignment of Mortgage made by New York Community Bank -to- Signature Bank, dated December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011228. Assigns Mortgage Nos. 5 and 6 as consolidated.

7. Mortgage made by Dougcap Astoria I LLC -to- Signature Bank in the amount of $2,894,364.28, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011229. (Mortgage Tax Paid: $1,043.50) Note: Originally encumbered other premises not a part of this report (Block 548 Lots 1 and 5)

7a. Consolidation and Extension Agreement made by and between Dougcap Astoria I LLC -and- Signature Bank, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011230. Consolidates Mortgage Nos. 5, 6 and 7 to form a single lien in the amount of $11,900,000.00.

7b. Assignment of Mortgage made by Signature Bank -to- Bank United, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027488. Assigns Mortgage Nos. 5, 6 and 7, as consolidated.

8. Gap Mortgage made by Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC -to- Bank United, N.A. in the amount of $16,700,000.00, dated as of January 8, 2015, and recorded January 23, 2015 as CRFN 2015000027492. (Mortgage Tax Paid: $467,600.00) Note: Covers subject premises and other premises not a part of this report (Block 548 Lot 1 and 5).

8a. Consolidation and Extension Agreement made by and between Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC and BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027493. Consolidates Mortgage Nos. 1 through 8 to form a single lien in the amount of $35,850,000.00 encumbering subject premises and other premises not a part of this report (Block 548 Lots 1 and 5)

8b. Assignment of Mortgage made by Bank United, N.A. to Greystone Servicing Corporation, Inc., dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154087. Assigns Mortgage Nos. 1 through 8, as consolidated and extended.

8c. Extension and Modification Agreement made by and between KRCM ASTORIA PORTFOLIO CORP -and- GREYSTONE SERVICING CORPORATION, INC. dated as of April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154088. Extends and Modifies Mortgage Nos. 1 through 8 in a single lien in the amount of $34,700,000.00.

8d. Assignment of Mortgage made by Greystone Servicing Corporation, Inc. -to- Fannie Mae dated April 4, 2017 and recorded April 21, 2017 as CRFN 2017000154089. Assigns Mortgage Nos. 1 through 8, as consolidated.

UNLESS INSURED UNDER THE POLICY TO BE ISSUED, the mortgages returned herein will appear as exceptions in the policy to be issued. The information set forth herein is obtained from the recorded instruments and does not reflect unrecorded instruments that may affect the insured premises nor does it purport to reflect all recitals, terms and conditions contained in any instrument of record. Upon request, the Company can provide full copies of the recorded instruments.

# Wire Fraud Alert

This notice is not intended to provide legal or professional advice. If you have any questions, please consult with a lawyer.

All parties to a real estate transaction are targets for wire fraud and many have lost hundreds of thousands of dollars because they simply relied on the wire instructions received via email, without further verification. If funds are to be wired in conjunction with this real estate transaction, we strongly recommend verbal verification of wire instructions through a known, trusted phone number prior to sending funds.

In addition, the following non-exclusive self-protection strategies are recommended to minimize exposure to possible wire fraud.

- NEVER RELY on emails purporting to change wire instructions. Parties to a transaction rarely change wire instructions in the course of a transaction.
- ALWAYS VERIFY wire instructions, specifically the ABA routing number and account number, by calling the party who sent the instructions to you. DO NOT use the phone number provided in the email containing the instructions, use phone numbers you have called before or can otherwise verify. Obtain the phone number of relevant parties to the transaction as soon as an escrow account is opened. DO NOT send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.
- USE COMPLEX EMAIL PASSWORDS that employ a combination of mixed case, numbers, and symbols. Make your passwords greater than eight (8) characters. Also, change your password often and do NOT reuse the same password for other online accounts.
- USE MULTI-FACTOR AUTHENTICATION for email accounts. Your email provider or IT staff may have specific instructions on how to implement this feature.

For more information on wire-fraud scams or to report an incident, please refer to the following links:

Federal Bureau of Investigation:
http://www.fbi.gov

Internet Crime Complaint Center:
http://www.ic3.gov


TM and © Fidelity National Financial, Inc and/or an affiliate. All rights reserved

# FIDELITY NATIONAL FINANCIAL
# PRIVACY NOTICE

Effective August 1, 2021

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, "FNF," "our," or "we") respect and are committed to protecting your privacy. This Privacy Notice explains how we collect, use, and protect personal information, when and to whom we disclose such information, and the choices you have about the use and disclosure of that information.

A limited number of FNF subsidiaries have their own privacy notices. If a subsidiary has its own privacy notice, the privacy notice will be available on the subsidiary's website and this Privacy Notice does not apply.

## Collection of Personal Information

FNF may collect the following categories of Personal Information:

- contact information (e.g., name, address, phone number, email address);
- demographic information (e.g., date of birth, gender, marital status);
- identity information (e.g. Social Security Number, driver's license, passport, or other government ID number);
- financial account information (e.g. loan or bank account information); and
- other personal information necessary to provide products or services to you.

We may collect Personal Information about you from:

- information we receive from you or your agent;
- information about your transactions with FNF, our affiliates, or others; and
- information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities or through others.

## Collection of Browsing Information

FNF automatically collects the following types of Browsing Information when you access an FNF website, online service, or application (each an "FNF Website") from your Internet browser, computer, and/or device:

- Internet Protocol (IP) address and operating system;
- browser version, language, and type;
- domain name system requests; and
- browsing history on the FNF Website, such as date and time of your visit to the FNF Website and visits to the pages within the FNF Website.

Like most websites, our servers automatically log each visitor to the FNF Website and may collect the Browsing Information described above. We use Browsing Information for system administration, troubleshooting, fraud investigation, and to improve our websites. Browsing Information generally does not reveal anything personal about you, though if you have created a user account for an FNF Website and are logged into that account, the FNF Website may be able to link certain browsing activity to your user account.

## Other Online Specifics

Cookies. When you visit an FNF Website, a "cookie" may be sent to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer's hard drive. Information gathered using cookies helps us improve your user experience. For example, a cookie can help the website load properly or can customize the display page based on your browser type and user preferences. You can choose whether or not to accept cookies by changing your Internet browser settings. Be aware that doing so may impair or limit some functionality of the FNF Website.

Web Beacons. We use web beacons to determine when and how many times a page has been viewed. This information is used to improve our websites.

Do Not Track. Currently our FNF Websites do not respond to "Do Not Track" features enabled through your browser.

Links to Other Sites. FNF Websites may contain links to unaffiliated third-party websites. FNF is not responsible for the privacy practices or content of those websites. We recommend that you read the privacy policy of every website you visit.



Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Use of Personal Information

FNF uses Personal Information for three main purposes:

- To provide products and services to you or in connection with a transaction involving you.
- To improve our products and services.
- To communicate with you about our, our affiliates', and others' products and services, jointly or independently.

