**EXHIBIT 4**

**ASSIGNMENT OF COLLATERAL AGREEMENTS AND OTHER LOAN DOCUMENTS**

Pursuant to that certain Multifamily Loan and Security Agreement dated as of the date hereof, executed by and between **KRCM ASTORIA PORTFOLIO CORP.**, a New York corporation ("**Borrower**") and **GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation ("**Lender**") (as amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Loan Agreement**"), Lender has agreed to make a loan to Borrower in the original principal amount of **THIRTY-FOUR MILLION SEVEN HUNDRED THOUSAND AND 00/100 DOLLARS ($34,700,000.00)** (the "**Mortgage Loan**"), as evidenced by that certain Multifamily Note dated as of the date hereof, executed by Borrower and made payable to Lender in the amount of the Mortgage Loan.

Lender hereby assigns to Fannie Mae, a corporation duly organized under the Federal National Mortgage Association Charter Act, as amended, 12 U.S.C. Section 1716 et seq. and duly organized and existing under the laws of the United States ("**Fannie Mae**") all right, title and interest of Lender in the Loan Documents, including but not limited to the Loan Documents listed on Exhibit A hereto, executed in connection with the Mortgage Loan.

This Assignment is given in connection with, and in consideration of, Fannie Mae's purchase of the Mortgage Loan made by Lender to Borrower, and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged.

Capitalized terms used and not specifically defined herein shall have the meanings given to such terms in the Loan Agreement.

**[Remainder of Page Intentionally Blank]**


**© 2016 Fannie Mae**

**IN WITNESS WHEREOF**, Lender has signed and delivered this Assignment under seal (where applicable) or has caused this Assignment to be signed and delivered under seal (where applicable) by its duly authorized representative as of APRIL 4, 2017. Where applicable law so provides, Lender intends that this Assignment shall be deemed to be signed and delivered as a sealed instrument.

**LENDER**:

**GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation

By: [signature] (SEAL)
Name: Ann Sutton
Title: Senior Closing Coordinator


**© 2016 Fannie Mae**

# EXHIBIT A
# TO
# ASSIGNMENT OF COLLATERAL AGREEMENTS AND OTHER LOAN DOCUMENTS

1. Multifamily Loan and Security Agreement dated as of April 4, 2017, by and between Borrower and Lender.

2. Certificate and Agreement Regarding Management dated as of April 4, 2017, by Borrower to Lender.

3. Environmental Indemnity Agreement dated as of April 4, 2017, from Borrower to Lender.

4. Guaranty of Non-Recourse Obligations dated as of April 4, 2017, from Rajmattie Persaud to Lender.

5. Compliance Agreement for Asbestos Operations and Maintenance Plan dated as of April 4, 2017, by and between Borrower and Lender.

6. Compliance Agreement for Lead-Based Paint Operations and Maintenance Plan dated as of April 4, 2017, by and between Borrower and Lender.

7. Any other documents executed in connection with the Mortgage Loan.


**© 2016 Fannie Mae**