**EXHIBIT 5**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2017041800758007001E48B9

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 9**

**Document ID: 2017041800758007** Document Date: 04-04-2017 Preparation Date: 04-18-2017
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 7

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| HOLD FOR DENNISE A- PICK UP<br>SUTTON LAND TITLE AGENCY SLTA-1491<br>515 ROCKAWAY AVENUE<br>VALLEY STREAM, NY 11581<br>516-837-6233<br>DGOLD@SUTTONALLIANCE.COM | HOLD FOR DENNISE A- PICK UP<br>SUTTON LAND TITLE AGENCY SLTA-1491<br>515 ROCKAWAY AVENUE<br>VALLEY STREAM, NY 11581<br>516-837-6233<br>DGOLD@SUTTONALLIANCE.COM |

**PROPERTY DATA**

| **Borough** | **Block** | **Lot** | **Unit** | **Address** |
|---|---|---|---|---|
| QUEENS | 548 | 1 Entire Lot | | 23-05 30TH AVENUE |
| | **Property Type:** | APARTMENT BUILDING | | |
| QUEENS | 548 | 5 Entire Lot | | 23-15 30TH AVENUE |
| | **Property Type:** | APARTMENT BUILDING | | |

☒ Additional Properties on Continuation Page

**CROSS REFERENCE DATA**

**CRFN:** 2005000432906
☒ Additional Cross References on Continuation Page

**PARTIES**

| **ASSIGNOR/OLD LENDER:** | **ASSIGNEE/NEW LENDER:** |
|---|---|
| GREYSTONE SERVICING CORPORATION, INC.<br>419 BELLE AIR LANE<br>WARRENTON, VA 20186 | FANNIE MAE<br>C/O GREYSTONE SERVICING CORPORATION, INC.,<br>419 BELLE AIR LANE<br>WARRENTON, VA 20186 |

**FEES AND TAXES**

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 77.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 0.00 |
| NYC Real Property Transfer Tax: | $ | 0.00 |
| NYS Real Estate Transfer Tax: | $ | 0.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 04-21-2017 15:09
City Register File No.(CRFN):
**2017000154089**

[signature]

***City Register Official Signature***

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2017041800758007001C4A39

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** 

**Document ID: 2017041800758007** Document Date: 04-04-2017 Preparation Date: 04-18-2017
Document Type: ASSIGNMENT, MORTGAGE

**PROPERTY DATA**

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 808 | 63 | Entire Lot | | 21-80 38TH STREET |

**Property Type:** APARTMENT BUILDING

**CROSS REFERENCE DATA**

**CRFN:** 2005000432907
**CRFN:** 2010000207309
**CRFN:** 2010000207310
**CRFN:** 2013000011228
**CRFN:** 2013000011229
**CRFN:** 2013000011230
**CRFN:** 2015000027488
**CRFN:** 2005000432909
**CRFN:** 2005000432910
**CRFN:** 2005000432911
**CRFN:** 2010000210331
**CRFN:** 2010000210332
**CRFN:** 2013000040086
**CRFN:** 2013000040087
**CRFN:** 2013000040088
**CRFN:** 2015000027490
**CRFN:** 2015000027492
**CRFN:** 2015000027493
**Document ID:** 2017041800758006

5 CTA CO 1191

**RECORD AND RETURN TO:**

| | | | |
|---|---|---|---|
| Cassin & Cassin LLP | Block: 548 | Block: 548 | Block: 808 |
| 711 Third Avenue, 20th Floor | Lot: 1 | Lot: 5 | Lot: 63 |
| New York, New York 10017 | County: Queens | County: Queens | County: Queens |
| Attention: Recording Department | | | |

**ASSIGNMENT OF SECURITY INSTRUMENT**

*This Assignment of Security Instrument* is made and entered into as of the 4th day of April, 2017, by and between **GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation, with its place of business at 419 Belle Air Lane, Warrenton, Virginia 20186 ("Assignor") and **FANNIE MAE**, c/o **GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation, 419 Belle Air Lane, Warrenton, Virginia 20186 ("Assignee").

**W I T N E S S E T H:**

That for good and valuable consideration, Assignor does hereby assign to Assignee all of Assignor's right, title, and interest in and to the mortgages as set forth on **SCHEDULE "A"**, attached hereto and made a part hereof, and the Notes secured thereby, together with all of Assignor's right, title, and interest in and to the real property described in **EXHIBIT "A"** attached hereto and made a part hereof.

