**EXHIBIT 7**

# KRCM ASTORIA PORTFOLIO CORP.

**21-80 38TH STREET, 23-05 / 23-15 30TH AVENUE**
**ASTORIA, NY**

**12-Month Trailing**

| | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Income*** | | | | | | | | | | | | |
| Collection | $ 204,507.97 | $ 221,323.41 | $ 213,118.29 | $ 216,607.00 | $ 229,308.32 | $ 224,117.80 | $ 229,369.13 | $ 223,970.49 | $ 217,645.60 | $ 224,987.77 | $ 266,736.00 | $ 278,389.00 |
| ***Effective Gross Income*** | ***$ 204,507.97*** | ***$ 221,323.41*** | ***$ 213,118.29*** | ***$ 216,607.00*** | ***$ 229,308.32*** | ***$ 224,117.80*** | ***$ 229,369.13*** | ***$ 223,970.49*** | ***$ 217,645.60*** | ***$ 224,987.77*** | ***$ 266,736.00*** | ***$ 278,389.00*** |
| ***Expenses*** | | | | | | | | | | | | |
| Gas | $ 12,910.00 | $ 10,750.00 | $ 9,507.00 | $ 8,510.00 | $ 8,075.00 | $ 7,710.00 | $ 7,205.00 | $ 6,975.00 | $ 6,350.00 | $ 6,125.00 | $ 7,205.00 | $ 8,350.00 |
| Electric | $ 8,705.00 | $ 5,510.00 | $ 4,875.00 | $ 4,285.00 | $ 4,110.00 | $ 3,905.00 | $ 3,810.00 | $ 3,585.00 | $ 3,315.00 | $ 3,280.00 | $ 4,315.00 | $ 4,925.00 |
| Repairs & Maintenance | $ 37,587.00 | $ 17,825.00 | $ 15,115.00 | $ 12,450.00 | $ 11,890.00 | $ 17,810.00 | $ 19,755.00 | $ 22,850.00 | $ 19,875.00 | $ 21,805.00 | $ 16,870.00 | $ 23,010.00 |
| Payroll | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 |
| ***Total Expenses*** | ***$ 71,221.00*** | ***$ 46,104.00*** | ***$ 41,516.00*** | ***$ 37,264.00*** | ***$ 36,094.00*** | ***$ 41,444.00*** | ***$ 42,789.00*** | ***$ 45,429.00*** | ***$ 41,559.00*** | ***$ 43,229.00*** | ***$ 40,409.00*** | ***$ 48,304.00*** |
| ***Net Operating Income*** | ***$ 133,286.97*** | ***$ 175,219.41*** | ***$ 171,602.29*** | ***$ 179,343.00*** | ***$ 193,214.32*** | ***$ 182,673.80*** | ***$ 186,580.13*** | ***$ 178,541.49*** | ***$ 176,086.60*** | ***$ 181,758.77*** | ***$ 226,327.00*** | ***$ 230,085.00*** |

# KRCM ASTORIA PORTFOLIO CORP.

**21-80 38TH STREET, 23-05 / 23-15 30TH AVENUE**
**ASTORIA, NY**

**6-Month Trailing**

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 |
|---|---|---|---|---|---|---|
| ***Income*** | | | | | | |
| Collection | $ 387,319.00 | $ 398,734.00 | $ 411,150.00 | $ 407,328.00 | $ 429,021.00 | $ 381,777.00 |
| ***Effective Gross Income*** | ***$ 387,319.00*** | ***$ 398,734.00*** | ***$ 411,150.00*** | ***$ 407,328.00*** | ***$ 429,021.00*** | ***$ 381,777.00*** |
| ***Expenses*** | | | | | | |
| Gas | $ 17,310.00 | $ 18,075.00 | $ 19,785.00 | $ 18,750.00 | $ 18,005.00 | $ 16,110.00 |
| Electric | $ 8,775.00 | $ 8,910.00 | $ 9,115.00 | $ 8,910.00 | $ 8,510.00 | $ 7,925.00 |
| Repairs & Maintenance | $ 21,925.00 | $ 20,715.00 | $ 25,010.00 | $ 21,625.00 | $ 21,715.00 | $ 25,810.00 |
| Payroll | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 |
| | ***$ 60,029.00*** | ***$ 59,719.00*** | ***$ 65,929.00*** | ***$ 61,304.00*** | ***$ 60,249.00*** | ***$ 61,864.00*** |
| ***Net Operating Income*** | ***$ 327,290.00*** | ***$ 339,015.00*** | ***$ 345,221.00*** | ***$ 346,024.00*** | ***$ 368,772.00*** | ***$ 319,913.00*** |

