**EXHIBIT 8**

| Account | Mar-25 |
|---|---|
| **INCOME** | |
| **EFFECTIVE GROSS INCOME** | 269,589.61 |
| **EXPENSE** | |
| **Repairs & Maintenance** | |
| Carpet Cleaning/Repairs | 7,500.00 |
| Countertop/Tub Resurfacing | 10,032.85 |
| Drapes & Blinds | 2,565.00 |
| Equipment - Rental | 3,250.00 |
| Keys & Locks | 275.00 |
| Appliance Parts | 399.00 |
| HVAC Supplies | 1,800.00 |
| Electric Supplies | 500.00 |
| Paint Supplies | 5,175.00 |
| Plumbing - Supplies | 751.00 |
| Drywall Supplies | 1,250.00 |
| Safety - Fire Protection Supplies | 600.00 |
| Window/Glass Repair | 800.00 |
| Maintenance Supplies & Hardware | 11,150.00 |
| **Total Repairs & Maintenance** | 46,047.85 |
| **Contract Services** | |
| Contract Services-Other | 650.00 |
| Painting - Contract | 2,275.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 0.00 |
| Appliances - Refrigerators | 3,300.00 |
| Appliances - Dishwashers | 2,150.00 |
| Appliances - Garbage Disposals | 65.00 |
| Stove / Hood / Micros | 225.00 |
| **Total Contract Services** | 11,290.00 |
| **Utilities** | |
| Electric - House | 485.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 625.00 |
| Water | 8,550.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| **Total Utilities** | 9,660.00 |
| **General & Administration** | |
| Property Management Fee | 9,435.64 |
| Accounting Services | 2,200.00 |
| Software Costs | 785.00 |
| Payment Portal Fees | 85.00 |
| Legal Fees | 4,688.00 |
| Bank Charges | 150.00 |
| Other | 382.00 |
| **Total General & Administration** | 17,725.64 |
| **Payroll** | |
| Maintenance Payroll | 7,829.00 |
| Payroll Taxes | 1,071.00 |
| Overtime | 1,266.00 |
| **Total Payroll** | 10,166.00 |
| **TOTAL EXPENSE** | 94,889.49 |
| **NET OPERATING INCOME** | 174,700.12 |
| **NON-OPERATING EXPENSE** | |
| **Other Expenses** | |
| Boiler Repairs | 21,500.12 |
| **NET INCOME** | 153,200.00 |

Karan Singh - KRCM Astoria Portfolio Corp.

4/21/2025

| Account | Apr-25 |
|---|---|
| **INCOME** | |
| EFFECTIVE GROSS INCOME | 305,021.00 |
| **EXPENSE** | |
| **Repairs & Maintenance** | |
| Carpet Cleaning/Repairs | 2,500.00 |
| Countertop/Tub Resurfacing | 1,625.00 |
| Drapes & Blinds | 3,565.00 |
| Equipment - Rental | 0.00 |
| Keys & Locks | 550.00 |
| Appliance Parts | 825.00 |
| HVAC Supplies | 3,650.00 |
| Electric Supplies | 725.00 |
| Paint Supplies | 4,285.00 |
| Plumbing - Supplies | 1,864.00 |
| Drywall Supplies | 2,200.00 |
| Safety - Fire Protection Supplies | 285.00 |
| Window/Glass Repair | 0.00 |
| Maintenance Supplies & Hardware | 16,250.00 |
| **Total Repairs & Maintenance** | 38,324.00 |
| **Contract Services** | |
| Contract Services-Other | 550.00 |
| Painting - Contract | 1,885.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 485.00 |
| Appliances - Refrigerators | 2,850.00 |
| Appliances - Dishwashers | 1,587.00 |
| Appliances - Garbage Disposals | 725.00 |
| Stove / Hood / Micros | 0.00 |
| **Total Contract Services** | 10,707.00 |
| **Utilities** | |
| Electric - House | 578.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 778.00 |
| Water | 8,550.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| **Total Utilities** | 9,906.00 |
| **General & Administration** | |
| Property Management Fee | 10,675.74 |
| Accounting Services | 2,200.00 |
| Software Costs | 775.00 |
| Payment Portal Fees | 165.00 |
| Legal Fees | 2,480.00 |
| Bank Charges | 175.00 |
| Other | 888.00 |
| **Total General & Administration** | 17,358.74 |
| **Payroll** | |
| Maintenance Payroll | 7,650.00 |
| Payroll Taxes | 975.00 |
| Overtime | 1,800.00 |
| **Total Payroll** | 10,425.00 |
| TOTAL EXPENSE | 86,720.74 |
| NET OPERATING INCOME | 218,300.27 |
| NON-OPERATING EXPENSE | |
| Other Expenses | |
| Skyline / Roof Repairs | 16,075.00 |
| **NET INCOME** | 202,225.27 |

~~Karan Singh~~ - KRCM Astoria Portfolio Corp.

