**EXHIBIT 11**

GREYSTONE
419 Belle Air Lane
Warrenton, VA 20186
www.greyco.com

## PAYOFF STATEMENT

| | |
|---|---|
| Date: | December 12, 2025 |
| Borrowing Entity: | KRCM Astoria Portfolio Corp |
| Attention Of: | Rajmattie Persaud |
| Borrowing Entity Address: | PO Box 660064<br>Flushing, NY 11366 |
| Greystone Loan Number: | **018099** |
| Project Name: | Astoria Portfolio |
| Property Address: | 23-05 30th Ave, Astoria, NY 11102<br>21-80 38th St, Astoria, NY 11105<br>23-15 30th Ave, Astoria, NY 11102 |

### Maturity Default Payoff Figures Valid for October 08, 2025

| | | | |
|---|---|---|---|
| Outstanding Principal Balance: | | $ | 31,027,549.28 |
| Interest: 04/01/2024 - 10/08/2025 | Per Diem $3,714.69 | $ | 2,065,366.01 |
| Default Interest: 05/01/2024 - 10/08/2025 | Per Diem $3,447.51 | $ | 1,813,387.88 |
| Forbearance Fees: 12/2024 & 01/2025 | | $ | 40,000.00 |
| Replacement Reserve Fees: 12/2017 - 12/2020 | | $ | 1,000.00 |
| Fannie Mae Attorney Legal Fees | | $ | 425,000.00 |
| Broker Opinion of Value Fee: 01/2025 | | $ | 10,500.00 |
| UCC Termination Fee: | | $ | 200.00 |
| Tax & Insurance Advance: | | $ | 1,135,852.22 |
| Payoff by Assignment Fee: | | $ | 5,000.00 |
| Less Suspense: | | $ | (213,824.63) |
| Less Funds Swept to Fannie Mae: | | $ | (1,749,369.54) |
| Less Replacement Reserve Balance: | | $ | (0.10) |
| | **Total Amount Due on October 08, 2025** | **$** | **34,560,661.12** |

***Your loan matured on May 01, 2024. Your failure to pay the required payoff amount by that date resulted in a maturity default. Failure to pay the total due listed above will result in additional interest and fees becoming due and will constitute a continued breach of the terms of the applicable Note and Mortgage***

### CONDITIONS

1) Loan payoff figures and other data furnished above are based upon a summary review of our loan records and are subject to subsequent audit and adjustment. Greystone Servicing Company LLC ("Greystone") reserves the right, without liability or recourse, to demand additional funds from the borrower subsequent to the release of the security interest based upon any error or omission made in good faith whether mathematical, clerical, typographical or otherwise.

2) Any release documents required to release the Mortgage/Deed of Trust of record, including the UCC terminations, will be prepared and recorded by Greystone only after receipt of payment in full.

### SPECIAL PAYOFF INSTRUCTIONS

**The total amount indicated must be wired by 5:00 p.m. Eastern Standard Time on October 08, 2025 or additional interest and fees will become due and your Loan will remain in default.**

### WIRING INSTRUCTIONS

Bank of America
101 S. Tryon Street
Charlotte NC 28201
ABA #026009593
Account Name: Greystone Servicing Company Custodial Clearing
Account Number: 000102937183
Reference: GSC No. 018099 Astoria Portfolio

**If you have any questions, please feel free to contact Ardeth Metzdorf @ 540-359-7619 or Spencer Ulrich @ 540-359-7612. You may also contact us via email at FMPayoffs@greyco.com.**

GREYSTONE SERVICING COMPANY LLC

Erika Ricci
Vice President