**EXHIBIT "A"**

**MONTHLY BUDGET**

Astoria Portfolio

**21-80 38th Street**
**23-15 30th Street**
**23-05 30th Street**
**Budget 2026**

21-80 38th Street - 35 Residential Units; 6 Commercial Spaces & 3 ancillary leases (antenna / tower)
23-15 30th Street - 42 Residential Units
21-05 30th Street - 42 Residential Units

| | Actual | Actual | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | 2026 Budget - Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Occupancy:** | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 100% | 100% | 100% | 100% | 100% | |
| Gross Potential Rent | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $318,221 | $3,818,652 |
| Vacancy | ($3,182) | ($3,182) | ($3,182) | ($3,182) | ($3,182) | ($3,182) | ($3,182) | $0 | $0 | $0 | $0 | $0 | ($22,274) |
| Bad Debt | ($1,591) | ($1,591) | ($1,591) | ($1,591) | ($1,591) | ($1,591) | ($1,591) | $0 | $0 | $0 | $0 | $0 | ($11,137) |
| Concessions | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($600) | ($7,200) |
| **Net Rental Income** | **$312,848** | **$312,848** | **$312,848** | **$312,848** | **$312,848** | **$312,848** | **$312,848** | **$317,621** | **$317,621** | **$317,621** | **$317,621** | **$317,621** | **$3,778,041** |
| Commercial Income | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $36,352 | $436,224 |
| Commercial Vacancy | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Commercial Income** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$36,352** | **$436,224** |
| Other Income | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $3,000 |
| **EGI** | **$349,450** | **$385,802** | **$385,802** | **$385,802** | **$385,802** | **$385,802** | **$383,802** | **$390,575** | **$390,575** | **$390,575** | **$390,575** | **$390,575** | **$4,217,265** |
| Payroll and Benefits | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$6,936 | -$83,232 |
| Utilities | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$6,684 | -$80,208 |
| Repairs and Maintenance | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$4,815 | -$57,780 |
| General and Administrative | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$750 | -$9,000 |
| Real Estate Taxes | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$78,879 | -$946,548 - |
| Property Insurance | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | -$6,519 | $78,228 |
| Management Fees | -$10,484 | -$11,574 | -$11,574 | -$11,574 | -$11,574 | -$11,574 | -$11,574 | -$11,717 | -$11,717 | -$11,717 | -$11,717 | -$11,717 | -$138,514 |
| **Total Operating Expenses** | **-$115,067** | **-$116,157** | **-$116,157** | **-$116,157** | **-$116,157** | **-$116,157** | **-$116,157** | **-$116,300** | **-$116,300** | **-$116,300** | **-$116,300** | **-$116,300** | **-$1,393,510** |
| **NOI:** | **$234,384** | **$269,645** | **$269,645** | **$269,645** | **$269,645** | **$269,645** | **$269,645** | **$274,275** | **$274,275** | **$274,275** | **$274,275** | **$274,275** | **$2,823,755** |
| | **Jan-26** | **Feb-26** | **Mar-26** | **Apr-26** | **May-26** | **Jun-26** | **Jul-26** | **Aug-26** | **Sep-26** | **Oct-26** | **Nov-26** | **Dec-26** | |

**Please note: Budget is also subject to the professional fees/U.S. Trustee fee carve-out with NOI devoted to adequate protection payments.**