**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **KRCM Astoria Portfolio Corp.,** **Debtor.**[1] | Case No. 25-44859 (ESS) |

**ORDER GRANTING MOTION TO DESIGNATE DEBTOR A SINGLE ASSET REAL ESTATE DEBTOR PURSUANT TO 11 U.S.C. § 101(51B)**

Upon consideration of the *Motion to Designate Debtor as a Single Asset Real Estate Debtor Pursuant to 11 U.S.C. § 101(51B)* (the "Motion"), seeking entry of an order designating the above-captioned debtor (the "Debtor") as single asset real estate and these bankruptcy proceedings as a single asset real estate case; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief sought herein having been either withdrawn or overruled; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing

[1] The last four digits of the Debtor's tax identification numbers are 3632, and the location of the Debtor's business is 21-80 38th Street, Astoria, NY 11105.

therefor, the Court finds that the Motion should be granted. Unless otherwise stated herein, all capitalized terms shall have the meaning ascribed to them in the Motion and accompanying exhibits.

It is therefore ~~ORDERED that the Motion is granted in its entirety.~~

~~It is further~~ ORDERED, that KRCM Astoria Portfolio Corp. be designated as "Single Asset Real Estate" as defined in 11 U.S.C. § 101(51B)~~*nunc pro tunc* to October 8, 2025.~~***; and*** it is further

ORDERED, that *In re KRCM Astoria Portfolio Corp.*, Case No. 25-44859 (ESS), be designated as a single asset real estate case.

**Dated: Brooklyn, New York**
**February 27, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge