**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| **KRCM Astoria Portfolio Corp.,** | : | Case No. 25-44859 (ESS) |
| **Debtor.**[1] | : | |

**ORDER *MODIFYING* ~~LIFTING~~ THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 105(a) & 362(d)**[2]

Upon the *Motion to Lift the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion") of Federal National Mortgage Association ("Fannie Mae") in the above-captioned case, seeking an order approving the Motion (this "Order"), the Declaration of Matt Trent in support of the Motion, the Declaration of Dean Chapman in support of the Motion, and the Declaration of Ishan Patel in support of the Motion (the "Supporting Declarations"); a hearing having been held before this Court to consider the Motion ***on July 23, 2026, at which the Debtor, the United States Trustee, and Fannie Mae appeared and were heard***; the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having found that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having found that venue of this proceeding and the Motion in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Motion and Supporting Declarations; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor:

[1] The last four digits of the Debtor's tax identification numbers are 3632, and the location of the Debtor's business is 21-80 38th Street, Astoria, NY 11105.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Memorandum of Law in support of the Motion.

**IT IS HEREBY ORDERED:**

1. Pursuant to the terms of the Cash Collateral Order and Bankruptcy Code sections 105(a) and 362(d)(1), the automatic stay is hereby ***modified to permit Fannie Mae to pursue its rights under applicable law with respect to the Property*** ~~lifted for the limited purpose of allowing the Foreclosure Action and all other proceedings or actions related thereto, including allowing the Receiver appointed by the District Court to take possession of the Property and commence its management and operation of the Property in accordance with the Receiver Order, to proceed.~~

2. The ***relief granted herein*** ~~terms and conditions of this Order~~ shall be effective and enforceable sixty (60) days after its entry***, on September 25, 2026***.

3. The Court ~~retains~~ ***may retain*** jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

4. The relief granted herein is without prejudice to the Debtor's, Fannie Mae's, or any other party's right to seek any and all other relief under the Bankruptcy Code, Bankruptcy Rules, and Local Rules, including but not limited to, Fannie Mae's right to seek dismissal of the case.

**Dated: Brooklyn, New York**
**July 27, 2026**

United States Bankruptcy Court Eastern District of New York

Elizabeth S. Stong
United States Bankruptcy Judge