# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF New York

Brooklyn Division

| | | |
|---|---|---|
| In Re. KRCM Astoria Portfolio Corp. | § | Case No. 25-44859 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026

Petition Date: 10/08/2025

Months Pending: 5

Industry Classification: 5 3 1 3

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ [signature]

Signature of Responsible Party

08/03/2026

Date

Karan Singh, President

Printed Name of Responsible Party

21-80 38th Street, Astoria, NY 11105

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $183,281 | |
| b. Total receipts (net of transfers between accounts) | $556,724 | $0 |
| c. Total disbursements (net of transfers between accounts) | $134,186 | $0 |
| d. Cash balance end of month (a+b-c) | $605,819 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $134,186 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | |
| c. Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | |
| d Total current assets | $45,700,000 |
| e. Total assets | $45,700,000 |
| f. Postpetition payables (excluding taxes) | |
| g. Postpetition payables past due (excluding taxes) | |
| h. Postpetition taxes payable | |
| i. Postpetition taxes past due | |
| j. Total postpetition debt (f+h) | |
| k. Prepetition secured debt | $34,700,000 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $443,376 |
| n. Total liabilities (debt) (j+k+l+m) | $35,143,376 |
| o. Ending equity/net worth (e-n) | $10,556,624 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $556,724 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $556,724 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $134,186 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $422,538 | $0 |

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | | |
| b. Postpetition income taxes paid (local, state, and federal) | | |
| c. Postpetition employer payroll taxes accrued | | |
| d. Postpetition employer payroll taxes paid | | |
| e. Postpetition property taxes paid | | |
| f. Postpetition other taxes accrued (local, state, and federal) | | |
| g. Postpetition other taxes paid (local, state, and federal) | | |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ●

c. Were any payments made to or on behalf of insiders? — Yes ○ No ●

d. Are you current on postpetition tax return filings? — Yes ○ No ●

e. Are you current on postpetition estimated tax payments? — Yes ● No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ●

i. Do you have:
- Worker's compensation insurance? — Yes ● No ○
  - If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ● No ○
  - If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ● No ○
  - If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ●

k. Has a disclosure statement been filed with the court? — Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ● No ○

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | |
| b. | Gross income (receipts) from self-employment | |
| c. | Gross income from all other sources | |
| d. | Total income in the reporting period (a+b+c) | |
| e. | Payroll deductions | |
| f. | Self-employment related expenses | |
| g. | Living expenses | |
| h. | All other expenses | |
| i. | Total expenses in the reporting period (e+f+g+h) | |
| j. | Difference between total income and total expenses (d-i) | |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ [signature]
Signature of Responsible Party

Karan Singh
Printed Name of Responsible Party

President
Title

08/03/2026
Date

Debtor's Name KRCM Astoria Portfolio Corp. Case No. 25-44859

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

KRCM ASTORIA PORTFOLIO CORP.
Monthly Operating Summary
February 2026

Case No. : 25-44859

| | First Central Sav | Flushing Bank | Total |
|---|---|---|---|
| **INCOME** | | | |
| Income | $ 272,373.27 | $ 284,351.15 | $ 556,724.42 |
| **TOTAL INCOME** | **$ 272,373.27** | **$ 284,351.15** | **$ 556,724.42** |
| | | | |
| **EXPENSES** | | | |
| Business Expense | $ 134,186.42 | $ - | $ 134,186.42 |
| **TOTAL EXPENSES** | **$ 134,186.42** | **$ -** | **$ 134,186.42** |
| | | | |
| **NET INCOME/LOSS** | **$ 138,186.85** | **$ 284,351.15** | **$ 422,538.00** |
| | | | |
| ***Note** | | | |

