FIRST CENTRAL SAVINGS BANK
70 Glen St. Glen Cove, NY 11542 | myfcsb.com

# Statement Ending 03/31/2026

KRCM ASTORIA PORTFOLIO CORP 
Customer Number: XXXXXX8139

## Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

KRCM ASTORIA PORTFOLIO CORP
31 AMBER LN
OYSTER BAY NY 11771-3116

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $60,032.08 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **02/28/2026** | **Beginning Balance** | **$96,468.04** |
| | 61 Credit(s) This Period | $306,871.81 |
| | 55 Debit(s) This Period | $343,307.77 |
| **03/31/2026** | **Ending Balance** | **$60,032.08** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **02/28/2026** | **Beginning Balance** | | | **$96,468.04** |
| 03/02/2026 | DEPOSIT | | $14,232.00 | $110,700.04 |
| 03/02/2026 | Square Inc SQ260302 T3H4K98Z6TY8MK1 | | $101.49 | $110,801.53 |
| 03/02/2026 | Square Inc SQ260302 T337YB4AEZRZN84 | | $426.61 | $111,228.14 |
| 03/02/2026 | PAYLEASE.COM CREDIT XXXXX3442 | | $4,375.00 | $115,603.14 |
| 03/02/2026 | VENMO CASHOUT 1048604966371 | | $7,994.75 | $123,597.89 |
| 03/02/2026 | CHECK # 1604 | $8,053.00 | | $115,544.89 |
| 03/03/2026 | Square Inc SQ260303 T3S5ZYWP82BPTG0 | | $186.98 | $115,731.87 |
| 03/03/2026 | PAYLEASE.COM CREDIT XXXXX4986 | | $9,675.00 | $125,406.87 |
| 03/04/2026 | Square Inc SQ260304 T3KAZX2KTE65DEZ | | $150.85 | $125,557.72 |
| 03/04/2026 | PAYLEASE.COM CREDIT XXXXX0589 | | $21,325.00 | $146,882.72 |
| 03/04/2026 | PAYLEASE.COM INVOICE XXXXX9436 | $24.95 | | $146,857.77 |
| 03/04/2026 | PAYLEASE.COM INVOICE XXXXX5402 | $47.20 | | $146,810.57 |
| 03/04/2026 | PAYLEASE.COM INVOICE XXXXX5448 | $67.85 | | $146,742.72 |
| 03/04/2026 | PAYLEASE.COM INVOICE XXXXX5401 | $70.80 | | $146,671.92 |
| 03/04/2026 | CONSERVICE LLC 20260303 hv35 | $130.03 | | $146,541.89 |
| 03/05/2026 | Square Inc SQ260305 T359AHY7YA8GKKW | | $299.25 | $146,841.14 |
| 03/05/2026 | PAYLEASE.COM CREDIT XXXXX9039 | | $5,684.00 | $152,525.14 |
| 03/05/2026 | VENMO CASHOUT 1048700034517 | | $7,381.74 | $159,906.88 |
| 03/05/2026 | PAYLEASE.COM CREDIT XXXXX7354 | | $76,040.32 | $235,947.20 |

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

***1-866-400-FCSB (3272) to confirm the deposit has been made.***

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

## *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

***This form is provided to help you balance your register with your statement.***

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $__________
8. Enter Total Outstanding Deposits. $__________
9. Add #7 and #8xxxx $__________
10. Enter Total Outstanding Checks (withdrawals) $__________
11. Subtract #IO from #9. $__________

*You are in balance if this total agrees with your register.*

| ***OUTSTANDING CHECKS (WITHDRAWALS)*** | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL

| ***OUTSTANDING DEPOSIT*** | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

FIRST CENTRAL SAVINGS BANK
70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 03/31/2026**

