FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 04/30/2026

KRCM ASTORIA PORTFOLIO CORP 

Customer Number: XXXXXX8139

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

KRCM ASTORIA PORTFOLIO CORP
31 AMBER LN
OYSTER BAY NY 11771-3116

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $303,061.41 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/01/2026** | **Beginning Balance** | **$60,032.08** |
| | 58 Credit(s) This Period | $351,893.68 |
| | 46 Debit(s) This Period | $108,864.35 |
| **04/30/2026** | **Ending Balance** | **$303,061.41** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2026** | **Beginning Balance** | | | **$60,032.08** |
| 04/01/2026 | DEPOSIT | | $12,316.77 | $72,348.85 |
| 04/01/2026 | Square Inc SQ260401 T34ZFDCC29BBCMV | | $180.35 | $72,529.20 |
| 04/01/2026 | PAYLEASE.COM CREDIT XXXXX4841 | | $8,070.00 | $80,599.20 |
| 04/01/2026 | VENMO CASHOUT 1049296314853 | | $9,417.10 | $90,016.30 |
| 04/02/2026 | Square Inc SQ260402 T31PMDH2H2RW5TC | | $156.90 | $90,173.20 |
| 04/02/2026 | VENMO CASHOUT 1049322443390 | | $2,771.23 | $92,944.43 |
| 04/02/2026 | PAYLEASE.COM CREDIT XXXXX9171 | | $18,480.00 | $111,424.43 |
| 04/02/2026 | CONSERVICE LLC 20260401 hV35 | $130.00 | | $111,294.43 |
| 04/02/2026 | BDB DIRECTAX INC TAX COL | $5,624.13 | | $105,670.30 |
| 04/03/2026 | Square Inc SQ260403 T3HMASXMCCYDA7Q | | $17.93 | $105,688.23 |
| 04/03/2026 | PAYLEASE.COM CREDIT XXXXX2359 | | $15,670.00 | $121,358.23 |
| 04/03/2026 | PAYLEASE.COM INVOICE XXXXX1285 | $24.95 | | $121,333.28 |
| 04/03/2026 | PAYLEASE.COM INVOICE XXXXX7282 | $50.15 | | $121,283.13 |
| 04/03/2026 | PAYLEASE.COM INVOICE XXXXX7326 | $61.95 | | $121,221.18 |
| 04/03/2026 | PAYLEASE.COM INVOICE XXXXX7281 | $82.60 | | $121,138.58 |
| 04/06/2026 | Square Inc SQ260406 T3SCR3SM5QBH2PK | | $117.51 | $121,256.09 |
| 04/06/2026 | Square Inc SQ260406 T36GB3821TTHBVY | | $159.68 | $121,415.77 |
| 04/06/2026 | PAYLEASE.COM CREDIT XXXXX2221 | | $1,417.88 | $122,833.65 |
| 04/06/2026 | VENMO CASHOUT 1049417471288 | | $14,003.18 | $136,836.83 |

FDIC

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

***1-866-400-FCSB (3272) to confirm the deposit has been made.***

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

## *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. so that you will have use of the money during the time it takes us to complete our investigation.

***This form is provided to help you balance your register with your statement.***

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $________
8. Enter Total Outstanding Deposits. $________
9. Add #7 and #8xxxx $________
10. Enter Total Outstanding Checks (withdrawals) $________
11. Subtract #10 from #9. $________

*You are in balance if this total agrees with your register.*

| OUTSTANDING CHECKS (WITHDRAWALS) | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| OUTSTANDING DEPOSIT | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 04/30/2026**

