FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 05/29/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

KRCM ASTORIA PORTFOLIO CORP
31 AMBER LN
OYSTER BAY NY 11771-3116

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $228,658.44 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2026** | **Beginning Balance** | **$303,061.41** |
| | 58 Credit(s) This Period | $458,478.77 |
| | 43 Debit(s) This Period | $532,881.74 |
| **05/29/2026** | **Ending Balance** | **$228,658.44** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **05/01/2026** | **Beginning Balance** | | | **$303,061.41** |
| 05/01/2026 | Square Inc SQ260501 T34AD6M0MDFV1AH | | $62.81 | $303,124.22 |
| 05/01/2026 | PAYLEASE.COM CREDIT XXXXX4713 | | $12,355.00 | $315,479.22 |
| 05/01/2026 | INTERNET XFR FRM CHECKG x9386 | | $10,000.00 | $325,479.22 |
| 05/01/2026 | INTERNET XFR FRM CHECKG x9386 | | $50,000.00 | $375,479.22 |
| 05/01/2026 | Returned Deposited Item Fee | $10.00 | | $375,469.22 |
| 05/01/2026 | Returned Deposited Item | $75,000.00 | | $300,469.22 |
| 05/01/2026 | Wire Transfer to GREYSTONE SERVICING COMPANY LLC 16921 | $295,685.25 | | $4,783.97 |
| 05/01/2026 | CHECK # 3934 | $5,000.81 | | -$216.84 |
| 05/01/2026 | Outgoing Wire Transfer Fee Domestic 16921 | $35.00 | | -$251.84 |
| 05/04/2026 | REMOTE CAPTURE DEPOSIT | | $2,800.00 | $2,548.16 |
| 05/04/2026 | REMOTE CAPTURE DEPOSIT | | $21,786.96 | $24,335.12 |
| 05/04/2026 | Square Inc SQ260504 T3PNN5QPA4TRAGW | | $180.49 | $24,515.61 |
| 05/04/2026 | Square Inc SQ260504 T34EYFCNTCR72DD | | $374.27 | $24,889.88 |
| 05/04/2026 | VENMO CASHOUT 1050045098082 | | $3,139.10 | $28,028.98 |
| 05/04/2026 | PAYLEASE.COM CREDIT XXXXX1975 | | $8,275.00 | $36,303.98 |
| 05/04/2026 | VENMO CASHOUT 1050019200863 | | $10,790.30 | $47,094.28 |
| 05/04/2026 | CHECK # 3932 | $1,079.59 | | $46,014.69 |
| 05/04/2026 | CHECK # 3935 | $3,478.17 | | $42,536.52 |

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

*1-866-400-**FCSB** (3272) to confirm the **deposit** has been made.*

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

## *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

*This form is provided to help you balance your register with your statement.*

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $________
8. Enter Total Outstanding Deposits. $________
9. Add #7 and #8xxxx $________
10. Enter Total Outstanding Checks (withdrawals) $________
11. Subtract #10 from #9. $________

*You are in balance if this total agrees with your register.*

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

| *OUTSTANDING CHECKS (WITHDRAWALS)* | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| *OUTSTANDING DEPOSIT* | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 05/29/2026**

