**FIRST CENTRAL SAVINGS BANK**

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 06/30/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

KRCM ASTORIA PORTFOLIO CORP
DEBTOR-IN-POSSESSION (DIP)
31 AMBER LN
OYSTER BAY NY 11771-3116

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $246,892.87 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/30/2026** | **Beginning Balance** | **$228,658.44** |
| | 59 Credit(s) This Period | $413,899.94 |
| | 21 Debit(s) This Period | $395,665.51 |
| **06/30/2026** | **Ending Balance** | **$246,892.87** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **05/30/2026** | **Beginning Balance** | | | **$228,658.44** |
| 06/01/2026 | DEPOSIT | | $1,725.00 | $230,383.44 |
| 06/01/2026 | REMOTE CAPTURE DEPOSIT | | $5,475.00 | $235,858.44 |
| 06/01/2026 | Square Inc SQ260601 T3Q0TPZ70PC3465 | | $167.11 | $236,025.55 |
| 06/01/2026 | Square Inc SQ260601 T3BST4YRXGC5ZY1 | | $519.08 | $236,544.63 |
| 06/01/2026 | VENMO CASHOUT 1050657171458 | | $1,069.09 | $237,613.72 |
| 06/01/2026 | PAYLEASE.COM CREDIT XXXXX2121 | | $4,175.00 | $241,788.72 |
| 06/01/2026 | INTERNET XFR FRM CHECKG x9386 | | $75,000.00 | $316,788.72 |
| 06/01/2026 | Wire Transfer to GREYSTONE SERVICING COMPANY LLC 17300 | $295,685.25 | | $21,103.47 |
| 06/01/2026 | CHECK # 3942 | $5,000.81 | | $16,102.66 |
| 06/01/2026 | CHECK # 3940 | $1,079.59 | | $15,023.07 |
| 06/01/2026 | Outgoing Wire Transfer Fee Domestic 17300 | $35.00 | | $14,988.07 |
| 06/02/2026 | Square Inc SQ260602 T3A7BRMK4WZYWH5 | | $191.32 | $15,179.39 |
| 06/02/2026 | VENMO CASHOUT 1050677642281 | | $2,207.05 | $17,386.44 |
| 06/02/2026 | PAYLEASE.COM CREDIT XXXXX1506 | | $16,635.00 | $34,021.44 |
| 06/03/2026 | Square Inc SQ260603 T3Q8EXK7YQ1RT91 | | $175.16 | $34,196.60 |
| 06/03/2026 | PAYLEASE.COM CREDIT XXXXX0505 | | $22,025.00 | $56,221.60 |
| 06/03/2026 | PAYLEASE.COM INVOICE XXXXX8781 | $24.95 | | $56,196.65 |
| 06/03/2026 | PAYLEASE.COM INVOICE XXXXX4884 | $56.05 | | $56,140.60 |

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

*1-866-400-**FCSB** (3272) to confirm the **deposit** has been made.*

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

## *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

*This form is provided to help you balance your register with your statement.*

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $________
8. Enter Total Outstanding Deposits. $________
9. Add #7 and #8xxxx $________
10. Enter Total Outstanding Checks (withdrawals) $________
11. Subtract #10 from #9. $________

*You are in balance if this total agrees with your register.*

| OUTSTANDING CHECKS (WITHDRAWALS) | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

