FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 07/31/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Glen Cove |
| Branch Number | 516-609-3600 |
| Mailing Address | 70 Glen Street<br>Glen Cove, NY 11542 |
| Website | myfcsb.com |

KRCM ASTORIA PORTFOLIO CORP
DEBTOR-IN-POSSESSION (DIP)
31 AMBER LN
OYSTER BAY NY 11771-3116

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX8139 | $335,693.58 |

## BUSINESS CHECKING - XXXXXX8139

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$246,892.87** |
| | 3 Credit(s) This Period | $91,714.60 |
| | 3 Debit(s) This Period | $2,913.89 |
| **07/31/2026** | **Ending Balance** | **$335,693.58** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$246,892.87** |
| 07/13/2026 | DEPOSIT | | $25,929.83 | $272,822.70 |
| 07/13/2026 | VENMO CASHOUT 1051588898348 | | $15,915.93 | $288,738.63 |
| 07/14/2026 | BILLING BDB PAYROLL SERV A/R Billing 07132601 | $123.89 | | $288,614.74 |
| 07/29/2026 | DEPOSIT | | $49,868.84 | $338,483.58 |
| 07/31/2026 | Returned Deposited Item Fee | $10.00 | | $338,473.58 |
| 07/31/2026 | Returned Deposited Item | $2,780.00 | | $335,693.58 |
| **07/31/2026** | **Ending Balance** | | | **$335,693.58** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07/13/2026 | $288,738.63 | 07/29/2026 | $338,483.58 |
| 07/14/2026 | $288,614.74 | 07/31/2026 | $335,693.58 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

FDIC

# FIRST CENTRAL SAVINGS BANK

Please review your account statement promptly and report any discrepancies or inaccuracies as soon as possible or you may lose valuable rights. Your account agreement and the uniform commercial code requires timely notification of unauthorized or altered checks.

**Direct Deposits:** If you have a reoccuring direct deposit meaning a deposit received at least once every 60 days from the same mayor (for example pension or social security benefits), you may call:

*1-866-400-FCSB (3272) to confirm the deposit has been made.*

***"Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.myfcsb.com or we will mail you a free copy upon request if you call us at 866-400-8674."***

Per your account agreement you must notify us immediately of any change of address.

### *Errors or Questions about your Electronic Transfers?*

**Error Resolution Process for individual consumers engaging in Electronic Funds Transfers.**

| | | | |
|---|---|---|---|
| Please write us at: | First Central Savings Bank<br>70 Glen St.<br>Glen Cove, NY 11542 | Or call us at: | (516) 609-3600<br>1-866-400-FCSB (3272)<br>During Normal Business Hours |

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you need more
3. information.
4. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

*This form is provided to help you balance your register with your statement.*

1. If your account is interest bearing, enter in your register the interest earned as it appears on the front of this statement.
2. Be sure that the service charge, if any, or other withdrawals shown on this statement, have been entered in your register as deductions.
3. Compare checks paid (withdrawals) as shown on the front of this statement with your register.
4. List as outstanding any checks (withdrawals) not included on this statement, in the space provided at the right.
5. Verify deposits recorded on this statement against deposits entered in your register.
6. List all deposits not included on this statement in the space provided at the bottom right.
7. Enter the ending balance shown on this statement. $________
8. Enter Total Outstanding Deposits. $________
9. Add #7 and #8xxxx $________
10. Enter Total Outstanding Checks (withdrawals) $________
11. Subtract #10 from #9. $________

*You are in balance if this total agrees with your register.*

| *OUTSTANDING CHECKS (WITHDRAWALS)* | | |
|---|---|---|
| CHECK # | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL

| *OUTSTANDING DEPOSIT* | | |
|---|---|---|
| DATE | AMOUNT | |
| | | |
| | | |
| | | |
| TOTAL | | |

If this total does not agree with your register:

- Recheck additions and subtractions in your register, as well as the figures above.
- Be sure register balances have been carried forward correctly from page to page.
- Contact us - we can assist you in reconciling your account.

FIRST CENTRAL SAVINGS BANK

70 Glen St. Glen Cove, NY 11542 | myfcsb.com

## Statement Ending 07/31/2026

KRCM ASTORIA PORTFOLIO CORP



Customer Number: XXXXXX8139



CHECKING DEPOSIT

Date 7/11/26

Name KRCM Astoria Portfolio Corp.

25 929 83

[redacted]139

NET DEPOSIT $ 25 929.83

009

#0000 07/13/2026 $25,929.83



CHECKING DEPOSIT

Date 7/29/26

Name KRCM Astoria Portfolio Corp

978.57
2000.00
1725.00
3650.00
3050.00

[redacted]139

NET DEPOSIT $ ~~49,867.85~~ 49,868.84

009

#0000 07/29/2026 $49,868.84

This page left intentionally blank