When Information Is Disclosed

We may disclose your Personal Information and Browsing Information in the following circumstances:

- to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure;
- to nonaffiliated service providers who provide or perform services or functions on our behalf and who agree to use the information only to provide such services or functions;
- to nonaffiliated third party service providers with whom we perform joint marketing, pursuant to an agreement with them to jointly market financial products or services to you;
- to law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order; or
- in the good-faith belief that such disclosure is necessary to comply with legal process or applicable laws, or to protect the rights, property, or safety of FNF, its customers, or the public.

The law does not require your prior authorization and does not allow you to restrict the disclosures described above. Additionally, we may disclose your information to third parties for whom you have given us authorization or consent to make such disclosure. We do not otherwise share your Personal Information or Browsing Information with nonaffiliated third parties, except as required or permitted by law. We may share your Personal Information with affiliates (other companies owned by FNF) to directly market to you. Please see "Choices with Your Information" to learn how to restrict that sharing.

We reserve the right to transfer your Personal Information, Browsing Information, and any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets, or in the event of bankruptcy, reorganization, insolvency, receivership, or an assignment for the benefit of creditors. By submitting Personal Information and/or Browsing Information to FNF, you expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings.

Security of Your Information

We maintain physical, electronic, and procedural safeguards to protect your Personal Information.

Choices With Your Information

If you do not want FNF to share your information among our affiliates to directly market to you, you may send an "opt out" request as directed at the end of this Privacy Notice. We do not share your Personal Information with nonaffiliates for their use to direct market to you without your consent.

Whether you submit Personal Information or Browsing Information to FNF is entirely up to you. If you decide not to submit Personal Information or Browsing Information, FNF may not be able to provide certain services or products to you.

For California Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties, except as permitted by California law. For additional information about your California privacy rights, please visit the "California Privacy" link on our website (https://fnf.com/pages/californiaprivacy.aspx) or call (888) 413-1748.

For Nevada Residents: You may be placed on our internal Do Not Call List by calling (888) 714-2710 or by contacting us via the information set forth at the end of this Privacy Notice. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: BCPINFO@ag.state.nv.us.

For Oregon Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties for marketing purposes, except after you have been informed by us of such sharing and had an opportunity to indicate that you do not want a disclosure made for marketing purposes.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other


Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

than as permitted by Vermont law, unless you authorize us to make those disclosures.

Information From Children

The FNF Websites are not intended or designed to attract persons under the age of eighteen (18). We do not collect Personal Information from any person that we know to be under the age of thirteen (13) without permission from a parent or guardian.

International Users

FNF's headquarters is located within the United States. If you reside outside the United States and choose to provide Personal Information or Browsing Information to us, please note that we may transfer that information outside of your country of residence. By providing FNF with your Personal Information and/or Browsing Information, you consent to our collection, transfer, and use of such information in accordance with this Privacy Notice.

FNF Website Services for Mortgage Loans

Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites"). The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice. The sections of this Privacy Notice titled When Information is Disclosed, Choices with Your Information, and Accessing and Correcting Information do not apply to the Service Websites. The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Personal Information. FNF does not share Personal Information collected through the Service Websites, except as required or authorized by contract with the mortgage loan servicer or lender, or as required by law or in the good-faith belief that such disclosure is necessary: to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

Your Consent To This Privacy Notice; Notice Changes

By submitting Personal Information and/or Browsing Information to FNF, you consent to the collection and use of the information in accordance with this Privacy Notice. We may change this Privacy Notice at any time. The Privacy Notice's effective date will show the last date changes were made. If you provide information to us following any change of the Privacy Notice, that signifies your assent to and acceptance of the changes to the Privacy Notice.

Accessing and Correcting Information; Contact Us

If you have questions, would like to correct your Personal Information, or want to opt-out of information sharing for affiliate marketing, visit FNF's Opt Out Page or contact us by phone at (888) 714-2710 or by mail to:

Fidelity National Financial, Inc.
601 Riverside Avenue,
Jacksonville, Florida 32204
Attn: Chief Privacy Officer



Effective August 1, 2021.

Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Fidelity National Title Insurance Company

485 Lexington Avenue, 18th Floor
New York, NY 10017

# DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING LOAN POLICY ONLY

PURSUANT TO 11 NYCRR § 35.7(b)

THIS INFORMATION IS BEING PROVIDED TO YOU BECAUSE YOU HAVE APPLIED FOR TITLE INSURANCE IN CONNECTION WITH YOUR PURCHASE OF REAL PROPERTY, YET YOU HAVE ORDERED ONLY A TITLE INSURANCE POLICY FOR YOUR MORTGAGE LENDER.

THE NY STATE DEPARTMENT OF FINANCIAL SERVICES REQUIRES THAT A TITLE INSURANCE PROVIDER GIVE YOU THIS, A SEPARATE WRITTEN NOTICE, WHICH SHALL BE SIGNED BY YOU AT THE TIME THE TITLE COMMITMENT OR TITLE REPORT IS PREPARED, AND WHICH EXPLAINS:

(1) THAT A LENDER'S TITLE INSURANCE POLICY PROTECTS THE MORTGAGE LENDER, AND DOES NOT PROVIDE TITLE INSURANCE PROTECTION TO THE APPLICANT AS OWNER OF THE PROPERTY BEING PURCHASED;

(2) WHAT A LENDER'S TITLE INSURANCE POLICY INSURES AGAINST AND WHAT AN OWNER'S TITLE INSURANCE POLICY INSURES AGAINST.

EXPLANATION:

(A) A LENDER'S TITLE INSURANCE POLICY: The lender's title insurance policy <u>insures only the lender, and only up to the initial amount of the mortgage loan</u>. The lender's title insurance policy protects your mortgage lender against a loss if a title defect affects the validity, enforceability or the priority of the mortgage loan as against other interests in the title to your property, such as: 1) you don't own the property or someone else has an interest or there is some other defect in your ownership; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien for money that is superior to the mortgage; or 4) the mortgage is not properly executed by you or it is improperly or untimely recorded.

The lender's title insurance policy may also include specific exceptions which limit the protections afforded in the lender's policy. Since only the lender is an insured, You, as the owner will not share in any payment made under the lender's title insurance policy to the lender for a loss the lender might suffer as a result of a title defect.

(B) AN OWNER'S TITLE INSURANCE POLICY: The owner's title insurance policy <u>insures only you, as the owner of the property, up to the amount you will pay, or have paid, to purchase your property.</u> The owner's title insurance policy protects <u>You</u> against a loss if: 1) You don't own the property, someone else has an interest, there some other defect in your ownership or that of a prior owner of your property, including losses resulting from fraud or forgery; 2) there are errors in the dimensions of the property, there is an encroachment of a structure on your property that you don't own or there is a lack of legal access to the property; 3) there is an unpaid lien

# DISCLOSURE FOR PURCHASER OF PROPERTY REQUESTING LOAN POLICY ONLY

PURSUANT TO 11 NYCRR § 35.7(b)

for money that can be collected out of Your property; or 4) the deed to You is not properly executed or it is improperly or not timely recorded.