This Assignment is not subject to the provisions of Section 275 of the Real Property Law as it is an assignment in the secondary market.

**[THE REMAINDER OF THIS PAGE HAS BEEN LEFT BLANK INTENTIONALLY]**

{01250546.1}

**WITNESS**, this Assignment has been duly executed as of the day and year first above written.

**ASSIGNOR:**

**GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation

By: *Ann Sutton* (SEAL)
Name: Ann Sutton
Title: Senior Closing Coordinator

STATE OF *Tennessee* )
:ss.:
COUNTY OF *Shelby* )

On the *23rd* day of *March*, in the year 2017, before me, the undersigned personally appeared **ANN SUTTON**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Nicole Bailey Newbern*
Signature and Office of individual taking acknowledgment

NICOLE BAILEY NEWBERN
STATE OF TENNESSEE NOTARY PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES JANUARY 20, 2020

**SCHEDULE "A"**
**MORTGAGE SCHEDULE**

1. Substitute Mortgage A made by DPA Astoria I, LLC to New York Community Bank in the principal amount of $8,240,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432906 in the Office of the City Register, Queens County, New York ("City Register"); and MTG TAX PAID: EXEMPT

   Which above mortgage was modified and extended by Modification and Extension Agreement made by and between DPA Astoria I, LLC and New York Community Bank, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432907 in the Office of said City Register; and

2. Mortgage made by Astoria II, LLC to New York Community Bank in the principal amount of $1,594,654.32, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207309 in the Office of said City Register; and MTG TAX PAID: $49,851.61

   Which above two (2) mortgages were consolidated by Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC and New York Community Bank, dated June 10, 2010 and recorded June 22, 2010 as CRFN 2010000207310 in the Office of said City Register, to form a single lien in the principal amount of $9,200,000.00; and

   Which above two (2) mortgages, as consolidated, were assigned by Assignment of Mortgage from New York Community Bank to Signature Bank, dated December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011228 in the Office of said City Register; and

3. Mortgage made by Dougcap Astoria I LLC to Signature Bank in the principal amount of $2,894,364.28, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011229 in the Office of said City Register; and MTG TAX PAID: $91,043.20

   Which above three (3) mortgages were consolidated by Consolidation and Extension Agreement made by and between Dougcap Astoria I LLC and Signature Bank, dated as of December 21, 2012 and recorded January 9, 2013 as CRFN 2013000011230 in the Office of said City Register, to form a single lien in the principal amount of $11,900,000.00; and

   Which above three (3) mortgages, as consolidated, were assigned by Assignment of Mortgage from Signature Bank to BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027488 in the Office of said City Register; and

{01250546.1}

4. Substitute Mortgage B made by DPA Astoria I, LLC to New York Community Bank in the principal amount of $4,510,000.00, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432909 in the Office of said City Register; and MTG TAX PAID: EXEMPT

5. Mortgage made by DPA Astoria I, LLC to New York Community Bank, in the principal amount of $290,000.00, dated May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432910 in the Office of said City Register; and MTG TAX PAID: $6,496.00

Which above mortgages 4 and 5 were consolidated by Consolidation, Modification and Extension Agreement made by and between DPA Astoria I, LLC and New York Community Bank, dated as of May 18, 2005 and recorded August 3, 2005 as CRFN 2005000432911 in the Office of said City Register, to form a single lien in the principal amount of $4,800,000.00; and

6. Mortgage made by Astoria II, LLC to New York Community Bank in the principal amount of $869,701.50, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210331 in the Office of said City Register; and MTG TAX PAID: $24,351.26

Which above mortgages 4, 5 and 6 were consolidated by Consolidation, Modification, Extension and Security Agreement made by and between Astoria II, LLC and New York Community Bank, dated June 10, 2010 and recorded June 24, 2010 as CRFN 2010000210332 in the Office of said City Register, to from a single lien in the principal amount of $5,300,000.00; and

Which above mortgages 4, 5 and 6, as consolidated, were assigned by Assignment of Mortgage from New York Community Bank to Signature Bank, dated December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040086 in the Office of said City Register; and

7. Mortgage made by Dougcap Astoria II LLC to Signature Bank in the principal amount of $2,061,970.65, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040087 in the Office of said City Register; and MTG TAX PAID: $57,736.00