# KRCM ASTORIA PORTFOLIO CORP.

**21-80 38TH STREET, 23-05 / 23-15 30TH AVENUE**
**ASTORIA, NY**

## 12-Month Trailing

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 |
|---|---|---|---|---|---|
| ***Income*** | | | | | |
| Collection | $ 360,925.00 | $ 362,810.00 | $ 355,010.00 | $ 349,410.00 | $ 361,715.00 |
| ***Effective Gross Income*** | ***$ 360,925.00*** | ***$ 362,810.00*** | ***$ 355,010.00*** | ***$ 349,410.00*** | ***$ 361,715.00*** |
| ***Expenses*** | | | | | |
| Gas | $ 4,137.00 | $ 3,327.00 | $ 5,015.00 | $ 3,818.00 | $ 5,362.00 |
| Electric | $ 637.00 | $ 593.00 | $ 556.00 | $ 510.00 | $ 571.00 |
| Repairs & Maintenance | $ 5,275.00 | $ 4,525.00 | $ 6,150.00 | $ 3,575.00 | $ 2,575.00 |
| Payroll | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 |
| | ***$ 22,068.00*** | ***$ 20,464.00*** | ***$ 23,740.00*** | ***$ 19,922.00*** | ***$ 20,527.00*** |
| ***Net Operating Income*** | ***$ 338,857.00*** | ***$ 342,346.00*** | ***$ 331,270.00*** | ***$ 329,488.00*** | ***$ 341,188.00*** |

| Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|
| $ 342,815.00 | $ 349,115.00 | $ 351,875.00 | $ 347,075.00 | $ 340,750.00 | $ 339,715.00 | $ 326,910.00 |
| ***$ 342,815.00*** | ***$ 349,115.00*** | ***$ 351,875.00*** | ***$ 347,075.00*** | ***$ 340,750.00*** | ***$ 339,715.00*** | ***$ 326,910.00*** |
| $ 3,677.00 | $ 6,196.00 | $ 4,333.00 | $ 5,596.00 | $ 5,252.00 | $ 4,616.00 | $ 5,315.00 |
| $ 667.00 | $ 901.00 | $ 725.00 | $ 756.00 | $ 562.00 | $ 722.00 | $ 850.00 |
| $ 3,550.00 | $ 4,100.00 | $ 3,250.00 | $ 2,525.00 | $ 2,175.00 | $ 2,225.00 | $ 3,650.00 |
| $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 |
| ***$ 19,913.00*** | ***$ 23,216.00*** | ***$ 20,327.00*** | ***$ 20,896.00*** | ***$ 20,008.00*** | ***$ 19,582.00*** | ***$ 21,834.00*** |
| ***$ 322,902.00*** | ***$ 325,899.00*** | ***$ 331,548.00*** | ***$ 326,179.00*** | ***$ 320,742.00*** | ***$ 320,133.00*** | ***$ 305,076.00*** |

# KRCM ASTORIA PORTFOLIO CORP.
## 21-80 38TH STREET, 23-05 / 23-15 30TH AVENUE
## ASTORIA, NY

### 6-Month Trailing

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 |
|---|---|---|---|---|---|---|
| ***Income*** | | | | | | |
| Collection | $ 334,853.00 | $ 337,110.00 | $ 339,525.00 | $ 335,750.00 | $ 336,410.00 | $ 340,607.00 |
| ***Effective Gross Income*** | ***$ 334,853.00*** | ***$ 337,110.00*** | ***$ 339,525.00*** | ***$ 335,750.00*** | ***$ 336,410.00*** | ***$ 340,607.00*** |
| ***Expenses*** | | | | | | |
| Gas | $ 4,205.00 | $ 4,315.00 | $ 4,410.00 | $ 4,350.00 | $ 4,010.00 | $ 3,970.00 |
| Electric | $ 710.00 | $ 675.00 | $ 725.00 | $ 750.00 | $ 740.00 | $ 750.00 |
| Repairs & Maintenance | $ 2,910.00 | $ 2,875.00 | $ 2,715.00 | $ 2,650.00 | $ 2,510.00 | $ 2,450.00 |
| Payroll | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 | $ 12,019.00 |
| | ***$ 19,844.00*** | ***$ 19,884.00*** | ***$ 19,869.00*** | ***$ 19,769.00*** | ***$ 19,279.00*** | ***$ 19,189.00*** |
| ***Net Operating Income*** | ***$ 315,009.00*** | ***$ 317,226.00*** | ***$ 319,656.00*** | ***$ 315,981.00*** | ***$ 317,131.00*** | ***$ 321,418.00*** |