RASMATTIE PERSAUD

5/15/202

I HEREBY CERTIFY THIS TO BE TRUE

| Account | May-25 |
|---|---|
| **INCOME** | |
| **EFFECTIVE GROSS INCOME** | 318,022.00 |
| **EXPENSE** | |
| **Repairs & Maintenance** | |
| Carpet Cleaning/Repairs | 200.00 |
| Countertop/Tub Resurfacing | 0.00 |
| Drapes & Blinds | 0.00 |
| Equipment - Rental | 2,865.00 |
| Keys & Locks | 0.00 |
| Appliance Parts | 3,622.00 |
| HVAC Supplies | 8,252.00 |
| Electric Supplies | 358.00 |
| Paint Supplies | 825.00 |
| Plumbing - Supplies | 0.00 |
| Drywall Supplies | 0.00 |
| Safety - Fire Protection Supplies | 644.00 |
| Window/Glass Repair | 0.00 |
| Maintenance Supplies & Hardware | 11,269.00 |
| **Total Repairs & Maintenance** | 28,035.00 |
| **Contract Services** | |
| Contract Services-Other | 7,847.00 |
| Painting - Contract | 1,558.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 782.00 |
| Appliances - Refrigerators | 925.00 |
| Appliances - Dishwashers | 250.00 |
| Appliances - Garbage Disposals | 0.00 |
| Stove / Hood / Micros | 275.00 |
| **Total Contract Services** | 14,262.00 |
| **Utilities** | |
| Electric - House | 724.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 849.00 |
| Water | 9,265.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| **Total Utilities** | 10,838.00 |
| **General & Administration** | |
| Property Management Fee | 11,130.77 |
| Accounting Services | 1,629.00 |
| Software Costs | 845.00 |
| Payment Portal Fees | 786.00 |
| Legal Fees | 4,258.00 |
| Bank Charges | 177.00 |
| Other | 622.00 |
| **Total General & Administration** | 19,447.77 |
| **Payroll** | |
| Maintenance Payroll | 7,650.00 |
| Payroll Taxes | 975.00 |
| Overtime | 2,280.00 |
| **Total Payroll** | 10,905.00 |
| **TOTAL EXPENSE** | 83,487.77 |
| **NET OPERATING INCOME** | 234,534.23 |
| **NON-OPERATING EXPENSE** | |
| **Other Expenses** | |
| Plumbing Repairs | 10,083.00 |
| **NET INCOME** | 224,451.23 |

[signature] 06/13/25

~~Karan Singh~~ - KRCM Astoria Portfolio Corp.

RAJMATTIE PERSAUD

I HEREBY CERTIFY THIS TO BE TRUE

| Account | Jun-25 |
|---|---|
| **INCOME** | |
| **EFFECTIVE GROSS INCOME** | 308,000.00 |
| **EXPENSE** | |
| **Repairs & Maintenance** | |
| Carpet Cleaning/Repairs | 200.00 |
| Countertop/Tub Resurfacing | 0.00 |
| Drapes & Blinds | 0.00 |
| Equipment - Rental | 3,355.00 |
| Keys & Locks | 0.00 |
| Appliance Parts | 4,850.00 |
| HVAC Supplies | 2,565.00 |
| Electric Supplies | 1,375.00 |
| Paint Supplies | 0.00 |
| Plumbing - Supplies | 0.00 |
| Drywall Supplies | 0.00 |
| Safety - Fire Protection Supplies | 1,200.00 |
| Window/Glass Repair | 0.00 |
| Maintenance Supplies & Hardware | 9,258.00 |
| **Total Repairs & Maintenance** | 22,803.00 |
| **Contract Services** | |
| Contract Services-Other | 8,325.00 |
| Painting - Contract | 750.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 875.00 |
| Appliances - Refrigerators | 1,650.00 |
| Appliances - Dishwashers | 0.00 |
| Appliances - Garbage Disposals | 0.00 |
| Stove / Hood / Micros | 0.00 |
| **Total Contract Services** | 14,225.00 |
| **Utilities** | |
| Electric - House | 880.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 822.00 |
| Water | 9,355.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| **Total Utilities** | 11,057.00 |
| **General & Administration** | |
| Property Management Fee | 10,780.00 |
| Accounting Services | 1,800.00 |
| Software Costs | 845.00 |
| Payment Portal Fees | 786.00 |
| Legal Fees | 6,758.00 |
| Bank Charges | 177.00 |
| Other | 622.00 |
| **Total General & Administration** | 21,768.00 |
| **Payroll** | |
| Maintenance Payroll | 7,650.00 |
| Payroll Taxes | 975.00 |
| Overtime | 3,650.00 |
| **Total Payroll** | 12,275.00 |
| **TOTAL EXPENSE** | 82,128.00 |
| **NET OPERATING INCOME** | 225,872.00 |
| **NON-OPERATING EXPENSE** | |
| **Other Expenses** | 0.00 |
| **NET INCOME** | 225,872.00 |

Rajmattie Persaud (signature) 07/15/25

~~Karan Singh~~ - KRCM Astoria Portfolio Corp.