KRCM ASTORIA PORTFOLIO CORP.
Summary of Receipts and Disbursements
February 2026

Chapter 11
Case No.: 25-44859

| Disbursements - Date | Ck # | First Central Sav Amount | Flushing Bank Amount | Payee | Bus Exp | Misc | Description |
|---|---|---|---|---|---|---|---|
| 02/03/26 | Debit | $ 138.95 | | Conservice LLC | $ 138.95 | | |
| 02/03/26 | Debit | $ 295.00 | | Insparisk | $ 295.00 | | |
| 02/03/26 | Debit | $ 2,000.00 | | PayLease.com | $ 2,000.00 | | |
| 02/04/26 | Debit | $ 24.95 | | PayLease.com | $ 24.95 | | |
| 02/04/26 | Debit | $ 47.20 | | PayLease.com | $ 47.20 | | |
| 02/04/26 | Debit | $ 64.90 | | PayLease.com | $ 64.90 | | |
| 02/04/26 | Debit | $ 79.65 | | PayLease.com | $ 79.65 | | |
| 02/04/26 | Debit | $ 124.99 | | Conservice LLC | $ 124.99 | | |
| 02/04/26 | Ck#1595 | $ 50,000.00 | | KRCM Astoria Portfolio | | $ 50,000.00 | Xfer to Flushing DIP |
| 02/04/26 | Ck#1596 | $ 75,000.00 | | KRCM Astoria Portfolio | | $ 75,000.00 | Xfer to Flushing DIP |
| 02/05/26 | Debit | $ 112.14 | | Waste Connection | $ 112.14 | | |
| 02/05/26 | Debit | $ 144.00 | | Verizon | $ 144.00 | | |
| 02/05/26 | Debit | $ 5,812.62 | | BDB DirectTax Inc. | $ 5,812.62 | | |
| 02/09/26 | Ck#3910 | $ 5,000.81 | | Rajmattie Persaud | $ 5,000.81 | | |
| 02/10/26 | Debit | $ 18.00 | | Billing Viventium | $ 18.00 | | |
| 02/10/26 | Debit | $ 72.65 | | Billing Viventium | $ 72.65 | | |
| 02/10/26 | Ck#1597 | $ 1,000.00 | | Carlos A. Caguana | $ 1,000.00 | | |
| 02/10/26 | Ck#3911 | $ 3,478.17 | | Michael Singh | $ 3,478.17 | | |
| 02/11/26 | Debit | $ 10,509.53 | | Conservice LLC | $ 10,509.53 | | |
| 02/11/26 | Debit | $ 10,556.64 | | Conservice LLC | $ 10,556.64 | | |
| 02/11/26 | Debit | $ 10,666.01 | | Conservice LLC | $ 10,666.01 | | |
| 02/11/26 | Debit | $ 11,793.88 | | Conservice LLC | $ 11,793.88 | | |
| 02/11/26 | Ck#3908 | $ 1,079.59 | | Jorge A. Orellana | $ 1,079.59 | | |
| 02/12/26 | Ck#3909 | $ 1,360.80 | | Samir Hoazic | $ 1,360.80 | | |
| 02/12/26 | Ck#1598 | $ 1,495.84 | | Samir Hoazic | $ 1,495.84 | | |
| 02/18/26 | Ck#1599 | $ 12,595.00 | | Hillel Realty Group LLC | $ 12,595.00 | | |
| 02/19/26 | Debit | $ 41.99 | | Conservice LLC | $ 41.99 | | |
| 02/19/26 | Debit | $ 135.00 | | Conservice LLC | $ 135.00 | | |
| 02/19/26 | Debit | $ 2,582.37 | | Con Ed of NY | $ 2,582.37 | | |
| 02/18/26 | Debit | $ 5,240.24 | | Conservice LLC | $ 5,240.24 | | |
| 02/19/26 | Debit | $ 5,707.62 | | BDB DirectTax Inc. | $ 5,707.62 | | |
| 02/19/26 | Debit | $ 8,841.74 | | Conservice LLC | $ 8,841.74 | | |
| 02/23/26 | Ck#3906 | $ 5,000.81 | | Rajmattie Persaud | $ 5,000.81 | | |
| 02/23/26 | Ck#3914 | $ 5,000.81 | | Rajmattie Persaud | $ 5,000.81 | | |
| 02/23/26 | Ck#3882 | $ 5,006.21 | | Rajmattie Persaud | $ 5,006.21 | | |
| 02/23/26 | Ck#3886 | $ 5,006.21 | | Rajmattie Persaud | $ 5,006.21 | | |
| 02/23/26 | Ck#3890 | $ 5,248.01 | | Rajmattie Persaud | $ 5,248.01 | | |
| 02/23/26 | Ck#1603 | $ 886.02 | | Jorge A. Orellana | $ 886.02 | | |
| 02/23/26 | Ck#3912 | $ 1,079.59 | | Jorge A. Orellana | $ 1,079.59 | | |
| 02/23/26 | Ck#3915 | $ 3,478.17 | | Michael Singh | $ 3,478.17 | | |
| 02/23/26 | Ck#1600 | $ 50,000.00 | | KRCM Astoria Portfolio | | $ 50,000.00 | Xfer to Flushing DIP |
| 02/23/26 | Ck#1601 | $ 50,000.00 | | KRCM Astoria Portfolio | | $ 50,000.00 | Xfer to Flushing DIP |
| 02/24/26 | Debit | $ 72.65 | | Viventium Soft A/R Billing | $ 72.65 | | |
| 02/26/26 | Debit | $ 26.86 | | NYC ECB Fines | $ 26.86 | | |
| 02/26/26 | Ck#1602 | $ 1,000.00 | | Carlos A. Caguana | $ 1,000.00 | | |
| 02/26/26 | Ck#3913 | $ 1,360.80 | | Samir Hoazic | $ 1,360.80 | | |
| **Totals** | | **$ 359,186.42** | **$ -** | | **$ 134,186.42** | **$ 225,000.00** | |