*KRCM ASTORIA PORTFOLIO CORP* 

*Customer Number: XXXXXX8139*

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/05/2026 | WASTE CONNECTION WEB_PAY 12408416030326 | $112.14 | | $235,835.06 |
| 03/05/2026 | CONSERVICE LLC 20260304 tq08 | $130.00 | | $235,705.06 |
| 03/05/2026 | VERIZON PAYMENTREC 3564637950001 | $144.00 | | $235,561.06 |
| 03/05/2026 | CONSERVICE LLC 20260304 hv34 | $145.00 | | $235,416.06 |
| 03/05/2026 | BDB DIRECTAX INC TAX COL | $5,645.87 | | $229,770.19 |
| 03/05/2026 | CONSERVICE LLC 20260304 tq07 | $6,938.26 | | $222,831.93 |
| 03/06/2026 | Square Inc SQ260306 T3KY804NHQ3RFGE | | $69.09 | $222,901.02 |
| 03/06/2026 | PAYLEASE.COM CREDIT XXXXX6932 | | $5,250.00 | $228,151.02 |
| 03/06/2026 | VENMO CASHOUT 1048711570316 | | $7,062.80 | $235,213.82 |
| 03/09/2026 | DEPOSIT | | $4,846.63 | $240,060.45 |
| 03/09/2026 | REMOTE CAPTURE DEPOSIT | | $22,413.36 | $262,473.81 |
| 03/09/2026 | DEPOSIT | | $31,332.89 | $293,806.70 |
| 03/09/2026 | Square Inc SQ260309 T3563AS6GJ1H4NN | | $132.57 | $293,939.27 |
| 03/09/2026 | Square Inc SQ260309 T3F4745A7BWN6NX | | $305.05 | $294,244.32 |
| 03/09/2026 | PAYLEASE.COM CREDIT XXXXX5325 | | $5,525.00 | $299,769.32 |
| 03/09/2026 | CHECK # 3918 | $5,000.81 | | $294,768.51 |
| 03/09/2026 | CHECK # 3916 | $1,079.59 | | $293,688.92 |
| 03/09/2026 | CHECK # 3919 | $3,478.17 | | $290,210.75 |
| 03/10/2026 | Square Inc SQ260310 T3C9DNM4DFN4QZ1 | | $98.75 | $290,309.50 |
| 03/10/2026 | PAYLEASE.COM CREDIT XXXXX8535 | | $6,262.00 | $296,571.50 |
| 03/10/2026 | BILLING VIVENTIUM SOFT A/R Billing 03092601 | $18.00 | | $296,553.50 |
| 03/10/2026 | BILLING VIVENTIUM SOFT A/R Billing 03092601 | $72.65 | | $296,480.85 |
| 03/10/2026 | CHECK # 1607 | $525.44 | | $295,955.41 |
| 03/10/2026 | CHECK # 1605 | $1,000.00 | | $294,955.41 |
| 03/10/2026 | CHECK # 3917 | $1,360.80 | | $293,594.61 |
| 03/11/2026 | Square Inc SQ260311 T3QZM3MW80N0CFT | | $81.18 | $293,675.79 |
| 03/11/2026 | CONSERVICE LLC 20260310 tq07 | $9,400.69 | | $284,275.10 |
| 03/11/2026 | CONSERVICE LLC 20260310 hv34 | $9,409.82 | | $274,865.28 |
| 03/11/2026 | CONSERVICE LLC 20260310 hv35 | $9,988.16 | | $264,877.12 |
| 03/11/2026 | CONSERVICE LLC 20260310 tq08 | $13,818.97 | | $251,058.15 |
| 03/12/2026 | Square Inc SQ260312 T3SERBDPV03Q978 | | $201.62 | $251,259.77 |
| 03/12/2026 | PAYLEASE.COM CREDIT XXXXX1539 | | $2,350.00 | $253,609.77 |
| 03/13/2026 | DEPOSIT | | $8,529.46 | $262,139.23 |
| 03/13/2026 | Square Inc SQ260313 T32JT6V1GNA2K7C | | $73.28 | $262,212.51 |
| 03/13/2026 | VENMO CASHOUT 1048881251948 | | $2,452.40 | $264,664.91 |
| 03/13/2026 | PayLease.com Settlement 000026520998318 | | $2,800.00 | $267,464.91 |
| 03/13/2026 | SAFE DEPOSIT BOX PAYMENT FOR BOX XXXXXXXXXXX0002 385 | $244.97 | | $267,219.94 |
| 03/13/2026 | Capturis-Oper WEB PAY lh271543 | $27.51 | | $267,192.43 |
| 03/13/2026 | Capturis-Oper WEB PAY tq081543 | $200.00 | | $266,992.43 |
| 03/13/2026 | Capturis-Oper WEB PAY hv351543 | $200.00 | | $266,792.43 |
| 03/13/2026 | CHECK # 3894 | $5,471.21 | | $261,321.22 |
| 03/13/2026 | CHECK # 1608 | $2,850.00 | | $258,471.22 |
| 03/13/2026 | CHECK # 1610 | $50,000.00 | | $208,471.22 |