KRCM ASTORIA PORTFOLIO CORP 

Customer Number: XXXXXX8139

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/06/2026 | PAYLEASE.COM CREDIT XXXXX4363 | | $34,375.00 | $171,211.83 |
| 04/06/2026 | WASTE CONNECTION WEB_PAY 14052236040226 | $112.14 | | $171,099.69 |
| 04/06/2026 | VERIZON PAYMENTREC 3564637950001 | $144.00 | | $170,955.69 |
| 04/06/2026 | CHECK # 3924 | $1,079.59 | | $169,876.10 |
| 04/06/2026 | CHECK # 3927 | $3,478.17 | | $166,397.93 |
| 04/07/2026 | Square Inc SQ260407 T386RTNSKT54MW9 | | $112.00 | $166,509.93 |
| 04/07/2026 | PAYLEASE.COM CREDIT XXXXX7312 | | $18,233.96 | $184,743.89 |
| 04/07/2026 | BILLING VIVENTIUM SOFT A/R Billing 04062601 | $176.58 | | $184,567.31 |
| 04/07/2026 | CHECK # 1619 | $1,000.00 | | $183,567.31 |
| 04/08/2026 | Square Inc SQ260408 T3ZDENP91FHS2D7 | | $157.97 | $183,725.28 |
| 04/08/2026 | PAYLEASE.COM CREDIT XXXXX1181 | | $7,000.00 | $190,725.28 |
| 04/08/2026 | CONSERVICE LLC 20260407 tQ08 | $140.00 | | $190,585.28 |
| 04/09/2026 | DEPOSIT | | $47,981.08 | $238,566.36 |
| 04/09/2026 | Square Inc SQ260409 T3F26TMM3J72PDP | | $267.36 | $238,833.72 |
| 04/09/2026 | PAYLEASE.COM CREDIT XXXXX9468 | | $4,267.00 | $243,100.72 |
| 04/09/2026 | PAYLEASE.COM CREDIT XXXXX1639 | | $12,944.61 | $256,045.33 |
| 04/09/2026 | CHECK # 1620 | $987.91 | | $255,057.42 |
| 04/09/2026 | CHECK # 3925 | $1,360.80 | | $253,696.62 |
| 04/10/2026 | REMOTE CAPTURE DEPOSIT | | $14,449.83 | $268,146.45 |
| 04/10/2026 | Square Inc SQ260410 T3NQ34VN9TEBCQW | | $80.25 | $268,226.70 |
| 04/10/2026 | BDB DIRECTAX INC TAX COL | | $198.57 | $268,425.27 |
| 04/10/2026 | GOLD COIN LAUNDR SALE | $195.98 | | $268,229.29 |
| 04/10/2026 | GOLD COIN LAUNDR SALE | $662.78 | | $267,566.51 |
| 04/10/2026 | CHECK # 3926 | $5,000.81 | | $262,565.70 |
| 04/13/2026 | Square Inc SQ260413 T3GTS4B6F6YVSVD | | $35.00 | $262,600.70 |
| 04/13/2026 | Square Inc SQ260413 T3SS4E3SQV7RNSD | | $417.33 | $263,018.03 |
| 04/13/2026 | PAYLEASE.COM CREDIT XXXXX0711 | | $3,000.00 | $266,018.03 |
| 04/13/2026 | CHECK # 1615 | $750.00 | | $265,268.03 |
| 04/14/2026 | REMOTE CAPTURE DEPOSIT | | $4,750.00 | $270,018.03 |
| 04/14/2026 | Square Inc SQ260414 T3T0CK3NAE4X8DD | | $71.77 | $270,089.80 |
| 04/14/2026 | PAYLEASE.COM CREDIT XXXXX7575 | | $1,225.00 | $271,314.80 |
| 04/14/2026 | VENMO CASHOUT 1049588931915 | | $5,584.64 | $276,899.44 |
| 04/14/2026 | Returned Deposited Item Fee | $10.00 | | $276,889.44 |
| 04/14/2026 | Returned Deposited Item | $3,559.99 | | $273,329.45 |
| 04/14/2026 | BILLING VIVENTIUM SOFT A/R Billing 04132601 | $20.52 | | $273,308.93 |
| 04/15/2026 | Square Inc SQ260415 T3QMG92F64TYREG | | $125.59 | $273,434.52 |
| 04/15/2026 | Capturis-Oper WEB PAY lh271543 | $9.17 | | $273,425.35 |
| 04/15/2026 | Capturis-Oper WEB PAY hv351543 | $100.00 | | $273,325.35 |
| 04/15/2026 | Capturis-Oper WEB PAY tq071543 | $100.00 | | $273,225.35 |
| 04/15/2026 | Capturis-Oper WEB PAY tq081543 | $100.00 | | $273,125.35 |
| 04/15/2026 | CONSERVICE LLC 20260414 tQ07 | $203.60 | | $272,921.75 |
| 04/15/2026 | CONSERVICE LLC 20260414 tQ08 | $826.03 | | $272,095.72 |
| 04/15/2026 | CONSERVICE LLC 20260414 hV34 | $6,832.30 | | $265,263.42 |
| 04/16/2026 | Square Inc SQ260416 T3ERDE2KQEFB4DW | | $273.37 | $265,536.79 |