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/04/2026 | CHK# 3934 AMT $5,000.81, NSF PAID ITEM(S) FEE | $35.00 | | $42,501.52 |
| 05/05/2026 | DEPOSIT | | $2,542.58 | $45,044.10 |
| 05/05/2026 | Square Inc SQ260505 T300SZ9Z0S1K87S | | $128.18 | $45,172.28 |
| 05/05/2026 | PAYLEASE.COM CREDIT XXXXX1212 | | $1,417.00 | $46,589.28 |
| 05/05/2026 | PayLease.com Settlement 000026975753430 | | $2,000.00 | $48,589.28 |
| 05/05/2026 | PAYLEASE.COM CREDIT XXXXX8043 | | $20,195.00 | $68,784.28 |
| 05/05/2026 | PAYLEASE.COM INVOICE XXXXX1233 | $24.95 | | $68,759.33 |
| 05/05/2026 | PAYLEASE.COM INVOICE XXXXX1229 | $47.20 | | $68,712.13 |
| 05/05/2026 | PAYLEASE.COM INVOICE XXXXX1228 | $61.95 | | $68,650.18 |
| 05/05/2026 | PAYLEASE.COM INVOICE XXXXX1230 | $61.95 | | $68,588.23 |
| 05/05/2026 | FDNY BUSINESS FDNY BUS C XXXXX4977 | $81.90 | | $68,506.33 |
| 05/05/2026 | WASTE CONNECTION WEB_PAY 15521125050226 | $112.14 | | $68,394.19 |
| 05/05/2026 | VERIZON PAYMENTREC 3564637950001 | $143.99 | | $68,250.20 |
| 05/05/2026 | FDNY BUSINESS FDNY BUS C XXXXX5281 | $171.90 | | $68,078.30 |
| 05/05/2026 | QUARTERLY FEE PAYMENT 0000 | $1,461.71 | | $66,616.59 |
| 05/05/2026 | BILLING VIVENTIUM SOFT A/R Billing 05042601 | $1,782.84 | | $64,833.75 |
| 05/05/2026 | CHECK # 1625 | $1,000.00 | | $63,833.75 |
| 05/06/2026 | DEPOSIT | | $863.29 | $64,697.04 |
| 05/06/2026 | Square Inc SQ260506 T3SQRECNP52R5HC | | $146.39 | $64,843.43 |
| 05/06/2026 | PAYLEASE.COM CREDIT XXXXX2299 | | $38,980.00 | $103,823.43 |
| 05/07/2026 | DEPOSIT | | $28,143.46 | $131,966.89 |
| 05/07/2026 | DEPOSIT | | $117,980.65 | $249,947.54 |
| 05/07/2026 | Square Inc SQ260507 T3SAEFCTDMVSF2F | | $95.62 | $250,043.16 |
| 05/07/2026 | PAYLEASE.COM CREDIT XXXXX8007 | | $4,850.00 | $254,893.16 |
| 05/07/2026 | PAYLEASE.COM CREDIT XXXXX2239 | | $32,433.96 | $287,327.12 |
| 05/07/2026 | CONSERVICE LLC 20260506 hV35 | $130.00 | | $287,197.12 |
| 05/08/2026 | Square Inc SQ260508 T3XYTTB84Y14VPJ | | $98.68 | $287,295.80 |
| 05/08/2026 | PAYLEASE.COM CREDIT XXXXX6559 | | $2,200.00 | $289,495.80 |
| 05/08/2026 | PAYLEASE.COM CREDIT XXXXX2271 | | $3,000.00 | $292,495.80 |
| 05/11/2026 | Square Inc SQ260511 T39437T0X53WNJ7 | | $246.39 | $292,742.19 |
| 05/11/2026 | Square Inc SQ260511 T3A71YZPQCCPEFD | | $365.53 | $293,107.72 |
| 05/11/2026 | PAYLEASE.COM CREDIT XXXXX4489 | | $1,000.00 | $294,107.72 |
| 05/11/2026 | VENMO CASHOUT 1050173645875 | | $6,547.98 | $300,655.70 |
| 05/11/2026 | CHECK # 3933 | $1,360.80 | | $299,294.90 |
| 05/12/2026 | Square Inc SQ260512 T32RVBJ5ZY3FAQP | | $61.67 | $299,356.57 |
| 05/12/2026 | VENMO CASHOUT 1050231409476 | | $2,501.45 | $301,858.02 |
| 05/12/2026 | PAYLEASE.COM CREDIT XXXXX1465 | | $3,575.00 | $305,433.02 |
| 05/12/2026 | BILLING VIVENTIUM SOFT A/R Billing 05112601 | $20.52 | | $305,412.50 |
| 05/13/2026 | DEPOSIT | | $36,485.07 | $341,897.57 |
| 05/13/2026 | Square Inc SQ260513 T3X4RB483NP3C59 | | $69.43 | $341,967.00 |
| 05/13/2026 | PAYLEASE.COM CREDIT XXXXX2241 | | $1,813.36 | $343,780.36 |
| 05/13/2026 | INTERNET XFR TO CHECKG x9386 | $60,000.00 | | $283,780.36 |
| 05/13/2026 | CHECK # 1627 | $4,072.00 | | $279,708.36 |
| 05/14/2026 | Square Inc SQ260514 T3CT1V046MB17FW | | $198.04 | $279,906.40 |