| OUTSTANDING DEPOSIT | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

**Statement Ending 06/30/2026**

*KRCM ASTORIA PORTFOLIO CORP*


*Customer Number: XXXXXX8139*

## BUSINESS CHECKING - XXXXXX8139 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/03/2026 | PAYLEASE.COM INVOICE XXXXX4883 | $64.90 | | $56,075.70 |
| 06/03/2026 | PAYLEASE.COM INVOICE XXXXX4929 | $67.85 | | $56,007.85 |
| 06/03/2026 | CONSERVICE LLC 20260602 hV35 | $130.00 | | $55,877.85 |
| 06/03/2026 | CONSERVICE LLC 20260602 tQ08 | $130.00 | | $55,747.85 |
| 06/03/2026 | CHECK # 1631 | $1,000.00 | | $54,747.85 |
| 06/04/2026 | DEPOSIT | | $36,224.72 | $90,972.57 |
| 06/04/2026 | Square Inc SQ260604 T3NRKZ75VWAHDAV | | $111.19 | $91,083.76 |
| 06/04/2026 | PAYLEASE.COM CREDIT XXXXX7866 | | $5,283.00 | $96,366.76 |
| 06/04/2026 | PAYLEASE.COM CREDIT XXXXX4651 | | $43,945.00 | $140,311.76 |
| 06/05/2026 | Square Inc SQ260605 T3GHB7BQZCWDQD7 | | $85.62 | $140,397.38 |
| 06/05/2026 | PAYLEASE.COM CREDIT XXXXX8977 | | $1,417.00 | $141,814.38 |
| 06/05/2026 | PAYLEASE.COM CREDIT XXXXX5628 | | $19,953.96 | $161,768.34 |
| 06/05/2026 | VERIZON PAYMENTREC 3564637950001 | $143.99 | | $161,624.35 |
| 06/05/2026 | CONSERVICE LLC tq07repul XXXXX2973 | $6,343.56 | | $155,280.79 |
| 06/08/2026 | Square Inc SQ260608 T3W2CBC7CN7655T | | $41.78 | $155,322.57 |
| 06/08/2026 | Square Inc SQ260608 T3WJAADG3VNS5H5 | | $75.28 | $155,397.85 |
| 06/08/2026 | PAYLEASE.COM CREDIT XXXXX5964 | | $3,525.00 | $158,922.85 |
| 06/08/2026 | Returned Deposited Item Fee | $10.00 | | $158,912.85 |
| 06/08/2026 | Returned Deposited Item | $2,780.00 | | $156,132.85 |
| 06/09/2026 | DEPOSIT | | $13,388.75 | $169,521.60 |
| 06/09/2026 | Square Inc SQ260609 T3YKTYE1RBS3T0X | | $228.99 | $169,750.59 |
| 06/09/2026 | PAYLEASE.COM CREDIT XXXXX8513 | | $8,380.00 | $178,130.59 |
| 06/09/2026 | VENMO CASHOUT 1050864896617 | | $13,905.08 | $192,035.67 |
| 06/09/2026 | RETURNED CHECK# 1633, FROZEN/BLOCKED ACCT | | $6,183.27 | $198,218.94 |
| 06/09/2026 | BILLING BDB PAYROLL SERV A/R Billing 06082601 | $20.52 | | $198,198.42 |
| 06/09/2026 | BILLING BDB PAYROLL SERV A/R Billing 06082601 | $132.84 | | $198,065.58 |
| 06/09/2026 | CHECK # 1633 | $6,183.27 | | $191,882.31 |
| 06/10/2026 | Square Inc SQ260610 T3S3V3FX32GQQD8 | | $87.65 | $191,969.96 |
| 06/10/2026 | ACH Return BDB PAYROLL-R16 Acct Frozen | | $20.52 | $191,990.48 |
| 06/10/2026 | ACH Return BDB PAYROLL-R16 Acct Frozen | | $132.84 | $192,123.32 |
| 06/11/2026 | Square Inc SQ260611 T3JG7EDYF8QTS29 | | $149.74 | $192,273.06 |
| 06/11/2026 | PAYLEASE.COM CREDIT XXXXX7176 | | $4,113.36 | $196,386.42 |
| 06/12/2026 | Square Inc SQ260612 T3W5CEJRYY4F1ND | | $48.58 | $196,435.00 |
| 06/12/2026 | RETURNED CHECK# 1632, FROZEN/BLOCKED ACCT | | $416.13 | $196,851.13 |
| 06/12/2026 | RETURNED CHECK# 3941, FROZEN/BLOCKED ACCT | | $1,360.80 | $198,211.93 |
| 06/12/2026 | CHECK # 1632 | $416.13 | | $197,795.80 |
| 06/12/2026 | CHECK # 3941 | $1,360.80 | | $196,435.00 |
| 06/15/2026 | Square Inc SQ260615 T38VNS4HCTBWFBE | | $233.22 | $196,668.22 |
| 06/15/2026 | Square Inc SQ260615 T3RQ6Q5GBANE7M8 | | $329.61 | $196,997.83 |
| 06/15/2026 | VENMO CASHOUT 1050999842822 | | $2,452.40 | $199,450.23 |
| 06/16/2026 | Square Inc SQ260616 T3H2SXP8SP9D364 | | $73.69 | $199,523.92 |
| 06/16/2026 | PAYLEASE.COM CREDIT XXXXX6321 | | $3,350.00 | $202,873.92 |
| 06/16/2026 | INTERNET XFR TO CHECKG x9386 ROF 6/1/26 | $75,000.00 | | $127,873.92 |
| 06/17/2026 | DEPOSIT | | $2,542.58 | $130,416.50 |