The owner's title insurance policy also insures You against the above risks, and others which are stated in the policy itself, even if they arise after you purchased the property, but before your deed is recorded. The owner's title insurance policy also pays for the legal defense of your interest, if you are sued as a result of title question that are insured against by the policy.

THE FORGOING IS ONLY A SUMMARY OF THE COVERAGE PROVIDED BY AN OWNER'S TITLE INSURANCE POLICY AND A LENDER'S TITLE INSURANCE POLICY. SPECIMEN COPIES OF THE LENDER'S AND OWNER'S TITLE INSURANCE POLICY CAN BE OBTAINED FROM YOUR TITLE INSURANCE PROVIDER.

YOU CAN PURCHASE AN OWNER'S TITLE INSURANCE POLICY TO PROTECT YOUR INTERESTS AS THE OWNER OF REAL PROPERTY. IN ORDER TO OBTAIN A PREMIUM QUOTE FOR THE COST OF AN OWNER'S TITLE INSURANCE POLICY AND THE RANGE OF CHARGES FOR OTHER SERVICES ASSOCIATED THEREWITH, PLEASE VISIT THE FOLLOWING WEBSITE.

ratecalculator.fnf.com
(212) 481-5858

Title No.: 25-7406-63515-Q

| | |
|---|---|
| Purchaser Sign and Print Name Below | Purchaser Sign and Print Name Below |
| Print Name & Date Signed | Print Name & Date Signed |

# MUNICIPALS

# Air Resources Information Search

TITLE #: 63515Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607064

PREMISES:

37-13/37-23 DITMARS BOULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

State: NY County: QUEENS Neighborhood: STEIN AY

Block: 808 Lot: 63

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

Please see the attached documents.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES



Continued..

DataTrace®

A Search of NYC Environmental Protection Records

2/7/2025

Dear FIDELITY NATIONAL TITLE :

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning or process equipment as specified in the Code without a valid Registration or Certificate of Operation. If such equipment, although unknown does exist, it is automatically in violation of the law. This applies regardless of the information provided here in.

For the requested locations: 37-13/37-23 DITMARS BOULEVARD QUEENS
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

A search of the files of The Bureau of Environmental Compliance Division of Air Engineering regarding the above referenced premise(s) has found that:

Additional information is available. Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or cancelled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

If there are any existing records or violations for the requested location, please see the attached documents.

For questions related to this finding, please contact DEP at:
catsfeedback@dep.nyc.gov or (718) 595-3855

NYC Environmental Protection

## Premise Info

**Address:** 21-80 38 STREET, Queens
**Bin:** 4016057
**Block:** 00808
**Lot:** 0063

## Application Info

**Application ID:** CB196306
**Expiration Date:** 08/27/2016
**Application Type:** Registration - Boiler

## Boiler Info

**Boiler Make / Model:** FEDERAL FST - 70 (NEW)
**Burner Make / Model:** ICI MMG - 28 (NEW)
**Number of Identical Units:** 1
**Fuel Type 1:** No2Fuel
**Fuel Type 2:** NaturalGas
**Heat Input (Million BTU/Hr.):** 2.772

NYC Environmental Protection © 2025 All Rights Reserved
If you have any questions, please contact CATS Online Permitting System at AirPermit@dep.nyc.gov
NYC.gov's Terms of Use and Privacy Policy.

# Ticket (Office of Administrative Trials and Hearings - OATH)

View ticket image

| | |
|---|---|
| Ticket Number: | 000189532K |
| Violation Date: | 2009-03-03T00:00:00.000-05:00 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | JERIC ENTERPRISES INC |
| Face Amount: | $110.00 |
| Interest: | $0.00 |
| Balance Due: | $110.00 |
| Violation Location: | 37-13 DITMARS BOULEVARD, QUEENS, NY 11105 |
| Respondent Address: | 37-13 DITMARS BOULEVARD, QUEENS, NY 11105 |

## Status and Hearing

| | |
|---|---|
| Status of Violation: | HEARING COMPLETED |
| Docketed Date: | N/A |
| Hearing Result: | IN VIOLATION |
| Hearing Date: | 08/24/2009 |

## Description

| | |
|---|---|
| Code: | BA05 |
| Code Section: | 24 -109(B) (4) |
| Description: | UNREGISTERED FUEL BURNING EQUIPMENT; #2 OIL OR NATURAL GAS |

## Respond to Your Ticket

DataTrace®

# ECB Address Search

TITLE #: 63515Q | DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) | ORDER ID: 12607064

## PREMISES:

37-13/37-23 DITMARS BOULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

State: NY County: QUEENS Neighborhood: STEIN AY

Block: 808 Lot: 63

This search reports outstanding Environmental Control Board fines posted against a specific address.

Please see attached for outstanding ECB fines as of 2/7/2025.

Additional information can be obtained regarding the violation reported upon request.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATA TRACE INFORMATION SERVICES LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, REDACTION, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE OR A REPORT OF TITLE.EVEN IF THIS SEARCH INCLUDES A "READING" OR EXAMINATION, CUSTOMER MUST EXAMINE THE PRODUCT PRIOR TO ISSUING A REPORT OR COMMITMENT. IT IS CUSTOMER'S SOLE OBLIGATION TO COMPLY WITH APPLICABLE FEDERAL AND STATE LAWS AND REGULATIONS IN THE USE OF DATA TRACE'S PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO, THE UNITED STATES DEPARTMENT OF THE TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, GEOGRAPHIC TARGETING ORDER.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATA TRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES. 

NYC

NYC CityPay

# Bill #BIL000483580 (3 items)

Payment Amount: $185.00
Expires: 03/09/2025

*The Department of Finance cannot accept mail-in payments to accompany settlement amounts displayed on this page. Settlement resolution amounts are updated daily as interest accrues. To pay in person, bring your check or money order and a signed settlement terms and conditions agreement to one of DOF's five business centers. If you cannot pay online or in person, please call 212-440-5300 to make alternative arrangements.*

| | |
|---|---|
| Item ID2 | 048666258H |
| Respondent Name | 37-13 DITMARS LAUNDR |
| Address | 37-13 DITMARS BOULEVARD, ASTORIA, NY 11105 |
| Violation Date | 2024-11-15T00:00:00.000-05:00 |
| Description | IMPROPER RECEPTACLE (NON-RESIDENTIAL) 1ST |
| Issuing Agency | DSNY Other |
| Status | NEW ISSUANCE |
| Total Amount Due | $50.00 |
| Payment Amount | $50.00 |
| Item ID2 | 000189532K |
| Respondent Name | JERIC ENTERPRISES INC |
| Address | 37-13 DITMARS BOULEVARD, QUEENS, NY 11105 |
| Violation Date | 2009-03-03T00:00:00.000-05:00 |
| Description | UNREGISTERED FUEL BURNING EQUIPMENT; #2 OIL OR NATURAL GAS |
| Issuing Agency | DEP Cmplnce |
| Status | HEARING COMPLETED |
| Total Amount Due | $110.00 |
| Payment Amount | $110.00 |

| | |
|---|---|
| Item ID2 | 048694177Y |
| Respondent Name | KRCM ASTORIA PORTFOL |
| Address | 21-80 38 STREET, ASTORIA, NY 11105 |
| Violation Date | 2024-10-17T00:00:00.000-04:00 |
| Description | RECYC PLACED FOR COLLECTION W NON-RECYC(1 TO 8 DWELLING UNITS) |
| Issuing Agency | DSNY Enf Agt |
| Status | DEFAULTED |
| Total Amount Due | $25.00 |
| Payment Amount | $25.00 |