Which above mortgages 4 through 7 were consolidated by an Agreement made by and between Dougcap Astoria II LLC and Signature Bank, dated as of December 21, 2012 and recorded January 30, 2013 as CRFN 2013000040088 in the Office of said City Register, to form a single lien in the principal amount of $7,250,000.00; and

Which above mortgages 4 through 7, as consolidated, were assigned by Assignment of Mortgage from Signature Bank to BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027490 in the Office of said City Register; and

{01150546.1}

8. Gap Mortgage made by Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC to BankUnited, N.A. in the principal amount of $16,700,000.00, dated as of January 8, 2015, and recorded January 23, 2015 as CRFN 2015000027492 in the Office of said City Register; and

Mtg Tax Paid: $[illegible]

Which above eight (8) mortgages were consolidated by Consolidation and Extension Agreement made by and between Cadre Astoria 23-05 30th LLC and Astoria 23-05 30th LLC, as tenants-in-common, Cadre Astoria 23-15 30th LLC and Astoria 23-15 30th LLC, as tenants-in-common, and Cadre Astoria 21-80 38th LLC and Astoria 21-80 38th LLC and BankUnited, N.A., dated as of January 8, 2015 and recorded January 23, 2015 as CRFN 2015000027493 in the Office of said City Register, to form a single lien in the principal amount of $35,850,000.00; and

Which above eight (8) mortgages, as consolidated and extended, were assigned by Assignment of Mortgage from BankUnited, N.A. to Greystone Servicing Corporation, Inc., a Georgia corporation, dated as of April 4, 2017 in the unpaid principal amount of $34,700,000.00 and intended to be recorded in the Office of said City Register; and

9. Which above mortgages were extended and modified by an Extension and Modification Agreement by and between **KRCM ASTORIA PORTFOLIO CORP.**, a New York corporation and **GREYSTONE SERVICING CORPORATION, INC.**, a Georgia corporation, dated as of April 4, 2017 and intended to be recorded in the Office of said City Register, to form a single lien in the principal amount of $34,700,000.00.

{01250546;1}

## EXHIBIT "A"

## LEGAL DESCRIPTION

**Parcel I (23-15 30th Avenue)**
All that certain plot, piece or parcel of land situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 30th Avenue (Grand Avenue), distant 100 feet easterly from the corner formed by the intersection of the northerly side of 30th Avenue with the easterly side of 23rd Street (Ely Avenue);

RUNNING THENCE easterly along said northerly side of 30th Avenue, 111 feet;

THENCE northerly parallel with 23rd Street, 100 feet 6 1/8 inches;

THENCE westerly nearly parallel with 30th Avenue, 111 feet;

THENCE southerly parallel with 23rd Street and part of the distance through a party wall, 100 feet 5 inches to the corner aforesaid, the point or place of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only.
Designated as Block 548 Lot 5 and also known as 23-15 30th Avenue, Astoria, NY.

**Parcel II (21-80 38th Street)**
ALL that certain plot, piece or parcel of land situate, lying and being in the Borough of Queens, County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northeasterly side of Ditmars Boulevard (formerly Ditmars Avenue) with the northwesterly side of 38th Street (formerly 9th Avenue);

RUNNING THENCE northeasterly along said northwesterly side of 38th Street, 100.09 feet;

THENCE northwesterly parallel with Ditmars Boulevard, 100.01 feet;

THENCE southwesterly parallel with 38th Street, 100.09 feet to the northeasterly side of Ditmars Boulevard;

THENCE southeasterly along the northeasterly side of Ditmars Boulevard, 100.01 feet to the corner, the point or place of BEGINNING.

{01250546;1}

**Parcel III: (23-05 30th Avenue)**
ALL that certain plot, piece or parcel of land situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of 30th Avenue, formerly Grand Avenue, with the easterly side of 23rd Street, formerly Ely Avenue;

RUNNING THENCE easterly along said northerly side of 30th Avenue, 100 feet;

THENCE northerly parallel with 23rd Street and part of the distance through a party wall, 100 feet 5 inches;

THENCE westerly parallel or nearly so with 30th Avenue, 100 feet to the easterly side of 23rd Street;

THENCE southerly along the easterly side of 23rd Street, 100 feet 4 1/8 inches to the corner aforesaid, the point or place of BEGINNING.