RAJMATTIE PERSAUD

I HEREBY CERTIFY THIS TO BE TRUE & CORRECT

Rajmattie Persaud (signature)

| Account | Jul-25 |
|---|---|
| **INCOME** | |
| **EFFECTIVE GROSS INCOME** | 305,550.00 |
| **EXPENSE** | |
| **Repairs & Maintenance** | |
| Carpet Cleaning/Repairs | 375.00 |
| Countertop/Tub Resurfacing | 0.00 |
| Drapes & Blinds | 0.00 |
| Equipment - Rental | 0.00 |
| Keys & Locks | 0.00 |
| Appliance Parts | 8,500.00 |
| HVAC Supplies | 3,650.00 |
| Electric Supplies | 1,585.00 |
| Paint Supplies | 0.00 |
| Plumbing - Supplies | 0.00 |
| Drywall Supplies | 0.00 |
| Safety - Fire Protection Supplies | 0.00 |
| Window/Glass Repair | 0.00 |
| Maintenance Supplies & Hardware | 8,875.00 |
| **Total Repairs & Maintenance** | 22,985.00 |
| **Contract Services** | |
| Contract Services-Other | 8,325.00 |
| Painting - Contract | 750.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 875.00 |
| Appliances - Refrigerators | 0.00 |
| Appliances - Dishwashers | 0.00 |
| Appliances - Garbage Disposals | 250.00 |
| Stove / Hood / Micros | 785.00 |
| **Total Contract Services** | 13,610.00 |
| **Utilities** | |
| Electric - House | 925.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 725.00 |
| Water | 9,450.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| **Total Utilities** | 11,100.00 |
| **General & Administration** | |
| Property Management Fee | 10,694.25 |
| Accounting Services | 2,200.00 |
| Software Costs | 845.00 |
| Payment Portal Fees | 786.00 |
| Legal Fees | 7,582.00 |
| Bank Charges | 188.00 |
| Other | 795.00 |
| **Total General & Administration** | 23,090.25 |
| **Payroll** | |
| Maintenance Payroll | 7,650.00 |
| Payroll Taxes | 975.00 |
| Overtime | 2,200.00 |
| **Total Payroll** | 10,825.00 |
| **TOTAL EXPENSE** | 81,610.25 |
| **NET OPERATING INCOME** | 223,939.75 |
| **NON-OPERATING EXPENSE** | |
| **Other Expenses** | 0.00 |
| **NET INCOME** | 223,939.75 |

Rajmattie Persaud

~~Karan Singh~~ - KRCM Astoria Portfolio Corp.

RAJMATTIE PERSAUD

I HEREBY CERTIFY THIS TO BE TRUE & CORRECT

Rajmattie Persaud 08/18/25.

| Account | Aug-25 |
|---|---|
| INCOME | |
| EFFECTIVE GROSS INCOME | 301,325.00 |
| EXPENSE | |
| Repairs & Maintenance | |
| Carpet Cleaning/Repairs | 555.00 |
| Countertop/Tub Resurfacing | 0.00 |
| Drapes & Blinds | 0.00 |
| Equipment - Rental | 0.00 |
| Keys & Locks | 0.00 |
| Appliance Parts | 4,258.00 |
| HVAC Supplies | 15,880.00 |
| Electric Supplies | 625.00 |
| Paint Supplies | 0.00 |
| Plumbing - Supplies | 0.00 |
| Drywall Supplies | 0.00 |
| Safety - Fire Protection Supplies | 0.00 |
| Window/Glass Repair | 0.00 |
| Maintenance Supplies & Hardware | 7,355.00 |
| Total Repairs & Maintenance | 28,673.00 |
| Contract Services | |
| Contract Services-Other | 7,525.00 |
| Painting - Contract | 650.00 |
| Trash Removal | 725.00 |
| Pest Control | 1,900.00 |
| Bed Bug Abatement | 2,875.00 |
| Appliances - Refrigerators | 0.00 |
| Appliances - Dishwashers | 0.00 |
| Appliances - Garbage Disposals | 0.00 |
| Stove / Hood / Micros | 185.00 |
| Total Contract Services | 13,860.00 |
| Utilities | |
| Electric - House | 958.00 |
| Electric - Vacant | 0.00 |
| Gas - House | 865.00 |
| Water | 9,650.00 |
| Telephone | 0.00 |
| Cables TV / Internet | 0.00 |
| Total Utilities | 11,473.00 |
| General & Administration | |
| Property Management Fee | 10,546.38 |
| Accounting Services | 2,500.00 |
| Software Costs | 845.00 |
| Payment Portal Fees | 785.00 |
| Legal Fees | 5,522.00 |
| Bank Charges | 176.00 |
| Other | 995.00 |
| Total General & Administration | 21,369.38 |
| Payroll | |
| Maintenance Payroll | 7,650.00 |
| Payroll Taxes | 975.00 |
| Overtime | 3,500.00 |
| Total Payroll | 12,125.00 |
| TOTAL EXPENSE | 87,500.38 |
| NET OPERATING INCOME | 213,824.63 |
| NON-OPERATING EXPENSE | |
| Other Expenses | 0.00 |
| NET INCOME | 213,824.63 |

Rajmattie Persaud (signature)

~~Karan Singh~~ - KRCM Astoria Portfolio Corp. KAJMATTIG PERSAUD)