KRCM ASTORIA PORTFOLIO CORP.
Summary of Receipts and Disbursements
February 2026

Chapter 11
Case No.: 25-44859

| Disbursements - Date | Ck # | First Central Sav Amount | Flushing Bank Amount | Payee | Bus Exp | Misc | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Deposits** | | **First Central Sav** | **Flushing Bank** | | **Income** | **Misc** | |
| 02/02/26 | Credit | $ 139.21 | | Square Inc. | $ 139.21 | | |
| 02/02/26 | Credit | $ 400.19 | | Square Inc. | $ 400.19 | | |
| 02/02/26 | Venmo | $ 5,199.00 | | Venmo | $ 5,199.00 | | |
| 02/02/26 | PayLease | $ 13,430.00 | | PayLease.com | $ 13,430.00 | | |
| 02/03/26 | Credit | $ 145.25 | | Square Inc. | $ 145.25 | | |
| 02/03/26 | PayLease | $ 2,500.00 | | PayLease.com | $ 2,500.00 | | |
| 02/03/26 | PayLease | $ 5,100.00 | | PayLease.com | $ 5,100.00 | | |
| 02/04/26 | Deposit | $ 3,494.51 | | Deposit | $ 3,494.51 | | |
| 02/04/26 | Deposit | $ 10,436.30 | | Deposit | $ 10,436.30 | | |
| 02/04/26 | Deposit | $ 22,522.31 | | Deposit | $ 22,522.31 | | |
| 02/04/26 | Credit | $ 212.63 | | Square Inc. | $ 212.63 | | |
| 02/04/26 | PayLease | $ 2,417.00 | | PayLease.com | $ 2,417.00 | | |
| 02/04/26 | PayLease | $ 10,270.00 | | PayLease.com | $ 10,270.00 | | |
| 02/05/26 | Credit | $ 190.97 | | Square Inc. | $ 190.97 | | |
| 02/05/26 | PayLease | $ 1,417.00 | | PayLease.com | $ 1,417.00 | | |
| 02/05/26 | Venmo | $ 17,240.29 | | Venmo | $ 17,240.29 | | |
| 02/05/26 | PayLease | $ 68,363.78 | | PayLease.com | $ 68,363.78 | | |
| 02/06/26 | Credit | $ 69.54 | | Square Inc. | $ 69.54 | | |
| 02/06/26 | PayLease | $ 7,530.00 | | PayLease.com | $ 7,530.00 | | |
| 02/09/26 | Deposit | $ 33,183.55 | | Deposit | $ 33,183.55 | | |
| 02/09/26 | Credit | $ 151.59 | | Square Inc. | $ 151.59 | | |
| 02/09/26 | Credit | $ 316.91 | | Square Inc. | $ 316.91 | | |
| 02/09/26 | PayLease | $ 16,900.36 | | PayLease.com | $ 16,900.36 | | |
| 02/10/26 | Credit | $ 265.95 | | Square Inc. | $ 265.95 | | |
| 02/10/26 | PayLease | $ 2,850.00 | | PayLease.com | $ 2,850.00 | | |
| 02/10/26 | PayLease | $ 3,500.00 | | PayLease.com | $ 3,500.00 | | |
| 02/11/26 | Credit | $ 157.05 | | Square Inc. | $ 157.05 | | |
| 02/11/26 | PayLease | $ 1,225.00 | | PayLease.com | $ 1,225.00 | | |
| 02/12/26 | Credit | $ 174.95 | | Square Inc. | $ 174.95 | | |
| 02/12/26 | PayLease | $ 3,150.00 | | PayLease.com | $ 3,150.00 | | |
| 02/12/26 | PayLease | $ 3,475.00 | | PayLease.com | $ 3,475.00 | | |
| 02/13/26 | Deposit | $ 4,586.51 | | Deposit | $ 4,586.51 | | |
| 02/13/26 | Deposit | $ 7,496.63 | | Deposit | $ 7,496.63 | | |
| 02/13/26 | Credit | $ 13.11 | | Square Inc. | $ 13.11 | | |
| 02/17/26 | Credit | $ 102.24 | | Square Inc. | $ 102.24 | | |
| 02/17/26 | Credit | $ 239.93 | | Square Inc. | $ 239.93 | | |
| 02/17/26 | Credit | $ 419.84 | | Square Inc. | $ 419.84 | | |
| 02/17/26 | Venmo | $ 2,471.92 | | Venmo | $ 2,471.92 | | |
| 02/18/26 | Credit | $ 279.20 | | Square Inc. | $ 279.20 | | |
| 02/18/26 | Deposit | $ 12,355.00 | | KRCM Associates Portfolio | $ 12,355.00 | | |
| 02/19/26 | Credit | $ 124.45 | | Square Inc. | $ 124.45 | | |
| 02/19/26 | Venmo | $ 3,083.19 | | Venmo | $ 3,083.19 | | |
| 02/23/26 | Credit | $ 201.93 | | Square Inc. | $ 201.93 | | |
| 02/23/26 | Credit | $ 278.23 | | Square Inc. | $ 278.23 | | |
| 02/23/26 | PayLease | $ 1,638.00 | | PayLease.com | $ 1,638.00 | | |
| 02/24/26 | PayLease | $ 1,000.00 | | PayLease.com | $ 1,000.00 | | |
| 02/25/26 | Credit | $ 34.86 | | Square Inc. | $ 34.86 | | |
| 02/26/26 | Credit | $ 168.60 | | Square Inc. | $ 168.60 | | |
| 02/27/26 | Credit | $ 176.79 | | Square Inc. | $ 176.79 | | |
| 02/27/26 | PayLease | $ 1,275.00 | | PayLease.com | $ 1,275.00 | | |
| 02/03/26 | Deposit | | $ 125,000.00 | KRCM Associates Portfolio | | $ 125,000.00 | Xfer from First Cntrl |
| 02/04/26 | Deposit | | $ 284,351.15 | | | | |
| 02/20/26 | Deposit | | $ 100,000.00 | KRCM Associates Portfolio | | $ 100,000.00 | Xfer from First Cntrl |
| **Totals** | | **$ 272,373.77** | **$ 509,351.15** | | **$ 272,373.77** | **$ 225,000.00** | |