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/13/2026 | CHECK # 1611 | $50,000.00 | | $158,471.22 |
| 03/16/2026 | REMOTE CAPTURE DEPOSIT | | $7,555.00 | $166,026.22 |
| 03/16/2026 | Square Inc SQ260316 T31JND8YTSKSGJ7 | | $37.35 | $166,063.57 |
| 03/16/2026 | Square Inc SQ260316 T3FKVWCJ3Z6NAY5 | | $489.43 | $166,553.00 |
| 03/16/2026 | AMTRUST NA PAYMENT 42138660 | $3,815.00 | | $162,738.00 |
| 03/16/2026 | CHECK # 1592 | $1,850.00 | | $160,888.00 |
| 03/16/2026 | CHECK # 1609 | $5,314.00 | | $155,574.00 |
| 03/17/2026 | Square Inc SQ260317 T3ZJ8T33JB29D9Y | | $157.16 | $155,731.16 |
| 03/17/2026 | NYS DTF CT Tax Paymnt 000000140907463 | $1,000.00 | | $154,731.16 |
| 03/17/2026 | NYC DEPT OF FINA TAXPAYMENT XXXXXX2704 | $1,500.00 | | $153,231.16 |
| 03/17/2026 | CHECK # 1606 | $2,000.00 | | $151,231.16 |
| 03/18/2026 | Square Inc SQ260318 T3NGVGY9D5HRY70 | | $100.23 | $151,331.39 |
| 03/18/2026 | PAYLEASE.COM CREDIT XXXXX8046 | | $3,225.00 | $154,556.39 |
| 03/18/2026 | CONSERVICE LLC 20260317 hV34 | $100.00 | | $154,456.39 |
| 03/19/2026 | Square Inc SQ260319 T33WZHZ2V52AC3Z | | $147.92 | $154,604.31 |
| 03/19/2026 | PAYLEASE.COM CREDIT XXXXX9275 | | $2,500.00 | $157,104.31 |
| 03/19/2026 | BDB DIRECTAX INC TAX COL | $5,628.63 | | $151,475.68 |
| 03/19/2026 | CHECK # 1613 | $120.22 | | $151,355.46 |
| 03/19/2026 | CHECK # 1612 | $195.00 | | $151,160.46 |
| 03/20/2026 | Square Inc SQ260320 T3Z0J5C48KXG44V | | $125.18 | $151,285.64 |
| 03/23/2026 | REMOTE CAPTURE DEPOSIT | | $4,382.05 | $155,667.69 |
| 03/23/2026 | Square Inc SQ260323 T3DM209C7MXPGZE | | $153.35 | $155,821.04 |
| 03/23/2026 | Square Inc SQ260323 T3BQHR4VVJCH7ZD | | $320.89 | $156,141.93 |
| 03/23/2026 | PAYLEASE.COM CREDIT XXXXX8977 | | $1,675.00 | $157,816.93 |
| 03/23/2026 | VENMO CASHOUT 1049104077413 | | $1,917.76 | $159,734.69 |
| 03/23/2026 | CON ED OF NY CECONY 65670810004 | $2,286.36 | | $157,448.33 |
| 03/23/2026 | CHECK # 3920 | $1,079.59 | | $156,368.74 |
| 03/24/2026 | Square Inc SQ260324 T3PY3XG9C4BB899 | | $32.21 | $156,400.95 |
| 03/24/2026 | PayLease.com Settlement 000026592129794 | | $1,500.00 | $157,900.95 |
| 03/24/2026 | PAYLEASE.COM CREDIT XXXXX3917 | | $3,138.00 | $161,038.95 |
| 03/24/2026 | BILLING VIVENTIUM SOFT A/R Billing 03232601 | $72.65 | | $160,966.30 |
| 03/25/2026 | Square Inc SQ260325 T3E6T6ZYEK1C028 | | $221.21 | $161,187.51 |
| 03/25/2026 | PAYLEASE.COM CREDIT XXXXX7074 | | $3,300.00 | $164,487.51 |
| 03/26/2026 | Square Inc SQ260326 T3RWPMR5QCZ56EP | | $139.52 | $164,627.03 |
| 03/26/2026 | PAYLEASE.COM CREDIT XXXXX1509 | | $700.00 | $165,327.03 |
| 03/26/2026 | CHECK # 3921 | $1,360.80 | | $163,966.23 |
| 03/27/2026 | DEPOSIT | | $13,600.00 | $177,566.23 |
| 03/27/2026 | Square Inc SQ260327 T3WG2Z31JBKD8JA | | $163.34 | $177,729.57 |
| 03/27/2026 | CHECK # 3922 | $5,000.81 | | $172,728.76 |
| 03/27/2026 | CHECK # 1616 | $50,000.00 | | $122,728.76 |
| 03/27/2026 | CHECK # 1617 | $50,000.00 | | $72,728.76 |
| 03/30/2026 | Square Inc SQ260330 T35D6VVS6R37BPB | | $151.86 | $72,880.62 |
| 03/30/2026 | Square Inc SQ260330 T3G1BYDWBFEJ6VS | | $339.73 | $73,220.35 |
| 03/30/2026 | PAYLEASE.COM CREDIT XXXXX3332 | | $1,500.00 | $74,720.35 |
| 03/30/2026 | CONSERVICE LLC 20260327 hV34 | $145.00 | | $74,575.35 |
| 03/30/2026 | CONSERVICE LLC 20260327 tQ07 | $6,532.80 | | $68,042.55 |
| 03/30/2026 | CONSERVICE LLC 20260327 tQ08 | $14,373.58 | | $53,668.97 |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 03/31/2026**