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/16/2026 | PAYLEASE.COM CREDIT XXXXX9116 | | $1,500.00 | $267,036.79 |
| 04/16/2026 | PayLease.com Settlement 000026804718634 | | $2,850.00 | $269,886.79 |
| 04/16/2026 | BDB DIRECTAX INC TAX COL | $5,624.13 | | $264,262.66 |
| 04/17/2026 | Square Inc SQ260417 T39QETVJSCBK2YN | | $24.02 | $264,286.68 |
| 04/20/2026 | DEPOSIT | | $6,209.99 | $270,496.67 |
| 04/20/2026 | REMOTE CAPTURE DEPOSIT | | $6,375.00 | $276,871.67 |
| 04/20/2026 | Square Inc SQ260420 T3T9D39A5BYRMVN | | $147.58 | $277,019.25 |
| 04/20/2026 | Square Inc SQ260420 T3871YMC1347NP6 | | $224.16 | $277,243.41 |
| 04/20/2026 | PAYLEASE.COM CREDIT XXXXX6615 | | $2,000.00 | $279,243.41 |
| 04/20/2026 | CHECK # 3930 | $5,000.81 | | $274,242.60 |
| 04/20/2026 | CHECK # 3928 | $1,079.59 | | $273,163.01 |
| 04/20/2026 | CHECK # 3931 | $3,478.17 | | $269,684.84 |
| 04/20/2026 | CHECK # 1624 | $6,296.33 | | $263,388.51 |
| 04/21/2026 | Square Inc SQ260421 T36SKA8YTS72VQN | | $132.65 | $263,521.16 |
| 04/21/2026 | BILLING VIVENTIUM SOFT A/R Billing 04202601 | $82.84 | | $263,438.32 |
| 04/21/2026 | CON ED OF NY CECONY 65670810004 | $2,134.86 | | $261,303.46 |
| 04/21/2026 | CHECK # 1623 | $1,000.00 | | $260,303.46 |
| 04/21/2026 | CHECK # 3929 | $1,360.80 | | $258,942.66 |
| 04/22/2026 | Square Inc SQ260422 T32VNH8SW2XQXKG | | $141.45 | $259,084.11 |
| 04/22/2026 | CONSERVICE LLC 20260421 hV35 | $7,421.00 | | $251,663.11 |
| 04/22/2026 | CONSERVICE LLC 20260421 tQ08 | $10,504.55 | | $241,158.56 |
| 04/22/2026 | CONSERVICE LLC 20260421 tQ07 | $13,455.97 | | $227,702.59 |
| 04/22/2026 | CHECK # 3902 | $5,000.81 | | $222,701.78 |
| 04/22/2026 | CHECK # 3898 | $5,471.21 | | $217,230.57 |
| 04/23/2026 | Square Inc SQ260423 T3ZT5Z8AX97PC9D | | $229.37 | $217,459.94 |
| 04/23/2026 | PAYLEASE.COM CREDIT XXXXX1734 | | $4,138.00 | $221,597.94 |
| 04/24/2026 | Square Inc SQ260424 T3A8VA30QG9RGDD | | $27.84 | $221,625.78 |
| 04/24/2026 | PAYLEASE.COM CREDIT XXXXX0281 | | $3,300.00 | $224,925.78 |
| 04/27/2026 | Square Inc SQ260427 T3VVQX3JCDEFNBT | | $216.38 | $225,142.16 |
| 04/27/2026 | Square Inc SQ260427 T3WSBRJ2YX4N3SE | | $313.27 | $225,455.43 |
| 04/27/2026 | PAYLEASE.COM CREDIT XXXXX2185 | | $1,500.00 | $226,955.43 |
| 04/27/2026 | CHECK # 1622 | $1,750.00 | | $225,205.43 |
| 04/28/2026 | DEPOSIT | | $75,000.00 | $300,205.43 |
| 04/28/2026 | Square Inc SQ260428 T375MNS1V285RQ3 | | $76.38 | $300,281.81 |
| 04/28/2026 | PAYLEASE.COM CREDIT XXXXX0012 | | $3,350.00 | $303,631.81 |
| 04/28/2026 | CHECK # 1621 | $755.00 | | $302,876.81 |
| 04/29/2026 | Square Inc SQ260429 T3GDWVTX2JN82JA | | $280.46 | $303,157.27 |
| 04/29/2026 | PAYLEASE.COM CREDIT XXXXX8982 | | $4,750.00 | $307,907.27 |
| 04/30/2026 | Square Inc SQ260430 T33TPDM7GM1PFEZ | | $178.27 | $308,085.54 |
| 04/30/2026 | PAYLEASE.COM CREDIT XXXXX6109 | | $600.00 | $308,685.54 |
| 04/30/2026 | BDB DIRECTAX INC TAX COL | $5,624.13 | | $303,061.41 |
| **04/30/2026** | **Ending Balance** | | | **$303,061.41** |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1615 | 04/13/2026 | $750.00 | 1621 | 04/28/2026 | $755.00 |
| 1619* | 04/07/2026 | $1,000.00 | 1622 | 04/27/2026 | $1,750.00 |
| 1620 | 04/09/2026 | $987.91 | 1623 | 04/21/2026 | $1,000.00 |