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/14/2026 | CONSERVICE LLC 20260513 hV34 | $797.28 | | $279,109.12 |
| 05/14/2026 | CONSERVICE LLC 20260513 tQ08 | $1,169.60 | | $277,939.52 |
| 05/14/2026 | CONSERVICE LLC 20260513 tQ07 | $1,606.52 | | $276,333.00 |
| 05/14/2026 | BDB DIRECTAX INC TAX COL | $5,624.13 | | $270,708.87 |
| 05/14/2026 | CHECK # 1626 | $11,750.00 | | $258,958.87 |
| 05/15/2026 | Square Inc SQ260515 T3ES87ETRVN4JH8 | | $91.11 | $259,049.98 |
| 05/18/2026 | Square Inc SQ260518 T3VN02GHENA17HB | | $97.76 | $259,147.74 |
| 05/18/2026 | Square Inc SQ260518 T3BWR4JYXG6ZA87 | | $404.07 | $259,551.81 |
| 05/18/2026 | CHECK # 3936 | $1,079.59 | | $258,472.22 |
| 05/19/2026 | Square Inc SQ260519 T3P170657WMT252 | | $177.95 | $258,650.17 |
| 05/19/2026 | BILLING VIVENTIUM SOFT A/R Billing 05182601 | $82.84 | | $258,567.33 |
| 05/19/2026 | CHECK # 1629 | $1,000.00 | | $257,567.33 |
| 05/20/2026 | Square Inc SQ260520 T3S8P33Y0JKWSTY | | $332.96 | $257,900.29 |
| 05/20/2026 | CON ED OF NY CECONY 65670810004 | $2,128.31 | | $255,771.98 |
| 05/21/2026 | DEPOSIT | | $13,100.00 | $268,871.98 |
| 05/21/2026 | Square Inc SQ260521 T3TH2M5ZVHNQNEE | | $108.04 | $268,980.02 |
| 05/21/2026 | PAYLEASE.COM CREDIT XXXXX6743 | | $1,639.34 | $270,619.36 |
| 05/21/2026 | CHECK # 3938 | $5,000.81 | | $265,618.55 |
| 05/21/2026 | CHECK # 3939 | $3,478.17 | | $262,140.38 |
| 05/22/2026 | Square Inc SQ260522 T3TMSQXX5720VGS | | $104.56 | $262,244.94 |
| 05/22/2026 | PAYLEASE.COM CREDIT XXXXX6227 | | $1,000.00 | $263,244.94 |
| 05/22/2026 | VENMO CASHOUT 1050446361671 | | $1,917.76 | $265,162.70 |
| 05/22/2026 | CHECK # 1630 | $883.58 | | $264,279.12 |
| 05/22/2026 | CHECK # 3937 | $1,360.80 | | $262,918.32 |
| 05/22/2026 | CHECK # 1628 | $2,200.00 | | $260,718.32 |
| 05/26/2026 | Square Inc SQ260526 T350HSW1VV55BJG | | $23.87 | $260,742.19 |
| 05/26/2026 | Square Inc SQ260526 T3B7CME8T9M31EJ | | $152.32 | $260,894.51 |
| 05/26/2026 | Square Inc SQ260526 T3MPXBQK0NC2WM4 | | $221.10 | $261,115.61 |
| 05/27/2026 | Square Inc SQ260527 T3ZSNMM0R1MGMK1 | | $251.35 | $261,366.96 |
| 05/27/2026 | PAYLEASE.COM CREDIT XXXXX6271 | | $4,800.00 | $266,166.96 |
| 05/27/2026 | CONSERVICE LLC 20260526 tQ07 | $6,061.44 | | $260,105.52 |
| 05/27/2026 | CONSERVICE LLC 20260526 tQ08 | $7,259.51 | | $252,846.01 |
| 05/27/2026 | CONSERVICE LLC 20260526 hV34 | $10,871.99 | | $241,974.02 |
| 05/27/2026 | CONSERVICE LLC 20260526 hV35 | $14,052.56 | | $227,921.46 |
| 05/28/2026 | Square Inc SQ260528 T3K1704VNXE5WWG | | $314.60 | $228,236.06 |
| 05/28/2026 | PAYLEASE.COM CREDIT XXXXX4349 | | $3,225.00 | $231,461.06 |
| 05/28/2026 | BDB DIRECTAX INC TAX COL | $5,616.94 | | $225,844.12 |
| 05/29/2026 | Square Inc SQ260529 T3YKP38XRRDWY7T | | $14.32 | $225,858.44 |
| 05/29/2026 | PayLease.com Settlement 000027150963966 | | $2,800.00 | $228,658.44 |
| **05/29/2026** | **Ending Balance** | | | **$228,658.44** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1625 | 05/05/2026 | $1,000.00 | 1630 | 05/22/2026 | $883.58 |
| 1626 | 05/14/2026 | $11,750.00 | 3932* | 05/04/2026 | $1,079.59 |
| 1627 | 05/13/2026 | $4,072.00 | 3933 | 05/11/2026 | $1,360.80 |
| 1628 | 05/22/2026 | $2,200.00 | 3934 | 05/01/2026 | $5,000.81 |
| 1629 | 05/19/2026 | $1,000.00 | 3935 | 05/04/2026 | $3,478.17 |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 05/29/2026**