## BUSINESS CHECKING - XXXXXX8139 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/17/2026 | DEPOSIT | | $19,155.00 | $149,571.50 |
| 06/17/2026 | Square Inc SQ260617 T3XSH4TECENCZ1Z | | $98.67 | $149,670.17 |
| 06/17/2026 | INTERNET XFR FR CHECKG x9386 | | $75,000.00 | $224,670.17 |
| 06/18/2026 | Square Inc SQ260618 T3J56B0WXCHQBD2 | | $267.04 | $224,937.21 |
| 06/22/2026 | Square Inc SQ260622 T3BSQ8CM5HAX262 | | $106.68 | $225,043.89 |
| 06/22/2026 | Square Inc SQ260622 T3G7DMY5M088WZE | | $334.00 | $225,377.89 |
| 06/22/2026 | PayLease.com Settlement 000027347247834 | | $2,000.00 | $227,377.89 |
| 06/23/2026 | DEPOSIT | | $2,200.00 | $229,577.89 |
| 06/23/2026 | Square Inc SQ260623 T3H1JXE45450ZHJ | | $79.91 | $229,657.80 |
| 06/23/2026 | VENMO CASHOUT 1051176906638 | | $1,917.76 | $231,575.56 |
| 06/23/2026 | PAYLEASE.COM CREDIT XXXXX0735 | | $2,500.00 | $234,075.56 |
| 06/24/2026 | Square Inc SQ260624 T3D7S170WRAQ1M8 | | $80.54 | $234,156.10 |
| 06/25/2026 | Square Inc SQ260625 T33NF8JC2EPCZNW | | $94.42 | $234,250.52 |
| 06/25/2026 | PAYLEASE.COM CREDIT XXXXX0393 | | $11,813.00 | $246,063.52 |
| 06/26/2026 | Square Inc SQ260626 T386CFWM223NKSA | | $119.82 | $246,183.34 |
| 06/29/2026 | Square Inc SQ260629 T317DVTQ1REJDGP | | $91.11 | $246,274.45 |
| 06/29/2026 | Square Inc SQ260629 T34E71VQT94GGPA | | $582.49 | $246,856.94 |
| 06/30/2026 | Square Inc SQ260630 T3DWBZW6DPCWA8H | | $35.93 | $246,892.87 |
| **06/30/2026** | **Ending Balance** | | | **$246,892.87** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1631 | 06/03/2026 | $1,000.00 | 3940* | 06/01/2026 | $1,079.59 |
| 1632 | 06/12/2026 | $416.13 | 3941 | 06/12/2026 | $1,360.80 |
| 1633 | 06/09/2026 | $6,183.27 | 3942 | 06/01/2026 | $5,000.81 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01/2026 | $14,988.07 | 06/10/2026 | $192,123.32 | 06/22/2026 | $227,377.89 |
| 06/02/2026 | $34,021.44 | 06/11/2026 | $196,386.42 | 06/23/2026 | $234,075.56 |
| 06/03/2026 | $54,747.85 | 06/12/2026 | $196,435.00 | 06/24/2026 | $234,156.10 |
| 06/04/2026 | $140,311.76 | 06/15/2026 | $199,450.23 | 06/25/2026 | $246,063.52 |
| 06/05/2026 | $155,280.79 | 06/16/2026 | $127,873.92 | 06/26/2026 | $246,183.34 |
| 06/08/2026 | $156,132.85 | 06/17/2026 | $224,670.17 | 06/29/2026 | $246,856.94 |
| 06/09/2026 | $191,882.31 | 06/18/2026 | $224,937.21 | 06/30/2026 | $246,892.87 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 06/30/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139