PRINT

DataTrace®

# Street Report

TITLE #: 63515Q

DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN)

ORDER ID: 12607064

PREMISES:

37-13/37-23 DITMARS OULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

State: NY County: QUEENS Neighborhood: STEINWAY

Block: 808 Lot: 63

A search of the Topographical Department shows the following results:

Street width: DITMARS OULEVARD MAPPED AT 80 FEET TO THE FULL WIDTH COMMISSIONER'S REPORT CONFIRMED 7/20/1909

Cross street: 38 STREET MAPPED AT 70 FEET TO THE FULL WIDTH COMMISSIONER'S REPORT CONFIRMED 6/30/1914

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Emergency Repairs Violation Search

TITLE #: 63515Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607064

PREMISES:

37-13/37-23 DITMARS OULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

State: NY County: QUEENS Neighborhood: STEIN AY

Block: 808 Lot: 63

## Emergency Repair Lien Book Charges Prior to July 1, 1999

A search of the Department of Housing Preservation and Development's Emergency Repair Mainframe System shows the following:

LIEN BOOK DATE: 11/7/2024
AMOUNT:$ 0.00

## Emergency Repair Work in Progress Subsequent to July 1, 1999

A search of the Department of Housing Preservation and Development's Building Charge Report shows the following:

See attached for work orders found and indexed against the above- mentioned premises as of the date of this search.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

# 21-80 38 Street, Queens, 11105

Generated on 02/07/2025

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 403482 | 21-80-21-80A | 4018057 | 806 | 63 | 115 |
| **STORIES** | **A UNITS** | **B UNITS** | **CD** | **CLASS** | **OWNERSHIP** | **BUILDING ID** |
| 4 | 35 | 0 | 1 | B | PVT | 420131 |

**BUILDING REPAIR CHARGE REPORT**

Please review this report in its entirety, including all definitions and notes at the end. In addition to reviewing all information in this Building Repair Charge Report, you should also fully review the Building Fee Report and Building Relocation Charge Report that are also available on HPD Online, which provide additional information about other New York City Department Of Housing Preservation And Development (HPD) Charges and Fees that have been billed or may be billed in the future by the New York City Department Of Finance (DOF).

**Charges:** This Building Repair Charge Report provides notice, as required by New York City Administrative Code §27-2144(a), of Work Orders issued by HPD and when known and finalized, their associated charges. Such Work Orders either have already resulted in associated charges being billed for the property or may result in charges associated with such Work Orders being billed in the future for the property. HPD Repair Charges, including, but not limited to, Emergency Repair Charges, Demolition Charges, Alternative Enforcement Program Charges, and 7A Financial Assistance (7AFA) Repair Charges are billed by DOF. For current amounts owed to DOF for outstanding HPD charges that have been billed by DOF, please consult the outstanding charges owed on the property tax bill for this property and the account balance owed to DOF for the property, both of which are available on DOF's website (www.nyc.gov/dof).

DOF's website provides the status of any charge listed in this report owed to DOF after that charge has been transferred to DOF by HPD (see the "TRANSFERRED TO DOF" column on the below charts for the transfer date). The current amount owed to DOF for an HPD charge will reflect any interest accrued, any payment made, and any adjustment made after initial billing by DOF. Charges associated with HPD work orders are transferred to DOF for collection by DOF after HPD has paid the vendor who was retained for the work order or after a work order for which HPD staff have been asked to perform repairs has been closed.

Please be aware that this report does **NOT** include:

- Most demolition charges incurred prior to January 1, 2000.
- Most non-demolition charges incurred by HPD prior to July 1, 1999.
- Civil penalties imposed by the Housing Court for failure to comply with HPD issued violations.
- Fees charged to the property by HPD for inspections or property registration. For information about these fees, you should fully review HPD's Building Fee Report, which is also available on HPD Online.
- Relocation charges billed to the property for relocation services paid for by HPD related to tenant relocation pursuant to a vacate order. For information about these relocation charges, you should fully review HPD's Relocation Charge Report, which is also available on HPD Online.

For information on amounts owed for demolition charges incurred prior to January 1, 2000 and for all non-demolition charges incurred by HPD prior to July 1, 1999, contact HPD's ERP Accounting Unit at (212) 863-8510 to verify the amount owed for

# 21-80 38 Street, Queens, 11105

Generated on 02/07/2025

those charges. For information on whether there are pending civil penalties and/or judgments owed for the property stemming from Housing Court litigation, see the Litigation tab of HPDONLINE.

The Charge Report will include information on the selected building. If there are multiple building(s) on this BBL, you must search each building separately to view work orders, fees, and relocation charges.

**Below are the Work Orders issued by HPD:**

**Work Orders (2)**

| WORK ORDER # | ACCOUNT ID | WORK ORDER TYPE | CLOSE REASON | AWARD AMOUNT | AWARD DATE |
|---|---|---|---|---|---|
| JOB GENERAL | CREATED DATE | INVOICE DATE | TRANSFERRED TO DOF | SERVICE CHARGES | CHANGE ORDERS |
| INVOICE APPROVED AMOUNT | ADMIN FEE | SALES TAX | WORK COST | TRANSFER STATUS TO DOF | |
| WORK ORDER DESCRIPTION | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EO21869 | 000002457425 | OMO | OMO Completed | $3,525.00 | 02/07/2024 |
| GC | 02/01/2024 | 02/28/2024 | 01/21/2025 | - | $0.00 |
| $3,525.00 | $1,762.50 | $312.84 | $3,525.00 | Yes | |
| make all necessary repairs to replace missing doors and jamb with new properly fire rated doors and jamb similar to existing, complete with self-closi | | | | | |
| EM00711 | - | OMO | OMO Completed | $497.16 | 07/30/2021 |
| GC | 07/08/2021 | 09/10/2021 | 05/16/2022 | - | $0.00 |
| $497.16 | $248.58 | $44.12 | $497.16 | Yes | |
| **nyc hpd emergency operations division – "essential service work" *at bulkhead 4th story, section east, and section west: (2) door:remove | | | | | |

**Total Charges Associated with all Work Orders on all building(s) on this report:**

| TOTAL CHARGES | ADMIN FEES | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| $4,022.16 | $2,011.08 | $356.96 | $6,390.20 |

**Note:** For any work order for which work and/or payment has not yet been completed, the amount to be owed for the charge associated with such work order may increase in the future from the amount now listed above, after the amount to be billed for the work order has been finalized in the future, which may also result in the "Total Charges Associated with all Work Orders on all building(s) on this report" amount above increasing.