KRCM ASTORIA PORTFOLIO CORP.
Summary of Receipts and Disbursements
February 2026

Chapter 11
Case No.: 25-44859

| Disbursements - Date | Ck # | First Central Sav Amount | Flushing Bank Amount | | Payee | Bus Exp | Misc | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **First Central #8139** | | | | | | | | |
| Bal @ 01/31/26 | | $ 183,280.69 | | | | | | |
| Deposits: Feb '26 | | $ 272,373.77 | | | | | | |
| Disb: Feb '26 | | $ (359,186.42) | | | | | | |
| **Bal @ 02/27/26** | | **$ 96,468.04** | | | | | | |
| | | | | | | | | |
| **Bank Bal @ 02/27/26** | | **$ 96,468.04** | | | | | | |
| | | | | | | | | |
| **Flushing Bank #2389** | | | | | | | | |
| Bal @ 01/31/26 | | | $ - | | | | | |
| Deposits: Feb '26 | | | $ 509,351.15 | | | | | |
| Disb: Feb '26 | | | $ - | | | | | |
| **Bal @ 02/27/28** | | | **$ 509,351.15** | | | | | |
| | | | | | | | | |
| **Bank Bal @ 02/27/26** | | | **$ 509,351.15** | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 02/27/2026

KRCM ASTORIA PORTFOLIO CORP 

Customer Number: XXXXXX8139

KRCM ASTORIA PORTFOLIO CORP
31 AMBER LN
OYSTER BAY NY 11771-3116

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $96,468.04 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **01/31/2026** | **Beginning Balance** | **$183,280.69** |
| | 50 Credit(s) This Period | $272,373.77 |
| | 46 Debit(s) This Period | $359,186.42 |
| **02/27/2026** | **Ending Balance** | **$96,468.04** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/31/2026** | **Beginning Balance** | | | **$183,280.69** |
| 02/02/2026 | Square Inc SQ260202 T32W557K1Z0RD66 | | $139.21 | $183,419.90 |
| 02/02/2026 | Square Inc SQ260202 T32VMAXXVA0X0D7 | | $400.19 | $183,820.09 |
| 02/02/2026 | VENMO CASHOUT 1048005253591 | | $5,199.00 | $189,019.09 |
| 02/02/2026 | PAYLEASE.COM CREDIT XXXXX3628 | | $13,430.00 | $202,449.09 |
| 02/03/2026 | Square Inc SQ260203 T3Z8PKY1K9QMCEK | | $145.25 | $202,594.34 |
| 02/03/2026 | PayLease.com Settlement 000026164791146 | | $2,500.00 | $205,094.34 |
| 02/03/2026 | PAYLEASE.COM CREDIT XXXXX4972 | | $5,100.00 | $210,194.34 |
| 02/03/2026 | CONSERVICE LLC 20260202 tq08 | $138.95 | | $210,055.39 |
| 02/03/2026 | INSPARISK INSPARISK M121455678946 | $295.00 | | $209,760.39 |
| 02/03/2026 | PAYLEASE.COM REV2ZEGO XXXXX3319 | $2,000.00 | | $207,760.39 |
| 02/04/2026 | REMOTE CAPTURE DEPOSIT | | $3,494.51 | $211,254.90 |
| 02/04/2026 | REMOTE CAPTURE DEPOSIT | | $10,436.30 | $221,691.20 |
| 02/04/2026 | REMOTE CAPTURE DEPOSIT | | $22,522.31 | $244,213.51 |
| 02/04/2026 | Square Inc SQ260204 T30Q2MFBWDCW0YJ | | $212.63 | $244,426.14 |
| 02/04/2026 | PAYLEASE.COM CREDIT XXXXX3085 | | $2,417.00 | $246,843.14 |
| 02/04/2026 | PAYLEASE.COM CREDIT XXXXX3942 | | $10,270.00 | $257,113.14 |
| 02/04/2026 | PAYLEASE.COM INVOICE XXXXX1236 | $24.95 | | $257,088.19 |
| 02/04/2026 | PAYLEASE.COM INVOICE XXXXX1232 | $47.20 | | $257,040.99 |
| 02/04/2026 | PAYLEASE.COM INVOICE XXXXX1233 | $64.90 | | $256,976.09 |

FDIC

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

***1-866-400-FCSB (3272) to confirm the deposit has been made.***

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

## *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

***This form is provided to help you balance your register with your statement.***

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $______
8. Enter Total Outstanding Deposits. $______
9. Add #7 and #8xxxx $______
10. Enter Total Outstanding Checks (withdrawals) $______
11. Subtract #IO from #9. $______

*You are in balance if this total agrees with your register.*

| *OUTSTANDING CHECKS (WITHDRAWALS)* | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| *OUTSTANDING DEPOSIT* | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 02/27/2026**