*KRCM ASTORIA PORTFOLIO CORP*



**Customer Number: XXXXXX8139**

# BUSINESS CHECKING - XXXXXX8139 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/30/2026 | CHECK # 3923 | $3,478.17 | | $50,190.80 |
| 03/31/2026 | DEPOSIT | | $3,925.00 | $54,115.80 |
| 03/31/2026 | Square Inc SQ260331 T39J9GNGEDA7YSZ | | $180.55 | $54,296.35 |
| 03/31/2026 | PayLease.com Settlement 000026641613006 | | $2,800.00 | $57,096.35 |
| 03/31/2026 | PAYLEASE.COM CREDIT XXXXX2431 | | $4,735.00 | $61,831.35 |
| 03/31/2026 | CHECK # 1618 | $799.27 | | $61,032.08 |
| 03/31/2026 | CHECK # 1614 | $1,000.00 | | $60,032.08 |
| **03/31/2026** | **Ending Balance** | | | **$60,032.08** |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1592 | 03/16/2026 | $1,850.00 | 1616* | 03/27/2026 | $50,000.00 |
| 1604* | 03/02/2026 | $8,053.00 | 1617 | 03/27/2026 | $50,000.00 |
| 1605 | 03/10/2026 | $1,000.00 | 1618 | 03/31/2026 | $799.27 |
| 1606 | 03/17/2026 | $2,000.00 | 3894* | 03/13/2026 | $5,471.21 |
| 1607 | 03/10/2026 | $525.44 | 3916* | 03/09/2026 | $1,079.59 |
| 1608 | 03/13/2026 | $2,850.00 | 3917 | 03/10/2026 | $1,360.80 |
| 1609 | 03/16/2026 | $5,314.00 | 3918 | 03/09/2026 | $5,000.81 |
| 1610 | 03/13/2026 | $50,000.00 | 3919 | 03/09/2026 | $3,478.17 |
| 1611 | 03/13/2026 | $50,000.00 | 3920 | 03/23/2026 | $1,079.59 |
| 1612 | 03/19/2026 | $195.00 | 3921 | 03/26/2026 | $1,360.80 |
| 1613 | 03/19/2026 | $120.22 | 3922 | 03/27/2026 | $5,000.81 |
| 1614 | 03/31/2026 | $1,000.00 | 3923 | 03/30/2026 | $3,478.17 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | $115,544.89 | 03/12/2026 | $253,609.77 | 03/24/2026 | $160,966.30 |
| 03/03/2026 | $125,406.87 | 03/13/2026 | $158,471.22 | 03/25/2026 | $164,487.51 |
| 03/04/2026 | $146,541.89 | 03/16/2026 | $155,574.00 | 03/26/2026 | $163,966.23 |
| 03/05/2026 | $222,831.93 | 03/17/2026 | $151,231.16 | 03/27/2026 | $72,728.76 |
| 03/06/2026 | $235,213.82 | 03/18/2026 | $154,456.39 | 03/30/2026 | $50,190.80 |
| 03/09/2026 | $290,210.75 | 03/19/2026 | $151,160.46 | 03/31/2026 | $60,032.08 |
| 03/10/2026 | $293,594.61 | 03/20/2026 | $151,285.64 | | |
| 03/11/2026 | $251,058.15 | 03/23/2026 | $156,368.74 | | |