**FIRST CENTRAL SAVINGS BANK**

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 04/30/2026**

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount |
|---|---|---|
| 1624 | 04/20/2026 | $6,296.33 |
| 3898* | 04/22/2026 | $5,471.21 |
| 3902* | 04/22/2026 | $5,000.81 |
| 3924* | 04/06/2026 | $1,079.59 |
| 3925 | 04/09/2026 | $1,360.80 |
| 3926 | 04/10/2026 | $5,000.81 |
| 3927 | 04/06/2026 | $3,478.17 |
| 3928 | 04/20/2026 | $1,079.59 |
| 3929 | 04/21/2026 | $1,360.80 |
| 3930 | 04/20/2026 | $5,000.81 |
| 3931 | 04/20/2026 | $3,478.17 |

* Indicates skipped check number

### Daily Balances

| Date | Amount |
|---|---|
| 04/01/2026 | $90,016.30 |
| 04/02/2026 | $105,670.30 |
| 04/03/2026 | $121,138.58 |
| 04/06/2026 | $166,397.93 |
| 04/07/2026 | $183,567.31 |
| 04/08/2026 | $190,585.28 |
| 04/09/2026 | $253,696.62 |
| 04/10/2026 | $262,565.70 |
| 04/13/2026 | $265,268.03 |
| 04/14/2026 | $273,308.93 |
| 04/15/2026 | $265,263.42 |
| 04/16/2026 | $264,262.66 |
| 04/17/2026 | $264,286.68 |
| 04/20/2026 | $263,388.51 |
| 04/21/2026 | $258,942.66 |
| 04/22/2026 | $217,230.57 |
| 04/23/2026 | $221,597.94 |
| 04/24/2026 | $224,925.78 |
| 04/27/2026 | $225,205.43 |
| 04/28/2026 | $302,876.81 |
| 04/29/2026 | $307,907.27 |
| 04/30/2026 | $303,061.41 |


CHECKING DEPOSIT
Date 4/1/26
Name KRCM Astoria Portfolio Corp.
0500028139
NET DEPOSIT $ 12316.77

#0000 04/01/2026 $12,316.77


CHECKING DEPOSIT
Date 4/9/26
Name KRCM Astoria Portfolio Corp.
0500028139
NET DEPOSIT $ 47981.08

#0000 04/09/2026 $47,981.08


CHECKING DEPOSIT
Date 4/20/26
0500028139
NET DEPOSIT $ 6209.99

#0000 04/20/2026 $6,209.99


CHECKING DEPOSIT
Date 4/28/26
Name KRCM Astoria Portfolio Corp.
0500028139
NET DEPOSIT $ 75000.00

#0000 04/28/2026 $75,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001615
03/20/2026 ****$750.00**
**SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS**
Caguana Gustavo

#1615 04/13/2026 $750.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001619
04/03/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS**
Carlos A. Caguana

#1619 04/07/2026 $1,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001620
04/03/2026 ****$987.91**
**NINE HUNDRED EIGHTY SEVEN DOLLARS AND NINETY ONE CENTS**
Samir Hodzic
Reimbursement

#1620 04/09/2026 $987.91


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001621
04/13/2026 ****$755.00**
**SEVEN HUNDRED FIFTY FIVE DOLLARS AND NO CENTS**
NYS Corporation Tax
NYS Estimated Corporation Tax
PO Box 15200
Albany, NY 12212

#1621 04/28/2026 $755.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001622
04/17/2026 ****$1,750.00**
**ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS**
Cerim Avdic
Roof Repair

#1622 04/27/2026 $1,750.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001623
04/17/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS**
Carlos A. Caguana

#1623 04/21/2026 $1,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001624
04/17/2026 ****$6,296.33**
**SIX THOUSAND TWO HUNDRED NINETY SIX DOLLARS AND THIRTY THREE CENTS**
Jim Sarcone
Reimbursement

#1624 04/20/2026 $6,296.33


KRCM Astoria Portfolio Corp
FIRST CENTRAL SAVINGS BANK
Check Number 3898
Amount FIVE THOUSAND FOUR HUNDRED SEVENTY ONE DOLLARS AND TWENTY-ONE CENTS $5,471.21
Pay to the order of: RAJMATTIE PERSAUD

#3898 04/22/2026 $5,471.21

FIRST CENTRAL SAVINGS BANK
70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 04/30/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139




#3902 04/22/2026 $5,000.81




#3924 04/06/2026 $1,079.59




#3925 04/09/2026 $1,360.80




#3926 04/10/2026 $5,000.81




#3927 04/06/2026 $3,478.17

The Image for this Item could not be located

#3928 04/20/2026 $1,079.59




#3929 04/21/2026 $1,360.80




#3930 04/20/2026 $5,000.81




#3931 04/20/2026 $3,478.17

This page left intentionally blank