Customer Number: XXXXXX8139

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 3936 | 05/18/2026 | $1,079.59 | 3938 | 05/21/2026 | $5,000.81 |
| 3937 | 05/22/2026 | $1,360.80 | 3939 | 05/21/2026 | $3,478.17 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2026 | -$251.84 | 05/12/2026 | $305,412.50 | 05/21/2026 | $262,140.38 |
| 05/04/2026 | $42,501.52 | 05/13/2026 | $279,708.36 | 05/22/2026 | $260,718.32 |
| 05/05/2026 | $63,833.75 | 05/14/2026 | $258,958.87 | 05/26/2026 | $261,115.61 |
| 05/06/2026 | $103,823.43 | 05/15/2026 | $259,049.98 | 05/27/2026 | $227,921.46 |
| 05/07/2026 | $287,197.12 | 05/18/2026 | $258,472.22 | 05/28/2026 | $225,844.12 |
| 05/08/2026 | $292,495.80 | 05/19/2026 | $257,567.33 | 05/29/2026 | $228,658.44 |
| 05/11/2026 | $299,294.90 | 05/20/2026 | $255,771.98 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




#0000 05/05/2026 $2,542.58




#0000 05/06/2026 $863.29




#0000 05/07/2026 $117,980.65




#0000 05/07/2026 $28,143.46




#0000 05/13/2026 $36,485.07




#0000 05/21/2026 $13,100.00




#1625 05/05/2026 $1,000.00




#1626 05/14/2026 $11,750.00




#1627 05/13/2026 $4,072.00




#1628 05/22/2026 $2,200.00




#1629 05/19/2026 $1,000.00




#1630 05/22/2026 $883.58

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 05/29/2026**

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139



#3932 05/04/2026 $1,079.59



#3933 05/11/2026 $1,360.80



#3934 05/01/2026 $5,000.81



#3935 05/04/2026 $3,478.17



#3936 05/18/2026 $1,079.59



#3937 05/22/2026 $1,360.80



#3938 05/21/2026 $5,000.81



#3939 05/21/2026 $3,478.17

This page left intentionally blank