CHECKING DEPOSIT
Date 5/30/26
Name Krcm Astoria Portfolio Corp
1725.00
0500028139
NET DEPOSIT $ 1725.00
⑆530010007⑆ 009

#0000 06/01/2026 $1,725.00


CHECKING DEPOSIT
Date 6/4/26
Name Krcm Astoria Portfolio Corp.
36224.72
0500028139
NET DEPOSIT $ 36224.72
⑆530010007⑆ 009

#0000 06/04/2026 $36,224.72


CHECKING DEPOSIT
Date 6/9/26
Name Krcm Astoria Portfolio Corp.
13388.75
0500028139
NET DEPOSIT $ 13388.75
⑆530010007⑆ 009

#0000 06/09/2026 $13,388.75


PART 1 OF 3
KRCM Astoria Portfolio Corp.
First Central Savings Bank
TOTAL ITEMS 9
$19,155.00
⑆026072973⑆0500028139⑈

#0000 06/17/2026 $19,155.00


PART 1 OF 3
KRCM Astoria Portfolio Corp.
First Central Savings Bank
TOTAL ITEMS 1
$2,542.58
⑆026072973⑆0500028139⑈

#0000 06/17/2026 $2,542.58


CHECKING DEPOSIT
Date 6/23/26
Name Krcm Astoria Portfolio Corp.
2200.00
0500028139
NET DEPOSIT $ 2200.00
⑆530010007⑆ 009

#0000 06/23/2026 $2,200.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001631
05/30/2026 ****$1,000.00**
**ONE THOUSAND DOLLARS AND NO CENTS
Carlos A. Caguana
⑈001631⑈ ⑆026072973⑆ 0500028139⑈

#1631 06/03/2026 $1,000.00


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001632
05/30/2026 ****$416.13**
**FOUR HUNDRED SIXTEEN DOLLARS AND THIRTEEN CENTS
Samir Hodzic
Reimbursement
⑈001632⑈ ⑆026072973⑆ 0500028139⑈

#1632 06/12/2026 $416.13


KRCM Astoria Portfolio Corp.
P.O. Box 660064
Flushing, NY 11366
001633
06/03/2026 ****$6,183.27**
**SIX THOUSAND ONE HUNDRED EIGHTY THREE DOLLARS AND TWENTY SEVEN CENTS
Jim Sarcone
Reimbursement
⑈001633⑈ ⑆026072973⑆ 0500028139⑈

#1633 06/09/2026 $6,183.27


KRCM Astoria Portfolio Corp
FIRST CENTRAL SAVINGS BANK
Check Number 3940
Amount ONE THOUSAND SEVENTY-NINE DOLLARS AND FIFTY-NINE CENTS
Pay to the order of JORGE ALEJANDRO ORELLANA
Astoria, NY 11102
Authorized Signature

#3940 06/01/2026 $1,079.59


KRCM Astoria Portfolio Corp
FIRST CENTRAL SAVINGS BANK
Check Number 3941
Amount ONE THOUSAND THREE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS
Pay to the order of SAMIR HODZIC
Astoria, NY 11102
Authorized Signature

#3941 06/12/2026 $1,360.80


KRCM Astoria Portfolio Corp
FIRST CENTRAL SAVINGS BANK
Check Number 3942
Amount FIVE THOUSAND DOLLARS AND EIGHTY-ONE CENTS
Pay to the order of RAJWATTIE PERSAUD
31 Arbor Lane
Oyster Bay, NY 11771
Authorized Signature

#3942 06/01/2026 $5,000.81

This page left intentionally blank