# 21-80 38 Street, Queens, 11105

Generated on [illegible]

**Definitions for Column Headings for Work Orders Listed Above**

**Work Order:** Lists a distinct identifier assigned to the work order.

**Account Id:** Unique identifier associated with HPD repair charges stemming from work contracted by HPD or performed by HPD staff. After expenses are incurred by HPD for a repair, associated repair charges are transferred by HPD to the New York City Department of Finance (DOF) for billing and collection by DOF. Account ID number is available only for HPD repair charges that were transferred to DOF by HPD on or after 01/03/2024. For such charges transferred to DOF on or after 01/03/2024 only, the Account ID listed on HPD Online corresponds to the "Account Id" that is displayed for the same repair charges on the NYC Citypay website ([illegible]) at which payment can be made for HPD repair charges owed to DOF.

**Work Order Type:** There are two work order types:

- OMO: (Open Market Order): Private vendors perform OMO work, making repairs in response to HPD solicitations to complete the work described.
- AOR: (Area Office Repair): Repair work performed by HPD personnel.

**Reason Closed:** Indicates the reason a work order that has already been closed has been closed if applicable.

**Award Amount:** After HPD and a vendor retained by HPD agree on the price to be paid for a work order based on the initial scope of work, this amount is defined as the award amount, which is listed in the "Award Amount" column of this report. Since there is no award to an outside vendor when the work is completed by HPD, award amounts for AORs are blank. Award amounts may not be final and are subject to change order increases or decreases.

Please note the following regarding award amounts for utility charges and Fireguard Charges:

- **Award Amount Note for Utility Charges:** The Award Amount on Utility OMOs is listed as $1.00 because billing by the Utility Company occurs after the utility account is initially set up. Utility charges are billed on a continuous basis so long as HPD is paying for a utility account and accordingly, there can be numerous invoices for each Utility OMO. Charges that will be owed for utility services may not appear on this report until after the exact amount owed has been determined, which can take numerous months to occur. One charge being listed on this report for a Utility OMO indicates that other charges may be forthcoming for the same Utility OMO later. To find out if there will be future charges due for a Utility OMO in addition to the charges already listed, please call HPD's Utilities Unit at 212-863-7704. Utility charges will continue to accrue on an ongoing basis until the property owner opens an appropriate account for the service. Multiple Utility OMOs may exist for the same Utility account.
- **Award Amount Note for Fireguard Charges:** The award amount on a Fireguard OMO is initially listed as $1.00 because the amount that the Fireguard provider will be awarded for the work order by HPD is determined only after a Fireguard(s) has been initially posted, and the final amount to be charged depends upon how long the Fireguard is in place at the building. Each hour that a Fireguard is in place results in an additional amount being owed to the Fireguard provider and additional billing to the building owner. There can be multiple OMOS for each Fireguard and/or multiple invoices for each Fireguard OMO. Charges that will be owed for Fireguard services may not appear on this report until after the exact amount owed has been determined. This may take several months. One charge listed on this report for a Fireguard OMO indicates that other charges may be forthcoming for the same Fireguard OMO and/or another Fireguard OMO later. If you have any questions about the hazardous conditions that are resulting in a fireguard that is currently in place at the building, please call HPD's Special Enforcement Unit at 212-863-8811. Charges for Fireguard services will continue to accrue until the building owner cures the hazardous violating condition(s) that have resulted in the need for a Fireguard to HPD's satisfaction or provides its own licensed Fireguard service that is approved by HPD. All expenses incurred by HPD

# 21-80 38 Street, Queens, 11105

Generated on 02/07/2025

for the Fireguard service will be charged against the building and may become a tax lien pursuant to NYC Administrative Code §27-2144 if they remain unpaid.

**Award Date:** Indicates the date that a job was awarded to a contractor retained by HPD, if applicable.

**Total Charge Amount:** Calculated by adding the invoice approved amount, change order amount if any, and administrative fee and sales tax amounts, after such amounts have been finalized for the charge listed. This amount may only appear on the report after a payment amount to a contractor has been finalized. For any work order for which work and/or payment has not yet been completed, the amount to be owed for the charge associated with such work order may increase in the future from the amount now listed, after the amount to be billed for the work order has been finalized in the future.

**Job General:** Indicates the general category of the type of work performed. There are some special notes related to specific categories of job general:

- 7A Financial Assistance (7AFA) repair charges are Court/Agency authorized charges for buildings in the 7A Management Program. For more information about whether a 7AFA funded repair is ongoing or completed, or if partial liens have been filed, or will be filed, call the 7AFA Program at (212) 863-7356.
- Utilities: If a property is going to be sold or transferred, it is the responsibility of the parties involved to make sure that all utility bills for service provided by HPD are paid and that service provided by HPD is terminated. Utility Providers can take three or more months to invoice HPD; therefore all utility charges owed may not be posted on this Building Charge Report at the time of transfer. To terminate utility service provided by HPD, please contact HPD's Utility Unit at (212)863-7794 for account termination and final invoice estimates.

**Created Date:** Indicates the date a work order was first created by HPD.

**Invoice Date:** Indicates the date of the invoice entered by the contractor or company that invoiced HPD for a work order for which they were retained by HPD for the performance of remedial work.

**Date Transferred to DOF:** Indicates the date that HPD transferred a charge associated with a work order to DOF for subsequent billing of the charge by DOF.

**Service Charge:** Indicates the amount HPD has been billed by a vendor by HPD, when applicable and known, with a charge stemming from the service charge to subsequently be billed to the owner. A service charge is paid by HPD after a vendor tries to address a condition pursuant to a work order and the work order is subsequently cancelled (for example, a service charge can be owed when there is no access to make a repair). If "Y" appears in the Service Charge column and an amount is not present, then the amount that will be owed for the service charge has not yet been determined.

**Change Order:** When applicable, a change order amount listed indicates that modifications have been made to the original scope of work. When known, the amount of the change from the original award amount is stated in the Change Order Column. Change orders may result in either an increase or a decrease to the initial award amount and to the amount owed. Change order information will be available only for OMOs awarded on or after August 1, 2011.

**Invoice Approved Amount:** When finalized, indicates the amount approved for direct payment to a contractor retained by HPD (or the amount incurred for labor and materials for work performed by HPD employees for AOR work orders).

**Admin Fee:** Indicates the Administrative Fee amount associated with the listed work order when finalized (prior to being finalized this amount may appear as $0.00 initially prior to payment to a contractor occurring or the amount to be owed for an AOR being finalized).

# 21-80 38 Street, Queens, 11105

Generated on 02/07/2025

NYC Department of Housing Preservation & Development

**Sales Tax:** Indicates the Sales Tax associated with the listed work order (prior to being finalized, this amount may appear as $0.00 initially prior to payment to a contractor occurring or the amount to be owed for an AOR being finalized).