*KRCM ASTORIA PORTFOLIO CORP*



Customer Number: XXXXXX8139

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/04/2026 | PAYLEASE.COM INVOICE XXXXX1231 | $79.65 | | $256,896.44 |
| 02/04/2026 | CONSERVICE LLC 20260203 hv35 | $124.99 | | $256,771.45 |
| 02/04/2026 | CHECK # 1595 | $50,000.00 | | $206,771.45 |
| 02/04/2026 | CHECK # 1596 | $75,000.00 | | $131,771.45 |
| 02/05/2026 | Square Inc SQ260205 T3EEKENT9PKAMVB | | $190.97 | $131,962.42 |
| 02/05/2026 | PAYLEASE.COM CREDIT XXXXX6450 | | $1,417.00 | $133,379.42 |
| 02/05/2026 | VENMO CASHOUT 1048060335234 | | $17,240.29 | $150,619.71 |
| 02/05/2026 | PAYLEASE.COM CREDIT XXXXX4794 | | $68,363.78 | $218,983.49 |
| 02/05/2026 | WASTE CONNECTION WEB_PAY 11011700020326 | $112.14 | | $218,871.35 |
| 02/05/2026 | VERIZON PAYMENTREC 3564637950001 | $144.00 | | $218,727.35 |
| 02/05/2026 | BDB DIRECTAX INC TAX COL | $5,812.62 | | $212,914.73 |
| 02/06/2026 | Square Inc SQ260206 T3KY2H0B58NCQ6W | | $69.54 | $212,984.27 |
| 02/06/2026 | PAYLEASE.COM CREDIT XXXXX2918 | | $7,530.00 | $220,514.27 |
| 02/09/2026 | REMOTE CAPTURE DEPOSIT | | $33,183.55 | $253,697.82 |
| 02/09/2026 | Square Inc SQ260209 T3P38FFSB68EHF2 | | $151.59 | $253,849.41 |
| 02/09/2026 | Square Inc SQ260209 T3N5YVHBEN2DJHB | | $316.91 | $254,166.32 |
| 02/09/2026 | PAYLEASE.COM CREDIT XXXXX6543 | | $16,900.36 | $271,066.68 |
| 02/09/2026 | CHECK # 3910 | $5,000.81 | | $266,065.87 |
| 02/10/2026 | Square Inc SQ260210 T3X39WKT1QS922X | | $265.95 | $266,331.82 |
| 02/10/2026 | PAYLEASE.COM CREDIT XXXXX4964 | | $2,850.00 | $269,181.82 |
| 02/10/2026 | PAYLEASE.COM CREDIT XXXXX5845 | | $3,500.00 | $272,681.82 |
| 02/10/2026 | BILLING VIVENTIUM SOFT A/R Billing 02092601 | $18.00 | | $272,663.82 |
| 02/10/2026 | BILLING VIVENTIUM SOFT A/R Billing 02092601 | $72.65 | | $272,591.17 |
| 02/10/2026 | CHECK # 1597 | $1,000.00 | | $271,591.17 |
| 02/10/2026 | CHECK # 3911 | $3,478.17 | | $268,113.00 |
| 02/11/2026 | Square Inc SQ260211 T3NCFNSHMS2M2BT | | $157.05 | $268,270.05 |
| 02/11/2026 | PAYLEASE.COM CREDIT XXXXX1020 | | $1,225.00 | $269,495.05 |
| 02/11/2026 | CONSERVICE LLC 20260210 hv35 | $10,509.53 | | $258,985.52 |
| 02/11/2026 | CONSERVICE LLC 20260210 tq07 | $10,556.64 | | $248,428.88 |
| 02/11/2026 | CONSERVICE LLC 20260210 hv34 | $10,666.01 | | $237,762.87 |
| 02/11/2026 | CONSERVICE LLC 20260210 tq08 | $11,793.88 | | $225,968.99 |
| 02/11/2026 | CHECK # 3908 | $1,079.59 | | $224,889.40 |
| 02/12/2026 | Square Inc SQ260212 T3WDRA7JR1ZM7C7 | | $174.95 | $225,064.35 |
| 02/12/2026 | PayLease.com Settlement 000026263494210 | | $3,150.00 | $228,214.35 |
| 02/12/2026 | PAYLEASE.COM CREDIT XXXXX9394 | | $3,475.00 | $231,689.35 |
| 02/12/2026 | CHECK # 3909 | $1,360.80 | | $230,328.55 |
| 02/12/2026 | CHECK # 1598 | $1,495.84 | | $228,832.71 |
| 02/13/2026 | REMOTE CAPTURE DEPOSIT | | $4,586.51 | $233,419.22 |
| 02/13/2026 | REMOTE CAPTURE DEPOSIT | | $7,496.63 | $240,915.85 |
| 02/13/2026 | Square Inc SQ260213 T31F3KWXJ4PEJKR | | $13.11 | $240,928.96 |
| 02/17/2026 | Square Inc SQ260217 T33YH786W85H6M1 | | $102.24 | $241,031.20 |
| 02/17/2026 | Square Inc SQ260217 T3QBZVAXXFG9SM4 | | $239.93 | $241,271.13 |
| 02/17/2026 | Square Inc SQ260217 T3ECV6A30FP1EZZ | | $419.84 | $241,690.97 |
| 02/17/2026 | VENMO CASHOUT 1048336293445 | | $2,471.92 | $244,162.89 |