CHECKING DEPOSIT
Date 3/2/26
Name KRCM Astoria Portfolio Corp.
14232 00
0500028139 NET DEPOSIT $ 14232.00
⑆530010007⑆ 009

#0000 03/02/2026 $14,232.00


CHECKING DEPOSIT
Date 3/9/26
Name KRCM Astoria Portfolio Corp.
31332 89
0500028139 NET DEPOSIT $ 31332.89
⑆530010007⑆ 009

#0000 03/09/2026 $31,332.89


CHECKING DEPOSIT
Date 3/9/26
Name KRCM Astoria Portfolio Corp.
4846 63
0500028139 NET DEPOSIT $ 4846.63
⑆530010007⑆ 009

#0000 03/09/2026 $4,846.63


CHECKING DEPOSIT
Date 3/13/26
Name KRCM Astoria Portfolio Corp.
2650 00
2954 46
2925 00
0500028139 NET DEPOSIT $ 8529.46
⑆530010007⑆ 009

#0000 03/13/2026 $8,529.46


CHECKING DEPOSIT
Date 3/27/26
Name KRCM Astoria Portfolio Corp.
3600 00
10000 00
0500028139 NET DEPOSIT $ 13600.00
⑆530010007⑆ 009

#0000 03/27/2026 $13,600.00


CHECKING DEPOSIT
Date 3/31/26
Name KRCM Astoria Portfolio Corp.
2200 00
1725 00
0500028139 NET DEPOSIT $ 3925.00
⑆530010007⑆ 009

#0000 03/31/2026 $3,925.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001592
01/23/2026 ****$1,850.00**
**ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND NO CENTS**
BAHO COKOVIC
Security Refund
⑈001592⑈ ⑆026072973⑆ 0500028139⑈

#1592 03/16/2026 $1,850.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001604
02/27/2026 ****$8,053.00**
**EIGHT THOUSAND FIFTY THREE DOLLARS AND NO CENTS**
Jim Sarcone
Reimbursement
⑈001604⑈ ⑆026072973⑆ 0500028139⑈

#1604 03/02/2026 $8,053.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001605
03/07/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS**
Carlos A. Caguana
⑈001605⑈ ⑆026072973⑆ 0500028139⑈

#1605 03/10/2026 $1,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001606
03/07/2026 ****$2,000.00**
**TWO THOUSAND DOLLARS AND NO CENTS**
Ibro Kojic
Plumbing Repair
⑈001606⑈ ⑆026072973⑆ 0500028139⑈

#1606 03/17/2026 $2,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001607
03/07/2026 ****$525.44**
**FIVE HUNDRED TWENTY FIVE DOLLARS AND FORTY FOUR CENTS**
Samir Hodzic
⑈001607⑈ ⑆026072973⑆ 0500028139⑈

#1607 03/10/2026 $525.44


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
First Central Savings Bank
001608
03/07/2026 ****$2,850.00**
**TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND NO CENTS**
WMATIZ, LLC.
42-12 Broadway
Astoria, NY 11103
2315-A05
⑈001608⑈ ⑆026072973⑆ 0500028139⑈

#1608 03/13/2026 $2,850.00

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 03/31/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001609 — 03/07/2026 — ****$5,314.00** — **FIVE THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND NO CENTS — Jim Sarcone — Reimbursement — 001609 026072973 0500028139

#1609 03/16/2026 $5,314.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001610 — 03/07/2026 — ****$50,000.00** — **FIFTY THOUSAND DOLLARS AND NO CENTS — KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001610 026072973 0500028139

#1610 03/13/2026 $50,000.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001611 — 03/07/2026 — ****$50,000.00** — **FIFTY THOUSAND DOLLARS AND NO CENTS — KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001611 026072973 0500028139

#1611 03/13/2026 $50,000.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001612 — 03/13/2026 — ****$195.00** — **ONE HUNDRED NINETY FIVE DOLLARS AND NO CENTS — Borah, Goldstein, Et. Al. 377 Broadway New York, NY 10013 — KR70-07 — 001612 026072973 0500028139

#1612 03/19/2026 $195.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001613 — 03/13/2026 — ****$120.22** — **ONE HUNDRED TWENTY DOLLARS AND TWENTY TWO CENTS — Borah, Goldstein, Et. Al. 377 Broadway New York, NY 10013 — Acct: KR70-08 — 001613 026072973 0500028139