**Submitting FOIL Requests:** If you would like to request record(s) from HPD, you may request such records by submitting a Freedom of Information Law (FOIL) request. Please submit your FOIL request through NYC OpenRecords . Please note that HPD no longer accepts FOIL requests by email. If you prefer to submit a written FOIL request, please mail your request to HPD at:

HPD Records Access Officer

100 Gold Street, Room 4-O3

New York, NY 10038

More information about a submitting a FOIL Request to HPD is available on HPD's website: https://www.nyc.gov/site/hpd/contact/foil.page

DataTrace®

SUPER:
ORDER ID#: 12607064

RECORD SEARCH REQUEST
OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

MAIL TO:

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE: 2/7/2025 TITLE NO: FIDMAN 63515Q

37-13/37-23 DITMARS BOULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE
Building Class: C7

State: NY; County: QUEENS;
Neighborhood: STEINWAY
Block: 808; Lot: 63

Address

- [X] 1. Record of existing Fire Department Violations
- [ ] 2. Record of Permit for Fuel Oil
- [ ] 3. Other ____________________________________________________________

(The City of New York is not being sued, nor is there any intention to sue the City of New York)

DO NOT WRITE BELOW THIS LINE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 2025-01-08 the records show the following: VIOLATIONS (SEE ATTACHED)

Violation #: 010860308R

Violation #: 010882183

Violation #: 010860318K

Violation #: 010882170K

Violation #: 014075224L

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

## Address Profile

| HOUSE NUM | NAME | BORO |
|---|---|---|
| 37-13 | DITMARS BLVD | QUEENS |

# Enforcement Information Compliance Due

| VIOKEY | OWNER | ACCT# | ADDRESS | | | | BIN |
|---|---|---|---|---|---|---|---|
| 010860308H | ASTORIA I LLC | | 37-13 | DITMARS BLVD | QUEENS | 11105 | 4016057 |
| 010882183U | D'ALLEOA | | 37-13 | DITMARS BLVD | QUEENS | 11105 | 4016057 |
| 010860318K | ASTORIA I LLC | | 37-13 | DITMARS BLVD | QUEENS | 11105 | 4016057 |
| 010882170K | D'ALLEOA | | 37-13 | DITMARS BLVD | QUEENS | 11105 | 4016057 |

## Address Profile

| HOUSE NUM | NAME | BORO |
|---|---|---|
| 21-80 | 38 ST | QUEENS |

# Account Information

| DO | ACCNT# | APX | OWNER | INS_STAT | INS_DATE | EXP_DATE | ADDRESS | | | | BIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 06986285 | C | KRCM ASTORIA PORTFOLIO | Approved | 08/26/24 | 5/01/2025 | 21-80 | 38 STREET | QUEENS | 11105 | 4016057 |

0263

## Address Profile

| HOUSE NUM | NAME | BORO |
| --- | --- | --- |
| 21-80 | 38 ST | QUEENS |

# Enforcement Information Compliance Due

| VIOKEY | OWNER | ACCT# | ADDRESS | | | | BIN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 014075224L | KRCM ASTORIA PORTFOLIO C | 06988285 | 21-80 | 38 STREET | QUEENS | 11105 | 4016057 |

0264

DataTrace®

# ECB-DOB Penalty Search

TITLE #: 63515Q DATE: 2/7/2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12607064

## PREMISES:

37-13/37-23 DITMARS BOULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE

State: NY County: QUEENS Neighborhood: STEIN AY

Block: 808 Lot: 63

A search of the records of the Department of Buildings indicates the following:

There are no violations indexed as 'Resolved' ECB violations with outstanding penalties open at the NYC Department of Buildings as of 2/7/2025.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

# Healt De a t ent Violation ea

T T E 3515Q
E A ED O FIDELITY NATIONAL TITLE (FIDMAN)

DATE 2/ /2025
O DE D 12 0 0 4

E E

3 -13/3 -23 DITMARS BOULEVARD 11105
A A: 21- 8/21-80 38 STREET
A A: 21-80A 38 STREET
A A: 21- 8/21-80 AVENUE
A A: 21-80A AVENUE

tate NY Co nt QUEENS ei o oo STEIN AY

Blo 808 ot 3

A search of the New York City Health Department was conducted for the above mentioned premises.

The division of Health Department covers window guard inspections.

A search revealed no record found for the above mentioned premises as of 2/ /2025.

A search of the speciali ed divisions of the Health Department will be made upon re uest.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

T. 516.663.0600 F. 657.205.3795 E. AREAT.Customer.Service@datatracetitle.com

# Certificate of Occu ancy Search

TIT 35 5 AT /7/ 5

A FO EL T NAT ONAL T TLE AN O I 7 4

IS S

37 3/37 3 T A BO LEVA
A A: 7 / 3 T EET
A A: A 3 T EET
A A: 7 / AVEN E
A A: A AVEN E

State N County EEN Neighborhood TE N A

lock ot 3

A search of the uilding e artment records in reference to the above mentioned remises has revealed the following information

Certi i ate o O u an 47
ue / / 5
O A O TO B C B L N TO E AN TENE ENT

T e atta e Certi i ate o O u an i orre t b e ri tion

Buil in ermit ALT 4
NE EN E CE L N NE T LE N BATH OO ALL AN LOO NE OO LOO AN NE CAB NET N TCHEN AN BATH OO N A A T ENT B B C C C5 AN 5
ermit Issued 3/ /

Ne Certi i ate o O u an i e uire

Not i ne O

Letter o no Ob e tion 4
ue / / 3
O A LA N O AT AT T LOO

lea e note t at urrent Hou in e artment re or o t e buil in o u ie a TH T VE A A T ENT

ATTACHE N CO E O OB NTO T HO N 4 O EN E T

THE PURPOSE OF THIS SERVICE IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY ON FILE. THE SERVICE MAY NOT INCLUDE THE REPORTING OF MINOR APPLICATIONS WHICH MAY BE INDEXED AGAINST THE ABOVE BLOCK AND LOT BUT DO NOT REQUIRE A NEW CERTIFICATE OF OCCUPANCY OR APPLICATIONS OF ANY KIND THAT ARE INCOMPLETE.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

[illegible]

CERTIFICATE OF OCCUPANCY No.________

ISSUED [illegible] 19.. TO [illegible]

PREMISES [illegible] Ave. [illegible]

In accordance with Chapter [illegible], Laws of 1916 and Section [illegible], Art. 1, Chapter [illegible] of the Code of Ordinances, City of New York.

THIS CERTIFIES that the NEW BUILDING situated on the above mentioned premises has been completed and conforms substantially to the approved plans and specifications, and to the requirements of all laws, Ordinances and Rules and Regulations of the Board of Standards and Appeals applicable thereto, and permission is hereby granted for its occupancy for the purposes specified below.

| Stories | Classification | Construction |
|---|---|---|
| 4 | Store & Tenement | Brick |

| Floors | Occupancy | Live Load Per Sq. Ft. in Pounds | Number of Persons |
|---|---|---|---|
| Cellar | | | |
| Basement | | | |
| 1st Floor | Store | [illegible] | |
| 2nd Floor | Dwelling | 40 | |
| 3rd Floor | " | 40 | |
| 4th Floor | " | 40 | |
| 5th Floor | | | |
| 6th Floor | | | |

N.B. Application

No. [illegible] 19..