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/18/2026 | Square Inc SQ260218 T3SCRFAK9WTXRM7 | | $279.20 | $244,442.09 |
| 02/18/2026 | CHECK # 1599 | $12,595.00 | | $231,847.09 |
| 02/19/2026 | DEPOSIT | | $12,355.00 | $244,202.09 |
| 02/19/2026 | Square Inc SQ260219 T34JSDH3CPJ6TZ3 | | $124.45 | $244,326.54 |
| 02/19/2026 | VENMO CASHOUT 1048379635949 | | $3,083.19 | $247,409.73 |
| 02/19/2026 | CONSERVICE LLC 20260218 tq07 | $41.99 | | $247,367.74 |
| 02/19/2026 | CONSERVICE LLC 20260218 tq08 | $135.00 | | $247,232.74 |
| 02/19/2026 | CON ED OF NY CECONY 65670810004 | $2,582.37 | | $244,650.37 |
| 02/19/2026 | CONSERVICE LLC 20260218 hv34 | $5,240.24 | | $239,410.13 |
| 02/19/2026 | BDB DIRECTAX INC TAX COL | $5,707.62 | | $233,702.51 |
| 02/19/2026 | CONSERVICE LLC 20260218 hv35 | $8,841.74 | | $224,860.77 |
| 02/23/2026 | Square Inc SQ260223 T3T340NAXTXZ8Z0 | | $201.93 | $225,062.70 |
| 02/23/2026 | Square Inc SQ260223 T3NJMASE2WXH9S6 | | $278.23 | $225,340.93 |
| 02/23/2026 | PAYLEASE.COM CREDIT XXXXX6683 | | $1,638.00 | $226,978.93 |
| 02/23/2026 | CHECK # 3906 | $5,000.81 | | $221,978.12 |
| 02/23/2026 | CHECK # 3914 | $5,000.81 | | $216,977.31 |
| 02/23/2026 | CHECK # 3882 | $5,006.21 | | $211,971.10 |
| 02/23/2026 | CHECK # 3886 | $5,006.21 | | $206,964.89 |
| 02/23/2026 | CHECK # 3890 | $5,248.01 | | $201,716.88 |
| 02/23/2026 | CHECK # 1603 | $886.02 | | $200,830.86 |
| 02/23/2026 | CHECK # 3912 | $1,079.59 | | $199,751.27 |
| 02/23/2026 | CHECK # 3915 | $3,478.17 | | $196,273.10 |
| 02/23/2026 | CHECK # 1600 | $50,000.00 | | $146,273.10 |
| 02/23/2026 | CHECK # 1601 | $50,000.00 | | $96,273.10 |
| 02/24/2026 | PAYLEASE.COM CREDIT XXXXX5302 | | $1,000.00 | $97,273.10 |
| 02/24/2026 | BILLING VIVENTIUM SOFT A/R Billing 02232601 | $72.65 | | $97,200.45 |
| 02/25/2026 | Square Inc SQ260225 T3Q3ZNWEFH9MB0H | | $34.86 | $97,235.31 |
| 02/26/2026 | Square Inc SQ260226 T3ZB07B1BZD6KDK | | $168.60 | $97,403.91 |
| 02/26/2026 | NYC ECB FINES ECB Fines C XXXXX9949 | $26.86 | | $97,377.05 |
| 02/26/2026 | CHECK # 1602 | $1,000.00 | | $96,377.05 |
| 02/26/2026 | CHECK # 3913 | $1,360.80 | | $95,016.25 |
| 02/27/2026 | Square Inc SQ260227 T3YF8T58YR4J6ZM | | $176.79 | $95,193.04 |
| 02/27/2026 | PAYLEASE.COM CREDIT XXXXX4216 | | $1,275.00 | $96,468.04 |
| **02/27/2026** | **Ending Balance** | | | **$96,468.04** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1595 | 02/04/2026 | $50,000.00 | 3890* | 02/23/2026 | $5,248.01 |
| 1596 | 02/04/2026 | $75,000.00 | 3906* | 02/23/2026 | $5,000.81 |
| 1597 | 02/10/2026 | $1,000.00 | 3908* | 02/11/2026 | $1,079.59 |
| 1598 | 02/12/2026 | $1,495.84 | 3909 | 02/12/2026 | $1,360.80 |
| 1599 | 02/18/2026 | $12,595.00 | 3910 | 02/09/2026 | $5,000.81 |
| 1600 | 02/23/2026 | $50,000.00 | 3911 | 02/10/2026 | $3,478.17 |
| 1601 | 02/23/2026 | $50,000.00 | 3912 | 02/23/2026 | $1,079.59 |
| 1602 | 02/26/2026 | $1,000.00 | 3913 | 02/26/2026 | $1,360.80 |
| 1603 | 02/23/2026 | $886.02 | 3914 | 02/23/2026 | $5,000.81 |
| 3882* | 02/23/2026 | $5,006.21 | 3915 | 02/23/2026 | $3,478.17 |
| 3886* | 02/23/2026 | $5,006.21 | | | |