#1613 03/19/2026 $120.22


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001614 — 03/20/2026 — ****$1,000.00** — **ONE THOUSAND DOLLARS AND NO CENTS — Carlos A. Caguana — 001614 026072973 0500028139

#1614 03/31/2026 $1,000.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001616 — 03/20/2026 — ****$50,000.00** — **FIFTY THOUSAND DOLLARS AND NO CENTS — KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001616 026072973 0500028139

#1616 03/27/2026 $50,000.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001617 — 03/20/2026 — ****$50,000.00** — **FIFTY THOUSAND DOLLARS AND NO CENTS — KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001617 026072973 0500028139

#1617 03/27/2026 $50,000.00


KRCM Astoria Portfolio Corp. P.O. Box 660064 Flushing, NY 11366 — 001618 — 03/20/2026 — ****$799.27** — **SEVEN HUNDRED NINETY NINE DOLLARS AND TWENTY SEVEN CENTS — Samir Hodzic — Reimbursement — 001618 026072973 0500028139

#1618 03/31/2026 $799.27


KRCM Astoria Portfolio Corp — FIRST CENTRAL SAVINGS BANK — Check Number 3894 — Pay Date 12/12/2025 — Amount FIVE THOUSAND FOUR HUNDRED SEVENTY-ONE DOLLARS AND TWENTY-ONE CENTS $5,471.21 — Pay to the order of: RAJMATTIE PERSAUD 31 Amber Lane Oyster Bay, NY 11771 — Authorized Signature — 00003894 026072973 0500028139

#3894 03/13/2026 $5,471.21


KRCM Astoria Portfolio Corp — FIRST CENTRAL SAVINGS BANK — Check Number 3916 — Pay Date 03/06/2026 — Amount ONE THOUSAND SEVENTY-NINE DOLLARS AND FIFTY-NINE CENTS $1,079.59 — Pay to the order of: JORGE ALEJANDRO ORELLANA 30-49 Cresent St H1-A1 Astoria, NY 11102 — Authorized Signature — 00003916 026072973 0500028139

#3916 03/09/2026 $1,079.59


KRCM Astoria Portfolio Corp — FIRST CENTRAL SAVINGS BANK — Check Number 3917 — Pay Date 03/06/2026 — Amount ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS $1,360.80 — Pay to the order of: SAMIR HOAZIC 23-05 30th Ave Astoria, NY 11102 — Authorized Signature — 00003917 026072973 0500028139

#3917 03/10/2026 $1,360.80


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3918 Pay Date 03/06/2026

Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS $5,000.81

Pay to the order of: RAJMATTIE PERSAUD
31 Amber Lane
Oyster Bay, NY 11771

Authorized Signature

00003918 026072973 0500028139

#3918 03/09/2026 $5,000.81


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3919 Pay Date 03/06/2026

Amount THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SEVENTEEN CENTS $3,478.17

Pay to the order of: MICHAEL SINGH
31 Amber Lane
Oyster Bay Cove, NY 11771

Authorized Signature

00003919 026072973 0500028139

#3919 03/09/2026 $3,478.17


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3920 Pay Date 03/20/2026

Amount ONE THOUSAND SEVENTY-NINE DOLLARS AND FIFTY-NINE CENTS $1,079.59

Pay to the order of: JORGE ALEJANDRO ORELLANA
30-49 Cresent St H1- A1
Astoria, NY 11102

Authorized Signature

00003920 026072973 0500028139

#3920 03/23/2026 $1,079.59


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3921 Pay Date 03/20/2026

Amount ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS $1,360.80

Pay to the order of: SAMIR HOAZIC
23-05 30th Ave
Astoria, NY 11102

Authorized Signature

00003921 026072973 0500028139

#3921 03/26/2026 $1,360.80


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3922 Pay Date 03/20/2026

Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS $5,000.81

Pay to the order of: RAJMATTIE PERSAUD
31 Amber Lane
Oyster Bay, NY 11771

Authorized Signature

00003922 026072973 0500028139

#3922 03/27/2026 $5,000.81


TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

KRCM Astoria Portfolio Corp FIRST CENTRAL SAVINGS BANK Check Number 3923 Pay Date 03/20/2026

Amount THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SEVENTEEN CENTS $3,478.17

Pay to the order of: MICHAEL SINGH
31 Amber Lane
Oyster Bay Cove, NY 11771

Authorized Signature

00003923 026072973 0500028139

#3923 03/30/2026 $3,478.17