[illegible]

Superintendent of Buildings,
Borough of Queens.

NYC Buildings

NYC

CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Job Overview

**The below job records do not include filings submitted in DOB NOW; use the DOB NOW Public Portal to access DOB NOW records.**

Page: 1 of 1

Premises: 21-66 38 STREET QUEENS

BIN: 4016057 Block: 508 Lot: 63

To start overview at new date, select Month: Day: Year:

Show All BIS Job Types | Hide Subsequent Filings / PAAs | APPLY

| FILE DATE | JOB # | DOC # | JOB TYPE | JOB STATUS | STATUS DATE | LIC # | APPLICANT | IN AUDIT | ZONING APPROVAL |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2019 | 421914608 | 01 | A3 | R PERMIT-ENTIRE | 10/07/2019 | 0092609 PE | KAVI | | NOT APPLICABLE |
| | APPLICATION FILE TO EXTERIOR FACADE REPAIR AS SPORT BRICK POINTING, BRICK<br>Work on Floor(s): OSP | | | | | | | | |
| 05/24/2016 | 421325408 | 01 | A2 | R PERMIT-ENTIRE | 06/05/2016 | 0034046 RA | MENZUSO | | NOT APPLICABLE |
| | RENOVATE UNIT D1 ON THE 4TH FLOOR. WORK TO INCLUDE MINOR PARTITION CHANGE<br>Work on Floor(s): 004 | | | | | | | | |
| 01/06/2016 | 440280760 | 01 | A2 | R PERMIT-ENTIRE | 04/11/2016 | 0034045 RA | MENZUSO | | NOT APPLICABLE |
| | RENOVATE APARTMENT A5 ON THE 1ST FLOOR. WORK TO INCLUDE REPLACEMENT AND<br>Work on Floor(s): 001 | | | | | | | | |
| 12/07/2015 | 421243112 | 01 | A2 | R PERMIT-ENTIRE | 01/15/2016 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | MINOR INTERIOR RENOVATIONS TO APARTMENT B9 ON THE 2ND FLOOR. WORK TO INCL<br>Work on Floor(s): 002 | | | | | | | | |
| 10/27/2015 | 421231846 | 01 | A2 | R PERMIT-ENTIRE | 01/15/2016 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | MINOR INTERIOR RENOVATIONS TO APARTMENT D4 ON THE 4TH FLOOR. WORK TO INCLU<br>Work on Floor(s): 004 | | | | | | | | |
| 10/14/2015 | 440259220 | 01 | A2 | R PERMIT-ENTIRE | 01/26/2017 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | INTERIOR RENOVATION OF APARTMENT B7 ON THE SECOND FLOOR, APARTMENT C6 ON T<br>Work on Floor(s): 002 thru 004 | | | | | | | | |
| 08/18/2015 | 440245620 | 01 | A2 | H P/E IN PROCESS | 08/18/2015 | 0023734 RA | CONARD | | NOT APPLICABLE |
| | JOB WITHDRAWN 10/12/2015 INTERIOR RENOVATION OF APARTMENT B7 ON TH SECOND | | | | | | | | |

Work on Floor(s): 002,004

07/06/2015 421186858 01 A3 X SIGNED OFF 11/20/2015 0075384 PE TOMS NOT APPLICABLE

DECOMMISSION OF EXISTING ANTENNA SITE INITIAL INSTALLATION APPROVED UNDER
Work on Floor(s): ROO

07/06/2015 440231296 01 A3 X SIGNED OFF 11/13/2019 0079789 PE NOWAK NOT APPLICABLE

INSTALLATION OF TELECOMMUNICATION ANTENNAS AND RELATED RRU UNITS ON THE RO
Work on Floor(s): ROF

09/25/2015 440229441 01 A2 R PERMIT-ENTIRE 11/13/2015 0023734 RA CONARD NOT APPLICABLE

RENOVATE APARTMENTS B2,B5 AND B8 ON 2ND FLR. APARTMENTS D5,D8,D9, AND D10
Work on Floor(s): 002,004

06/22/2015 440229003 01 A2 H P/E IN PROCESS 06/22/2015 0023734 RA CONARD NOT APPLICABLE

JOB WITHDRAWN 06/24/2015 RENOVATE APARTMENTS B5 AND B8 ON 2ND FLOOR. APART
Work on Floor(s): 002,004

02/06/2015 440196574 01 A2 R PERMIT-ENTIRE 11/12/2015 0023734 RA CONARD NOT APPLICABLE

RENOVATE CELLAR, APARTMENTS A2, A3, & A4 ON THE 1ST FLOOR; B3, B4, B6, B8
Work on Floor(s): CEL 001 thru 004

09/20/2012 420623637 01 A3 X SIGNED OFF 03/22/2013 0088014 PE BARILE J NOT APPLICABLE

INSTALL ADDITIONAL CABINETS ON EXISTING ROOFTOP DUNNAGE. REPLACE AND ADD
Work on Floor(s): ROF

05/09/2012 420565132 01 A1 X SIGNED OFF 01/11/2013 0072506 PE LAWLER NOT APPLICABLE

INSTALLATION OF TELECOMMUNICATIONS ANTENNAS ON ROOF. ALL WORK IN COMPLIANC
Work on Floor(s): ROF

10/15/2010 420275428 01 A3 X SIGNED OFF 03/18/2011 0069904 PE MCGOWAN NOT APPLICABLE

INSTALLATION OF ADDITIONAL TELECOM CABINET ON ROOF. INITIAL INSTALLATION
Work on Floor(s): ROF

06/29/2010 420208171 01 A3 X SIGNED OFF 12/05/2013 0069280 PE LULAY NOT APPLICABLE

INSTALLING ADDITIONAL TELECOMMUNICATIONS CABINET ON EXISTING PLATFORM ON R
Work on Floor(s): ROF

11/10/2008 410190029 01 A2 X SIGNED OFF 08/04/2009 0213548 RA RELF NOT APPLICABLE

PROPOSED INTERIOR ALTERATION FOR A DUNKIN DONUTS INCLUDING ALL RELATIVE
Work on Floor(s): BAS,001

07/30/2008 410144115 01 A3 X SIGNED OFF 03/20/2009 0075384 PE TOMS NOT APPLICABLE

INSTALLING TELECOMMUNICATIONS CABINETS WITH RELATED DUNNAGE AND ANTENNAS O
Work on Floor(s): ROF

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC™ Buildings

## Electrical Work Permit Department of Buildings

Application Number: A397023

Issued: 12/17/2019 12:40 PM

Address: 21-40 38 ST; APT 2L, QUEENS, NY 11105

Description of Work:
E - GENERAL WIRING

Contractor Address:
VERTEX ELECTRIC CORP.
28-41 STEINWAY STREET
ASTORIA, NY 11103

Contractor's Comments: F/I NEW C/B PANEL 100 AMPS SINGLE PHASE; A/C OUTLETS; OUTLETS, LI

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature]

Commissioner of Buildings: [signature]

This permit copy created on 12/20/2019 reflects the commissioner(s) as of such date

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

EO31 (Rev. 1/05)

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

## Electrical Work Permit Department of Buildings

Application Number: A340350 Issued: 08/11/2015 10:55 AM

Address: 2160 38 ST, 1ST, 3RD, 4TH, QUEENS, NY 11105

Description of Work:
E - GENERAL WIRING

Contractor Address:
QUEUE ELEC'L CONTRS, INC
22-44 119TH STREET
COLLEGE POINT, NY 11356

Contractor's Comments: NEW BRANCH WIRING FROM EXISTING PANELS

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings.