* Indicates skipped check number

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 02/27/2026**

*KRCM ASTORIA PORTFOLIO CORP*



*Customer Number: XXXXXX8139*

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/02/2026 | $202,449.09 | 02/10/2026 | $268,113.00 | 02/19/2026 | $224,860.77 |
| 02/03/2026 | $207,760.39 | 02/11/2026 | $224,889.40 | 02/23/2026 | $96,273.10 |
| 02/04/2026 | $131,771.45 | 02/12/2026 | $228,832.71 | 02/24/2026 | $97,200.45 |
| 02/05/2026 | $212,914.73 | 02/13/2026 | $240,928.96 | 02/25/2026 | $97,235.31 |
| 02/06/2026 | $220,514.27 | 02/17/2026 | $244,162.89 | 02/26/2026 | $95,016.25 |
| 02/09/2026 | $266,065.87 | 02/18/2026 | $231,847.09 | 02/27/2026 | $96,468.04 |

CHECKING DEPOSIT
Date 2/18/26
Name KRCM Astoria Portfolio Corp.
12355 00
0500028139
NET DEPOSIT $ 12355 00
⑆530010007⑆ 009

#0000 02/19/2026 $12,355.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001595
01/26/2026 ****$50,000.00**
**FIFTY THOUSAND DOLLARS AND NO CENTS**
KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
⑈001595⑈ ⑆026072973⑆

#1595 02/04/2026 $50,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001596
01/26/2026 ****$75,000.00**
**SEVENTY FIVE THOUSAND DOLLARS AND NO CENTS**
KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
⑈001596⑈ ⑆026072973

#1596 02/04/2026 $75,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001597
02/06/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS**
Carlos A. Caguana
⑈001597⑈ ⑆026072973

#1597 02/10/2026 $1,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001598
02/06/2026 ****$1,495.84**
**ONE THOUSAND FOUR HUNDRED NINETY FIVE DOLLARS AND EIGHTY FOUR CENTS**
Samir Hodzic
Reimbursement
⑈001598⑈ ⑆02607297.

#1598 02/12/2026 $1,495.84

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001599
02/13/2026 ****$12,595.00**
**TWELVE THOUSAND FIVE HUNDRED NINETY FIVE DOLLARS AND NO CENTS**
Hillel Realty Group LLC.
55-43 Myrtle Avenue
Suite 2
Ridgewood, NY 11385
⑈001599⑈ ⑆026072973⑆

#1599 02/18/2026 $12,595.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001600
02/17/2026 ****$50,000.00**
**FIFTY THOUSAND DOLLARS AND NO CENTS**
KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
⑈001600⑈ ⑆026072973⑆

#1600 02/23/2026 $50,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001601
02/17/2026 ****$50,000.00**
**FIFTY THOUSAND DOLLARS AND NO CENTS**
KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
⑈001601⑈ ⑆026072973⑆

#1601 02/23/2026 $50,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001602
02/20/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS**
Carlos A. Caguana
⑈001602⑈ ⑆026072973⑆

#1602 02/26/2026 $1,000.00

KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001603
02/20/2026 ****$886.02**
**EIGHT HUNDRED EIGHTY SIX DOLLARS AND TWO CENTS**
Jorge A. Orellana
Reimbursement
⑈001603⑈ ⑆026072973⑆

#1603 02/23/2026 $886.02

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK
Check Number 3882
Amount FIVE THOUSAND SIX DOLLARS AND TWENTY-ONE CENTS $5,006.21
Pay to the order of: RAJMATTIE PERSAUD
31 Amber Lane
Oyster Bay, NY 11771
Authorized Signature
⑈0000388 2⑈ ⑆026072973

#3882 02/23/2026 $5,006.21

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK
Check Number 3886
Pay Date 11/14/2025
Amount FIVE THOUSAND SIX DOLLARS AND TWENTY-ONE CENTS $5,006.21
Pay to the order of: RAJMATTIE PERSAUD
31 Amber Lane
Oyster Bay, NY 11771
Authorized Signature
⑈0000388 6⑈ ⑆026072973

#3886 02/23/2026 $5,006.21

**FIRST CENTRAL SAVINGS BANK**

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 02/27/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3890

Amount FIVE THOUSAND TWO HUNDRED FORTY-EIGHT DOLLARS AND ONE CENTS

Pay to the order of: RAJMATTIE PERSAUD, 31 Amber Lane, Oyster Bay, NY 11771

Authorized Signature

#3890 02/23/2026 $5,248.01



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK

Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS

Pay to the order of: RAJMATTIE PERSAUD, 31 Amber Lane, Oyster Bay, NY 11771

Authorized Signature

#3906 02/23/2026 $5,000.81



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3908 Pay Date 02/06/2026

Amount ONE THOUSAND SEVENTY-NINE DOLLARS AND FIFTY-NINE CENTS

Pay to the order of: JORGE ALEJANDRO ORELLANA, 30-49 Cresent St H1-A1, Astoria, NY 11102