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

**Electrical Work Permit** Department of Buildings

Application Number: B336226 Issued: 04/03/2015 10:04 AM

Address: 21-50 38 ST, 2ND, 3RD & 4TH FLOORS, QUEENS, NY 11105

Description of Work:
W - GENERAL WIRING

Contractor Address:
QUEENS ELEC'L CONTRS. INC
22-44 119TH STREET
COLLEGE POINT, NY 11356

Contractor's Comments: NEW BRANCH WIRING FROM EXISTING PANELS

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

EL-27 (Rev. [illegible])

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC™ Buildings

# Electrical Work Permit Department of Buildings

Application Number: A328544 Issued: 07/14/2014 6:58 PM

Address: 37-21 DITMARS BLVD, 1ST FL COMERCIAL QUEENS, NY 11105

Description of Work:
1 - SERVICE WORK/NOTIFY UTILITY

Contractor Address:
J & P ELECL CONTNG INC
7818 13TH AVENUE, FL BSM ST 1
BROOKLYN, NY 11228

Contractor's Comments: INSTALLING NEW METER PAN REPACE SINGLE PHASE FOR 1ST FL STORE

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/23/2024 reflects the Commissioner(s) as of such date

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

EW-37 (Rev. 10/01)

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

## Electrical Work Permit Department of Buildings

Application Number: A280090 Issued: 08/26/2009 8:28 AM

Address: 37-11 DITMARS BLVD, BASEMENT, QUEENS, NY 11105

Description of Work:
1 - SERVICE WORK/NOTIFY UTILITY

Contractor Address:
BOROWICK ELECT'L CONTR'S INC
36-27 20TH AVENUE
ASTORIA, NY 11105

Contractor's Comments: REPLACE METER PAN AND PANEL BOX

- For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or [illegible]

[illegible]

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED ON THE JOB SITE

NYC Buildings

**Electrical Work Permit** Department of Buildings

Application Number: A[illegible] Issued: 11/20/2008 4:30 PM

Address: 37-23 DITMARS BLVD, BASEMENT,1 FLOOR, QUEENS, NY 11105

Description of Work:
1 - SERVICE WORK/NOTIFY UTILITY
8 - GENERAL WIRING

Contractor Address:
AL-LECTRIC ELECT'L CONTRG
137 CHRYSTIE STREET
NEW YORK, NY 10002

Contractor's Comments: NO OUTDOOR SIGN & OUTDOOR LIGHT

For additional information regarding this permit, [illegible]

Emergency Telephone Day or Night: 311

Borough Commissioner: [signature] Commissioner of Buildings: [signature]

This permit copy created on 12/20/2024 reflects the Commissioner(s) as of such date.

[illegible]

DataTrace®

U E
O DE ID 12 070 4

ECO D EA CH E UE T

OF THE
FIRE DEPARTMENT OF THE CITY OF NEW YORK
DIVISION OF FIRE PREVENTION
9 Metro Tech East
Brooklyn, N.Y. 11201-3857

AI TO

DataTrace
3000 Marcus Avenue - Suite 2W02
Lake Success, New York 11042

DATE 2/7/2025

TIT E O FIDMAN 3515Q

37-13/37-23 DITMARS BOULEVARD
AKA: 21-78/21-80 38 STREET
AKA: 21-80A 38 STREET
AKA: 21-78/21-80 9 AVENUE
AKA: 21-80A 9 AVENUE
Building Class: C7

State: NY County: QUEENS
Neighborhood: STEINWAY
Block: 808 Lot: 3

Address

- [ ] 1. Record of e isting Fire Department Violations
- [ ] 2. Record of Permit for Fuel Oil
- [ ] 3. Other

(The City of New York is not being sued, nor is there any intention to sue the City of New York)

O NOT TE BE O TH NE

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M., 1/8/2025 the records show the following:

Account
Tan Capacity , allons
ermit E pires ay
Outstandin Char es .
Dist. Off

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDE ED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

DATATRACE INFORMATION SERVICES, LLC DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY.THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH.THIS IS NOT AN INSURED SERVICE.THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

DataTrace®

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

DataTrace®

# Highway / Sidewalk Violation Search

TITLE : 3515Q DATE: 2/ /2025

PREPARED FOR: FIDELITY NATIONAL TITLE (FIDMAN) ORDER ID: 12 0 0 4

## PREMISES:

3 -13/3 -23 DITMARS BOULEVARD
A A: 21- 8/21-80 38 STREET
A A: 21-80A 38 STREET
A A: 21- 8/21-80 AVENUE
A A: 21-80A AVENUE

State: NY County: QUEENS Neighborhood: STEIN AY

Block: 808 Lot: 3

A search of the records of the NYC Department of Highways indicates the following per search date of 2/ /2025:

2 Notices found as follows:

| | |
|---|---|
| File/Notice : | SL 3807/99 |
| Filed Date: | 3/2/1999 |
| Description: | Against Block 808 Lot 3 |
| File/Notice : | SL2 93/12 |
| Filed Date: | /11/2012 |
| Description: | Against Block 808 Lot 3 |

THE SEARCH RESULT IS LIMITED TO SIDE AL NOTICES THAT ARE DOCUMENTED BY HI H AY DEPARTMENT RECORDS FROM 1 0 TO PRESENT. PUBLIC ACCESS TO DOCUMENTATION FOR SIDE AL NOTICES POSTED PRIOR TO 1 0 IS NO LON ER MADE AVAILABLE BY THIS A ENCY.

NOTES

Effective Date for Sidewalk Violations 1/31/2025

THE SEARCH RESULT IS LIMITED TO SIDEWALK NOTICES THAT ARE DOCUMENTED BY HIGHWAY DEPARTMENT RECORDS FROM 1993 TO PRESENT.PUBLIC ACCESS FOR SIDEWALK NOTICES POSTED PRIOR TO 1993 ARE NO LONGER MADE AVAILABLE BY THIS AGENCY.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN**

DATATRACE INFORMATION SERVICES, LLC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES REFLECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR THE DATATRACE CLIENT AND NOT FOR THE BENEFIT OF ANY THIRD PARTY.