Authorized Signature

#3908 02/11/2026 $1,079.59



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3909 Pay Date 02/06/2026

Amount ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS

Pay to the order of: SAMIR HOAZIC, 23-05 30th Ave, Astoria, NY 11102

Authorized Signature

#3909 02/12/2026 $1,360.80



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3910 Pay Date 02/06/2026

Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS

Pay to the order of: RAJMATTIE PERSAUD, 31 Amber Lane, Oyster Bay, NY 11771

Authorized Signature

#3910 02/09/2026 $5,000.81



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3911 Pay Date 02/06/2026

Amount THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SEVENTEEN CENTS $3,478.17

Pay to the order of: MICHAEL SINGH, 31 Amber Lane, Oyster Bay Cove, NY 11771

Authorized Signature

#3911 02/10/2026 $3,478.17



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3912 Pay Date 02/20/2026

Amount ONE THOUSAND SEVENTY-NINE DOLLARS AND FIFTY-NINE CENTS

Pay to the order of: JORGE ALEJANDRO ORELLANA, 30-49 Cresent St H1-A1, Astoria, NY 11102

Authorized Signature

#3912 02/23/2026 $1,079.59



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3913 Pay Date 02/20/2026

Amount ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS

Pay to the order of: SAMIR HOAZIC, 23-05 30th Ave, Astoria, NY 11102

Authorized Signature

#3913 02/26/2026 $1,360.80



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3914 Pay Date 02/20/2026

Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS

Pay to the order of: RAJMATTIE PERSAUD, 31 Amber Lane, Oyster Bay, NY 11771

Authorized Signature

#3914 02/23/2026 $5,000.81



KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3915 Pay Date 02/20/2026

Amount THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SEVENTEEN CENTS $3,478.17

Pay to the order of: MICHAEL SINGH, 31 Amber Lane, Oyster Bay Cove, NY 11771

Authorized Signature

#3915 02/23/2026 $3,478.17

This page left intentionally blank

FLUSHING Bank

# STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

KRCM ASTORIA PORTFOLIO CORP
CHAPTER 11 DEBTOR IN POSSESSION
KARAN SINGH
31 AMBER LN
OYSTER BAY NY 11771-3116

| | |
|---|---|
| Statement Begin Date: | 02/03/2026 |
| Statement End Date: | 02/13/2026 |
| Account Number: | 2389 |

Save as PDF

**COMPLETE BUSINESS CHECKING** .2389

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 02/02 | Balance Forward | | | $0.00 |
| 02/03 | Deposit | | $0.00 | $0.00 |
| 02/03 | Deposit | | $125,000.00 | $125,000.00 |
| 02/04 | Deposit | | $284,351.15 | $409,351.15 |

Account Summary

Previous Statement Date: 02/02/2026

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $0.00 | $409,351.15 | $0.00 | $0.00 | $0.00 | $409,351.15 |

Avg Stmt Available Bal $383,501.04

Minimum Balance $125,000.00

**Summary of Deposit Accounts**

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 9990512389 | $409,351.15 | 0.00000% | $0.00 | | |

**Fight back against identity theft.**
**Deter. Detect. Defend.**
**Always review your monthly statements and bills as soon as you receive them. If you suspect unauthorized use, contact the provider's customer service and fraud departments immediately.**
**For more information visit FlushingBank.com or ftc.gov/idtheft**

FLUSHING Bank

STATEMENT of ACCOUNT

800.581.2889 (855.540.2274 TTY/TDD)

KRCM ASTORIA PORTFOLIO CORP
CHAPTER 11 DEBTOR IN POSSESSION
KARAN SINGH
31 AMBER LN
OYSTER BAY NY 11771-3116

Statement Begin Date: 02/14/2026
Statement End Date: 03/13/2026
Account Number: 2389

Save as PDF

**COMPLETE BUSINESS CHECKING** **2389**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 02/13 | Balance Forward | | | $409,351.15 |
| 02/20 | Deposit | | $100,000.00 | $509,351.15 |
| 03/02 | BnfBk ABA 026009593<br>BnfBk Nm BANK OF AMERICA, N.A.,<br>Bnf Acct# 000102937183<br>Bnf Name 1/GREYSTONE SERVICING<br>Bnf Addr1 1/CUSTODIAL<br>Bnf Addr2 2/419 BELLE AIR LANE<br>Ref# 2026030200000232 | $295,685.25- | | $213,665.90 |
| 03/12 | Deposit | | $100,000.00 | $313,665.90 |

Account Summary

Previous Statement Date: 02/13/2026

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $409,351.15 | $200,000.00 | $0.00 | $295,685.25 | $0.00 | $313,665.90 |

Avg Stmt Available Bal $368,343.18

Minimum Balance $213,665.90

**Summary of Deposit Accounts**

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 9990512389 | $313,665.90 | 0.00000% | $0.00 | | |

**Take advantage of this great rate! A Flushing Bank 6-Month Consumer CD is now earning 3.50% APY (Annual Percentage Yield). With a minimum deposit of $1,000 you can start earning one of the most competitive rates around. A penalty may be imposed for early**

**withdrawal on CDs. Rate is effective as of 12/15/25 and is subject to change without notice. Open a 6-Month Flushing Bank Consumer CD today and start earning more!**